

138'
60'
40'
120
127
91
SEASONAL
SEASONAL
WIDESPAN
WIDESPAN
WIDESPAN
FIXTURE NOTES:

| SQUARE FOOTAGE: | BIG LOTS STORE # 505 | BIG LOTS STORES, INC. |
|---|---|---|
| SALES: 26,754 | NINE MILE PLAZA | STORE PLANNING DEPT. |
| TOTAL: 48,985 | NINE MILE RD &RT 292 (CHEMSTRAND RD.) | 300 PHILLIPI ROAD |
| | PENSACOLA, FL | COLUMBUS, OHIO 43228 |
| | | PHONE: (614) 278-6800 |

BIG LOTS! BIG LOTS STORES, INC.

Confidential / Big Lots - Winn

BL00003089



Confidential / Big Lots - Winn

BL00002291



STORE 512 LAYOUT
Pots & Planters
Clearance
Sporting Goods
Pets
SEASONAL
L-17 Seasonal T-17
L-16 Seasonal T-16
L-15 Seasonal T-15
L-14 Seasonal T-14
Hardware
L-13 Automotive T-13
Plumbing
L-12 Light Bulbs T-12
Paint / Tarps
L-11 Pets T-11
L-10 T-10
FURNITURE
Seasonal
T-18 L-18
Arts / Crafts
Girls Toys
T-19 L-19
Boys Toys
T-20 L-20
Preschool Toys
Infants
T-21 L-21
Scrapbooking
Gift Wrap
T-22 L-22
Hallmark Cards
Hallmark Cards
Plastics
Paper
Paper Plates
Stationary
Water Shoes & Sandels
HBC
L-26 L-41
H B C
L-27 L-40
Chemicals
L-28 L-39
Mops / Brooms / Chemicals
Pasta & Meals
L-29 L-38
Chips
Condiments & Baking
L-30 L-37
Drinks
L-31 L-36
Cereal
Crackers & Cookies
L-32 L-35
Nuts & Candy
International Foods
L-33 L-34
Canned Goods
4
3
2
1
Batteries
Software
Male Apparel
T-23 L-23
Female Apparel
Socks / Underwear
T-24 L-24
Electronics
T-25 L-25
Electronic Toys
Backpacks & Luggage
Wall of Value
Entrance
Checkouts
Decorative Pillows
L-9 T-9
Drapes
Blinds / Curtain Rods
L-8 T-8
Mattress Pads
Pillows
L-7 T-7
Valley of Comforters
L-6 T-6
Sheets
Shower Curtains / Bathmats
L-5 T-5
Utensils & Cookware
Table cloths / Dish Rags
L-4 T-4
Dishes
Food Storage
L-3 T-3
Pots & Pans
Appliances
L-2 T-2
Clocks
Frames
L-1 T-1
Echo Point
Seasonal
Framed Art
Wicker
Rugs
Vacuums
Candles
Framed Art
Entrance
512

Confidential / Big Lots - Winn BL00002245

Housekeeping
Home Organization
Bread
Crackers / Cookies
Automotive
Games / Puzzles
Soft Window
Top of Bed
Pillows
Frames
Home Décor
Home Décor
Wicker
Scrapbooking
Automotive
Home Maintenance
Home maintenance
Paint
Paint
Paper
Paper
Paper
Paper
Chemicals
Chemicals
Chemicals
Chemicals
Plastics
Plastics
International Food
Cereal
Snacks
Chips
Beverage
Beverage
Candy
Food
Spices
Canned Food
Canned Food
Furniture
Furniture
Clearance
Preschool Toys
Preschool Toys
Girls Toys
Girls Toys
Boys Toys
Boys Toys
Towels
Bath Mats
Bath
Bath
Bath
Door Mats
Pillows
Pillows
Kitchen
Apparel
Apparel
Apparel
Infant
Infant
Infant
Greeting Cards
Greeting Cards
Greeting Cards
Greeting Cards
Toys
Sporting Goods
Sporting Goods
Tabletop
Tabletop
Electronics
Electronics
Toys
HBC
HBC
Food Prep
Food Prep
Small Appliances
Vacuums
HBC
HBC
HBC
Stationary
Stationary
Pet
Pet
Wall of Value
Store 525
St. Petersburg, FL

Pets
Sports / Pets
Tools
Plumbing / Electrical
Paint
Home Maintenance
Auto
Auto
International Food
Candy
Food Prep
Cereal
Nuts / Crackers
Snacks
Beverages
Beverages
Pasta
Spices / Condiments
Canned Fruit and Vegetables
Food
Tabletop
Tabletop
Food Prep
Gadgets
Stick Goods
Home Organization
Laundry Detergent
Cleaning Chemicals
Frames
Framed Art
Home Décor
Décor Pillows
Top of Bed
Paper
Paper Tabletop Food Storage/ Trash Bags
Plastics
Top of Bed Rugs
Luggage
Rugs
Hard Window
Toys
Books / Crafts
Boy Toys
Preschool Toys
Girls Toys
Small Appliances
Vacuums
Electronics
Electronics
Greeting Cards
Greeting Cards
Scrapbooking
Candles
Stationary
Stationary
HBC
HBC
HBC
HBC
Cosmetics
Batteries
Watches
Jewelry
Candy
Pepsi
Impulse 4 ways
Media Rack
Fritos
Bed Pillows
Throws / Mattress Pads
Sheets
Rugs
Rugs
Bath
Bath
Kitchen
Towels
Apparel
Apparel
Furniture
Furniture Department
Entrance
530
Sarasota, FL
BIG LOTS!

2011-08-25 10:17 str00550 8634537542 >> Fax Server P 1/1

25" BASE DECKS W/ MDF BOARD

FURNITURE DEPARTMENT

Store # 550

Confidential / Big Lots - Winn

BL00002229



553 Fort Lauderdale
Seasonal
Seasonal Bulk
Lamps
Furniture
RTA
Decorative NVO Pillows
Rugs
Small Appliances
Framed Art
Wall of Value
Decorative Pillows
Hard Window
Soft Window
Bed Pillows
Mattress Pads
Top of Bed
Sheets
Bath and Kitchen Domestics
Food Prep
Tabletop
Frames
Home Décor
Metal Art
Toys
Infants
Pets
Chemicals
Housekeeping
Plastics
Trash / Storage Bags
Paper
Luggage
Apparel
Electronics
Carts
Candles
American Greetings
Scrapbook
Stationary
Books
Home Maintenance
Automotive
Paint / Sundries
Tools
Vacuums
Electrical / Plumbing
Flex
HBC
Food

Confidential / Big Lots - Winn BL00002257

Confidential / Big Lots - Winn BL00002230





Confidential / Big Lots - Winn

2011-08-25 10:09 str555 7722238443 >> Fax Server P 1/1

STORE 555# STUART

SEASONAL
PAINT SUNDRIES
SEASONAL BULK
SEASONAL
TOOLS
ELECTRICAL
STOCKROOM
FURNITURE DEPT.
RUGS
TOYS
INFANT FURNITURE
INFANTS
STATIONERY
SCRAPBOOKING
GIFT BAGS/ROLLED WRAP
CHEMICALS
HOUSEKEEPING
APPAREL
LINGERIE
HOSIERY
PAPER
LUGGAGE
ELECTRONICS
FLEX
HBC
PETS
FOOD
DEC PILLOWS
SOFT WINDOW
HARD WINDOW
BLANKET
SHEET
BED PILLOW
TOP OF BED
BATH
KITCHEN
FOOD PREP
TABLETOP
FRAMES
CANDLES
HOME DECOR
SEASONAL
VACUUMS
SMALL APPLIANCES
EXPANDED STOCKROOM
MANAGER'S OFFICE
LOUNGE
CASH ROOM
MEN'S
WOMEN'S
PLASTICS

Confidential / Big Lots - Winn

BL00002250

Confidential / Big Lots - Winn

BL00002251

STR# 540

Confidential / Big Lots - Winn BL00002235



STOCKROOM
4,000 SqFt
FURNITURE DEPARTMENT
FURNITURE RACKING
LOUNGE
MEN
WOMEN
RUGS
FLEX
WALL OF VALUE
FOOD
HBC
ELECTRICAL/PLUMBING
HOME MAINTAINCE
HOUSEKEEPING
SEASONAL BULK
SEASONAL
TOYS
STATIONERY
PETS
PAPER
CHEMICALS
VACUUMS
HOME ORGANIZATION
ELECTRONICS
MANAGER OFFICE
COUNT OFFICE
COUNTER
ELECTRIC
SHEET:
BIG LOTS!
BIG LOTS STORES, INC.
SQUARE FOOTAGE:
SALES:16,485
(INCLUDES FURNITURE DEPT.)
TOTAL:23,668
BIG LOTS STORE #
CROSS COUNTRY PLAZA
1930 NORTH MILITARY TRAIL
WEST PALM BEACH, FL 33409
SCALE: 1/8" = 1'-0"
DATE: 4/3/09
DRAWN BY: BND
BIG LOTS STORES, INC.
STORE PLANNING DEPT.
300 PHILLIPI ROAD
COLUMBUS , OHIO 43228
PHONE: (614) 278-6800
4/28/09 REVISED LAYOUT - DELLOS
12/15/10 FIXTURE REVISION PER MERCHANDISE PRESENTATION
12/21/10 FIXTURE REVISION
DATE: REVISION 4:
DATE: REVISION 5:
DATE: REVISION 6:
DATE: REVISION 7:
DATE: REVISION 8:

Confidential / Big Lots - Winn BL00002253



1519 Hallandale

Furniture
Furniture
Rugs
Hard Window
Apparel
Wall Art
Picture Frames
Tools
Plastics
Food
Wall of Value
Flex
Plastics
RTA
Vacuums
Tools
Soft window
Top of Bed
Top of Bed
Sheets
Mattress Pads
Décor Pillows
Tabletop
Tabletop
Cooking
Gadgets
Small Appliances
Toys
Electrical
Automotive
Pillows
Domestics
Infants
Infant Furniture
Luggage
Apparel
Electronics
Stationary
Scrapbook
Candles
American Greetings
Domestics Flex (Echo)
Seasonal
Metal Décor
Whicker
HBC
Pets
Seasonal Bulkout
Stick Goods
Self Liner/Stick Goods
Storage
Paper
Trash Bags / Food Storage
Chemicals
NVO Laundry
Plastics
Food
Flex

Confidential / Big Lots - Winn

BL00002258



1628 Plantation

Furniture
Seasonal
Seasonal
Furniture
Furniture
Lamps
Hard Window
Rugs
Plastics
Home Décor
Framed Art
RTA
RTA
RTA
RTA
Deco Pillows
Soft Window
Bed Pillows
Sheets
Top of Bed
Top of Bed
Bath Domestics
Kitchen Domestics
Plastics
Plastics
Plastics
Small Appliances
Cookware
Gadgets
Dish Ware
Glass Ware
Frames
Candles
Seasonal
Seasonal
Wall Of Value
Shopping Carts
BB
CC
Seasonal Bulk
Seasonal
Toys
Infants
Party Goods
Vacuums
Toys
HBC
Apparel
American Greeting
Gift Wrap / Scapbook
Stationary
Electronics
Metal Art

Confidential / Big Lots - Winn BL00002259

Confidential / Big Lots - Winn
BL00002240

| BIG LOTS STORES, INC. | DATE DRAWN: | SQUARE FOOTAGE | BIG LOTS STORE #1711 | REV DATE | REVISIONS |
|---|---|---|---|---|---|
| STORE PLANNING DEPT. | 3-01-02 | SALES: 21,262 (INCLUDES FURNITURE DEPT.) | HOMESTEAD PLAZA | 5-28-10 | NEW REFRESH FIXTURE LAYOUT |
| 300 PHILLIPI ROAD | DRAWN BY: | | 266 N.E. 8th. STREET | 6-14-10 | NEW REFRESH FIXTURE LAYOUT |
| COLUMBUS, OHIO 43228 | MJW | | HOMESTEAD, FL., 33030 | 7-12-10 | NEW REFRESH FIXTURE LAYOUT PER STORE O |
| PHONE: (614) 278-6800 | SCALE: 3/32" = 1'-0" | TOTAL: 29,267 | | 7-12-10 | NEW REFRESH FIXTURE LAYOUT PER STORE O |

