**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K**

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended February 1, 2003
Commission file number 1-8897

**BIG LOTS, INC.**
(Exact name of registrant as specified in its charter)
An Ohio Corporation
IRS No. 06-1119097
300 Phillipi Road
P.O. Box 28512
Columbus, Ohio 43228-0512
(614) 278-6800

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each Exchange on which registered |
|---|---|
| Common Shares $.01 par value | New York Stock Exchange |

Indicate whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months, and (2) has been subject to such filing requirements for the past 90 days. Yes [x] No [ ]

Indicate if the disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in a definitive proxy or information statement incorporated by reference in Part III of this FORM 10-K or any amendment to this FORM 10-K. [ ]

Indicate whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Securities Exchange Act of 1934). Yes [x] No [ ]

The aggregate market value (based on the closing price on the New York Stock Exchange) of the Common Shares of the Registrant held by non-affiliates of the Registrant was $1,782,648,313 on August 3, 2002.

The number of shares Common Shares $.01 par value per share, outstanding as of April 14, 2003 was 116,634,818

Documents Incorporated by Reference

Portions of the Registrant's definitive Proxy Statement to security holders for its Annual Meeting of Shareholders to be held on May 20, 2003, are incorporated by reference into Part III of this Annual Report on Form 10-K.

WD-BL BN000000534

**FORM 10-K**
**ANNUAL REPORT**
**FOR THE FISCAL YEAR ENDED FEBRUARY 1, 2003**
**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 3 |
| Item 2. | Properties | 8 |
| Item 3. | Legal Proceedings | 10 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 10 |
| **PART II** | | |
| Item 5. | Market for the Registrant's Common Equity and Related Shareholder Matters | 11 |
| Item 6. | Selected Financial Data | 13 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 15 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 26 |
| Item 8. | Financial Statements and Supplementary Data | 27 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosures | 52 |
| **PART III** | | |
| Item 10. | Directors and Executive Officers of the Registrant | 52 |
| Item 11. | Executive Compensation | 52 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 52 |
| Item 13. | Certain Relationships and Related Transactions | 52 |
| Item 14. | Controls and Procedures | 52 |
| **PART IV** | | |
| Item 15. | Exhibits, Financial Statement Schedules, and Reports on Form 8-K | 52 |
| | Signatures | 59 |
| | Certifications | 60 |

WD-BL BN000000535

PART I

*Item 1 Business*

**THE COMPANY**

On May 15, 2001, Consolidated Stores Corporation, a Delaware corporation ("Consolidated (Delaware)"), was merged (the "Merger") with and into Big Lots, Inc., an Ohio corporation and a wholly-owned subsidiary of Consolidated (Delaware). Big Lots, Inc. was formed as a vehicle to effect the change of the state of incorporation of Consolidated (Delaware) from Delaware to Ohio through the Merger. The Merger was approved by the stockholders of Consolidated (Delaware) at the Annual Meeting of Stockholders held on May 15, 2001.

Each share of common stock, par value $0.01 per share, of Consolidated (Delaware) was converted into one common share, par value $0.01 per share of Big Lots, Inc. Common Shares automatically as a result of the Merger. By virtue of the Merger, Big Lots, Inc. has succeeded to all the business, properties, assets and liabilities of Consolidated (Delaware). Pursuant to Rule 12g-3(a) under the Securities Exchange Act of 1934, as amended, the Big Lots, Inc. Common Shares are deemed to be registered under the Exchange Act.

Big Lots, Inc. was incorporated in Ohio in 2001. Its principal executive offices are located at 300 Phillipi Road, Columbus, Ohio 43228, and its telephone number is (614) 278-6800. All references herein to the "Company" are to Big Lots, Inc. and its subsidiaries.

The Company is the nation's largest broadline closeout retailer. At February 1, 2003, the Company operated a total of 1,380 stores under the names BIG LOTS and BIG LOTS FURNITURE. The Company's goal is to build upon its leadership position in broadline closeout retailing, a growing segment of the retailing industry, by expanding its market presence in both existing and new markets. The Company believes that the combination of its strengths make it a low-cost value retailer well-positioned for future growth.

Wholesale operations are conducted through BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL, WISCONSIN TOY, and with online purchasing at www.biglotswholesale.com.

**CLOSEOUT RETAILING**

Closeout retailers provide a service to manufacturers by purchasing excess product that generally results from production overruns, package changes, discontinued products, and returns. Closeout retailers also take advantage of generally low prices in the off-season by buying and warehousing seasonal and general merchandise for future sales. As a result of these lower costs of goods, closeout retailers can offer merchandise at prices lower to significantly lower than those offered by traditional retailers.

The Company believes that recent trends in the retail industry are favorable to closeout retailers. These trends include consolidations within the retail industry as well as just-in-time inventory processes, which management believes resulted in a shift of inventory risk from retailers to manufacturers. In addition, to maintain their market share in an increasingly competitive environment, management believes that manufacturers are introducing new products and new packaging on a more frequent basis. The Company believes that these trends have helped make closeout retailers an integral part of manufacturers' overall planning and distribution processes. As a result, management believes that manufacturers are increasingly looking for larger, more sophisticated closeout retailers, such as the Company, that can purchase larger quantities of merchandise and can control the distribution and advertising of specific products.

Page 3

WD-BL BN000000536

*Item 1 Business (Continued)*

**RETAIL OPERATIONS**

The Company's stores are known for their wide assortment of closeout merchandise. Certain core categories of merchandise are carried on a continual basis, although the specific brand-names offered may change frequently. The Company's stores also offer a small but consistent line of basic items, strengthening their role as dependable, one-stop shops for everyday needs. In addition, the stores feature seasonal items for every major holiday.

A large number of stores operate profitably in relative close proximity. For example, 526 of the total 1,380 stores operate in four states: California, Ohio, Texas and Florida. Management believes that there are substantial opportunities to increase store counts in existing markets as well as to expand into new markets.

**WHOLESALE OPERATIONS**

The Company also sells wholesale merchandise comprised predominately of merchandise obtained through the same or shared opportunistic purchases of the retail operations. Advertising of wholesale merchandise is conducted primarily at trade shows and by mailings to past and potential customers. Wholesale customers include a wide and varied range of major national and regional retailers, as well as smaller retailers, manufacturers, distributors, and wholesalers.

Wholesale sales are recognized in accordance with the shipping terms agreed upon on the purchase order. Wholesale sales are predominantly recognized under FOB origin where title and risk of loss pass to the buyer when the merchandise leaves the Company's distribution center. However, when the shipping terms are FOB destination, recognition of sales revenue is delayed until completion of delivery to the buyer's place of business.

**PURCHASING**

An integral part of the Company's business is the sourcing and purchasing of quality brand-name merchandise directly from manufacturers and other vendors typically at prices substantially below those paid by conventional retailers. The Company believes that it has built strong relationships with many brand-name manufacturers and has capitalized on its purchasing power in the closeout marketplace to source merchandise that provides exceptional value to customers. The Company has the ability to source and purchase significant quantities of a manufacturer's closeout merchandise in specific product categories and to control distribution in accordance with vendor instructions, thus providing a high level of service and convenience to these manufacturers. The Company supplements its traditional brand-name closeout purchases with a limited amount of program buys. The Company expects its purchasing power will continue to enhance its ability to source quality closeout merchandise for all of its stores at competitive prices.

The Company has a seasoned buying team with extensive closeout purchasing experience, which the Company believes has enabled it to develop successful long-term relationships with many of the largest and most recognized consumer product manufacturers in the United States. As a result of these relationships and the Company's experience and reputation in the closeout industry, many manufacturers offer purchase opportunities to the Company prior to attempting to dispose of their merchandise through other channels.

The Company's merchandise is purchased from domestic and foreign suppliers that provide the Company with multiple sources for each product category. In fiscal 2002, the Company's top ten vendors accounted for 14.8% of total purchases with no one vendor accounting for more than 3.2%.

Page 4

WD-BL BN000000537

*Item 1 Business (Continued)*

**PURCHASING (Concluded)**

The Company purchases approximately 25% of its products directly from overseas suppliers, and a material amount of its domestically purchased merchandise is also manufactured abroad. As a result, a significant portion of the Company's merchandise supply is subject to certain risks including increased import duties and more restrictive quotas, loss of "most favored nation" trading status, currency fluctuations, work stoppages, transportation delays, economic uncertainties including inflation, foreign government regulations, political unrest, natural disasters, war, terrorism, and trade restrictions, including retaliation by the United States against foreign practices. While the Company believes that alternative domestic and foreign sources could supply merchandise to the Company, an interruption or delay in supply from the Company's foreign sources, or the imposition of additional duties, taxes or other charges on these imports, could have a material adverse effect on the Company's results of operations and financial condition.

**COMPETITIVE CONDITIONS**

All aspects of the retailing industry are highly competitive. The Company competes with discount stores (such as Wal-Mart®, KMart® and Target®), dollar stores, deep discount drugstore chains, and other value-oriented specialty retailers. Certain of the Company's competitors have greater financial, distribution, marketing and other resources than the Company.

The Company relies on buying opportunities from both existing and new sources, for which it competes with other retailers and wholesalers. The Company believes that its management has long-standing relationships with its suppliers and is competitively positioned to continue to seek new sources in order to maintain an adequate continuing supply of quality merchandise at attractive prices.

**SEASONALITY**

The Company has historically experienced, and expects to continue to experience, seasonal fluctuations, with a significant percentage of its net sales and operating profit being realized in the fourth fiscal quarter. In addition, the Company's quarterly results can be affected by the timing of store openings and closings, the amount of net sales contributed by new and existing stores, as well as the timing of remodels, television and circular advertising, and the timing of certain holidays. Furthermore, in anticipation of increased sales activity during the fourth quarter, the Company purchases substantial amounts of inventory during the third quarter and hires a significant number of temporary employees to increase store staffing during the fourth quarter.

The seasonality of the Company's business also influences the Company's demand for seasonal borrowings. The Company has historically drawn upon its credit facility in the first three fiscal quarters and has substantially repaid the borrowings during the fourth fiscal quarter. During fiscal 2002, the Company was drawn on its credit facility for a 111 day period from late August through early December.

**ADVERTISING AND PROMOTION**

The Company uses a variety of marketing approaches to promote its stores to the public. These approaches vary by market and by the time of year. The Company promotes grand openings of its stores through a variety of print, radio, and television promotions. In general, the Company utilizes only those marketing methods that it believes provide a measurable return on investment.

Page 5

WD-BL BN000000538

*Item 1 Business (Continued)*

**ADVERTISING AND PROMOTION (Concluded)**

The Company's marketing program is designed to create an awareness of the broad range of quality, brand-name merchandise available at closeout prices, which provide customers a unique shopping experience as well as value.

The marketing program utilizes a combination of printed advertising circulars and television advertising in all markets. In fiscal 2002, the company distributed approximately 46 million multi-page circulars 26 weeks out of the year in all markets. The method of distribution included a combination of newspaper insertions and direct mail. These circulars are created by the Company and are distributed regionally in order to take advantage of market differences caused by climate or other factors. The circulars generally feature 35 to 50 products that vary each week. In fiscal 2002, the Company ran television advertising in certain markets based upon factors unique to each market, including the number of stores and the cost of local media. Multiple 30-second television spots were run per week, each of which featured highly recognizable, brand-name products. In-store promotions include periodic loudspeaker announcements featuring special bargains as well as in-store signage to emphasize the significant values offered to the customer.

In fiscal 2003, the Company expects to distribute its circulars 25 weeks of the year. This is one circular fewer than fiscal 2002 due to the shift of Memorial Day in the month of May. In March of 2003, the Company began a national television campaign covering all stores in all markets for the first time. Stores with television coverage in fiscal 2002 will remain at their historical media target rating points, while new stores and markets in fiscal 2003 will have somewhat lesser television media weight. New 30-second television commercials have been produced for fiscal 2003 to build awareness and to promote the Big Lots brand.

Historically, total advertising expense as a percent of total net sales has been approximately 2.5% to 3.0%.

On May 16, 2001, the Company changed its name to Big Lots, Inc. and its ticker symbol to NYSE: BLI. The name change was approved at the Annual Meeting of Stockholders on May 15, 2001. In connection with the Company's name change to Big Lots, Inc., 434 stores in total have been converted, including 380 stores previously operating under the names of Odd Lots, Mac Frugal's, and Pic N' Save, and 54 existing Big Lots stores located in conversion markets. As of the end of fiscal 2002, all of the Company's 1,380 stores were under the Big Lots name. In connection with this process, the Company made certain improvements to the converted sites. The improvements made varied by location and included, among other things, painting, lighting retrofits, new signage (interior and exterior), new flooring, and updated restrooms. The Company believes that Big Lots is its most recognizable brand name and that this change offers numerous opportunities to increase brand awareness among customers, suppliers, investors, and the general public. The Company believes the change will also allow it to leverage its television advertising and other expenses.

The Company utilizes trademarks, service marks, and other intangible assets in its retail operations. This intellectual property is generally owned by an intellectual property protection subsidiary of the Company. The Company considers its intellectual property to be among its most valuable assets and where applicable, has registered, or has applications pending, with the United States Patent and Trademark Office. The Company believes that having distinctive intellectual property is an important factor in identifying the Company and distinguishing it from others.

**WAREHOUSING AND DISTRIBUTION**

An important aspect of the Company's purchasing strategy involves its ability to warehouse and distribute merchandise quickly and efficiently. The Company positions its distribution network to enable quick turn of time

WD-BL BN000000539

*Item 1 Business (Concluded)*

**WAREHOUSING AND DISTRIBUTION (Concluded)**

sensitive product as well as to provide long-term warehousing capabilities for off-season buys. The majority of merchandise sold by the Company is received and processed for retail sale, as necessary, and distributed to the retail locations from Company operated warehouse and distribution centers. Data pertaining to warehouse and distribution centers is described under Item 2 Properties, Warehouse and Distribution.

**ASSOCIATES**

At February 1, 2003, the Company had 44,451 active associates comprised of 17,475 full-time and 26,976 part-time associates. Temporary associates hired during the fall and winter holiday selling season increased the number of associates to a peak of 51,894 in fiscal 2002. Approximately sixty percent of the associates employed throughout the year are employed on a part-time basis. The relationship with associates is considered to be good, and the Company is not a party to any labor agreements.

**AVAILABLE INFORMATION**

The Company makes available, free of charge through its website located at www.biglots.com, its annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended, as soon as reasonably practicable after the Company electronically files such material with, or furnishes it to, the Securities and Exchange Commission. The contents of the Company's website are not part of this report.

WD-BL BN000000540

*Item 2 Properties*

**RETAIL OPERATIONS**

The Company's stores are located predominantly in strip shopping centers throughout the United States. Individual stores range in size from 5,073 to 65,018 square feet and average approximately 27,000 square feet. In selecting suitable new store locations, the Company generally seeks retail space between 25,000 to 35,000 square feet in size. The average cost to open a new store in a leased facility during fiscal 2002 was approximately $725,000, including inventory.

With the exception of 54 owned store sites, all stores are in leased facilities. Store leases generally provide for fixed monthly rental payments plus the payment, in most cases, of real estate taxes, utilities, insurance, and common area maintenance. In some locations, the leases provide formulas requiring the payment of a percentage of sales as additional rent. Such payments are generally only required when sales reach a specified level. The typical lease is for an initial term of five years with multiple five-year renewal options. The following tables set forth store location information and store, office, and warehouse lease expirations, exclusive of month-to-month leases, as of February 1, 2003.

| Number of Stores Open | | | |
|---|---|---|---|
| Alabama | 33 | Montana | 1 |
| Arizona | 27 | Nebraska | 4 |
| Arkansas | 11 | Nevada | 9 |
| California | 187 | New Hampshire | 6 |
| Colorado | 16 | New Jersey | 6 |
| Connecticut | 6 | New Mexico | 11 |
| Delaware | 2 | New York | 36 |
| Florida | 106 | North Carolina | 55 |
| Georgia | 62 | North Dakota | 3 |
| Idaho | 4 | Ohio | 130 |
| Illinois | 41 | Oklahoma | 19 |
| Indiana | 53 | Oregon | 10 |
| Iowa | 9 | Pennsylvania | 50 |
| Kansas | 10 | South Carolina | 26 |
| Kentucky | 42 | Tennessee | 46 |
| Louisiana | 24 | Texas | 103 |
| Maine | 3 | Utah | 9 |
| Maryland | 11 | Virginia | 42 |
| Massachusetts | 11 | Washington | 16 |
| Michigan | 49 | West Virginia | 24 |
| Minnesota | 6 | Wisconsin | 16 |
| Mississippi | 14 | Wyoming | 2 |
| Missouri | 29 | | |
| | | **Total stores** | **1,380** |
| | | **Number of states** | **45** |

WD-BL BN000000541

*Item 2 Properties (Concluded)*

**RETAIL OPERATIONS (Concluded)**

| Fiscal year | Number of Leases Expiring |
|---|---|
| 2003 | 183 |
| 2004 | 210 |
| 2005 | 241 |
| 2006 | 252 |
| 2007 | 211 |
| Subsequent to 2007 | 242 |
| | 1,339 |

**WAREHOUSE AND DISTRIBUTION**

At February 1, 2003, the Company operated warehouse and distribution locations strategically placed across the United States totaling 9,966,000 square feet. The Company's primary warehouse and distribution centers are owned and located in Ohio, Alabama, California, and Pennsylvania. Additionally, the Company is in the process of constructing a fifth distribution center in Durant, Oklahoma. The facilities utilize advanced warehouse management technology, which enables high accuracy and efficient product processing from vendors to the retail stores. The approximate combined weekly output of the Company's facilities is approximately 2.3 million cartons per week. Statistics for warehouse and distribution centers are presented below:

| State | Number | | Square Footage (in thousands) | |
|---|---|---|---|---|
| | Owned | Leased | Owned | Leased |
| Alabama | 1 | | 1,432 | |
| California | 1 | 1 | 1,423 | 271 |
| Ohio | 2 | 2 | 3,565 | 731 |
| Oklahoma (opens early 2004) | 1 | | 1,272 | |
| Pennsylvania | 1 | | 1,272 | |
| | 6 | 3 | 8,964 | 1,002 |
| Total owned and leased | | 9 | | 9,966 |

On August 23, 2001, the Company announced its decision to build a 1.3 million square foot distribution center in Durant, Oklahoma, which is expected to open in early 2004. The decision for the Durant site was based on the Company's strategic plan for the existing store base and future growth.

As necessary, the Company leases additional temporary warehouse space throughout the year to support its warehousing requirements.

WD-BL BN000000542

*Item 3 Legal Proceedings*

The Company and its subsidiaries are or may be subject to certain legal proceedings that are incidental to their ordinary course of business. Where and to the extent that the Company believes that a loss is probable and can be reasonably estimated, the Company will record a liability.

The Company has obtained preliminary approval for the settlement of an employment-related legal proceeding. The Company was fully reserved for this employment-related matter as of February 1, 2003, and the amount was not material. Following final approval, this matter will be fully settled. The Company does not believe that the finalization of this employment-related matter will significantly impact its future operating results.

*Item 4 Submission of Matters to a Vote of Security Holders*

No matters were submitted to a vote of security holders during the fourth quarter of the fiscal year covered by this report.

## OFFICERS OF THE COMPANY

| Name | Age | Offices Held | Officer Since |
|---|---|---|---|
| Michael J. Potter | 41 | Chairman, Chief Executive Officer and President | 1991 |
| Albert J. Bell | 42 | Vice Chairman and Chief Administrative Officer | 1988 |
| Kent Larsson | 59 | Executive Vice President, Marketing | 1998 |
| Donald A. Mierzwa | 52 | Executive Vice President, Store Operations | 1998 |
| Brad A. Waite | 45 | Executive Vice President, Human Resources and Loss Prevention | 1998 |
| Jeffrey G. Naylor | 44 | Senior Vice President and Chief Financial Officer | 2001 |
| Joe R. Cooper | 45 | Vice President Treasurer | 2000 |
| Anita C. Elliott | 38 | Vice President Controller | 2001 |
| Charles W. Haubiel II | 37 | Vice President, General Counsel and Corporate Secretary | 1999 |

*Michael J. Potter* was promoted to Chief Executive Officer and President in June 2000. Mr. Potter was appointed Chairman of the Board of Directors in August 2000. Mr. Potter joined the Company in 1991 as Vice President and Controller and was later promoted to Senior Vice President and Chief Financial Officer. In 1998, he was promoted to Executive Vice President and assumed additional responsibilities for Distribution and Information Services.

*Albert J. Bell* oversees finance, human resources, loss prevention, real estate, legal, risk management, and information systems. Mr. Bell was appointed Vice Chairman of the Board of Directors and promoted to Chief Administrative Officer in June 2000. Mr. Bell joined the Company in 1987 as General Counsel and held various senior management positions in the legal and real estate areas of the Company including Senior Vice President and Executive Vice President prior to his promotion in 2000 to his current position of Chief Administrative Officer.

*Kent Larsson* is responsible for marketing, merchandise presentation, sales promotion and public relations. Mr. Larsson joined the Company in 1988 as Vice President of Sales Promotion and was promoted to Executive Vice President of Merchandising and Sales Promotion in 1998.

*Donald A. Mierzwa* oversees the Company's store standards, customer service, personnel development and program implementation and execution. Mr. Mierzwa has been with the Company since 1989 and has served as Executive Vice President of Store Operations since 1999.

Page 10

WD-BL BN000000543

*Item 4 Submission of Matters to a Vote of Security Holders (Concluded)*

**OFFICERS OF THE COMPANY (Concluded)**

*Brad A. Waite* is responsible for human resources, loss prevention, risk management, and administrative services. Mr. Waite joined the Company in 1988 as Director of Employee Relations and held various Human Resource management and senior management positions prior to his promotion to his current position in July 2000.

*Jeffrey G. Naylor* is responsible for the Company's finance function. He oversees the financial planning and strategy, treasury, investor relations, financial reporting, control, and tax functions of the business. Mr. Naylor joined the Company in September 2001 as Senior Vice President and Chief Financial Officer. Prior to joining Big Lots, Mr. Naylor was Senior Vice President, Chief Financial and Administrative Officer of Dade Behring Inc. Prior to that, Mr. Naylor served as Vice President, Controller of The Limited, Inc., and Vice President-Finance of the full-line department stores division of Sears, Roebuck and Co. On August 1, 2002, as part of a pre-arranged plan to recapitalize the company, Dade Behring filed a voluntary petition for reorganization under Chapter 11 of the U.S. bankruptcy code. On October 3, 2002, 62 days later, Dade Behring exited from its pre-packaged Chapter 11 and emerged as a publicly traded company.

*Joe R. Cooper* is responsible for the Company's strategic planning, investor relations, and treasury functions. He joined the Company as Vice President of Strategic Planning and Investor Relations in May 2000. In July 2000, he also assumed responsibility for the treasury department and was appointed Vice President Treasurer. Prior to joining the Company, Mr. Cooper held various financial and accounting positions with Bath & Body Works, KinderCare Learning Centers, The Limited, Inc., and KPMG Peat Marwick.

*Anita C. Elliott* is responsible for internal and external reporting, payroll, and expense controls of the business. She joined the Company as Vice President Controller in May 2001. Prior to joining the Company, Ms. Elliott served as Controller for Jitney-Jungle Stores of America, Inc. She also practiced public accounting for twelve years, a portion of which was with Ernst & Young LLP.

*Charles W. Haubiel II* is responsible for the Company's legal affairs. He was promoted to Vice President, General Counsel and Corporate Secretary in July 2000. He joined the Company in 1997 as Senior Staff Counsel and was promoted to Director, Corporate Counsel and Assistant Secretary in 1999. Prior to joining the Company, Mr. Haubiel practiced law with the law firm of Vorys, Sater, Seymour and Pease LLP.

## PART II

*Item 5 Market for the Registrant's Common Equity and Related Shareholder Matters*

The Company's common shares are listed on the New York Stock Exchange (NYSE) under the symbol "BLI." The following table reflects the high and low sales price per share of common shares as quoted from the NYSE composite transactions for the fiscal period indicated.

|  | 2002 | | 2001 | |
| --- | --- | --- | --- | --- |
|  | High | Low | High | Low |
| First Quarter | $ 16.09 | $ 10.48 | $ 15.75 | $ 9.75 |
| Second Quarter | 19.90 | 13.75 | 14.00 | 11.23 |
| Third Quarter | 19.18 | 11.83 | 12.84 | 7.15 |
| Fourth Quarter | 17.24 | 11.89 | 11.27 | 7.75 |

Page 11

WD-BL BN000000544

***Item 5 Market for the Registrant's Common Equity and Related Shareholder Matters (Concluded)***

As of March 25, 2003, there were 1,358 registered holders of record of the Company's common shares.

The Company has followed a policy of reinvesting earnings in the business and consequently has not paid any cash dividends. At the present time, no change in this policy is under consideration by the Board of Directors. The payment of cash dividends in the future will be determined by the Board of Directors in consideration of business conditions then existing, including the Company's earnings, financial requirements and condition, opportunities for reinvesting earnings, and other factors.

Page 12

WD-BL BN000000545

*Item 6 Selected Financial Data*

The statement of operations data and the balance sheet data have been derived from the Company's Consolidated Financial Statements and should be read in conjunction with Management's Discussion and Analysis of Financial Condition and Results of Operations and the Consolidated Financial Statements and Notes thereto included elsewhere herein.

| | Fiscal Year Ended(a) | | | | |
|---|---|---|---|---|---|
| | Feb. 1, 2003 | Feb. 2, 2002 | Feb. 3, 2001(b) | Jan. 29, 2000 | Jan. 30, 1999 |
| *(In thousands)* | | | | | |
| Net sales | $3,868,550 | $3,433,321 | $3,277,088 | $2,933,690 | $2,550,668 |
| Cost of sales | 2,236,633 | 2,092,183 | 1,891,345 | 1,668,623 | 1,474,767 |
| Gross profit | 1,631,917 | 1,341,138 | 1,385,743 | 1,265,067 | 1,075,901 |
| Selling and administrative expenses | 1,485,265 | 1,368,397 | 1,200,277 | 1,095,453 | 918,699 |
| Operating profit (loss) | 146,652 | (27,259) | 185,466 | 169,614 | 157,202 |
| Interest expense | 20,111 | 20,202 | 22,947 | 16,447 | 15,795 |
| Income (loss) from continuing operations before income taxes and cumulative effect of accounting change | 126,541 | (47,461) | 162,519 | 153,167 | 141,407 |
| Income tax expense (benefit) | 49,984 | (18,747) | 64,195 | 60,501 | 55,144 |
| Income (loss) from continuing operations before cumulative effect of accounting change | 76,557 | (28,714) | 98,324 | 92,666 | 86,263 |
| Discontinued operations | | 8,480 | (478,976) | 3,444 | 23,155 |
| Cumulative effect of accounting change | | | | | (12,649) |
| Net income (loss) | $ 76,557 | $ (20,234) | $ (380,652) | $ 96,110 | $ 96,769 |

(a)   References throughout this document to fiscal 2002, fiscal 2001, and fiscal 2000 refer to the fiscal years ended February 1, 2003, February 2, 2002, and February 3, 2001, respectively.

(b)   Fiscal 2000 is comprised of 53 weeks.

Page 13

WD-BL BN000000546

*Item 6 Selected Financial Data (Concluded)*

|  | Fiscal Year Ended *(a)* | | | | |
|---|---|---|---|---|---|
|  | Feb. 1, 2003 | Feb. 2, 2002 | Feb. 3, 2001*(b)* | Jan. 29, 2000 | Jan. 30, 1999 |
| *(In thousands, except per share amounts and store counts)* | | | | | |
| Income (loss) per common share–basic: | | | | | |
|     Continuing operations | $ .66 | $ (.25) | $ .88 | $ .84 | $ .79 |
|     Discontinued operations | | .07 | (4.30) | .03 | .21 |
|     Cumulative effect of accounting change | | | | | (.11) |
| | $ .66 | $ (.18) | $ (3.42) | $ .87 | $ .89 |
| Income (loss) per common share–diluted: | | | | | |
|     Continuing operations | $ .66 | $ (.25) | $ .87 | $ .82 | $ .76 |
|     Discontinued operations | | .07 | (4.26) | .03 | .21 |
|     Cumulative effect of accounting change | | | | | (.11) |
| | $ .66 | $ (.18) | $ (3.39) | $ .85 | $ .86 |
| Weighted-average common shares outstanding: | | | | | |
|     Basic | 115,865 | 113,660 | 111,432 | 110,360 | 109,199 |
|     Diluted | 116,707 | 113,660 | 112,414 | 112,952 | 112,800 |
| **Balance Sheet Data:** | | | | | |
|     Total assets | $ 1,642,271 | $ 1,460,793 | $ 1,526,966 | $ 1,862,028 | $ 1,851,232 |
|     Working capital | 658,260 | 557,741 | 717,143 | 472,080 | 546,687 |
|     Long-term obligations | 204,000 | 204,000 | 268,000 | 50,000 | 285,000 |
|     Shareholders' equity | $ 1,026,181 | $ 927,533 | $ 927,812 | $ 1,300,062 | $ 1,181,902 |
| **Store Data:** | | | | | |
|     Gross square footage | 37,882 | 35,528 | 33,595 | 31,896 | 29,015 |
|     New stores opened | 87 | 78 | 83 | 124 | 137 |
|     Stores closed | 42 | 33 | 23 | 22 | 34 |
|     Stores open at end of year | 1,380 | 1,335 | 1,290 | 1,230 | 1,128 |

*(a)*   *References throughout this document to fiscal 2002, fiscal 2001, and fiscal 2000 refer to the fiscal years ended February 1, 2003, February 2, 2002, and February 3, 2001, respectively.*

*(b)*   *Fiscal 2000 is comprised of 53 weeks.*

WD-BL BN000000547

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations*

**CAUTIONARY STATEMENT FOR PURPOSES OF "SAFE HARBOR" PROVISIONS OF THE SECURITIES LITIGATION REFORM ACT OF 1995**

The Private Securities Litigation Reform Act of 1995 (the "Act") provides a "safe harbor" for forward-looking statements to encourage companies to provide prospective information, so long as those statements are identified as forward-looking and are accompanied by meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those discussed in the statement. The Company wishes to take advantage of the "safe harbor" provisions of the Act.

This report, as well as other verbal or written statements or reports made by or on the behalf of the Company, may contain or may incorporate material by reference which includes forward-looking statements within the meaning of the Act. Statements, other than those based on historical facts, which address activities, events, or developments that the Company expects or anticipates will or may occur in the future, including such things as future capital expenditures (including the amount and nature thereof), business strategy, expansion and growth of the Company's business and operations, and other similar matters are forward-looking statements, which are based upon a number of assumptions concerning future conditions that may ultimately prove to be inaccurate. The words "believe," "anticipate," "project," "plan," "expect," "estimate," "objective," "forecast," "goal," "intend," "will likely result," or "will continue" and similar expressions generally identify forward-looking statements. Although the Company believes the expectations expressed in such forward-looking statements are based on reasonable assumptions within the bounds of its knowledge of its business, actual events and results may materially differ from anticipated results described in such statement.

The Company's ability to achieve such results is subject to certain risks and uncertainties, any one, or a combination, of which could materially affect the results of the Company's operations. These factors include: sourcing and purchasing merchandise; the cost of the merchandise; economic and weather conditions which affect buying patterns of the Company's customers; changes in consumer spending and consumer debt levels; inflation; the Company's ability to anticipate buying patterns and implement appropriate inventory strategies; continued availability of capital and financing; competitive pressures and pricing pressures; the Company's ability to comply with the terms of its credit facilities (or obtain waivers for non-compliance); interest rate fluctuations; transportation and distribution delays or interruptions, including, but not limited to, the impact of the recent management lockout of the West Coast dockworkers and any ongoing work slowdown on the economy and on the Company's ability to receive inventory; fuel price fluctuations; interruptions in suppliers' businesses; costs and potential problems and interruptions associated with implementation of new or upgraded systems and technology; a deterioration in general economic conditions caused by acts of war or terrorism; delays associated with constructing, opening and operating new stores; and other risks described from time to time in the Company's filings with the Securities and Exchange Commission, in its press releases, and in other communications.

Consequently, all of the forward-looking statements are qualified by these cautionary statements, and there can be no assurance that the results or developments anticipated by the Company will be realized or that they will have the expected effects on the Company or its business or operations.

Readers are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date thereof. The Company undertakes no obligation to publicly release any revisions to the forward-looking statements contained in this report, or to update them to reflect events or circumstances occurring after the date of this report, or to reflect the occurrence of unanticipated events. Readers are advised, however, to consult any further disclosures the Company may make on related subjects in its Forms 10-Q, 8-K and 10-K filed with the Securities and Exchange Commission.

Page 15

WD-BL BN000000548

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

**OVERVIEW**

The discussion and analysis presented below should be read in conjunction with the Consolidated Financial Statements and related Notes appearing elsewhere in this report.

**Business Operations**

The Company is the nation's largest broadline closeout retailer. At February 1, 2003, the Company operated a total of 1,380 stores under the names BIG LOTS and BIG LOTS FURNITURE. The Company's goal is to build upon its leadership position in broadline closeout retailing, a growing segment of the retailing industry, by expanding its market presence in both existing and new markets. The Company believes that the combination of its strengths make it a low-cost value retailer well-positioned for future growth.

Wholesale operations are conducted through BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL, WISCONSIN TOY, and with online purchasing at www.biglotswholesale.com.

The following table compares components of the Consolidated Statements of Operations of the Company as a percentage of net sales. Results for fiscal 2001 include the impact of a $50.4 million (after-tax) non-cash charge (see Non-Cash 2001 Fourth Quarter Charge in the Notes to the Consolidated Financial Statements).

|  | Fiscal Year | | |
|  | 2002 | 2001 | 2000 |
|---|---|---|---|
| Net sales | 100.0% | 100.0% | 100.0% |
| Gross profit | 42.2 | 39.1 | 42.3 |
| Selling and administrative expenses | 38.4 | 39.9 | 36.6 |
| Operating profit (loss) | 3.8 | (.8) | 5.7 |
| Interest expense | .5 | .6 | .7 |
| Income (loss) from continuing operations before income taxes | 3.3 | (1.4) | 5.0 |
| Income tax expense (benefit) | 1.3 | (.6) | 2.0 |
| Income (loss) from continuing operations | 2.0 | (.8) | 3.0 |
| Discontinued operations | – | .2 | (14.6) |
| Net income (loss) | 2.0% | (.6)% | (11.6)% |

The Company has historically experienced, and expects to continue to experience, seasonal fluctuations, with a significant percentage of its net sales and operating profit being realized in the fourth fiscal quarter. In addition, the Company's quarterly results can be affected by the timing of store openings and closings, the amount of net sales contributed by new and existing stores, as well as the timing of remodels, television and circular advertising, and the timing of certain holidays. Furthermore, in anticipation of increased sales activity during the fourth quarter, the Company purchases substantial amounts of inventory during the third quarter and hires a significant number of temporary employees to increase store staffing during the fourth quarter.

**Name Change and Reincorporation**

On May 16, 2001, the Company changed its name to Big Lots, Inc. and its ticker symbol to NYSE: BLI. The name change was approved at the Annual Meeting of Shareholders on May 15, 2001. Also approved was a proposal to change the Company's state of incorporation from Delaware to Ohio. This change was affected by merging Consolidated Stores Corporation, a Delaware corporation ("Consolidated (Delaware)"), with and into

Page 16

WD-BL BN000000549

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

the Company (the "Merger"). At the effective time of the Merger, the separate corporate existence of Consolidated (Delaware) ceased, and the Company succeeded to all business, properties, assets, and liabilities of Consolidated (Delaware). The shares of common stock of Consolidated (Delaware) issued and outstanding immediately prior to the effective time of the Merger were, by virtue of the Merger, converted into an equal number of shares of fully paid and non-assessable common shares of the Company.

In connection with the Company's name change to Big Lots, Inc., 434 stores in total have been converted, including 380 stores previously operating under the names of Odd Lots, Mac Frugal's, and Pic N' Save, and 54 existing Big Lots stores located in conversion markets. As of the end of fiscal 2002, all of the Company's 1,380 stores were under the Big Lots name. In connection with this process, the Company made certain improvements to the converted sites. The improvements made varied by location and included, among other things, painting, lighting retrofits, new signage (interior and exterior), new flooring, and updated restrooms. The Company believes that Big Lots is its most recognizable brand name and that this change offers numerous opportunities to increase brand awareness among customers, suppliers, investors, and the general public. The Company believes the change will also allow it to leverage future television advertising and other expenses.

On August 22, 2001, the Company announced that its Board of Directors had unanimously voted to redeem the preferred stock rights issued under the Company's Rights Agreement, sometimes referred to as a "poison pill." The redemption was a direct result of the Company's redomestication into Ohio, as approved by its shareholders at the Company's 2001 Annual Meeting of Shareholders. At the 2000 Annual Meeting of Shareholders, a non-binding shareholder proposal passed seeking the termination of the Company's Rights Agreement. The Board of Directors believed that the statutory protections offered by the Company's new state of incorporation provided adequate safeguards to permit the Board of Directors and the Company's shareholders to fully and fairly evaluate any takeover offer, whether coercive or not. Accordingly, the Board of Directors found it to be in the best interest of the Company and its shareholders to redeem the preferred stock rights issued under the Rights Agreement.

**Sale of Division**

On June 27, 2000, the Company announced its decision to separate the toy and closeout businesses by divesting the Company's KB Toy Division. The Consolidated Financial Statements and related Notes have been reclassified for all applicable periods presented to reflect the toy segment as a discontinued operation.

On December 7, 2000, the Company closed the sale of its KB Toy Division to an affiliate of Bain Capital, Inc. In connection with the sale, the Company recorded an after-tax loss of $479.0 million consisting of a $48.2 million after-tax loss from operations and a $430.8 million after-tax loss on the disposal of the KB Toy Division. Proceeds from the sale were used primarily to pay down existing borrowings under the Company's senior unsecured revolving credit facility ("Prior Revolver").

The buyer purchased the business in conjunction with KB Toy's management, who were retained to lead the KB Toy business. Gross proceeds totaled approximately $305 million, consisting primarily of $258 million in cash, a note with a face amount of $45 million, and a warrant to acquire common stock of the buyer's parent. The note receivable matures on December 7, 2010, and bears interest at a rate of 8%. As of February 1, 2003, the note receivable from KB and the related common stock warrant were recorded as other long-term assets on the balance sheet. The interest is payable in annual installments paid by issuing additional notes with substantially identical terms as the original note. At the time of the sale (the fourth quarter of fiscal 2000), the Company evaluated the fair value of the note received as consideration in the transaction and recorded the note at its then fair value of $13 million. The fair value of the note was established based on several factors including fair market value determinations obtained from independent financial advisors at the time of the sale, the Company's

Page 17

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

knowledge of the underlying KB Toy business and industry, and the risks inherent in receiving no cash payments until the note matures in 2010. As of fiscal 2002, the Company recorded the interest earned and accretion of the discount utilizing the effective interest rate method and provided a full valuation reserve against such amounts as a result of its evaluation as to the recoverability of the carrying value of the notes. As of February 1, 2003, and February 2, 2002, the aggregate carrying value of these notes was $16 million.

The warrant provides that the Company is entitled to purchase up to 2.5% of the common stock of the buyer's parent for a stated per share price. The stock can be purchased any time prior to December 7, 2005. The note and warrant are being accounted for on the cost basis.

The Company has, as part of the sale agreement, retained the responsibility for certain KB insurance claims incurred through the date of closing of the sale (December 7, 2000). During the fourth quarter of 2001, the Company determined that the estimate for the related insurance reserves exceeded the expected liability. Accordingly, a portion of the insurance reserves established in connection with the sale of the KB Toy Division were adjusted and recorded as income from discontinued operations on the Company's Consolidated Statements of Operations. This adjustment resulted in $8.5 million of after-tax income from discontinued operations in the fourth quarter of 2001.

**Non-Cash 2001 Fourth Quarter Charge**

In the fourth quarter of fiscal 2001, the Company recorded a non-cash charge of $50.4 million (after-tax), or $0.44 per diluted share. The charge represented: a) costs to modify the Company's product assortment and exit certain merchandise categories ($6.1 million after-tax), b) adjustments to the estimated capitalized freight costs related to inbound imported inventories in response to better systems and information ($15.0 million after-tax), c) adjustments to inventory-related costs that were identified as a result of the completion of a significant multi-year conversion to a detailed stock keeping unit-level ("SKU") inventory management system ($16.7 million after-tax), and d) changes in estimates and estimating methodology related to insurance reserves ($12.6 million after-tax). These charges are included in the Company's fiscal 2001 fourth quarter financial statements.

A critical element of the Company's overall business strategy has been a multi-year initiative to improve its information systems, a major phase of which was completed in fiscal 2001. The new systems have given the Company the ability to track and manage inventories at the SKU level with improved visibility and data. The new systems have also provided better information on inventory balances and have given management the ability to assess profitability and financial returns down to the SKU level.

Based on an analysis of SKU-level information, the Company decided to modify its product assortment and exit certain categories of merchandise. This decision allowed the Company to expand its consumables and home categories, both of which management believes have superior financial returns. The markdowns associated with these discontinued products, all of which were taken during the fourth quarter of fiscal 2001, accounted for approximately $6.1 million (after-tax) of the charge described above. The Company believes this action will result in a more productive assortment and a greater emphasis on the everyday consumable items that help drive repeat store traffic.

The second component of the charge related to the estimated capitalized import freight costs which were incurred in connection with inbound inventories sourced from outside the United States. New information systems have improved the Company's ability to manage merchandise flow and freight costs. These improved systems have also provided better information and tools for determining the proper amount of capitalized import freight costs to be recorded on the balance sheet. Accordingly, based on this new information, the Company has revised its estimates and methodology, resulting in a $15.0 million (after-tax) charge.

WD-BL BN000000551

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

The third component of the charge pertained to inventory-related costs that had not been allocated to the cost of merchandise in the Company's detailed inventory stock ledger and, accordingly, were not being fully allocated to cost of goods sold. The Company identified this issue in the fourth quarter of fiscal 2001 as a result of the conversion to the new SKU-based systems, resulting in a $16.7 million (after-tax) charge.

The fourth and final component of the charge related to insurance reserves. At the end of fiscal 2001, the Company analyzed its insurance reserve accounts and implemented a new methodology that provided better actuarial estimates of future claims. This new methodology, combined with an upward trend in fiscal 2001 claims, resulted in a $12.6 million (after-tax) charge to increase the Company's insurance reserves. This charge consisted of two elements: the first related to the adjustment of reserves established in connection with the sale of the KB Toy Division, which resulted in $8.5 million (after-tax) income from discontinued operations, and the second element of the charge was $21.1 million (after-tax) to increase reserves related to continuing operations.

**FISCAL 2002 COMPARED TO FISCAL 2001**

**Net Sales**

Net sales increased to $3,868.5 million for fiscal 2002 from $3,433.3 million for fiscal 2001, an increase of $435.2 million, or 12.7%. This increase resulted primarily from a comparable stores sales increase of 7.7%, with the remaining 5.0% growth driven primarily by sales from 87 new stores, offset in part by the closing of 42 stores. The Company attributes its comparable store sales increase of 7.7% to an increase in the dollar value of the average transaction of 4.9% and an increase in the number of customer transactions of 2.8%.

Comparable store sales are calculated using all stores that have been open for at least two years as of the beginning of the fiscal year.

The Company believes the increase in the number of customer transactions and the increase in the dollar value of the average transaction for fiscal 2002 may have resulted from several factors such as more reliable in-stock levels of consumables products, more productive advertising circulars, increased television advertising spending, the successful re-grand opening of 434 conversion stores since March 2001, and the introduction of furniture departments in 128 stores over the prior year. In terms of product categories, sales growth was broad based with positive comparable store sales increases across most major categories and strong gains in domestics, furniture, hardlines, consumables, toys, and home décor.

The Company believes that future sales growth is dependent upon the increased number of customer transactions as well as increases in the dollar value of the average transaction. The following table summarizes comparable store sales as well as growth in customer transactions and in the value of the average transaction:

|  | Fiscal Year Ended | |
|---|---|---|
|  | February 1, 2003 | February 2, 2002 |
| **Comparable Store Sales** | 7.7% | 2.0% |
| **Customer Transactions** | 2.8% | .3% |
| **Value of the Average Transaction** | 4.9% | 1.7% |

WD-BL BN000000552

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

**Gross Profit**

Gross profit increased $290.8 million, or 21.7%, in fiscal 2002 to $1,631.9 million from $1,341.1 million in fiscal 2001. Gross profit as a percentage of net sales was 42.2% in fiscal 2002 compared to 39.1% in the previous year. Of the 310 basis point improvement in the gross profit percentage, 180 basis points were due to prior year's results having been impacted by a non-cash fourth quarter charge of $37.8 million after-tax ($62.4 million before tax). This charge represented the cost to modify the Company's product assortment and exit certain categories, adjustments to the estimated capitalized import freight balances, and inventory-related costs that were identified as a result of the completion of a significant multi-year conversion to a detailed SKU-level inventory management system. The remaining 130 basis points of increase in the gross profit percentage was primarily due to improvements in initial markup due to opportunistic buying conditions across most merchandise categories, partially offset by promotional markdowns taken to clear seasonal inventory such as Christmas decorative merchandise.

**Selling and Administrative Expenses**

Selling and administrative expenses increased $116.9 million in fiscal 2002 to $1,485.3 million from $1,368.4 million in fiscal 2001. As a percentage of net sales, selling and administrative expenses decreased to 38.4% in fiscal 2002 from 39.9% in fiscal 2001. Of the 150 basis point improvement in the selling and administrative expense rate, 110 basis points were due to prior year's results having been impacted by a $21.1 million after-tax ($34.9 million before tax) non-cash fourth quarter charge resulting from a change in estimate relating to insurance reserves. The remaining 40 basis points of rate improvement in fiscal 2002 was primarily due to improving productivity in distribution, transportation, and store payroll, partially offset by the negative impact of increased insurance costs, as well as accelerating comparable sales on an expense base of which a large portion is fixed.

The $116.9 million increase in selling and administrative spending was primarily driven by an increase in the number of stores, additional variable costs associated with the higher levels of sales (primarily store payroll, incentive compensation, distribution and transportation costs), investment in strategic repositioning initiatives, and insurance expense.

Warehousing and distribution costs, which are included in Selling and Administrative Expenses (see Summary of Significant Accounting Policies in the Notes to the Consolidated Financial Statements), decreased as a percentage of sales 60 basis points when compared to fiscal 2001. The reduction in warehousing and distribution costs as a percentage of sales is primarily due to productivity improvements and the leveraging of costs over a higher sales base.

**Interest Expense**

Interest expense, including the amortization of debt issuance costs, was $20.1 million for fiscal 2002 compared to $20.2 million for fiscal 2001. As a percentage of net sales, interest expense for the year declined slightly compared to fiscal 2001.

The fiscal 2002 interest primarily relates to the Company's senior notes and the amortization of debt issuance costs. The decrease in interest expense over fiscal 2001 is primarily due to lower average borrowings under the Company's senior revolving credit agreement ("Revolving Credit Agreement"). This decrease was partially offset by fiscal 2001 expense being favorably impacted in the first and second quarters by the capitalization of $2.4 million of interest related to the Tremont, Pennsylvania distribution center. Additionally, the senior notes, which carry a higher

Page 20

WD-BL BN000000553

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

interest rate than the variable-priced Revolving Credit Agreement, were not in place until the second quarter of fiscal 2001.

**Income Taxes**

The effective tax rate of the Company was 39.5% in both fiscal 2002 and 2001.

**FISCAL 2001 COMPARED TO FISCAL 2000**

**Net Sales**

Net sales increased to $3,433.3 million for fiscal 2001 from $3,277.1 million for fiscal 2000, an increase of $156.2 million, or 4.8%. This increase was attributable to sales from 78 new stores, offset in part by the closing of 33 stores, and a comparable store sales increase of 2.0%. Customer transactions increased 0.3% and the value of the average basket increased 1.7%.

Comparable store sales are calculated using all stores that have been open for at least two years as of the beginning of the fiscal year.

The Company believes the increase in the number of customer transactions and the increase in the dollar value of the average transaction for fiscal 2001 may have resulted from several factors such as increased television advertising which raised the Company's total television coverage from 30% of net sales to 52% of net sales, the successful re-grand opening of 205 conversion stores, and the introduction of furniture departments in 148 stores over the prior year. In terms of product categories, furniture, home décor, seasonal, and consumables drove sales growth with positive comparable store sales increases.

The Company believes that future sales growth is dependent upon the increased number of customer transactions as well as increases in the dollar value of the average transaction. The following table summarizes comparable store sales as well as growth in customer transactions and in the value of the average transaction:

|  | Fiscal Year Ended | |
|  | February 2, 2002 | February 3, 2001 |
| --- | --- | --- |
| **Comparable Store Sales** | 2.0% | 3.7% |
| **Customer Transactions** | .3% | (2.1%) |
| **Value of the Average Transaction** | 1.7% | 5.8% |

**Gross Profit**

Gross profit decreased $44.6 million, or 3.2%, in fiscal 2001 to $1,341.1 million from $1,385.7 million in fiscal 2000. Gross profit as a percentage of net sales was 39.1% in fiscal 2001 compared to 42.3% in the previous year. The decline in gross profit as a percentage of net sales was primarily due to a non-cash fourth quarter charge of $37.8 million after-tax ($62.4 million before tax). This charge represented the cost to modify the Company's product assortment and exit certain categories, adjustments to the estimated capitalized import freight balances, and inventory-related costs that were identified as a result of the completion of a significant multi-year conversion to a

Page 21

WD-BL BN000000554

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

detailed SKU-level inventory management system. The remaining decline in gross profit percentage was primarily due to aggressive markdowns and promotions taken to sell through seasonal merchandise and apparel. The decline was also impacted by a shift in product mix as customers increased purchases of lower margin consumable goods and reduced spending on more discretionary, higher margin items.

**Selling and Administrative Expenses**

Selling and administrative expenses increased $168.1 million in fiscal 2001 from $1,200.3 million in fiscal 2000. As a percentage of net sales, selling and administrative expenses were 39.9% in fiscal 2001 compared to 36.6% in fiscal 2000. The major cause of the increase as a percentage of net sales was due to a $21.1 million after-tax ($34.9 million before tax) non-cash fourth quarter charge resulting from a change in estimate relating to insurance reserves, combined with an upward trend in fiscal 2001 claims. The remaining selling and administrative rate increase was primarily driven by the deleveraging impact of lower comparable store sales combined with planned strategic initiatives, including increased advertising, store maintenance, and customer service investments.

Warehousing and distribution costs, which are included in Selling and Administrative Expenses (see Summary of Significant Accounting Policies in the Notes to the Consolidated Financial Statements), increased as a percentage of sales 50 basis points over fiscal 2000. The increase was primarily due to higher carton volume on a lower comparable sales base as well as additional overhead costs related to the new Tremont, Pennsylvania distribution center.

**Interest Expense**

Interest expense, including the amortization of debt issuance costs, decreased to $20.2 million in fiscal 2001 from $22.9 million in fiscal 2000. The decrease in interest expense reflects favorable effective interest rates, a lower average debt balance, and the capitalization of $2.4 million of interest related to the Tremont, Pennsylvania distribution center.

**Income Taxes**

The effective tax rate of the Company was 39.5% in both fiscal 2001 and 2000.

**CAPITAL RESOURCES AND LIQUIDITY**

On May 8, 2001, the Company entered into the Revolving Credit Agreement with a group of financial institutions, which consisted of a $358.75 million three-year revolving credit facility and a $153.75 million 364-day facility, renewable annually. The Revolving Credit Agreement replaced the Company's Prior Revolver which, at the time of its replacement, consisted of a $500 million revolving credit facility that was due to expire on May 6, 2002. The average interest rate under the Revolving Credit Agreement during fiscal 2002 and fiscal 2001 was 3.01% and 5.41%, respectively.

Also on May 8, 2001, the Company entered into the Senior Note Agreement pursuant to which it completed a $204 million private placement of senior notes with maturities ranging from four to six years ("Senior Notes").

Page 22

WD-BL BN000000555

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

Principal maturities of long-term debt for the next five fiscal years are as follows:

| | |
|---|---|
| 2003 | $   — |
| 2004 | $   — |
| 2005 | $174 million |
| 2006 | $ 15 million |
| 2007 | $ 15 million |

The Senior Notes currently carry a weighted-average yield of 8.21% and rank pari passu with the Company's Revolving Credit Agreement. Proceeds from the issue were used to pay down the Prior Revolver.

Both the Revolving Credit and Senior Note Agreements contain customary affirmative and negative covenants including financial covenants requiring the Company to maintain specified fixed charge coverage and leverage ratios as well as a minimum level of net worth.

On October 30, 2001, the financial covenants of the Revolving Credit Agreement were amended to provide the Company with increased operating flexibility. On February 25, 2002, both the Revolving Credit Agreement and Senior Note Agreement were amended to exclude the non-cash 2001 fourth quarter charge from the fixed charge coverage and leverage ratio financial covenant calculations. As part of the February 25, 2002 amendments, the Company provided collateral, consisting principally of its inventories, as security for both the Revolving Credit and Senior Note Agreements, and agreed to certain changes in other terms.

The February 25, 2002 amendment to the Revolving Credit Agreement imposed certain limitations on the extent to which the Company may borrow under the Revolving Credit Agreement. The Company's borrowing base fluctuates monthly based on the value of the Company's inventory, as determined in accordance with the Revolving Credit Agreement. On April 30, 2002, the Revolving Credit Agreement was further amended to increase the applicable borrowing base factor.

On May 8, 2002, the Company's 364-day facility expired. This facility had not been used during the prior year and, accordingly, was not renewed. The Company believes that the remaining $358.75 million revolving credit facility, combined with cash provided by operations, existing cash balances, and the Senior Notes, provide sufficient liquidity to meet its operating and seasonal borrowing needs.

The primary sources of liquidity for the Company have been cash flow from operations, proceeds from the Senior Notes, and as necessary, borrowings under the Revolving Credit Agreement. Working capital at February 1, 2003, was $658.3 million and net cash provided by operations was $218.2 million for the fiscal year then ended. The Company had no direct borrowings under the Revolving Credit Agreement at February 1, 2003. At such date, the Company was contingently liable for outstanding letters of credit totaling $32.5 million and had $143.8 million of invested funds.

The Company received federal tax refunds of approximately $62 million in fiscal 2002 and $73.2 million in fiscal 2001 from the utilization of the net operating losses and tax credit carryforwards primarily relating to the divestiture of the KB Toy Division.

During fiscal 2002, the Company had average borrowings under the Revolving Credit Agreement of $17 million and peak borrowings of $93.5 million. Additionally, the Company had average letters of credit outstanding of $34.2 million during fiscal 2002. At the point of its peak borrowing, the Company had $188.8 million of unused availability under its borrowing base formula.

Page 23

WD-BL BN000000556

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

Capital expenditures were $102.1 million in fiscal 2002, $107.6 million in fiscal 2001, and $114.8 million in fiscal 2000. Capital expenditures in fiscal 2002 were primarily driven by new store openings, investments in strategic initiatives in conjunction with the Company's strategic repositioning, and the commencement of the construction of a new distribution center in Durant, Oklahoma. Capital expenditures in fiscal 2001 were primarily driven by new store openings, additional distribution center capacity in Montgomery, Alabama, and Tremont, Pennsylvania, investments in strategic initiatives in conjunction with the Company's strategic repositioning, and the upgrade of the warehouse management system in the Columbus, Ohio distribution center. Capital expenditures in fiscal 2000 were primarily driven by new store openings and additional distribution center capacity. Capital expenditure requirements in 2003 are anticipated to be approximately $160-$165 million, primarily to complete the new distribution facility in Durant, Oklahoma, invest in new stores and store expansions, and remodel approximately 213 existing Big Lots stores.

## CRITICAL ACCOUNTING POLICIES AND ESTIMATES

The preparation of financial statements, in conformity with accounting principles generally accepted in the United States of America, requires management to make estimates and assumptions about future events that affect the amounts reported in the financial statements and accompanying notes. Future events and their effects cannot be determined with absolute certainty. Therefore, the determination of estimates requires the exercise of judgment.

The Company's accounting policies are more fully described in the Summary of Significant Accounting Policies in the Notes to the Consolidated Financial Statements. The Company has certain critical accounting policies and accounting estimates, which are described below.

*Merchandise inventories.* Merchandise inventories are carried at the lower of cost or market on a first-in, first-out basis, primarily on the retail method. Certain assumptions are made to properly record inventory at the lower of cost or market, and these assumptions are based on historical experience and current information. The Company's assumptions include significant judgments and estimates made by management including merchandise markup, markdowns, shrinkage, and the aging of inventories, each of which could significantly impact the ending inventory valuation at cost as well as the resulting gross margins. Due to the nature of the Company's purchasing practices for closeout and deeply discounted merchandise, vendors and merchandise suppliers generally do not offer the Company incentives such as slotting fees, cooperative advertising allowances, buydown agreements, or other forms of rebates that would materially reduce its cost of sales.

*Property and equipment.* Depreciation and amortization are provided on the straight-line method over the estimated useful lives of the assets. Service lives are principally forty years for buildings and from three to fifteen years for other property and equipment.

*Impairment.* The Company has long-lived assets that consist primarily of property and equipment. The Company estimates useful lives on buildings and equipment using assumptions based on historical data and industry trends. Where there is an indication of impairment, the Company evaluates the fair value and future benefits of the related long-lived asset, and the anticipated undiscounted future net cash flows from the related asset is calculated and compared to the carrying value on the Company's books. The Company's assumptions related to estimates of future cash flows are based on historical results of cash flows adjusted for management projections for future periods taking into account known conditions and planned future activities. The Company's assumptions regarding the fair value of its long-lived assets are based on the discounted future cash flows.

WD-BL BN000000557

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Continued)*

*Insurance reserves.* The Company is self-insured for certain losses relating to general liability, workers' compensation, and employee medical benefit claims, and the Company has purchased stop-loss coverage in order to limit significant exposure in these areas. Accrued insurance liabilities are based on claims filed and estimates of claims incurred but not reported. Such amounts are determined by applying actuarially-based calculations taking into account known trends and projections of future results. Actual claims experience can impact these calculations and, to the extent that subsequent claim costs vary from estimates, future earnings could be impacted and the impact could be material.

*Income taxes.* The Company has generated deferred tax assets or liabilities due to temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. The Company has established a valuation allowance to reduce its deferred tax assets to the balance that is more likely than not to be realized. The Company records liabilities relating to income taxes utilizing known obligations and estimates of potential obligations.

*Pension liabilities.* Pension and other retirement benefits, including all relevant assumptions required by accounting principles generally accepted in the United States of America, are evaluated each year. Due to the technical nature of retirement accounting, outside actuaries are used to provide assistance in calculating the estimated future obligations. Since there are many estimates and assumptions involved in retirement benefits, differences between actual future events and prior estimates and assumptions could result in adjustments to pension expenses and obligations. Such assumptions include the discount rate, rate of increase in compensation levels, and the expected long-term rate of return on the related assets.

*Legal obligations.* In the normal course of business, the Company must make continuing estimates of potential future legal obligations and liabilities, which requires the use of management's judgment on the outcome of various issues. Management may also use outside legal advice to assist in the estimating process; however, the ultimate outcome of various legal issues could be materially different from management's estimates and adjustments to income could be required. The assumptions that are used by management are based on the requirements of Statement of Financial Accounting Standards ("SFAS") No. 5, "Accounting for Contingencies." The Company will record a liability related to legal obligations when it has determined that it is probable that the Company will be obligated to pay and the related amount can be reasonably estimated, and it will disclose the related facts in the footnotes to its financial statements, if material. If the Company determines that either an obligation is probable or reasonably possible, the Company will, if material, disclose the nature of the loss contingency and the estimated range of possible loss, or include a statement that no estimate of loss can be made. The Company makes these determinations in consultation with its outside legal advisors.

*Cost of sales.* Cost of sales includes the cost of merchandise (including related inbound freight), markdowns and inventory shortage, as well as cash discounts and rebates. The Company classifies purchasing and receiving costs, inspection costs, warehousing costs, internal transfer costs, and the other distribution network costs as selling and administrative expenses. Due to this classification, the Company's gross margins may not be comparable to those of other retailers that include costs related to their distribution network in cost of sales.

*Selling and administrative expenses.* The Company includes store expenses (such as payroll and occupancy costs), warehousing and distribution costs, advertising, buying, depreciation, insurance, and overhead costs in selling and administrative expenses.

The above listing is not intended to be a comprehensive list of all the Company's accounting policies. In many cases, the accounting treatment of a particular transaction is specifically dictated by accounting principles generally accepted in the United States of America, with no need for management's judgment in the principles' application. There are also areas in which management's judgment in selecting any available alternative would not produce a

Page 25

WD-BL BN000000558

*Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operations (Concluded)*

materially different result. See the Company's Consolidated Financial Statements and Notes thereto for the fiscal year ended February 1, 2003, which contain accounting policies and other disclosures required by accounting principles generally accepted in the United States of America.

**RECENT ACCOUNTING PRONOUNCEMENTS**

Recent Accounting Pronouncements are discussed in the Summary of Significant Accounting Policies in the Notes to the Consolidated Financial Statements.

**COMMITMENTS**

Commitments are discussed in the Long-Term Obligations, the Commitments and Contingencies, and the Leases Notes to the Consolidated Financial Statements.

*Item 7A Quantitative and Qualitative Disclosures About Market Risk*

The Company is subject to market risk from exposure to changes in interest rates based on its financing, investing, and cash management activities. The Company does not expect changes in interest rates in fiscal 2003 to have a material effect on income or cash flows; however, there can be no assurances that interest rates will not materially change. The Company does not believe that a hypothetical adverse change of 10% in interest rates would have a material adverse affect on the Company's financial condition.

The Company continues to believe that it has, or if necessary has the ability to obtain, adequate resources to fund ongoing operating requirements, future capital expenditures related to the expansion of existing businesses, development of new projects, and currently maturing obligations. Additionally, management is not aware of any current trends, events, demands, commitments or uncertainties which reasonably can be expected to have a material impact on the liquidity, capital resources, financial position or results of operations of the Company. The Company does not enter into financial instruments for trading purposes.

WD-BL BN000000559

*Item 8 Financial Statements and Supplementary Data*

**INDEPENDENT AUDITORS' REPORT**

To the Board of Directors of Big Lots, Inc.:

We have audited the accompanying consolidated balance sheets of Big Lots, Inc. and subsidiaries as of February 1, 2003 and February 2, 2002, and the related consolidated statements of operations, shareholders' equity and cash flows for each of the three fiscal years in the period ended February 1, 2003. Our audits also included the financial statement schedule listed in the Index at Item 15(a)2. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the consolidated financial position of Big Lots, Inc. and subsidiaries at February 1, 2003 and February 2, 2002, and the consolidated results of their operations and their cash flows for each of the three fiscal years in the period ended February 1, 2003, in conformity with accounting principles generally accepted in the United States of America. Also, in our opinion, such financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects, the information set forth therein.

**Deloitte & Touche LLP**
Dayton, Ohio
February 25, 2003

Page 27

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share amounts)**

| | | Fiscal Year | |
| --- | --- | --- | --- |
| | 2002 | 2001 | 2000 |
| Net sales | $ 3,868,550 | $ 3,433,321 | $ 3,277,088 |
| Costs and expenses: | | | |
|    Cost of sales | 2,236,633 | 2,092,183 | 1,891,345 |
|    Selling and administrative expenses | 1,485,265 | 1,368,397 | 1,200,277 |
|    Interest expense | 20,111 | 20,202 | 22,947 |
| | 3,742,009 | 3,480,782 | 3,114,569 |
| Income (loss) from continuing operations before income taxes | 126,541 | (47,461) | 162,519 |
| Income tax expense (benefit) | 49,984 | (18,747) | 64,195 |
| Income (loss) from continuing operations | 76,557 | (28,714) | 98,324 |
| Discontinued operations | | 8,480 | (478,976) |
| Net income (loss) | $ 76,557 | $ (20,234) | $ (380,652) |
| Income (loss) per common share — basic: | | | |
|    Continuing operations | $ .66 | $ (.25) | $ .88 |
|    Discontinued operations | | .07 | (4.30) |
| | $ .66 | $ (.18) | $ (3.42) |
| Income (loss) per common share — diluted: | | | |
|    Continuing operations | $ .66 | $ (.25) | $ .87 |
|    Discontinued operations | | .07 | (4.26) |
| | $ .66 | $ (.18) | $ (3.39) |

*The accompanying notes are an integral part of these financial statements.*

Page 28

WD-BL BN000000561

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(In thousands, except par value)**

| | February 1, 2003 | February 2, 2002 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash | $ 23,193 | $ 11,322 |
| Cash equivalents | 143,815 | 17,500 |
| Inventories | 776,210 | 705,293 |
| Deferred income taxes | 61,221 | 93,899 |
| Other current assets | 64,728 | 57,536 |
| Total current assets | 1,069,167 | 885,550 |
| Property and equipment — net | 532,264 | 515,023 |
| Deferred income taxes | 17,766 | 35,108 |
| Other assets | 23,074 | 25,112 |
| | $1,642,271 | $1,460,793 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 241,905 | $ 211,457 |
| Accrued liabilities | 169,002 | 116,352 |
| Total current liabilities | 410,907 | 327,809 |
| Long-term obligations | 204,000 | 204,000 |
| Other liabilities | 1,183 | 1,451 |
| Commitments and contingencies | | |
| Shareholders' equity: | | |
| Common shares — authorized 290,000 shares, $.01 par value; issued 116,165 shares and 114,398 shares, respectively | 1,162 | 1,144 |
| Additional paid-in capital | 458,043 | 435,970 |
| Retained earnings | 566,976 | 490,419 |
| Total shareholders' equity | 1,026,181 | 927,533 |
| | $1,642,271 | $1,460,793 |

*The accompanying notes are an integral part of these financial statements.*

Page 29

WD-BL BN000000562

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
**(In thousands)**

| | Common Stock Issued | | Additional Paid-In Capital | Retained Earnings | Total |
|---|---|---|---|---|---|
| | Shares | Amount | | | |
| Balance — January 29, 2000 | 111,000 | $ 1,110 | $ 407,647 | $ 891,305 | $ 1,300,062 |
| Net loss | | | | (380,652) | (380,652) |
| Exercise of stock options | 733 | 8 | 4,508 | | 4,516 |
| Contribution to savings plan | 346 | 3 | 3,883 | | 3,886 |
| Balance — February 3, 2001 | 112,079 | 1,121 | 416,038 | 510,653 | 927,812 |
| Net loss | | | | (20,234) | (20,234) |
| Exercise of stock options | 1,799 | 18 | 15,551 | | 15,569 |
| Contribution to savings plan | 520 | 5 | 5,519 | | 5,524 |
| Redemption of preferred stock rights | | | (1,138) | | (1,138) |
| Balance — February 2, 2002 | 114,398 | 1,144 | 435,970 | 490,419 | 927,533 |
| Net income | | | | 76,557 | 76,557 |
| Exercise of stock options | 1,323 | 13 | 17,436 | | 17,449 |
| Contribution to savings plan | 444 | 5 | 4,637 | | 4,642 |
| Balance — February 1, 2003 | 116,165 | $ 1,162 | $ 458,043 | $ 566,976 | $ 1,026,181 |

*The accompanying notes are an integral part of these financial statements.*

Page 30

WD-BL BN000000563

**BIG LOTS, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands)**

| | | Fiscal Year | |
| --- | --- | --- | --- |
| | 2002 | 2001 | 2000 |
| Operating activities: | | | |
| Net income (loss) | $ 76,557 | $ (20,234) | $ (380,652) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | | |
| Discontinued operations | | (8,480) | 478,976 |
| Depreciation and amortization | 81,509 | 68,986 | 62,290 |
| Deferred income taxes | 50,020 | (20,209) | (119,321) |
| Loss on sale of equipment | 1,056 | | |
| Other | 5,088 | 6,772 | 3,781 |
| Change in assets and liabilities | 3,988 | 124,098 | (103,166) |
| Cash used in discontinued operations | | | (249,842) |
| Net cash provided by (used in) operating activities | 218,218 | 150,933 | (307,934) |
| Investment activities: | | | |
| Capital expenditures | (102,057) | (107,561) | (114,847) |
| Cash proceeds from sale of equipment | 2,271 | | 257,613 |
| Other | 3,667 | 6,123 | 19,465 |
| Net cash provided by (used in) investing activities | (96,119) | (101,438) | 162,231 |
| Financing activities: | | | |
| Proceeds from (payment of) short-term credit agreements | | (266,549) | 77,900 |
| Proceeds from long-term credit agreements | | 204,000 | |
| Redemption of preferred stock rights | | (1,138) | |
| Proceeds from exercise of stock options | 16,087 | 12,353 | 2,127 |
| Net cash provided by (used in) financing activities | 16,087 | (51,334) | 80,027 |
| Increase (decrease) in cash and cash equivalents | 138,186 | (1,839) | (65,676) |
| Cash and cash equivalents: | | | |
| Beginning of year | 28,822 | 30,661 | 96,337 |
| End of year | $ 167,008 | $ 28,822 | $ 30,661 |

*The accompanying notes are an integral part of these financial statements.*

Page 31

WD-BL BN000000564

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

**Description of Business**

The Company is the nation's largest broadline closeout retailer. At February 1, 2003, the Company operated a total of 1,380 stores under the names BIG LOTS and BIG LOTS FURNITURE. Wholesale operations are conducted through BIG LOTS WHOLESALE, CONSOLIDATED INTERNATIONAL, WISCONSIN TOY, and with online purchasing at www.biglotswholesale.com.

**Fiscal Year**

The Company follows the concept of a 52/53-week fiscal year, which ends on the Saturday nearest to January 31. Fiscal 2002 and 2001 were comprised of 52 weeks, while fiscal 2000 was comprised of 53 weeks.

**Segment Reporting**

The Company manages its business on the basis of one segment, broadline closeout retailing. As of February 1, 2003, and February 2, 2002, all of the Company's operations were located within the United States.

**Basis of Presentation**

The Consolidated Financial Statements include the accounts of the Company and those subsidiaries for which the Company, directly or indirectly, has the ability to exercise significant influence over operating and financial policies. All significant intercompany transactions have been eliminated.

**Management Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions which affect reported amounts of assets and liabilities and disclosure of significant contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting periods. Actual results could differ from those estimates.

**Cash and Cash Equivalents**

Cash and cash equivalents consist of highly liquid investments, which are unrestricted as to withdrawal or use, and have an original maturity of three months or less. Cash equivalents are stated at cost, which approximates market value.

**Merchandise Inventories**

Merchandise inventories are carried at the lower of cost or market on a first-in, first-out basis, primarily on the retail method. Certain assumptions are made to properly record inventory at the lower of cost or market, and these assumptions are based on historical experience and current information. The Company's assumptions include significant judgments and estimates made by management including merchandise markup, markdowns, shrinkage, and the aging of inventories, each of which could significantly impact the ending inventory valuation at cost as well as the resulting gross margins. Due to the nature of the Company's purchasing practices for closeout and deeply discounted merchandise, vendors and merchandise suppliers generally do not offer the Company incentives such as

Page 32

WD-BL BN000000565

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

slotting fees, cooperative advertising allowances, buydown agreements, or other forms of rebates that would materially reduce its cost of sales.

**Stock Options**

The Company measures compensation cost for stock options issued to employees and directors using the intrinsic value-based method of accounting in accordance with Accounting Principles Board Opinion ("APB") No. 25. If compensation cost for the Company's stock options had been determined based on the fair value method of Statement of Financial Accounting Standards ("SFAS") No. 123, "Accounting for Stock-Based Compensation," the Company's net income and net income per share would have been reduced to the pro forma amounts as follows (see Stock Plans in the Notes to the Consolidated Financial Statements):

| (In thousands, except per share amounts) | | 2002 | | 2001 | | 2000 |
|---|---|---|---|---|---|---|
| Net income (loss): | | | | | | |
| As reported | $ | 76,557 | $ | (20,234) | $ | (380,652) |
| Deduct: Total stock-based employee compensation expense determined under fair value-based method for all awards, net of related tax effect | | 5,055 | | 6,756 | | 4,174 |
| Pro forma | $ | 71,502 | $ | (26,990) | $ | (384,826) |
| Income (loss) per common share — basic: | | | | | | |
| As reported | $ | .66 | $ | (.18) | $ | (3.42) |
| Pro forma | | .62 | | (.24) | | (3.45) |
| Income (loss) per common share — diluted: | | | | | | |
| As reported | $ | .66 | $ | (.18) | $ | (3.39) |
| Pro forma | | .61 | | (.24) | | (3.42) |

**Property and Equipment**

Depreciation and amortization are provided on the straight-line method over the estimated useful lives of the assets. Service lives are principally forty years for buildings and from three to fifteen years for other property and equipment.

**Impairment**

The Company has long-lived assets that consist primarily of property and equipment. The Company estimates useful lives on buildings and equipment using assumptions based on historical data and industry trends. Where there is an indication of impairment, the Company evaluates the fair value and future benefits of the related long-lived asset, and the anticipated undiscounted future net cash flows from the related asset is calculated and compared to the carrying value on the Company's books. The Company's assumptions related to estimates of future cash flows are based on historical results of cash flows adjusted for management projections for future periods taking into account known conditions and planned future activities. The Company's assumptions regarding the fair value of its long-lived assets are based on the discounted future cash flows.

Page 33

WD-BL BN000000566

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

**Computer Software Costs**

The Company records software development costs in accordance with the American Institute of Certified Public Accountants' Statement of Position 98-1, "Accounting for the Costs of Computer Software Developed or Obtained for Internal Use."

**Income Taxes**

The Company has generated deferred tax assets or liabilities due to temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. The Company has established a valuation allowance to reduce its deferred tax assets to the balance that is more likely than not to be realized. The Company records liabilities relating to income taxes utilizing known obligations and estimates of potential obligations.

**Pension Liabilities**

Pension and other retirement benefits, including all relevant assumptions required by accounting principles generally accepted in the United States of America are evaluated each year. Due to the technical nature of retirement accounting, outside actuaries are used to provide assistance in calculating the estimated future obligations. Since there are many estimates and assumptions involved in retirement benefits, differences between actual future events and prior estimates and assumptions could result in adjustments to pension expenses and obligations. Such assumptions include the discount rate, rate of increase in compensation levels, and the expected long-term rate of return on the related assets.

**Legal Obligations**

In the normal course of business, the Company must make continuing estimates of potential future legal obligations and liabilities, which requires the use of management's judgment on the outcome of various issues. Management may also use outside legal advice to assist in the estimating process; however, the ultimate outcome of various legal issues could be materially different from management's estimates, and adjustments to income could be required. The assumptions that are used by management are based on the requirements of SFAS No. 5, "Accounting for Contingencies." The Company will record a liability related to legal obligations when it has determined that it is probable that the Company will be obligated to pay and the related amount can be reasonably estimated, and it will disclose the related facts in the footnotes to its financial statements, if material. If the Company determines that either an obligation is probable or reasonably possible, the Company will, if material, disclose the nature of the loss contingency and the estimated range of possible loss, or include a statement that no estimate of loss can be made. The Company makes these determinations in consultation with its outside legal advisors.

**Cost of Sales**

Cost of sales includes the cost of merchandise (including related inbound freight), markdowns and inventory shortage, as well as cash discounts and rebates. The Company classifies purchasing and receiving costs, inspection costs, warehousing costs, internal transfer costs, and the other distribution network costs as selling and administrative expenses. Due to this classification, the Company's gross margins may not be comparable to those of other retailers that include costs related to their distribution network in cost of sales.

Page 34

WD-BL BN000000567

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

**Selling and Administrative Expenses**

The Company includes store expenses (such as payroll and occupancy costs), warehousing and distribution costs, advertising, buying, depreciation, insurance, and overhead costs in selling and administrative expenses.

**Intangible Assets**

Trademarks, service marks, and other intangible assets are amortized on a straight-line basis over a period of fifteen years. Where there is an indication of impairment, the Company evaluates the fair value and future benefits of the related intangible asset and the anticipated undiscounted future net cash flows from the related intangible asset is calculated and compared to the carrying value on the Company's books. The Company's assumptions related to estimates of future cash flows are based on historical results of cash flows adjusted for management projections for future periods taking into account known conditions and planned future activities. The Company's assumptions regarding the fair value of its intangible assets are based on the discounted future cash flows. As of February 1, 2003, the amount of the Company's intangible assets was $0.20 million and the related accumulated amortization was $.01 million.

**Investments**

Any unrealized gains or losses on equity securities classified as available-for-sale are recorded in other comprehensive income net of applicable income taxes. At February 1, 2003, the Company held no available-for-sale equity securities.

**Insurance Reserves**

The Company is self-insured for certain losses relating to general liability, workers' compensation, and employee medical benefit claims, and the Company has purchased stop-loss coverage in order to limit significant exposure in these areas. Accrued insurance liabilities are based on claims filed and estimates of claims incurred but not reported. Such amounts are determined by applying actuarially-based calculations taking into account known trends and projections of future results. Actual claims experience can impact these calculations and, to the extent that subsequent claim costs vary from estimates, future earnings could be impacted and the impact could be material.

**Revenue Recognition**

The Company recognizes retail sales in its stores at the time the customer takes possession of merchandise. All sales are net of returns and exclude sales tax. The reserve for retail merchandise returns is based on the Company's prior experience.

Wholesale sales are recognized in accordance with the shipping terms agreed upon on the purchase order. Wholesale sales are predominantly recognized under FOB origin where title and risk of loss pass to the buyer when the merchandise leaves the Company's distribution center. However, when the shipping terms are FOB destination, recognition of sales revenue is delayed until completion of delivery to the buyer's place of business.

**Other Comprehensive Income**

The Company's comprehensive income is equal to net income, as there are no items that qualify as components of other comprehensive income.

Page 35

WD-BL BN000000568

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Reclassification**

Certain prior year amounts have been reclassified to conform to current year presentation.

**Recent Accounting Pronouncements**

In June 2001, the Financial Accounting Standards Board ("FASB") issued SFAS No. 142, "Goodwill and Other Intangible Assets." SFAS No. 142 eliminates the amortization of purchased goodwill and requires goodwill to be reviewed for impairment at least annually and expensed to earnings only in the periods in which the recorded value of goodwill is more than the fair value. SFAS No. 142 was effective for fiscal years beginning after December 15, 2001. This Statement was adopted in fiscal 2002. The Statement does not have a material impact on the Company's financial position, results of operations, or cash flows.

In June 2001, the FASB issued SFAS No. 143, "Accounting for Asset Retirement Obligations." SFAS No. 143 requires that an obligation associated with the retirement of a tangible long-lived asset be recognized as a liability when incurred. Subsequent to initial measurement, an entity recognizes changes in the amount of the liability resulting from the passage of time and revisions to either the timing or amount of estimated cash flows. SFAS No. 143 is effective for financial statements issued for fiscal years beginning after June 15, 2002. The Company does not believe this pronouncement will have a material impact on its financial position, results of operations, or cash flows.

In August 2001, the FASB issued SFAS No. 144, "Accounting for the Impairment or Disposal of Long-Lived Assets." This Statement supersedes, SFAS No. 121, "Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to be Disposed of," and the accounting and reporting provisions of APB No. 30, "Reporting the Results of Operations – Reporting the Effects of Disposal of a Segment of a Business, and Extraordinary, Unusual and Infrequently Occurring Events and Transactions," that address the disposal of a segment of a business. The Statement also amends Accounting Research Bulletin No. 51, "Consolidated Financial Statements," to eliminate the exception to consolidation for a subsidiary for which control is likely to be temporary. The Statement is effective for financial statements issued for fiscal years beginning after December 15, 2001, and interim periods within those fiscal years, and generally would be applied prospectively for disposal activities initiated by a commitment to a plan made after the entity's initial adoption of the Statement. This Statement was adopted by the Company in fiscal 2002. Currently, this Statement does not materially impact the Company's financial statements.

In April 2002, the FASB issued SFAS No. 145, "Rescission of FASB Statements Nos. 4, 44, and 64, Amendment of FASB Statement No. 13, and Technical Corrections." SFAS No. 145 eliminates the requirement to classify gains and losses from the extinguishment of indebtedness as extraordinary, requires certain lease modifications to be treated the same as a sale-leaseback transaction, and makes other non-substantive technical corrections to existing pronouncements. SFAS No. 145 is effective for fiscal years beginning after May 15, 2002, with earlier adoption encouraged. This Statement was adopted by the Company in fiscal 2002. The Statement does not have a material impact on the Company's financial position, results of operations, or cash flows.

In July 2002, the FASB issued SFAS No. 146, "Accounting for Costs Associated with Exit or Disposal Activities." SFAS No. 146 requires companies to recognize costs associated with exit or disposal activities when they are incurred rather than at the date of a commitment to an exit or disposal plan period. SFAS No. 146 is required to be applied prospectively to exit or disposal activities initiated after December 31, 2002. The Company does not believe this pronouncement will have a material impact on its financial position, results of operations, or cash flows.

WD-BL BN000000569

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Concluded)

In December 2002, the FASB issued SFAS No. 148, "Accounting for Stock-Based Compensation–Transition and Disclosure." SFAS No. 148 amends SFAS No. 123, "Accounting for Stock-Based Compensation." Although it does not require use of fair value method of accounting for stock-based employee compensation, it does provide alternative methods of transition. It also amends the disclosure provisions of SFAS No. 123 and APB No. 28, "Interim Financial Reporting," to require disclosure in the summary of significant accounting policies of the effects of an entity's accounting policy with respect to stock-based employee compensation on reported net income and earnings per share in annual and interim financial statements. SFAS No. 148's amendment of the transition and annual disclosure requirements is effective for fiscal years ending after December 15, 2002. The amendment of disclosure requirements of APB No. 28 is effective for interim periods beginning after December 15, 2002. Although the Company has not changed to the fair value method, the disclosure requirements of this Statement have been adopted.

In November 2002, the FASB issued Interpretation ("FIN") No. 45, "Guarantor's Accounting and Disclosure Requirements for Guarantees Including Indirect Guarantees of Indebtedness of Others." FIN No. 45 elaborates on the disclosures to be made by a guarantor in its interim and annual financial statements about its obligations under certain guarantees that it has issued. It also clarifies that a guarantor is required to recognize, at the inception of a guarantee, a liability for the fair value of the obligation undertaken in issuing the guarantee. The disclosure requirements in this interpretation are required for financial statements for periods ending after December 15, 2002. The initial measurement provisions of the interpretation are applicable on a prospective basis for guarantees issued or modified after December 31, 2002. The Interpretation does not have a material impact on the Company's financial position, results of operations, or cash flows.

DISCONTINUED OPERATIONS

On June 27, 2000, the Company announced its decision to separate the toy and closeout businesses by divesting the Company's KB Toy Division. The Consolidated Financial Statements and related Notes have been reclassified for all applicable periods presented to reflect the toy segment as a discontinued operation.

On December 7, 2000, the Company closed the sale of its KB Toy Division to an affiliate of Bain Capital, Inc. In connection with the sale, the Company recorded an after-tax loss of $479.0 million consisting of a $48.2 million after-tax loss from operations and a $430.8 million after-tax loss on the disposal of the KB Toy Division. Proceeds from the sale were used primarily to pay down existing borrowings under the Company's senior unsecured revolving credit facility ("Prior Revolver").

The buyer purchased the business in conjunction with KB Toy's management, who were retained to lead the KB Toy business. Gross proceeds totaled approximately $305 million, consisting primarily of $258 million in cash, a note with a face amount of $45 million, and a warrant to acquire common stock of the buyer's parent. The note receivable matures on December 7, 2010, and bears interest at a rate of 8%. As of February 1, 2003, the note receivable from KB and the related common stock warrant were recorded as other long-term assets on the balance sheet. The interest is payable in annual installments paid by issuing additional notes with substantially identical terms as the original note. At the time of the sale (the fourth quarter of fiscal 2000), the Company evaluated the fair value of the note received as consideration in the transaction and recorded the note at its then fair value of $13 million. The fair value of the note was established based on several factors including fair market value determinations obtained from independent financial advisors at the time of the sale, the Company's knowledge of the underlying KB Toy business and industry, and the risks inherent in receiving no cash payments until the note matures in 2010. As of fiscal 2002, the Company recorded the interest earned and accretion of the discount utilizing the effective interest rate method and provided a full valuation reserve against such amounts as a result of

Page 37

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**DISCONTINUED OPERATIONS (Concluded)**

its evaluation as to the recoverability of the carrying value of the notes. As of February 1, 2003, and February 2, 2002, the aggregate carrying value of these notes was $16 million.

The warrant provides that the Company is entitled to purchase up to 2.5% of the common stock of the buyer's parent for a stated per share price. The stock can be purchased any time prior to December 7, 2005. The note and warrant are being accounted for on the cost basis.

The Company has, as part of the sale agreement, retained the responsibility for certain KB insurance claims incurred through the date of closing of the sale (December 7, 2000). During the fourth quarter of fiscal 2001, the Company determined that the estimate for the related insurance reserves exceeded the expected liability. Accordingly, a portion of the insurance reserves established in connection with the sale of the KB Toy Division were adjusted and recorded as income from discontinued operations on the Company's Statement of Operations. This adjustment resulted in $8.5 million of after-tax income from discontinued operations in the fourth quarter of fiscal 2001.

The following are the components of discontinued operations:

| (In thousands) | 2002 | 2001 | 2000 |
|---|---|---|---|
| Loss from operations of KB Toy Division, net of income taxes of $(31,470) in 2000 | – | – | $ (48,201) |
| Income (loss) on disposal of KB Toy Division, net of income taxes of $(4,000), $5,423 and $(201,953) in 2002, 2001, and 2000, respectively | – | $8,480 | (430,775) |
| | $– | $8,480 | $(478,976) |

**NON-CASH 2001 FOURTH QUARTER CHARGE**

In the fourth quarter of fiscal 2001, the Company recorded a non-cash charge of $50.4 million (after-tax), or $0.44 per diluted share. The charge represented: a) costs to modify the Company's product assortment and exit certain merchandise categories ($6.1 million after-tax), b) adjustments to the estimated capitalized freight costs related to inbound imported inventories in response to better systems and information ($15.0 million after-tax), c) adjustments to inventory-related costs that were identified as a result of the completion of a significant multi-year conversion to a detailed SKU-level inventory management system ($16.7 million after-tax), and d) changes in estimates and estimating methodology related to insurance reserves ($12.6 million after-tax). These charges are included in the Company's fiscal 2001 fourth quarter financial statements.

A critical element of the Company's overall business strategy has been a multi-year initiative to improve its information systems, a major phase of which was completed in fiscal 2001. The new systems have given the Company the ability to track and manage inventories at the SKU level with improved visibility and data. The new systems have also provided better information on inventory balances and have given management the ability to assess profitability and financial returns down to the SKU level.

Based on an analysis of SKU-level information, the Company decided to modify its product assortment and exit certain categories of merchandise. This decision allowed the Company to expand its consumables and home categories, both of which management believes have superior financial returns. The markdowns associated with these discontinued products, all of which were taken during the fourth quarter of fiscal 2001, accounted for approximately $6.1 million (after-tax) of the charge described above. The Company believes this action will

WD-BL BN000000571

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C.
20549

# FORM 10-K

ANNUAL REPORT
PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended February 3, 2007**

**Commission file number 1-8897**

# BIG LOTS, INC.

(Exact name of registrant as specified in its charter)

| **Ohio** | **06-1119097** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **300 Phillipi Road, P.O. Box 28512, Columbus, Ohio** | **43228-5311** |
| (Address of principal executive offices) | (Zip Code) |

**(614) 278-6800**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Shares $0.01 par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None.

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check One):   Large accelerated filer ☒ Accelerated filer ☐ Non-accelerated filer ☐

Indicate by check mark whether the Registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the Common Shares held by non-affiliates of the Registrant (assuming for these purposes that all executive officers and directors are "affiliates" of the Registrant) was $1,732,930,973 on July 29, 2006, the last business day of the Registrant's most recently completed second fiscal quarter (based on the closing price of the Registrant's Common Shares on such date as reported on the New York Stock Exchange).

The number of the Registrant's Common Shares outstanding as of March 28, 2007 was 112,633,441.

**Documents Incorporated by Reference**

Portions of the Registrant's Proxy Statement for its 2007 Annual Meeting of Shareholders are incorporated by reference into Part III of this Annual Report on Form 10-K.

**BIG LOTS, INC.**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED FEBRUARY 3, 2007**

## TABLE OF CONTENTS

| | PART I | Page |
|---|---|---|
| Item | Business | 3 |
| Item 1A. | Risk Factors | 7 |
| Item | Unresolved Staff Comments | 11 |
| Item 2. | Properties | 11 |
| Item | Legal Proceedings | 12 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 12 |
| | Supplementary Item – Executive Officers of the Registrant | 12 |

| | PART II | |
|---|---|---|
| Item | Market for Registrant's Common Equity, Related Shareholder Matters and Issuer Purchases of Equity Securities | 14 |
| Item | Selected Financial Data | 16 |
| Item | Management's Discussion and Analysis of Financial Condition and Results of Operations | 17 |
| Item | Quantitative and Qualitative Disclosures About Market Risk | 34 |
| Item | Financial Statements and Supplementary Data | 35 |
| Item | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 72 |
| Item | Controls and Procedures | 72 |
| Item | Other Information | 72 |

| | PART III | |
|---|---|---|
| Item 10. | Directors, Executive Officers and Corporate Governance | 73 |
| Item | Executive Compensation | 73 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Shareholder Matters | 73 |
| Item | Certain Relationships and Related Transactions, and Director Independence | 74 |
| Item 14. | Principal Accounting Fees and Services | 74 |

| | PART IV | |
|---|---|---|
| Item 15. | Exhibits, Financial Statement Schedules | 75 |
| | Signatures | 79 |

2

---

## PART I

### ITEM 1. BUSINESS

**The Company**

Big Lots, Inc., an Ohio corporation, through its wholly owned subsidiaries (collectively referred to herein as "we," "us," "our," or "Company"), is the nation's largest broadline closeout retailer. In addition to closeout merchandise, we stock products that our customers would expect to be able to obtain on a consistent basis at our stores. Our merchandise may not always be the same brand or may be off-brand because we attempt to provide our customers with the best value available. At February 3, 2007, we operated a total of 1,375 stores in 47 states. Our goal is to build upon our leadership position in broadline closeout retailing by providing our customers with great savings on brand-name closeouts and other value-priced merchandise. Our website is located at www.biglots.com. The contents of our website are not part of this report.

We follow the concept of a 52-53 week fiscal year, which ends on the Saturday nearest to January 31. Fiscal year 2006, which ended February 3, 2007, was comprised of 53 weeks. Fiscal years 2005 and 2004, which ended January 28, 2006 and January 29, 2005, respectively, were comprised of 52 weeks.

We manage our business on the basis of one segment: broadline closeout retailing. Please refer to the consolidated financial statements and related Notes in this Annual Report on Form 10-K ("Form 10-K") for our financial information. We internally evaluate and externally communicate overall sales and merchandise performance based on the following key merchandising categories: Consumables, Home, Seasonal and toys, and Other. The Consumables category includes food, health and beauty, plastics, paper, and pet departments. The Home category includes furniture, domestics, and home décor departments. Seasonal and toys includes toys, lawn & garden, trim-a-tree, and various holiday-oriented departments. The Other category primarily includes electronics, apparel, home maintenance, small appliances, and tools. See Note 12 to the consolidated financial statements in this Form 10-K for the net sales results of these categories for fiscal years 2006, 2005, and 2004.

In May 2001, Big Lots, Inc. was incorporated in Ohio and was the surviving entity in a merger with Consolidated Stores Corporation, a Delaware corporation. By virtue of the merger, Big Lots, Inc. succeeded to all the business, properties, assets, and liabilities of Consolidated Stores Corporation.

Our principal executive offices are located at 300 Phillipi Road, Columbus, Ohio 43228, and our telephone number is (614) 278-6800. All of our operations were located within the United States of America at February 3, 2007, and January 28, 2006.

**Associates**

At February 3, 2007, we had 38,738 active associates comprised of 15,467 full-time and 23,271 part-time associates. Temporary associates hired during the fall and winter holiday selling season increased the number of associates to a peak of 48,362 in fiscal year 2006. Approximately 60% of the associates

employed throughout the year are employed on a part-time basis. Our relationship with our associates is considered to be good, and we are not a party to any labor agreements.

**Closeout Retailing**

We attempt to maximize the amount of closeout merchandise available in our stores and attempt to offer merchandise with great value to our customers. In addition, we work closely with our suppliers to obtain merchandise, including top brand merchandise that is easily recognizable by our customers. Closeout retailers purchase merchandise that generally results from production overruns, packaging changes, discontinued products, or returns. As a result, closeout retailers can generally purchase most merchandise at lower costs and offer most merchandise at lower prices than those paid and offered by traditional discount retailers.

3

**Retail Operations**

The following table compares the number of stores in operation at the beginning and end of each of the prior five fiscal years:

| | Fiscal Year | | | | |
|---|---|---|---|---|---|
| | 2006 | 2005 | 2004 | 2003 | 2002 |
| Stores open at the beginning of the fiscal year | 1,401 | 1,502 | 1,430 | 1,380 | 1,3 |
| Stores opened during the fiscal year | 11 | 73 | 103 | 86 | |
| Stores closed during the fiscal year | (37) | (174) | (31) | (36) | |
| Stores open at the end of the fiscal year | 1,375 | 1,401 | 1,502 | 1,430 | 1, |

As part of our real estate strategy initiated in fiscal year 2005, we have focused our efforts on managing our existing store base to drive improved profitability as opposed to opening a high number of new stores. As a result, we opened fewer stores in fiscal year 2006 than in prior years; and, we expect to continue to open a similar number of stores in fiscal year 2007.

The following table details the store locations by state at February 3, 2007:

| | | | | | |
|---|---|---|---|---|---|
| Alabama | 29 | Maine | 3 | Ohio | 107 |
| Arizona | 34 | Maryland | 12 | Oklahoma | 17 |
| Arkansas | 10 | Massachusetts | 14 | Oregon | 13 |
| California | 188 | Michigan | 42 | Pennsylvania | 61 |
| Colorado | 22 | Minnesota | 6 | Rhode Island | 1 |
| Connecticut | 6 | Mississippi | 15 | South Carolina | 29 |
| Delaware | 2 | Missouri | 25 | Tennessee | 42 |
| Florida | 104 | Montana | 2 | Texas | 112 |
| Georgia | 57 | Nebraska | 3 | Utah | 10 |
| Idaho | 5 | Nevada | 14 | Vermont | 4 |
| Illinois | 35 | New Hampshire | 7 | Virginia | 36 |
| Indiana | 44 | New Jersey | 13 | Washington | 19 |
| Iowa | 3 | New Mexico | 13 | West Virginia | 18 |
| Kansas | 10 | New York | 45 | Wisconsin | 15 |
| Kentucky | 40 | North Carolina | 60 | Wyoming | 2 |
| Louisiana | 24 | North Dakota | 2 | Total stores | 1,375 |
| | | | | Number of states | 47 |

Of our 1,375 stores, 511 stores operate in four states: California, Ohio, Texas, and Florida.

**Competition**

We operate in the highly competitive retail industry and face strong sales competition from other general merchandise, discount, food, arts and crafts, and dollar store retailers. Additionally, we compete with a number of companies for retail site locations, attracting and retaining quality employees, and acquiring our broad assortment of closeout merchandise from suppliers.

**Purchasing**

An integral part of our business is the sourcing and purchasing of quality brand-name merchandise directly from manufacturers and other vendors typically at prices substantially below those paid by traditional retailers. We believe that we have built strong relationships with many brand-name vendors and we have capitalized on our purchasing power in the closeout marketplace to source merchandise that provides exceptional value to our customers. We have the ability to source and purchase significant quantities of a vendor's closeout merchandise in specific product categories and to control distribution in accordance with vendor instructions, thus providing a high level of service and convenience to these vendors. Our sourcing channels also include bankruptcies, liquidations, and insurance claims. We supplement our traditional brand-name closeout purchases with various

4

direct import and domestically-sourced merchandise items in departments such as furniture, home décor, and seasonal. We expect that the unpredictability of the retail and manufacturing environments coupled with our dominant purchasing power position will continue to enhance our ability to source quality closeout merchandise at competitive prices.

We have a buying team with extensive closeout purchasing experience, which we believe has enabled us to develop successful long-term relationships with many of the largest and most recognized vendors in the United States. We believe that, as a result of these relationships and our experience and reputation in the closeout industry, many vendors offer buying opportunities to us prior to attempting to dispose of their merchandise through other channels.

WD-BL BN000001108

Our merchandise is purchased from domestic and foreign suppliers that provide us with multiple sources for each product category. In fiscal year 2006, our top ten vendors accounted for 12% of total purchases (at cost) while the largest vendor accounted for approximately 2% of the aggregate.

During fiscal year 2006, we purchased approximately 24% of our merchandise directly from overseas suppliers, including 19% from vendors located in China. Additionally, a significant amount of our domestically-purchased merchandise is manufactured abroad. As a result, a significant portion of our merchandise supply is subject to certain risks as described further in Item 1A in this Form 10-K.

**Warehouse and Distribution**

The majority of the merchandise sold by us is received and processed for retail sale, as necessary, and distributed to the retail locations from our warehouses and distribution facilities. Even though we significantly reduced the inventory levels carried in our distribution centers in fiscal year 2006, we continue to carry a substantial amount of merchandise inventory in our distribution centers so that we can distribute merchandise quickly and efficiently to our stores in order to maximize sales. We have located and managed our distribution facilities to enable quick turn of time-sensitive products while attempting to minimize transportation costs and the distance from distribution facilities to our stores. We monitor inventory levels and take markdowns on aged or slow moving items in order to improve the inventory turnover rate. During fiscal year 2006, we initiated a vendor compliance program aimed at improving the timeliness and flow of inventory through our distribution facilities.

For a further discussion of the warehouses and distribution facilities, refer to the Warehouse and Distribution section under Item 2 in this Form 10-K.

**Advertising and Promotion**

Our advertising and promotion program in fiscal year 2006 was designed to continue to build awareness of the Big Lots® brand by featuring the broad range of quality, brand-name merchandise available at closeout prices, which we believe provides customers a significant value. We use a variety of marketing approaches through television, internet, and print media to promote our brand to the public. These approaches may vary by market and by season.

In order to expand our customer base and increase our overall level of top-of-mind brand awareness, we use national television advertising that covers all stores in all markets.

Our marketing program also utilizes printed advertising circulars in all markets that are served by our stores. In fiscal year 2006, we distributed multi-page circulars covering 26 weeks. The method of distribution included a combination of newspaper insertions and mailings. These circulars were designed by us and were distributed regionally to take advantage of market differences caused by product availability, climate, and customer preferences. In fiscal year 2006, we shifted total advertising dollars that historically would have been incurred in lower sales volume quarters to the seasonally higher sales volume fourth quarter. In fiscal year 2007, we expect to distribute circulars covering 26 weeks. In addition, store promotions, including in-store signage, emphasize special bargains and significant values offered to customers. Lastly, we overhauled our website

5

(www.biglots.com) in the second half of fiscal year 2006 in order to improve the efficiency of communicating with our customers using the internet. We believe we have an opportunity to expand our use of the internet in our marketing efforts to our customers.

Over the past five fiscal years, total advertising expense as a percentage of total net sales has ranged from 2.2% to 2.6%. In fiscal year 2006, advertising expense as a percentage of total net sales was 2.2%.

We utilize trademarks, service marks, and other intangible assets in our retail operations. We consider our intellectual property to be valuable and where applicable, we have registered or have applications pending to register our trademarks and service marks with the United States Patent and Trademark Office. We believe that having distinctive intellectual property is an important factor in identifying our business and distinguishing us from others.

**Seasonality**

We have historically experienced, and expect to continue to experience, seasonal fluctuations, with a larger percentage of our net sales and operating profit realized in the fourth fiscal quarter. In addition, our quarterly results can be affected by the timing of new store openings and store closings, the amount of sales contributed by new and existing stores, the timing of television and circular advertising, and the timing of certain holidays. We historically purchase a higher proportion of merchandise, and thus carry higher inventory levels, and incur higher outbound shipping and payroll expenses in the third fiscal quarter in anticipation of the increased sales activity during the fourth fiscal quarter.

The seasonality of our business influences our demand for seasonal borrowings. We historically have drawn upon our credit facilities to fund seasonal working capital needs and have substantially repaid these borrowings during the fourth fiscal quarter. We expect that we may have borrowings at various times throughout fiscal year 2007 under our $500.0 million unsecured credit facility entered into in fiscal year 2004 (the "2004 Credit Agreement"). Given the seasonality of our business, the amount of borrowings under the 2004 Credit Agreement may fluctuate materially depending on various factors, including the time of the year, our need to acquire merchandise inventory, and the timing of the execution of the $600.0 million share repurchase program authorized by our Board of Directors in March 2007.

**Available Information**

We make available, free of charge, through the "Investors" section of our website (www.biglots.com) under the "SEC Filings" caption, our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13 or 15(d) of the Exchange Act as soon as reasonably practicable after we file such material with, or furnish it to, the Securities and Exchange Commission (the "SEC").

In this Form 10-K, we incorporate by reference certain information from parts of our Proxy Statement for our 2007 Annual Meeting of Shareholders (the "2007 Proxy Statement").

Information relating to our corporate governance, including: Corporate Governance Standards; charters of the Board's Audit, Compensation, and Nominating/ Corporate Governance Committees; Code of Business Conduct and Ethics; Code of Ethics for Financial Professionals; Chief Executive Officer and Chief Financial Officer certifications related to our SEC filings; the means by which shareholders may communicate with our Board of Directors; and transactions in our securities by our directors and executive officers may be found in the "Investors" section of our web site (www.biglots.com) under the "Corporate

WD-BL BN000001109

Governance" and "SEC Filings" captions. The Code of Business Conduct and Ethics is applicable to all of our associates, including our directors and our principal executive officer, principal financial officer, and principal accounting officer. The Code of Ethics for Financial Professionals for our Chief Executive Officer and all other Senior Financial Officers (as that term is defined therein), contains provisions specifically applicable to the individuals serving in those positions. We intend to post amendments to and waivers from, if any, our Code of Business Conduct and Ethics

6

(to the extent applicable to the Company's directors and executive officers) and our Code of Ethics for Financial Professionals in the "Investors" section of our web site (www.biglots.com) under the "Corporate Governance" caption. The Company will provide any of the foregoing information without charge upon written request to our Corporate Secretary. The contents of our website are not part of this report.

## ITEM 1A. RISK FACTORS

The statements in this section describe the major risks to our business and should be considered carefully. In addition, these statements constitute our cautionary statements under the Private Securities Litigation Reform Act of 1995.

Our disclosure and analysis in this Form 10-K and in our 2006 Annual Report to Shareholders contain some forward-looking statements that set forth anticipated results based on management's plans and assumptions. From time to time, we also provide forward-looking statements in other materials we release to the public as well as oral forward-looking statements. Such statements give our current expectations or forecasts of future events; they do not relate strictly to historical or current facts. We have tried, wherever possible, to identify such statements by using words such as "anticipate," "estimate," "expect," "objective," "goal," "project," "intend," "plan," "believe," "will," "target," "forecast," "guidance," "outlook," and similar expressions in connection with any discussion of future operating or financial performance. In particular, these include statements relating to future actions, future performance, or results of current and anticipated products, sales efforts, expenses, interest rates, the outcome of contingencies, such as legal proceedings, and financial results.

We cannot guarantee that any forward-looking statement will be realized, although we believe we have been prudent in our plans and assumptions. Achievement of future results is subject to risks, uncertainties, and potentially inaccurate assumptions. Should known or unknown risks or uncertainties materialize, or should underlying assumptions prove inaccurate, actual results could differ materially from past results and those anticipated, estimated, or projected. You should bear this in mind as you consider forward-looking statements.

You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date thereof. We undertake no obligation to publicly update forward-looking statements, whether as a result of new information, future events, or otherwise. You are advised, however, to consult any further disclosures we make on related subjects in our Quarterly Reports on Form 10-Q and Current Reports on Form 8-K filed with the SEC.

Also note that we provide the following cautionary discussion of risks, uncertainties, and assumptions relevant to our businesses. There can be no assurances that we have correctly and completely identified, assessed, and accounted for all factors that do or may affect our business, financial condition, results of operations, and liquidity. These are factors that, individually or in the aggregate, we think could cause our actual results to differ materially from expected and historical results. Additional risks not presently known to us or that we believe to be immaterial also may adversely impact us. Should any risks or uncertainties develop into actual events, these developments could have material adverse effects on our business, financial condition, results of operations, and liquidity. Consequently, all of the forward-looking statements are qualified by these cautionary statements, and there can be no assurance that the results or developments anticipated by us will be realized or that they will have the expected effects on our business or operations. We note these factors for investors as permitted by the Private Securities Litigation Reform Act of 1995. You should understand that it is not possible to predict or identify all such factors. Consequently, you should not consider the following to be a complete discussion of all potential risks or uncertainties.

Our ability to achieve the results contemplated by forward-looking statements is subject to a number of factors, any one, or a combination, of which could materially affect our business, financial condition, results of operations, or liquidity. These factors may include, but are not limited to:

7

### *If we are unable to continue to successfully execute our operating strategies, our operating performance could be significantly impacted.*

While our operating results improved during fiscal year 2006, our historical financial performance includes periods of poor performance. For example, operating profit declined during fiscal years 2004 and 2005. The decline in operating profit was due to lower gross margin percentages, higher selling and administrative expense, and higher depreciation expense. Additionally, the operating results of fiscal year 2005 were negatively impacted by charges associated with our "WIN" Strategy, as discussed in Management's Discussion and Analysis of Financial Condition and Results of Operations. We are attempting to reverse this historical operating trend through the execution of a number of strategies in our merchandising, marketing, and real estate areas while reducing selling and administrative costs. In fiscal year 2006, we were able to deliver comparable store sales growth and expand operating margins. There is a risk that we will be unable to do this in the future, if our strategies are not successful.

### *If we are unable to compete effectively in the highly competitive discount retail industry, our business and results of operations may be materially adversely affected.*

The discount retail business is highly competitive. As discussed in Item 1 of this Form 10-K, we compete for customers, employees, products, and other aspects of our business with a number of other companies. Certain of our competitors have greater financial, distribution, marketing, and other resources that may be devoted to sourcing, promoting, and selling their merchandise. It is possible that increased competition or improved performance by our competitors may reduce our market share, gross margin, and projected operating results, and may materially adversely affect our business and results of operations in other ways.

### *A decline in general economic condition, consumer spending levels, and other conditions could lead to reduced consumer demand for our merchandise thereby materially adversely affecting our revenues and gross margin.*

Our results of operations can be directly impacted by the health of the United States' economy. Our business and financial performance may be adversely impacted by current and future economic conditions, including consumer debt levels, disposable income levels, unemployment levels, energy costs, interest rates, recession, inflation, the impact of natural disasters and terrorist activities, and other matters that influence consumer spending. The economies of four states (Ohio, Texas, California, and Florida) are particularly important as approximately 37% of our current stores operate in these states and 38.5% of our fiscal year 2006 net retail sales occurred in these states.

WD-BL BN000001110

*Changes by vendors related to the management of their inventories may reduce the quantity and quality of brand-name closeout merchandise available to us or may increase our cost to acquire brand-name closeout merchandise, either of which may materially adversely affect our revenues and gross margin.*

The products we sold are sourced from a variety of vendors. We cannot control the supply, design, function, or cost of many of the products that we offer for sale. We depend upon the availability and pricing of closeout merchandise. To the extent that our vendors are better able to manage their inventory levels and reduce the amount of their excess inventory, the amount of closeout merchandise available to us could be materially reduced. If disruptions occur in the availability of closeout merchandise, it is likely to have a material adverse effect on our sales and may result in customer dissatisfaction.

*We rely on foreign sources for significant amounts of merchandise; therefore, our business may be materially adversely affected by risks associated with international trade.*

Global sourcing of many of the products we sell is an important factor in driving higher profit margins. During fiscal year 2006, we purchased approximately 24% of our products directly from overseas suppliers including 19% from vendors located in China. Our ability to find qualified vendors and to access products in a timely and efficient manner is a significant challenge, especially with respect to goods sourced outside of the United States. Increased import duties, increased shipping costs, more restrictive quotas, loss of "most favored nation" trading status, currency and exchange rate fluctuations, work stoppages, transportation delays, economic uncertainties

8

including inflation, foreign government regulations, political unrest, natural disasters, war, terrorism, and trade restrictions, including retaliation by the United States against foreign practices, political instability, the financial stability of suppliers, merchandise quality issues, tariffs, and other factors relating to foreign trade are beyond our control. These and other issues affecting our vendors could adversely affect our business and financial performance.

*Our inability to properly manage our inventory levels and offer merchandise that our customers want may materially adversely impact our business and financial performance.*

We must maintain sufficient inventory levels to operate our business successfully. However, we also must guard against accumulating excess inventory as we seek to minimize out-of-stock levels across all product categories and to maintain appropriate in-stock levels. We obtain approximately 24% of our inventory from vendors outside of the United States. These vendors often require lengthy advance notice of our requirements in order to be able to supply products in the quantities that we request. This usually requires us to order merchandise, and enter into purchase order contracts for the purchase and manufacture of such merchandise, well in advance of the time these products will be offered for sale. As a result, we may experience difficulty in responding to a changing retail environment, which makes us vulnerable to changes in price and in consumer preferences. If we do not accurately anticipate future demand for a particular product or the time it will take to obtain new inventory, our inventory levels will not be appropriate and our results of operations may be negatively impacted.

*We may be subject to periodic litigation and regulatory proceedings, including Fair Labor Standards Act and state wage and hour class action lawsuits, which may adversely affect our business and financial performance.*

From time to time, we may be involved in lawsuits and regulatory actions, including various class action lawsuits that are brought against us for alleged violations of the Fair Labor Standards Act (the "FLSA") and state wage and hour laws. Due to the inherent uncertainties of litigation, we cannot accurately predict the ultimate outcome of any such proceedings. The ultimate resolution of these matters could have a material adverse impact on our financial condition, results of operations, and liquidity. In addition, regardless of the outcome, these proceedings could result in substantial cost and may require us to devote substantial resources to defend ourselves. For a description of current legal proceedings, see Notes 10 and 11 to the consolidated financial statements in this Form 10-K.

*We may be subject to risks associated with changes in laws, regulations, and accounting standards that may adversely affect our business and financial performance.*

Changes in governmental regulations and accounting standards, including new interpretations and applications of accounting standards, may have adverse effects on our financial condition, results of operations, and liquidity.

*The creditworthiness of our formerly owned KB Toys business may adversely affect our business and financial performance.*

In December 2000, we sold the KB Toys business to KB Acquisition Corporation. On January 14, 2004, KB Acquisition Corporation and certain affiliated entities (collectively, "KB Toys") filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. At the time of the bankruptcy filing, we had indemnification and guarantee obligations ("KB Lease Obligations") with respect to approximately 390 KB Toys store leases and other real property leases. The typical KB Lease Obligation provides that the terms of the underlying lease may be extended, amended, or modified without the consent of the guarantor. KB Toys emerged from bankruptcy during fiscal year 2005. Since its emergence, we continue to have KB Lease Obligations with respect to approximately 84 remaining KB Toys store leases and KB Toys' main office building. If KB Toys fails to perform on the remaining leases guaranteed or indemnified by us, it could result in a material adverse impact on our financial condition, results of operations, and liquidity. For additional information regarding the KB Toys bankruptcy, see Note 11 to the consolidated financial statements in this Form 10-K.

9

*Our inability, if any, to comply with the terms of the 2004 Credit Agreement may have a material adverse effect on our capital resources, financial condition, results of operations, and liquidity.*

We may borrow funds under the 2004 Credit Agreement at various times during fiscal year 2007 depending on operating cash flow requirements and the timing of the execution of the $600.0 million share repurchase authorized by the Board of Directors in March 2007. The 2004 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens, and investments, as well as the maintenance of two financial ratios – a leverage ratio and a fixed charge coverage ratio. A violation of these covenants may permit the lenders to restrict our ability to further access loans and letters of credit and require the immediate repayment of any outstanding loans. If our financial performance is not in compliance with these covenants, it may have a material adverse effect on our capital resources, financial condition, results of operations, and liquidity.

*If we are unable to maintain or upgrade our information systems and software programs or if we are unable to convert to alternate systems in an efficient and timely manner, our operations may be disrupted or become less efficient.*

WD-BL BN000001111

We depend on a variety of information systems for the efficient functioning of our business. We rely on certain software vendors to maintain and periodically upgrade many of these systems so that they can continue to support our business. The software programs supporting many of our systems were licensed to us by independent software developers. Costs and potential interruptions associated with the implementation of new or upgraded systems and technology, including the new point-of-sale system, or with maintenance or adequate support of existing systems could disrupt or reduce the efficiency of our business.

*If we are unable to retain suitable store locations under favorable lease terms, our financial performance may be negatively affected*

We lease almost all of our stores, and a significant number of these leases expire each fiscal year. Our financial performance is dependent upon growing sales in each store. If we are not able to negotiate favorable lease renewals, including the proper determination of which leases to renew, our financial position, results of operations, and liquidity may be negatively affected.

*If we are unable to secure customer, employee, and company data our reputation could be damaged and we could be subject to penalties or lawsuits*

The protection of our customer, employee, and company data is critical to us. The regulatory environment surrounding information security and privacy is increasingly demanding, with frequent imposition of new and constantly changing requirements across our business. In addition, our customers have a high expectation that we will adequately protect their personal information. A significant breach of customer, employee, or company data could damage our reputation and result in lost sales, fines, and/or lawsuits.

*If we lose key personnel, it might have a material adverse impact on our future results of operations.*

We believe that we benefit substantially from the leadership and experience of our senior executives. The loss of services of any of these individuals could have a material adverse impact on our business. Competition for key personnel in the retail industry is intense and our future success will also depend on our ability to recruit, train, and retain other qualified personnel.

*The price of our common shares as traded on the New York Stock Exchange may be volatile.*

Our stock price may fluctuate substantially as a result of quarter to quarter variations in our actual or anticipated financial results or in actual or anticipated results of other companies in the retail industry or markets that we serve. In addition, the stock market has experienced price and volume fluctuations that have affected the market price of many retail and other stocks and that have often been unrelated or disproportionate to the operating performance of these companies.

10

*We may also be subject to a number of other factors which may individually or in the aggregate, materially affect our business. These factors include, but are not limited to:*

- The effect of fuel price fluctuations on our transportation costs and customer purchases;
- Events or circumstances could occur which could create bad publicity for us which may negatively impact various business results including sales;
- Infringement of our intellectual property, including the Big Lots trademark, could dilute our value;
- Our ability to attract and retain suitable employees;
- Our ability to establish effective advertising, marketing, and promotional programs; and
- Other risks described from time to time in our filings with the SEC.

## ITEM 1B. UNRESOLVED STAFF COMMENTS

None.

## ITEM 2. PROPERTIES

### Retail Operations

Our stores are located in the United States, predominantly in strip shopping centers, and have an average store size of approximately 29,700 gross square feet, of which an average of 21,400 square feet is selling square feet. The average cost to open a new store in a leased facility during fiscal year 2006 was approximately $0.9 million, including cost of inventory.

With the exception of 52 owned store sites, all stores are leased. Store leases generally provide for fixed monthly rental payments plus the payment, in most cases, of real estate taxes, common area maintenance ("CAM"), and property insurance. In some locations, the leases provide formulas requiring the payment of a percentage of sales as additional rent. Such payments generally are required only when sales exceed a specified level. The typical lease is for an initial term of five to ten years with multiple five-year renewal options. 67 store leases have sales termination clauses which can result in our exiting a location at our option if certain sales volume results are not achieved as indicated in the agreed upon lease conditions.

The following table summarizes the number of store lease expirations in each of the next five fiscal years and thereafter. The information includes stores with more than one lease and leases for stores not yet open. It excludes month-to-month leases and owned locations.

| Fiscal Year: | |
|---|---|
| 2007 | 193 |
| 2008 | 253 |
| 2009 | 257 |
| 2010 | 209 |
| 2011 | 209 |
| Thereafter | 203 |

### Warehouse and Distribution

At February 3, 2007, we operated warehouse and distribution facilities strategically placed across the United States totaling approximately 10.2 million square feet. Our primary warehouse and distribution facilities are owned and located in Ohio, California, Alabama, Oklahoma, and Pennsylvania. The facilities

WD-BL BN000001112

utilize advanced warehouse management technology, which enables high accuracy and efficient product processing from vendors to our retail stores. The combined output of our facilities was approximately 2.6 million cartons per week in fiscal year 2006.

11

The number of owned and leased warehouse and distribution facilities and the corresponding square footage of the facilities by state at February 3, 2007, were as follows:

| State | Owned | Leased | Total | Square Footage | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Owned | Leased | Total |
| | | | | | | *(Square footage in thousands)* |
| Ohio | 2 | 2 | 4 | 3,559 | 731 | 4,290 |
| California | 1 | 1 | 2 | 1,423 | 467 | 1,890 |
| Alabama | 1 | — | 1 | 1,411 | — | 1,411 |
| Oklahoma | 1 | — | 1 | 1,297 | — | 1,297 |
| Pennsylvania | 1 | — | 1 | 1,295 | — | 1,295 |
| Total | 6 | 3 | 9 | 8,985 | 1,198 | 10,183 |

**Other Properties**

We own the facility in Columbus, Ohio that serves as our general office for corporate associates.

As a result of funding a mortgage guarantee obligation associated with the KB Toys bankruptcy, we obtained title to a distribution center in Pittsfield, Massachusetts (the "Pittsfield DC") in fiscal year 2005. We had no intention of using this property in our operations, and it was sold in fiscal year 2006. For additional information regarding the Pittsfield DC, see Note 11 to the consolidated financial statements in this Form 10-K.

**ITEM 3. LEGAL PROCEEDINGS**

No response is required under Item 103 of Regulation S-K. For a discussion of certain litigated matters, please refer to Notes 10 and 11 to the consolidated financial statements in this Form 10-K.

**ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS**

No matters were submitted to a vote of security holders during the fourth quarter of fiscal year 2006.

**EXECUTIVE OFFICERS OF THE REGISTRANT**

The Company's executive officers at February 3, 2007 were as follows:

| Name | Age | Offices Held | Officer Since |
| --- | --- | --- | --- |
| Steven S. Fishman | 56 | Chairman, Chief Executive Officer and President | 2005 |
| John C. Martin | 56 | Executive Vice President, Merchandising | 2003 |
| Donald A. Mierzwa | 57 | Executive Vice President, Store Operations | 1998 |
| Brad A. Waite | 49 | Executive Vice President, Human Resources, Loss Prevention, Real Estate and Risk Management | 1998 |
| Lisa M. Bachmann | 45 | Senior Vice President, Merchandise Planning/Allocation and Chief Information Officer | 2002 |
| Robert C. Claxton | 52 | Senior Vice President, Marketing | 2005 |
| Joe R. Cooper | 49 | Senior Vice President and Chief Financial Officer | 2000 |
| Charles W. Haubiel II | 41 | Senior Vice President, General Counsel and Corporate Secretary | 1999 |
| Norman J. Rankin | 50 | Senior Vice President, General Merchandise Manager | 1998 |
| Harold A. Wilson | 58 | Senior Vice President, Distribution and Transportation Services | 1995 |
| Timothy A. Johnson | 39 | Vice President, Strategic Planning and Investor Relations | 2004 |
| Paul A. Schroeder | 41 | Vice President, Controller | 2005 |

12

*Steven S. Fishman* became Chairman, Chief Executive Officer and President in July 2005. Prior to joining us, Mr. Fishman was the President, Chief Executive Officer and Chief Restructuring Officer of Rhodes, Inc., a furniture retailer. Rhodes, Inc. filed for bankruptcy on November 4, 2004. Mr. Fishman was also Chairman and Chief Executive Officer of Frank's Nursery & Crafts, Inc., a lawn and garden specialty retailer, which filed for bankruptcy on September 8, 2004, and President and Founder of SSF Resources, Inc., an investment and consulting firm.

*John C. Martin* is responsible for merchandising. Prior to joining us in 2003, Mr. Martin was the President of Garden Ridge Corporation, an arts and crafts retailer. Garden Ridge Corporation filed for bankruptcy on February 2, 2004. Mr. Martin also served as President and Chief Operating Officer of Michaels Stores, Inc., an arts and crafts retailer, and President, Retail Stores Division of OfficeMax Incorporated, an office supply retailer.

*Donald A. Mierzwa* is responsible for store operations, including store standards, customer service, personnel development, program implementation, and execution. Mr. Mierzwa has been with us since 1989 and has served as Executive Vice President of Store Operations since 1999.

*Brad A. Waite* is responsible for human resources, loss prevention, real estate, risk management, and administrative services. Mr. Waite joined us in 1988 as Director of Employee Relations and held various Human Resources management and senior management positions prior to his promotion to Executive Vice President in July 2000.

*Lisa M. Bachmann* is responsible for information technology, merchandise planning, and merchandise allocation functions. Ms. Bachmann joined us as Senior Vice President of Merchandise Planning, Allocation and Presentation in March 2002, and was promoted to her current role in August 2005. Prior to joining us, Ms. Bachmann was Senior Vice President of Planning and Allocation at Ames Department Stores, Inc., a discount retailer.

WD-BL BN000001113

*Robert C. Claxton* is responsible for marketing, merchandise presentation, and sales promotion. Prior to joining us in 2005, Mr. Claxton served as General Manager and Executive Vice President of Initiative Media, an advertising and communications company, and Chief Marketing Officer and Senior Vice President of Montgomery Ward, a retailer.

*Joe R. Cooper* was promoted to Senior Vice President and Chief Financial Officer in February 2004, and is responsible for our finance functions. He oversees treasury, tax, and investor relations, as well as the reporting, planning, and control functions of the business. Mr. Cooper joined us as Vice President of Strategic Planning and Investor Relations in May 2000. In July 2000, he assumed responsibility for the treasury department and was appointed Vice President, Treasurer.

*Charles W. Haubiel II* is responsible for our legal affairs. He was promoted to Senior Vice President, General Counsel and Corporate Secretary in November 2004. Mr. Haubiel joined us in 1997 as Senior Staff Counsel and was promoted to Director, Corporate Counsel and Assistant Secretary in 1999, and to Vice President, General Counsel and Corporate Secretary in 2000. In addition to his responsibility for legal affairs, Mr. Haubiel is in charge of our lease administration department and our wholesale and alternative product sourcing operations.

*Norman J. Rankin* is responsible for merchandising in the consumables and hardware departments. Mr. Rankin joined us in 1998 as Vice President of Consumables upon our merger with Mac Frugal's Bargains Close-outs, Inc., a discount retailer. In 1999, Mr. Rankin was promoted to Senior Vice President.

*Harold A. Wilson* is responsible for warehousing, distributing, and transporting merchandise. Mr. Wilson joined us in 1995. Prior to joining us, Mr. Wilson was the Vice President of Distribution for retailer Limited Stores and held a senior position in the distribution department at retailer Neiman-Marcus.

*Timothy A. Johnson* is responsible for our strategic planning and investor relations functions. He was promoted to Vice President, Strategic Planning and Investor Relations in February 2004. He joined us in 2000 as Director of Strategic Planning.

*Paul A. Schroeder* is responsible for internal and external financial reporting and accounting operations including payroll, accounts payable, and inventory control. Mr. Schroeder joined us as Director, Accounting Operations in April 2005, and was promoted to Vice President, Controller in September 2005. Prior to joining us, Mr. Schroeder was Director of Finance at American Signature, Inc., a furniture retailer, and held various finance positions at Limited Brands, Inc., a clothing and fashion retailer.

13

## PART II

**ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED SHAREHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES**

Effective August 18, 2006, our common shares are listed on the New York Stock Exchange (the "NYSE") under the symbol "BIG." Prior to the August 18, 2006 change, our symbol on the NYSE was "BLI." The following table reflects the high and low sales prices per common share as reported on the NYSE composite tape for the fiscal periods indicated:

| | Fiscal Year | | | |
|---|---|---|---|---|
| | 2006 | | 2005 | |
| | High | Low | High | Lo |
| First Quarter | $14.95 | $12.40 | $13.38 | $10 |
| Second Quarter | 17.20 | 13.25 | 14.29 | 10 |
| Third Quarter | 21.18 | 15.70 | 13.19 | 10 |
| Fourth Quarter | 26.36 | 20.03 | $13.88 | $11 |

We have followed a policy of reinvesting available cash in the business or executing share repurchase programs when authorized by the Board of Directors. We historically have not paid cash dividends. Currently, no change in this policy is under consideration by our Board of Directors. The payment of cash dividends in the future will be determined by our Board of Directors taking into account business conditions then existing, including our earnings, financial requirements and condition, opportunities for reinvesting cash, and other factors.

On March 9, 2007, we announced that our Board of Directors authorized the repurchase of up to $600.0 million of our common shares commencing upon authorization and continuing until exhausted. We expect the purchases to be made from time to time in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the repurchase program will be available to meet obligations under equity compensation plans and for general corporate purposes.

On February 22, 2006, our Board of Directors authorized the repurchase of up to $150.0 million of our common shares. During fiscal year 2006, we purchased 9.4 million common shares having an aggregate cost of $150.0 million with an average price paid per share of $15.90. The following table sets forth information regarding our repurchase of our common shares during the fourth quarter of fiscal year 2006:

*(In thousands, except price per share data)*

| Period | (a) Total Number of Shares Purchased (1) | (b) Average Price Paid per Share (2) | (c) Total (Cumulative) Number of Shares Purchased as Part of Publicly Announced Plans or Programs | (d) Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 29, 2006 - November 25, 2006 | 703 | $22.78 | 9,435 | $ — |
| November 26, 2006 - December 23, 2006 | — | | 9,435 | — |
| December 24, 2006 - February 3, 2007 | 12 | 23.14 | 9,435 | |
| Total | 715 | $22.78 | 9,435 | $ — |

(1)   Included in the total number of shares purchased during the fourth quarter of fiscal year 2006 are approximately twelve thousand shares which were withheld for tax payments with respect to share-based compensation. All other shares purchased in the fourth quarter of fiscal year 2006 were made pursuant to the program publicly announced on February 22, 2006.

(2)   This amount represents the weighted-average price paid per common share in the fourth quarter of fiscal year 2006 and includes a per share commission paid for all repurchases.

14

In June 2006, we paid $14.7 million to enter into a structured share repurchase transaction which settled in cash on its maturity date in September 2006. The initial cash disbursement and subsequent receipt of cash were recorded in additional paid-in capital on the consolidated balance sheet. We entered into the structured share repurchase transaction as part of our share repurchase program announced in February 2006. Because the market price of our common shares was above $15.34 on the maturity date, we received $15.3 million on the maturity date, representing our original investment of $14.7 million and a $0.6 million return on our investment.

In May 2004, our Board of Directors authorized the repurchase of up to $75.0 million of our common shares. In accordance with this authorization, we purchased 5.4 million common shares having an aggregate cost of $75.0 million with an average price paid per share of $13.82.

The repurchased common shares in fiscal years 2004 and 2006 were placed into treasury and are used for general corporate purposes including the issuance of shares related to employee benefit plans.

As of April 2, 2007, there were approximately 1,175 registered holders of record of our common shares.

The following graph compares, for the five fiscal year period ended February 3, 2007, the cumulative total shareholder return for our common stock, the S&P 500 Index, and the S&P 500 Retailing Index. Measurement points are the last trading day of each of our fiscal years ended February 1, 2003, January 31, 2004, January 29, 2005, January 28, 2006, and February 3, 2007. The graph assumes that $100 was invested on January 31, 2002, in each of our common stock, the S&P 500 Index, and the S&P 500 Retailing Index and assumes reinvestment of any dividends. The stock price performance on the following graph is not necessarily indicative of future stock price performance.



| | Base Period January 2002 | January 2003 | January 2004 | January 2005 | January 2006 | January 2007 |
|---|---|---|---|---|---|---|
| **Company / Index** | | | | | | |
| **Big Lots, Inc.** | **$100.00** | $115.31 | $130.35 | $102.95 | $126.75 | $239.85 |
| **S&P 500 Index** | 100.00 | 77.53 | 104.33 | 109.90 | 121.66 | 134.67 |
| **S&P 500 Retailing** | **$100.00** | $ 71.73 | $107.22 | $123.06 | $131.84 | $141.24 |

15

## ITEM 6. SELECTED FINANCIAL DATA

The following statements of operations and balance sheet data have been derived from our consolidated financial statements and should be read in conjunction with Management's Discussion and Analysis of Financial Condition and Results of Operations and the consolidated financial statements and related Notes included herein. Fiscal year 2006 is comprised of 53 weeks while the other years presented below are comprised of 52 weeks.

| | | | Fiscal Year |
|---|---|---|---|
| | **2006** | **2005** | **2004** |
| *(In thousands, except per share amounts and store counts)* | | | |
| Net sales | $4,743,048 | $4,429,905 | $4,149,252 |
| Cost of sales | 2,851,616 | 2,698,239 | 2,462,114 |
| Gross margin | 1,891,432 | 1,731,666 | 1,687,138 |
| Selling and administrative expenses | 1,622,339 | 1,596,136 | 1,518,589 |
| Depreciation expense | 101,279 | 108,657 | 99,362 |
| Operating profit | 167,814 | 26,873 | 69,187 |
| Interest expense | (581) | (6,272) | (24,843 |

WD-BL BN000001115

| | | | |
|---|---|---|---|
| Interest and investment income | 3,257 | 313 | 611 |
| Income from continuing operations before income taxes | 170,490 | 20,914 | 44,966 |
| Income tax expense | 57,872 | 5,189 | 13,528 |
| Income from continuing operations | 112,618 | 15,725 | 31,432 |
| Income (loss) from discontinued operations, net of tax | 11,427 | (25,813) | (7,669 |
| Net income (loss) | $ 124,045 | $ (10,088) | $ 23,76. |
| Income (loss) per common share — basic: | | | |
| Continuing operations | $ 1.02 | $ 0.14 | $ 0.28 |
| Discontinued operations | 0.10 | (0.23) | (0.07 |
| | $ 1.12 | $ (0.09) | $ 0.2 |
| Income (loss) per common share — diluted: | | | |
| Continuing operations | $ 1.01 | $ 0.14 | $ 0.27 |
| Discontinued operations | 0.10 | (0.23) | (0.06 |
| | $ 1.11 | $ (0.09) | $ 0.2 |
| Weighted-average common shares outstanding: | | | |
| Basic | 110,336 | 113,240 | 114,28 |
| Diluted | 111,930 | 113,677 | 114,801 |
| **Balance sheet data:** | | | |
| Total assets | $1,720,526 | $1,625,497 | $1,733,58 |
| Working capital | 674,815 | 557,231 | 622,269 |
| Long-term obligations | — | 5,500 | 159,200 |
| Shareholders' equity | $1,129,703 | $1,078,724 | $1,075,490 |
| **Store data:** | | | |
| Total gross square footage | 40,770 | 41,413 | 42,97: |
| Total selling square footage | 29,376 | 29,856 | 30,94: |
| Stores opened during the fiscal year | 11 | 73 | 10: |
| Stores closed during the fiscal year | (37) | (174) | (31 |
| Stores open at end of the fiscal year | 1,375 | 1,401 | 1,50: |

---

(a)   References throughout this document to fiscal years 2006, 2005, 2004, 2003, and 2002 refer to the fiscal years ended February 3, 2007; January 28, 2006; January 29, 2005; January 31, 2004; and February 1, 2003, respectively.

16

# ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

## Overview

The discussion and analysis presented below should be read in conjunction with the consolidated financial statements and related Notes included herein. Please refer to Item 1A of this Form 10-K for a discussion of forward-looking statements and certain risk factors that may have a material effect on our business, financial condition, results of operations, and liquidity.

We follow the concept of a 52-53 week fiscal year, which ends on the Saturday nearest to January 31. Fiscal year 2006 was comprised of 53 weeks. Fiscal years 2005 and 2004 were each comprised of 52 weeks.

## BUSINESS DEVELOPMENTS

### Operating Initiatives and Results

The following is an overview of significant operating initiatives that have been executed or are in progress that we believe led or contributed to improved operating performance in fiscal year 2006 compared to the prior fiscal year.

Actions taken in fiscal year 2005:

- Evaluation of individual store performance and the closure of 174 stores including all of our stand alone furniture stores. The majority of these closed stores were underperforming.
- Execution of a series of markdowns lowering in-store inventory levels in certain categories and improving turnover.
- Realignment of our field operations and elimination of some redundancies between closeout and furniture store operations.
- Reduction of personnel at our stores, distribution centers, and general office.
- Exit from the frozen food business.

Actions taken in fiscal year 2006:

- Opened fewer stores compared to prior years primarily as a result of rising real estate costs for prospective new sites and our focused efforts on improving operating results of existing stores.
- Tested and executed newly developed merchandising plans focusing on obtaining higher gross margin dollars and improved inventory turnover.
- Tested and evaluated marketing approach including in-store signage, mix and amount of television advertising, and advertising circular print and distribution methods.
- Continued to focus on improving efficiencies in our purchasing and distribution practices intending to increase store productivity.

WD-BL BN000001116

- Initiated a pilot project to test a new point-of-sale register system that will replace our existing point-of-sale hardware and software, with installation in all stores during fiscal years 2007 and 2008.

We believe these initiatives and activities have contributed to our operating performance for fiscal year 2006 when compared to the operating performance of fiscal year 2005:

- Comparable store sales increased 4.6%.
- Sales per selling square foot improved by 8.2%.
- Gross margin dollars improved $159.8 million with fewer stores included in continuing operations.
- Inventory turnover rate improved to 3.4 times versus 3.0 times in fiscal year 2005.

17

- Selling and administrative expenses as a percent of sales improved 180 basis points to 34.2% of sales versus 36.0% of sales in fiscal year 2005.
- Depreciation expense as a percent of sales decreased 40 basis points to 2.1% of sales versus 2.5% of sales in fiscal year 2005.
- Diluted earnings per share from continuing operations improved to $1.01 per share compared to $0.14 per share in fiscal year 2005.
- Cash provided by operating activities was $381.5 million and we ended fiscal year 2006 with $281.7 million of cash and cash equivalents.
- Acquired 9.4 million of our common shares for a total cost of $150.0 million under the repurchase program announced in February 2006.

See the discussion and analysis below for additional details of our operating results.

**Litigation**

In the third quarter of fiscal year 2006, we reached tentative settlements of two employment-related civil class actions brought against us. The tentative settlements are subject to court approval and acceptance by the class. We recorded, in the third quarter of fiscal year 2006, a pretax charge of $9.7 million included in selling and administrative expenses for the estimated settlement liability for these matters. We believe that the liability for these matters was adequately reserved at February 3, 2007. See Note 10 to the accompanying consolidated financial statements for additional detail on these matters.

In the fourth quarter of fiscal year 2006, we recorded pretax income of $2.6 million in selling and administrative expenses upon receipt of our portion of the Visa/MasterCard antitrust litigation settlement funds that compensate merchants for the excessive fees they paid for certain Visa and MasterCard transactions.

**What's Important Now (WIN) Strategy**

In 2005, we initiated a strategic assessment of our operations. Specifically, we focused on opportunities for improved financial performance as a result of a detailed analysis of our real estate, operating expenses, and merchandising. This strategic assessment resulted in specific initiatives collectively referred to by us as our "WIN Strategy."

*Real Estate*

As a result of the real estate analysis conducted as part of the WIN Strategy, we closed 174 stores during fiscal year 2005, a significant portion of which were underperforming. In accordance with Statement of Financial Accounting Standards ("SFAS") No. 144, *Accounting for the Impairment or Disposal of Long-Lived Assets,* the operating results of 130 of these closed stores were reclassified to discontinued operations in fiscal year 2005 and all prior periods reported. The table below identifies the significant components of loss from discontinued operations related to the 130 closed stores for fiscal years 2006, 2005, and 2004, respectively.

| | Fiscal Year | | |
| --- | --- | --- | --- |
| (In thousands) | 2006 | 2005 | 2004 |
| Net sales | $    — | $215,154 | $225,820 |
| Gross margin | — | 74,109 | 90,299 |
| Operating loss | (2,659) | (41,130) | (1,662) |
| Loss from discontinued operations, net of tax | $(1,606) | $(25,381) | $  (1,021) |

Our results related to discontinued operations in fiscal year 2006 primarily represent exit-related costs and ongoing costs associated with leased properties yet to be terminated or subleased. Our results of discontinued operations in fiscal year 2005 include pretax losses in the amount of $41.1 million, including $43.6 million of exit-related pretax costs.

18

The table below summarizes the type and amount of charges recorded as a result of the store closures and identifies remaining exit liabilities as of February 3, 2007:

| (In thousands) | Write-down of Property, Inventory, and Deferred Rent | Severance and Benefits | Lease Termination Costs | Total |
| --- | --- | --- | --- | --- |
| Charges | $  19,600 | $  3,300 | $  20,700 | $  43,600 |
| Payments | | (1,539) | (2,499) | (4,038) |
| Non-cash reductions | (19,600) | | | (19,600) |
| Remaining Obligations at January 28, 2006 | | 1,761 | 18,201 | 19,962 |
| Settlement savings | | | (1,346) | (1,346) |

| | | | | |
|---|---|---|---|---|
| Accretion expense | — | — | 411 | 411 |
| Payments | | (1,761) | (11,329) | (13,090) |
| Remaining Obligations at February 3, 2007 | $ — | $ — | $ 5,937 | $ 5,937 |

Write-downs of property and inventory include assets used in normal operations of retail stores and remaining unrecoverable net book values of fixtures, equipment, and signs. The inventory write-downs above were specific to the markdowns associated with liquidation sales conducted at the closed stores, which qualified for discontinued operations accounting treatment. We record markdowns throughout the year in the normal course of business. The markdowns associated with the liquidation sales were the only markdowns included in the table above.

Future cash outlays related to the above lease termination costs are anticipated to be $3.4 million in fiscal year 2007, $1.8 million in fiscal year 2008, $0.6 million in fiscal year 2009, and $0.1 million thereafter.

*Operating Expenses*

Our review of our operating expenses resulted in personnel reductions in our general office, field operations, and distribution centers in fiscal year 2005. Certain resources were realigned based on the fiscal year 2005 store closings and lower expected store growth in the near term. Additionally, some redundancies between the closeout store operations and the furniture store operations were eliminated.

*Merchandising*

In fiscal year 2005, as part of a review of our merchandising strategy, we: 1) closed our stand-alone furniture stores; 2) executed a series of markdowns lowering in-store inventory levels in certain categories and improving inventory turnover; and 3) exited the frozen food business. We developed our merchandise strategy with the goals of growing sales per square foot and increasing gross margin dollars. We performed customer research and found that brand names, "treasure hunt," price, value, and savings were most important to our customers. Certain elements of the merchandising strategy were tested and executed in fiscal year 2006. In fiscal year 2006, we refined the detailed merchandising plans in order for each merchant to understand his or her targeted levels of closeout merchandise, engineered closeout merchandise (items that we often develop along with our vendors), and consistency type products that our customers expect us to have. Our preference is to maximize the amount of closeout merchandise which we believe provides great value to the customer. We have communicated many of these expectations to our vendors so that they understand our expectations and can collaborate with us to get the desired types and quantities of merchandise to our stores.

One of the key elements to the success of the fiscal year 2006 merchandising strategy was the "raise the ring" strategy. The "raise the ring" strategy involves offering a merchandise mix to the customer that includes items with slightly higher average item retail sales price. One method used to accomplish this was to offer larger package or quantity sizes. For example, instead of offering an item for sale on a per piece basis, we may offer

19

the same product in a package of three or six pieces. Another part of the "raise the ring" strategy involved offering types of merchandise that helped increase average item retail, based on our belief that as long as the value proposition is compelling, our customers are willing to purchase higher ticket merchandise from us.

Improved merchandising led to efficiencies in the cost side of the business as well. Inventory quantities were managed to lower levels helping to drive productivity in the distribution centers and stores. Our merchants worked with vendors to acquire items that were pre-ticketed for sale and more efficiently and effectively allocated to and displayed in our stores. Markdowns were taken timely in order to keep merchandise in our stores fresh and to improve inventory turnover. Fewer cartons were processed by our distribution centers and stores while higher sales dollars were achieved.

Our marketing efforts continued to involve a mix of circulars, in-store marketing, and television advertising. During fiscal year 2006, we shifted circular and television advertising dollars to the November and December (the "Nine Weeks of Christmas") timeframe in order to commit more marketing expenditures during the period they could be expected to have the most impact. Many of the products offered in these circulars were a result of the merchandising strategies discussed above. The planning and coordination that went into these circulars improved their effectiveness and resulted in higher sales, higher gross margin dollars, and improved inventory turnover rate.

Because the majority of our customers consider themselves to be "treasure hunters" and come to our store without a specific item in mind to purchase, we developed better in-store marketing strategies, such as improved signage, aimed at driving total sales dollars from each customer in the store. This new signage was tested favorably during fiscal year 2006 and was rolled out to all stores late in the fourth quarter of fiscal year 2006.

**KB Toys and Pittsfield Distribution Center Update**

For a discussion of these matters and other matters related to the KB Toys business, see Note 11 to the consolidated financial statements in this Form 10-K.

**Results of Operations**

The following table compares components of our consolidated statements of operations as a percentage of net sales:

| | Fiscal Year | |
|---|---|---|
| | 2006 | 2005 |
| Net sales | 100.0% | 100.0% |
| Cost of sales | 60.1 | 60.9 |
| Gross margin | 39.9 | 39.1 |
| Selling and administrative expenses | 34.2 | 36.0 |
| Depreciation expense | 2.1 | 2.5 |
| Operating profit | 3.5 | 0.6 |
| Interest expense | (0.0) | (0.1) |
| Interest and investment income | 0.1 | 0.0 |
| Income from continuing operations before income taxes | 3.6 | 0.5 |
| Income tax expense | 1.2 | 0.1 |
| Income from continuing operations | 2.4 | 0.4 |

WD-BL BN000001118

| | | |
|---|---|---|
| Income (loss) from discontinued operations, net of tax | 0.2 | (0.6) |
| Net income (loss) | 2.6% | (0.2)% |

We have historically experienced, and expect to continue to experience, seasonal fluctuations, with a larger percentage of our net sales and operating profit being realized in the fourth fiscal quarter. In addition, our quarterly results can be affected by the timing of new store openings and store closings, the amount of sales contributed by new and existing stores, the timing of television and circular advertising, and the timing of

20

certain holidays. We purchase substantial amounts of inventory and incur higher shipping and payroll costs as a percent of sales in the third fiscal quarter in anticipation of the increased sales activity during the fourth fiscal quarter.

The following table sets forth the seasonality of net sales and operating profit by fiscal quarter:

| | First | Second | Third | Fourth |
|---|---|---|---|---|
| **Fiscal Year 2006** | | | | |
| Net sales percentage of full year | 23.0% | 22.3% | 22.1% | 32.6% |
| Operating profit as a percentage of full year | 12.7 | 4.3 | 1.4 | 81.6 |
| **Fiscal Year 2005** | | | | |
| Net sales percentage of full year | 23.5% | 22.6% | 22.4% | 31.5% |
| Operating profit (loss) as a percentage of full year | 46.6 | (66.5) | (113.7) | 233.6 |

*Fiscal Year 2006 Compared To Fiscal Year 2005*

**Net Sales**

Net sales increased 7.1% to $4,743.0 million in fiscal year 2006 compared to $4,429.9 million in fiscal year 2005. This net sales increase of $313.1 million is principally due to a 4.6% increase in comparable store sales and sales made during the 53rd week in fiscal year 2006. Our comparable store sales are calculated by using all stores that were open for at least two fiscal years as of the beginning of fiscal year 2006. This calculation may not be comparable to other retailers who calculate comparable store sales based on other methods. From a merchandise perspective, the Consumables, Home, and Other were the best performing categories. Within the Consumables category, sales of food and health and beauty products drove the increase partially offset by the decline in sales of frozen food, which we discontinued in fiscal year 2005. Within the Home category, sales of furniture and domestics drove the increase. Within the Other category, increases in sales of electronics and apparel were partially offset by lower sales of lingerie.

We internally evaluate and externally communicate overall sales and merchandise performances based on the following key merchandising categories, and we believe these categories facilitate analysis of our financial performance. Net sales by product category, net sales by product category as a percentage of total net sales, and net sales change in dollars and percentage in fiscal year 2006 compared to fiscal year 2005 were as follows:

| | Fiscal Year | | | | | |
|---|---|---|---|---|---|---|
| | 2006 | | 2005 | | Change | |
| *($ in thousands)* | | | | | | |
| Consumables | $1,369,590 | 28.9% | $1,275,851 | 28.8% | $ 93,739 | 7.3% |
| Home | 1,473,052 | 31.1 | 1,333,602 | 30.1 | 139,450 | 10.5 |
| Seasonal and toys | 840,416 | 17.7 | 830,526 | 18.7 | 9,890 | 1.2 |
| Other | 1,059,990 | 22.3 | 989,926 | 22.4 | 70,064 | 7.1 |
| Net sales | $4,743,048 | 100.0% | $4,429,905 | 100.0% | $313,143 | 7.1% |

**Gross Margin**

Gross margin dollars increased 9.2% to $1,891.4 million in fiscal year 2006 compared to $1,731.7 million in fiscal year 2005. We achieved our stated goal to increase gross margin dollars as gross margin improved by $159.7 million principally due to a combination of higher net sales and a slightly higher gross margin rate. Gross margin as a percentage of net sales was 39.9% in fiscal year 2006 compared to 39.1% in fiscal year 2005. This gross margin rate increase of 80 basis points was primarily due to an improvement in the initial mark up of merchandise purchased in fiscal year 2006 compared to purchases in fiscal year 2005. This improvement is primarily attributed to our merchandising strategies as previously discussed. Our inventory turnover improved to 3.4 turns in fiscal year 2006 compared to 3.0 turns in fiscal year 2005.

21

**Selling and Administrative Expenses**

Selling and administrative expenses increased 1.6% to $1,622.3 million in fiscal year 2006 compared to $1,596.1 million in fiscal year 2005. While net sales increased $313.1 million, selling and administrative expenses increased only $26.2 million and as a result, selling and administrative expenses as a percentage of net sales were 34.2% in fiscal year 2006 compared to 36.0% in fiscal year 2005. The following items contributed to the 180 basis point improvement in selling and administrative expense leverage: 1) the 4.6% increase in comparable store sales, which was above our expense leverage point; 2) our "raise the ring" merchandising strategy which delivered higher sales results with fewer cartons processed by the distribution centers and stores; 3) reduction in general office and field operations headcount primarily due to the elimination of some redundancies between closeout and furniture store operations; and 4) various initiatives aimed at improving efficiency at our stores and distribution centers including tightly managed payroll budgets, the initiation of a vendor compliance program, and merchandising strategies aimed at getting merchandise delivered that is more efficiently able to be displayed on the selling floor, for example, pre-ticketed items and improved packaging (PDQ packaging, palletized end cap displays, etc.).

Some of the increases in selling and administrative expense components from fiscal year 2005 to fiscal year 2006 were bonus expense of $22.0 million, wage litigation charges of $9.7 million, utilities of $6.5 million, stock-based compensation expense of $5.7 million, and asset impairment charges of $5.0 million. These increases were partially offset by decreases in store hourly wages of $10.7 million, general office wages of $5.2 million, field operations cost of $4.2 million, and proceeds received as a result of the Visa/MasterCard antitrust settlement of $2.6 million. The bonus expense increase is due primarily to our improved financial performance in fiscal year 2006 and compares to fiscal year 2005 where no general office bonus was paid. The wage litigation charges are

WD-BL BN000001119

discussed in more detail in Note 10 to the consolidated financial statements. Higher utilities are primarily a result of higher utility rates. Stock-based compensation expense increased primarily as a result of adopting SFAS No. 123(R) (See Note 1 to the accompanying consolidated financial statements) and the achievement of a performance-based target with respect to restricted shares granted in the first quarter of fiscal year 2006. The asset impairment charges relate primarily to charges taken on certain underperforming stores that were opened in fiscal years 2004 and 2005. Lower store hourly wages, even with the $313.1 million increase in sales, are a result of improved productivity in the stores primarily due to lower inventory levels at the stores and our "raise the ring" merchandising strategy. The decline in general office and field operations expenses are primarily a result of the reduction in headcount which included the elimination of some redundancies in the furniture and closeout operations.

Outbound distribution and transportation costs, which were included in selling and administrative expenses (see Note 1 to the consolidated financial statements) decreased 0.8% to $222.1 million in fiscal year 2006 compared to $223.8 million in fiscal year 2005. Outbound distribution and transportation expenses as a percentage of net sales were 4.7% in fiscal year 2006 compared to 5.1% in fiscal year 2005. The 40 basis point decrease was primarily due to our "raise the ring" merchandising strategy which resulted in fewer cartons being processed through the distribution centers with higher carton values. In addition, our emphasis on improved inventory turnover led to lower inventory levels maintained in the distribution centers.

### Depreciation Expense

Depreciation expense for fiscal year 2006 was $101.3 million compared to $108.7 million for fiscal year 2005. The $7.4 million decrease was principally related to a declining amount of capital expenditures in fiscal years 2005 and 2006. The lower capital expenditures are principally related to opening 11 stores in fiscal year 2006 and a conservative approach to capital investments aimed primarily at the development of a new point-of-sale register system and other items generally considered "maintenance capital" items for our distribution centers and stores in fiscal year 2006. Fiscal year 2005 capital expenditures included capital related to the completion of reengineering of our Columbus, Ohio distribution center.

Upon the successful completion of a pilot program in 32 of our stores and the decision to move forward with the implementation of a new point-of-sale system in all of our stores, we reduced the remaining estimated service life on approximately $6.9 million of certain point-of-sale equipment. The impact of this service life reduction

was to recognize approximately $2.3 million of depreciation expense in the fourth quarter of fiscal year 2006. The estimated remaining service life was based on our projected roll out schedule to all remaining stores, approximately one-half in fiscal year 2007 and one-half in fiscal year 2008.

### Interest Expense

Interest expense decreased 90.5% to $0.6 million in fiscal year 2006 compared to $6.3 million in fiscal year 2005. The $5.7 million decrease in interest expense was principally due to lower average borrowings of $4.8 million in fiscal year 2006 compared to average borrowings of $139.9 million in fiscal year 2005.

### Interest and Investment Income

Interest and investment income increased $3.0 million in fiscal year 2006 to $3.3 million compared to $0.3 million in fiscal year 2005. Because we generated significant cash flow from our operations, we were in an invested position throughout the majority of fiscal year 2006. We invested primarily in money market type investments that are considered cash equivalents and other short term high grade bond mutual funds.

### Income Taxes

Our effective income tax rate on income from continuing operations was 33.9% for fiscal year 2006 compared to 24.8% for fiscal year 2005. In fiscal year 2006, we benefited from a reduction in the valuation allowance as a result of our expectation of utilizing more net operating loss benefits and the resolution of certain income tax matters. The rate was lower in fiscal year 2005 principally due to 1) proportionately larger jurisdictional losses in entities with higher marginal income tax rates, 2) lower overall income before income taxes, and 3) loss contingency activity partially offset by higher write-down of deferred income tax assets as a result of state tax law changes.

The Company anticipates the fiscal year 2007 effective income tax rate to be within a range of 36.0% to 39.0%.

### Discontinued Operations

We recorded income from discontinued operations of $11.4 million in fiscal year 2006 compared to loss from discontinued operations of $25.8 million in fiscal year 2005. The income from discontinued operations in fiscal year 2006 was principally comprised of 1) the partial release of our KB bankruptcy lease obligation (as defined in Note 11 to the consolidated financial statements) of $8.7 million, net of tax, and 2) the release of KB-related income tax and sales tax indemnification liabilities of $4.7 million, net of tax, partially offset by 1) a loss on the sale of the Pittsfield, Massachusetts distribution center (formerly owned by the KB Toys business) of approximately $1.4 million, net of tax; and 2) exit-related costs on the 130 closed stores of $1.6 million, net of tax, including a $0.7 million, pretax pension settlement charge and expenses on the portion of the 130 stores where the leases have not been terminated. We based the revision of the KB bankruptcy lease obligation on the number of demand notices that we have received from landlords and used information received from KB Toys, the bankruptcy trust, and our own lease records which date back to when we owned the KB Toys business. Additionally, we released the tax indemnification liabilities in light of information that we received as a result of our settlement discussions with the bankruptcy trust and KB in an attempt to resolve the tax indemnification claims. Our loss from discontinued operations in fiscal year 2005 included $25.4 million, net of tax, primarily related to exit costs and fiscal year 2005 results of operations of the 130 stores, $0.6 million of income, net of tax, for the reversal of liabilities associated with the KB Toys business, and $1.0 million, net of tax, associated with the write down of the Pittsfield, Massachusetts distribution center to fair value less selling cost, upon classification as held for sale.

### *Fiscal Year 2005 Compared To Fiscal Year 2004*

### Net Sales

Net sales increased 6.8% to $4,429.9 million in fiscal year 2005 compared to $4,149.3 million in fiscal year 2004. This increase is due to new stores opened in fiscal years 2004 and 2005 and the comparable store sales increase of 1.8% for fiscal year 2005. From a merchandise perspective, Home, which includes furniture, was

WD-BL BN000001120

the best performing category. As part of our merchandising initiatives, clearance markdowns, primarily in the fourth quarter, benefited net sales and comparable store sales and were initiated to reduce inventory levels on slower moving items or classifications.

Net sales by product category, net sales by product category as a percentage of total net sales, and the net sales change in dollars and percentage in fiscal year 2005 compared to fiscal year 2004 were as follows:

| | Fiscal Year | | | | Change | |
| | 2005 | | 2004 | | | |
| ($ in thousands) | | | | | | |
| Consumables | $1,275,851 | 28.8% | $1,247,207 | 30.1% | $ 28,644 | 2.3% |
| Home | 1,333,602 | 30.1 | 1,153,297 | 27.8 | 180,305 | 15.6 |
| Seasonal and toys | 830,526 | 18.7 | 814,661 | 19.6 | 15,865 | 1.9 |
| Other | 989,926 | 22.4 | 934,087 | 22.5 | 55,839 | 6.0 |
| Net sales | $4,429,905 | 100.0% | $4,149,252 | 100.0% | $280,653 | 6.8% |

The Consumables category includes sales increases in plastics, paper, and food, partially offset by a decrease in health and beauty. The Home category includes strong performance in furniture and home decor. Seasonal and toys includes sales increases for lawn & garden and toys, partially offset by decreases in trim-a-tree and harvest. The Other category includes strong performances in electronics, home appliances, and tools.

**Gross Margin**

Gross margin dollars increased 2.6% to $1,731.7 million in fiscal year 2005 compared to $1,687.1 million in fiscal year 2004. Gross margin as a percentage of net sales was 39.1% in fiscal year 2005 compared to 40.7% in fiscal year 2004. This gross margin rate decline of 160 basis points was primarily due to clearance-related markdowns, higher inbound freight costs, and certain initial markup-related cost pressures such as higher resin-based material costs. Inbound freight costs were higher as a result of higher fuel costs and transportation capacity constraints.

**Selling and Administrative Expenses**

Selling and administrative expenses increased 5.1% to $1,596.1 million in fiscal year 2005 compared to $1,518.6 million in fiscal year 2004. Selling and administrative expenses as a percentage of net sales were 36.0% in fiscal year 2005 compared to 36.6% in fiscal year 2004.

Selling and administrative expenses increased over fiscal year 2004 primarily due to costs associated with higher levels of sales and increased carton volume. The $77.5 million increase was primarily attributable to increased store payroll costs of $20.9 million, increased store occupancy-related costs, including rent and utilities, of $23.0 million, increased general office costs of $11.7 million, the partial charge-off of the HCC Note of $6.4 million (as defined in Note 11 to the consolidated financial statements), increased advertising costs of $6.0 million, and increased distribution and transportation costs of $5.1 million. The increase in general office cost primarily resulted from an increase in wage and benefit-related costs.

Outbound distribution and transportation costs, which were included in selling and administrative expenses (see Note 1 to the accompanying consolidated financial statements) increased 2.3% to $223.8 million in fiscal year 2005 compared to $218.7 million in fiscal year 2004. Outbound distribution and transportation expenses as a percentage of net sales were 5.1% in fiscal year 2005 compared to 5.3% in fiscal year 2004. The 20 basis point decrease was primarily due to improved efficiency at the distribution centers, particularly the Durant, Oklahoma distribution center. In addition, productivity has improved at the Columbus distribution center after two years of re-engineering efforts. Partially offsetting these cost savings were higher diesel fuel costs incurred on outbound freight and higher utility costs at the distribution centers.

24

**Depreciation Expense**

Depreciation expense for fiscal year 2005 was $108.7 million compared to $99.4 million for fiscal year 2004. The $9.3 million increase was principally related to new store growth.

**Interest Expense**

Interest expense decreased 74.6% to $6.3 million in fiscal year 2005 compared to $24.8 million in fiscal year 2004. The $18.5 million decrease in interest expense was due to the $8.9 million debt prepayment charge incurred in fiscal year 2004 in connection with the repayment of the $204.0 million in senior notes privately placed in 2001 (the "Senior Notes") and the retirement of the $300.0 million secured revolving credit agreement entered into in 2001 (the "2001 Credit Agreement"), lower average borrowings in fiscal year 2005, and a lower effective interest rate in fiscal year 2005. The prepayment charge was incurred in order to replace the Senior Notes, which carried a weighted-average yield of 8.2%, and the 2001 Credit Agreement with the variable rate 2004 Credit Agreement. The weighted-average interest rate of the outstanding loans under the 2004 Credit Agreement at January 28, 2006, was 5.1%.

**Income Taxes**

The effective income tax rate of the continuing operations of the Company was 24.8% for fiscal year 2005 compared to 30.1% for fiscal year 2004. The rate was lower in fiscal year 2005 because of 1) proportionately larger jurisdictional losses in entities with higher marginal income tax rates; and 2) the adjustment of loss contingencies to recognize the expiration of the statute of limitations; offset by the write-down of deferred income tax assets as a result of state tax law changes (including Ohio tax reform enacted in the second quarter of fiscal year 2005).

**Discontinued Operations**

We recorded a pretax loss of $41.7 million from discontinued operations in fiscal year 2005 compared to a pretax loss of $13.0 million in fiscal year 2004. Our results of discontinued operations in fiscal year 2005 include pretax losses in the amount of $41.1 million as the result of 130 stores reported in discontinued operations in fiscal year 2005 which include $43.6 million of exit-related pretax costs incurred primarily in the fourth quarter of fiscal year 2005, the reversal of pretax charges of $0.4 million associated with the KB Toys business and pretax charges of $1.0 million associated with the reclassification of the Pittsfield distribution center ("Pittsfield DC") as held-for-sale and the related write-down of its carrying value to fair value less selling cost. Our

WD-BL BN000001121

discontinued operations in fiscal year 2004 relate to pretax losses in the amount of $1.7 million as the result of the 130 stores reported in discontinued operations and pretax charges of $11.3 million associated with the KB Toys business.

*Capital Resources and Liquidity*

**Capital Resources**

On October 29, 2004, we entered into the $500.0 million 2004 Credit Agreement which is scheduled to terminate on October 28, 2009. The proceeds of the 2004 Credit Agreement are available for general corporate purposes, working capital, and to repay certain of our indebtedness. The pricing and fees related to the 2004 Credit Agreement fluctuate based on our debt rating. Loans made under the 2004 Credit Agreement may be prepaid by us without penalty. The 2004 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens, and investments, as well as the maintenance of two financial ratios – a leverage ratio and a fixed charge coverage ratio. A violation of these covenants could result in a default under the 2004 Credit Agreement, which would permit the lenders to restrict our ability to further access the 2004 Credit Agreement for loans and letters of credit, and require the immediate repayment of any outstanding loans under the 2004 Credit Agreement. On December 22, 2006, we entered into a second amendment to the 2004 Credit Agreement in order to permit us to acquire investments rated by a third rating agency. On October 25, 2005, we entered into an amendment to the 2004 Credit Agreement in order to

eliminate the impact on the covenant calculations of the charges related to the store closings discussed in Note 11 to the consolidated financial statements. We were in compliance with our amended financial covenants under the 2004 Credit Agreement at February 3, 2007.

The 2004 Credit Agreement permits, at our option, borrowings at various interest rate options based on the prime rate or London InterBank Offering Rate plus applicable margin. The 2004 Credit Agreement also permits, as applicable, borrowings at various interest rate options mutually agreed upon by us and the lenders. We typically repay and/or borrow on a daily basis in accordance with the terms of the 2004 Credit Agreement. The daily activity is a net result of our liquidity position, which is generally affected by: 1) cash inflows such as store cash and other miscellaneous deposits; and 2) cash outflows such as check clearings, wire and other electronic transactions, and other miscellaneous disbursements.

In addition to revolving credit loans, the 2004 Credit Agreement includes a $30.0 million swing loan sub-limit, a $50.0 million bid loan sub-limit, and a $150.0 million letter of credit sub-limit. At February 3, 2007, we did not have borrowings outstanding under the 2004 Credit Agreement. The borrowings available under the 2004 Credit Agreement, after taking into account the reduction of availability resulting from outstanding letters of credit totaling $57.9 million, were $442.1 million at February 3, 2007.

We utilize our credit facility primarily to manage ongoing and seasonal working capital. Given the seasonality of our business, the amount of borrowings under the 2004 Credit Agreement may fluctuate materially depending on various factors, including our performance, the time of year, and our need to acquire merchandise inventory. We anticipate total indebtedness under the facility will be less than $65.0 million through the end of May 2007, all of which will be comprised of letters of credit, excluding any impact from the execution of the $600.0 million share repurchase authorized by our Board of Directors in March 2007.

**Liquidity**

The primary source of our liquidity is cash flows from operations and, as necessary, borrowings under the 2004 Credit Agreement. At February 3, 2007, working capital was $674.8 million, including $269.4 million of money market investments included in cash and cash equivalents.

Cash provided by operating activities was $381.5 million during fiscal year 2006 and resulted primarily from net income of $124.0 million, depreciation and amortization of $95.6 million, a reduction in inventories of $77.9 million, timing associated with current income taxes of $44.1 million, and improved accounts payable leverage of $24.0 million. Lower inventories are principally due to our continued efforts to improve the inventory turnover rate and to keep store merchandise fresh. Our income tax position was favorable because we received income tax refunds in fiscal year 2006 related primarily to the overpayment of taxes in fiscal year 2005 and had income taxes payable of approximately $28.0 million at the end of fiscal year 2006. We improved our accounts payable leverage principally by extending payment terms to foreign vendors.

Cash provided by operating activities was $213.0 million during fiscal year 2005 and resulted primarily from net loss of $(10.1) million, depreciation and amortization expense of $114.6 million, and a decrease in net assets of $102.7 million over fiscal year 2004. The $102.7 million decrease in net assets was primarily a result of lower inventory of $58.9 million, higher accounts payable of $11.9 million, higher other current liabilities of $21.2 million, and cash from other assets and liabilities of $21.9 million. The reduction in inventory is primarily a result of fewer stores open at the end of fiscal year 2005 compared to prior year and the impact of the markdown clearance sales. The increase in other current liabilities is primarily due to the increased current portion of lease obligation resulting from the closure of certain stores before their full lease term expired. The cash from other assets and liabilities is primarily due to the non-current portion of the lease obligation associated with the closed stores and an increase in the non-current portion of insurance reserves for workers' compensation and general liability.

Cash used in investing activities of $30.4 million in fiscal year 2006 and $66.7 million in fiscal year 2005 was primarily related to capital expenditures of $35.9 million and $68.5 million in each of the respective fiscal years. Capital expenditures in fiscal year 2006 were primarily related to opening 11 new stores, software development cost for our new point-of-sale system, and various distribution center, store, or lease related requirements. Capital expenditures in fiscal year 2005 were primarily due to opening 73 new stores. Capital expenditure

requirements in fiscal year 2007 are anticipated to range between $70 million and $75 million, focused on the new register system being implemented in approximately one-half of our stores, maintaining existing property and equipment, a limited number of new store openings, and information technology enhancements.

Cash used in financing activities was $71.1 million in fiscal year 2006 and related principally to the $150.0 million share repurchase program partially offset by $57.5 million of stock option exercise proceeds, $13.3 million of proceeds from selling one of our owned store properties, and $11.9 million for the excess tax benefit derived from the exercise of stock options by employees. Cash used in financing activities was $147.1 million in fiscal year 2005 and related

WD-BL BN000001122

primarily to the net repayment of borrowings outstanding under the 2004 Credit Agreement. We announced a share repurchase program of up to $600.0 million on March 9, 2007. See Item 5 of this Form 10-K for more information regarding this program.

We continue to believe that we have, or, if necessary, have the ability to obtain adequate resources to fund ongoing operating requirements and future capital expenditures. Additionally, management is not aware of any current trends, events, demands, commitments, or uncertainties which reasonably can be expected to have a material impact on our capital resources or liquidity.

**Contractual Obligations**

The following table summarizes payments due under our contractual obligations at February 3, 2007:

| | Payments Due by Period [1] | | | |
|---|---|---|---|---|
| *(In thousands)* | Less than 1 year | 1 to 3 years | 3 to 5 years | More than 5 years |
| Long-term debt obligations [2] | $ — | $ — | $ — | $ — |
| Operating lease obligations [3] [4] | 249,789 | 388,115 | 206,853 | 115,030 |
| Purchase obligations [4] [5] | 549,895 | 102,570 | 62,392 | 72,210 |
| Other long-term liabilities [6] | 5,482 | 6,661 | 4,407 | 10,401 |
| Total contractual obligations [7] | $ 805,166 | $ 497,346 | $ 273,652 | $ 197,641 |

---

(1)   The disclosure of contractual obligations in this table is based on assumptions and estimates that we believe to be reasonable as of the date of this report. Those assumptions and estimates may prove to be inaccurate; consequently, the amounts provided in the table may differ materially from those amounts that we ultimately incur. Variables that may cause the stated amounts to vary from those actually incurred include, but are not limited to: the termination of a contractual obligation prior to its stated or anticipated expiration; fees or damages incurred as a result of the premature termination or breach of a contractual obligation; the acquisition of more or less services or goods under a contractual obligation than are anticipated by us as of the date of this report; fluctuations in third party fees, governmental charges, or market rates that we are obligated to pay under contracts we have with certain vendors; and the exercise of renewal options under, or the automatic renewal of, contracts that provide for the same.

(2)   Long-term debt obligations consist of the borrowings outstanding under the 2004 Credit Agreement. Borrowings under the 2004 Credit Agreement are permitted under various interest rate options based on the prime rate or London InterBank Offering Rate plus applicable margin, as well as borrowings at various interest rate options mutually agreed upon by us and the lenders. We had outstanding letters of credit totaling $57.9 million at February 3, 2007. Approximately $57.5 million of the outstanding letters of credit represent stand-by letters of credit and we do not expect to meet conditions requiring significant cash payments on these letters of credit; accordingly, they have been excluded from the preceding table. The remaining outstanding letters of credit represent commercial letters of credit whereby the related obligation is included in Purchase Obligations. For a further discussion, see Note 3 to the consolidated financial statements.

27

---

(3)   Operating lease obligations include, among other items, leases for our retail stores, warehouse space, offices, and certain computer and other business equipment. The future minimum commitments for store and warehouse space operating leases are $719.4 million. For a discussion of leases, see Note 5 to the consolidated financial statements. Many of the store lease obligations require us to pay for CAM, real estate taxes, and property insurance. We estimate that future obligations for CAM, real estate taxes, and property insurance are $220.0 million at February 3, 2007. We have made certain assumptions and estimates in order to account for our contractual obligations relative to CAM, real estate taxes, and property insurance. Those assumptions and estimates include, but are not limited to: extrapolation of historical data to estimate our future obligations; calculation of our obligations based on per square foot averages where no historical data is available for a particular leasehold; and assumptions related to certain increases over historical data where our obligation is a prorated share of all lessees' obligations within a particular property. The remaining $20.4 million relates primarily to the operating leases for computer and other business equipment.

(4)   For purposes of the operating lease and purchase obligation disclosures, we have assumed that we will make all payments scheduled or reasonably estimated to be made under those obligations that have a determinable expiration date, and we disregarded the possibility that such obligations may be prematurely terminated or extended, whether automatically by the terms of the obligation or by agreement between us and our vendor, due to the speculative nature of premature termination or extension. Where an operating lease or purchase obligation is subject to a month-to-month term or another automatically renewing term, we disclosed our minimum commitment under such obligation, such as one month in the case of a month- to-month obligation and the then-current term in the case of another automatically renewing term, due to the uncertainty of the length of the eventual term.

(5)   Purchase obligations include outstanding purchase orders for merchandise issued in the ordinary course of our business that are valued at $420.7 million, the entirety of which represents obligations due within one year of February 3, 2007. Purchase obligations also include a commitment for future inventory purchases totaling $227.2 million at February 3, 2007. While we are not required to meet any periodic minimum purchase requirements under this commitment, for purposes of this tabular disclosure, we have included the value of the purchases that we anticipate making during each of the reported periods, as purchases will count toward our fulfillment of the aggregate obligation. The remaining $139.2 million is primarily related to distribution and transportation commitments.

(6)   Other long-term liabilities include our obligation related to our nonqualified deferred compensation plan, the $5.9 million closed store lease termination costs, and the expected pension plan contributions. We have estimated the payments due by period for the nonqualified deferred compensation plan based on an average of historical distributions. Our closed store lease termination cost payments are based on contractual terms. Pension contributions are equal to expected benefit payments for the nonqualified plan plus expected contributions to the qualified plan using actuarial estimates and assuming that we only make the minimum required contributions (see Note 8 to the consolidated financial statements for additional information about our employee benefit plans.)

(7)   The obligations disclosed in this table are exclusive of the contingent liabilities, guarantees, and indemnities related to KB Toys. For further discussion, see Note 11 to the consolidated financial statements.

WD-BL BN000001123

*Off-Balance Sheet Arrangements*

As of February 3, 2007, we have approximately 84 KB Lease Obligations related to KB Toys' stores and main office building. The relevant guarantees were issued prior to January 1, 2003, and are not subject to the fair value recognition provisions of Financial Accounting Standards Board ("FASB") Interpretation No. 45. The typical KB Lease Obligation provides that the terms of the underlying lease may be extended, amended, or modified without the consent of the guarantor. As a result, we are unable to estimate any potential range of loss in the event of non-performance by KB Toys. See Note 11 to the consolidated financial statements in this Form 10-K for further discussion of KB Toys matters.

28

*Critical Accounting Policies and Estimates*

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America ("GAAP") requires management to make estimates, judgments, and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period, as well as the related disclosure of contingent assets and liabilities at the date of the financial statements. On an on-going basis, management evaluates its estimates and judgments, including those related to inventories, long-lived assets, insurance reserves, income taxes, contingencies, leases, pension, revenue recognition, and stock-based compensation. Management bases its estimates and judgments on historical experience, current trends, and various other factors that are believed to be reasonable under the circumstances. Actual results may differ from these estimates. Management has discussed the development and selection of its critical accounting policies and estimates with the Audit Committee of our Board of Directors and believes the following assumptions and estimates are the most critical to reporting our results of operations and financial position. See Note 1 to the accompanying consolidated financial statements for additional information about our accounting policies.

**Merchandise Inventories**

Merchandise inventories are valued at the lower of cost or market using the average cost retail inventory method. Market is determined based on the estimated net realizable value, which generally is the merchandise selling price. Under the average cost retail inventory method, inventory is segregated into departments of merchandise having similar characteristics, at its current retail selling value. Inventory retail selling values are converted to a cost basis by applying specific average cost factors for each merchandise department. Cost factors represent the average cost-to-retail ratio for each merchandise department based on beginning inventory and the fiscal year purchase activity. The average cost retail inventory method requires management to make judgments and contains estimates, such as the amount and timing of markdowns to clear unproductive or slow-moving inventory, which may impact the ending inventory valuation and gross margin. These assumptions are based on historical experience and current information.

Permanent markdowns are recorded as a gross margin reduction in the period of management's decision to initiate price reductions with the intent not to return the price to regular retail. Promotional markdowns are recorded as a gross margin reduction in the period the merchandise is sold. Factors considered in the determination of markdowns include current and anticipated demand, customer preferences, age of the merchandise, and seasonal trends.

Shrinkage is recorded as a reduction to inventories and gross margin and is estimated as a percentage of sales for the period from the last physical inventory date to the end of the reporting period. Such estimates are based on our actual experience and our most recent physical inventory results. While it is not possible to quantify the impact from each cause of shrinkage, we have loss prevention programs and policies that we believe minimize shrinkage.

**Long-Lived Assets**

Depreciation and amortization expense of property and equipment are recorded on a straight-line basis using estimated service lives. Leasehold improvements are amortized on a straight-line basis using the shorter of their estimated service lives or the lease term. When a decision has been made to dispose of property and equipment prior to the end of the previously estimated service life, depreciation estimates are revised to reflect the use of the asset over the shortened estimated service life. The cost of assets sold or retired and the related accumulated depreciation are removed from the accounts with any resulting gain or loss included in net income. Maintenance and repairs are charged to expense as incurred. Major repairs that extend service lives are capitalized.

29

The estimated service lives of property and equipment by major asset category are as follows:

| Land improvements | 15 years |
| Buildings and leasehold improvements | 5–40 years |
| Fixtures and equipment | 5–15 years |
| Computer software costs | 3–7 years |
| Transportation equipment | 3–20 years |

We have long-lived assets that consist primarily of property and equipment. We review historical operating results at the store level in order to determine if impairment indicators are present. Impairment is recorded if impairment indicators are present and if the carrying value of the long-lived asset exceeds its anticipated undiscounted future net cash flows. Our assumptions related to estimates of future cash flows are based on historical results of cash flows adjusted for management projections for future periods. We estimate service lives on buildings and equipment using assumptions based on historical data and industry trends. We estimate the fair value of our long-lived assets using readily available market information for similar assets.

When material, we classify the results of operations of closed stores as discontinued operations when the operations and cash flows of the stores have been (or will be) eliminated from ongoing operations and we no longer have any significant continuing involvement in the operations associated with the stores after closure. We generally meet the second criteria on all closed stores as, upon closure, operations cease and we have no continuing involvement. To determine if cash flows have been (or will be) eliminated from ongoing operations, we evaluate a number of qualitative and quantitative factors, including, but not limited to, proximity to remaining open stores and estimates of sales migration from the closed store to any stores remaining open. The estimated sales migration is based on our historical estimates of sales migration upon opening or closing a store in a similar market. For purposes of reporting the operations of stores meeting the criteria for discontinued operations, we report net sales, gross margin, and related operating costs that are directly related to and specifically identifiable with respect to those stores' operations as discontinued operations. Certain corporate-level charges, such as general office cost, field operations, national advertising, fixed distribution costs, and interest cost are not allocated to discontinued operations because we believe that these costs are not specific to the stores' operations.

**Insurance Reserves**

WD-BL BN000001124

We are self-insured for certain losses relating to property, general liability, workers' compensation, and employee medical and dental benefit claims, a portion of which is paid by employees. We have purchased stop-loss coverage to limit significant exposure in these areas. Accrued insurance liabilities and related expenses are based on actual claims filed and estimates of claims incurred but not reported. The estimated accruals are determined by applying actuarially-based calculations taking into account known trends and projections of future results. General liability and workers' compensation liabilities are recorded at our estimate of their net present value while other liabilities for insurance reserves are not discounted. To the extent that subsequent claim costs vary from estimates, future earnings could be impacted materially.

**Income Taxes**

Significant judgment is required in determining the provision for income taxes and related accruals and deferred tax assets and liabilities. In the ordinary course of business, there are transactions and calculations where the ultimate tax outcome is uncertain. Additionally, our tax returns are subject to audit by various tax authorities. Although we believe that our estimates are reasonable, actual results could differ from these estimates resulting in a final tax outcome that may be materially different from that which is reflected in our consolidated financial statements.

30

**Contingencies**

We are subject to various claims and contingencies including legal actions, lease termination obligations on closed stores, lease indemnification obligations on KB Toys stores and main office building, and other claims arising out of the normal course of our business. In connection with such claims and contingencies, we estimate the likelihood and amounts of any potential obligation using management's judgment. Management uses various internal and external experts to assist in the estimating process; however, the ultimate outcome of the various claims and contingencies could be materially different from management's estimates, and adjustments to income could be required. With respect to the lease termination obligations and lease indemnification obligations, we consider the remaining minimum lease payments, estimated sublease rentals that could be reasonably obtained, and other potentially mitigating factors. In addition, as market conditions or other factors change, the estimate of the obligations could be materially different. We continually evaluate the adequacy of our recorded obligations for claims and contingences based on current information, including settlement amounts of individual lease obligations compared to recorded contractual obligations. We accrue a liability if the likelihood of an adverse outcome is probable and the amount is estimable. If the likelihood of an adverse outcome is only reasonably possible (as opposed to probable), or if it is probable but an estimate is not determinable, disclosure of a material claim or contingency is made in the notes to the consolidated financial statements. In addition, because it is not permissible to establish a litigation reserve until the loss is both probable and estimable, in some cases there may be insufficient time to establish a reserve prior to the actual incurrence of the loss (upon verdict and judgment at trial, for example, or in the case of a quickly negotiated settlement).

**Lease Accounting**

Rent expense is recognized over the term of the lease. We recognize minimum rent starting when possession of the property is taken from the landlord, which normally includes a construction period prior to store opening. When a lease contains a predetermined fixed escalation of the minimum rent, we recognize the related rent expense on a straight-line basis and record the difference between the recognized rental expense and the amounts payable under the lease as deferred incentive rent. We also receive tenant allowances, which are recorded in deferred rent and are amortized as a reduction to rent expense over the term of the lease.

Certain leases provide for contingent rents that are not measurable at inception. Contingent rent includes rent based on a percentage of sales that are in excess of a predetermined level. Contingent rent is excluded from minimum rent and is included in the determination of total rent expense when it is probable that the expense has been incurred and the amount is reasonably estimable.

**Pension**

Pension assumptions are evaluated each year. Actuarial valuations are used to provide assistance in calculating the estimated obligations for pension. We review external data and historical trends to help determine the discount rate and expected long-term rate of return. Our objective in selecting a discount rate is to identify the best estimate of the rate at which the benefit obligations would be settled on the measurement date. In making this estimate, we review rates of return on high-quality, fixed-income investments currently available and expected to be available during the period to maturity of the benefits. This process includes a review of the bonds available on the measurement date with a quality rating of Aa or better. The expected long-term rate of return on assets was derived from detailed periodic studies, which include a review of asset allocation strategies, anticipated future long-term performance of individual asset classes, risks (standard deviations), and correlations of returns among the asset classes that comprise the plan's asset mix. While the studies give appropriate consideration to recent plan performance and historical returns, the assumption is primarily a long-term, prospective rate of return. The discount rates used to determine the net periodic pension cost for fiscal year 2006 were 5.7% to 6.0%. A 0.5% decrease in the discount rates would increase net periodic pension cost by $0.1 million. The long-term rate of return on assets used to determine net periodic pension cost in fiscal year 2006 was 8.5%. A 1.0% decrease in the expected long-term rate of return on plan assets would increase the net periodic pension cost by $0.5 million.

31

**Revenue Recognition**

We recognize sales at the time the customer takes possession of merchandise. All sales are net of discounts and returns and exclude sales tax. The reserve for merchandise returns is estimated based on our prior experience.

We recognize sales revenue related to gift cards at the time of redemption. The liability for the gift cards is established for the cash value at the time of purchase. The liability for outstanding gift cards is recorded in accrued operating expenses.

We offer price hold contracts on selected furniture merchandise. Revenue for price hold contracts is recognized when the customer makes the final payment and takes possession of the merchandise. Amounts paid by customers under price hold contracts are recorded in accrued operating expenses until a sale is consummated.

**Stock-Based Compensation**

WD-BL BN000001125

In December 2004, the FASB issued SFAS No. 123(R), *Share-Based Payment*, which is a revision of SFAS No. 123, *Accounting for Stock-Based Compensation*. SFAS No. 123(R) requires all share-based payments to employees and directors, including grants of stock options, to be recognized in the financial statements based on their fair values. We adopted SFAS No. 123(R) on January 29, 2006, under the modified prospective method, in which the requirements of SFAS No. 123(R) are to be applied to new awards and to previously granted awards that are not fully vested on the effective date. The modified prospective method does not require restatement of previous years' financial statements. We used the short-cut method to determine our beginning excess tax benefit pool. The benefit of tax deductions in excess of recognized compensation cost are reported as a financing cash flow rather than as an operating cash flow. We value and expense stock options with graded vesting as a single award with an average estimated life over the entire term of the award. The expense is recorded straight-line over the vesting period. The fair value of restricted common shares is measured at the grant date and is amortized on a straight-line basis over the vesting period. Compensation expense for performance-based restricted common shares is recorded based on the estimated achievement date of the performance criteria. Compensation expense for all share-based awards is recognized in selling and administrative expense.

We use a binomial model to estimate the fair value of stock options granted on or after February 1, 2004. The fair value of stock options granted prior to February 1, 2004, was determined using the Black-Scholes model. The binomial model takes into account variables such as volatility, dividend yield rate, risk-free rate, contractual term of the option, the probability that the option will be exercised prior to the end of its contractual life, and the probability of retirement of the option holder in computing the value of the option. Expected volatility was based in part on historical and current implied volatilities from traded options on our common shares. The risk-free rate was based on U.S. Treasury security yields at the time of the grant. The dividend yield on our common shares was assumed to be zero since we have not paid dividends and have no current plans to do so in the future. The expected life was determined from the binomial model. The model incorporated exercise and post-vesting forfeiture assumptions based on analysis of historical data.

*Recent Accounting Pronouncements*

In September 2006, the FASB issued SFAS No. 158, *Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans, an amendment of FASB Statement No. 87, 88, 106, and 132(R)*. SFAS No. 158 required us to recognize in the February 3, 2007, statement of financial position an asset for the over funded status or a liability for the under funded status of a defined benefit plan and beginning in fiscal year 2007, to recognize annual changes in gains or losses, prior service costs, or other credits that have not yet been recognized as a component of net periodic pension cost, net of tax through other comprehensive income. Effective in fiscal year 2008, SFAS No. 158 also requires us to measure defined benefit plan assets and obligations as of the date of our year-end consolidated balance sheet. Currently, our pension plans have a measurement date of December 31. Switching to the new measurement date will require a one-time adjustment in fiscal year 2008 to retained earnings per the transition guidance in SFAS No. 158.

32

We adopted the funding recognition provisions of SFAS No. 158 in fiscal year 2006. To properly report the funded status of our qualified defined benefit pension plan ("Pension Plan") and nonqualified supplemental defined benefit pension plan ("Supplemental Pension Plan") we recognized a $5.9 million charge, net of tax benefit of $3.9 million, in accumulated other comprehensive income principally comprised of $0.3 million of prior service costs and $5.6 million of actuarial loss. We expect to reclassify $0.1 million of the prior service cost and $0.3 million of the actuarial loss into earnings during fiscal year 2007. Prior to the adoption of SFAS No. 158, we combined the Pension Plan and Supplemental Pension Plan for purposes of reporting any net pension asset or obligation. Upon adoption of SFAS No. 158, based on the December 31, 2006 plan valuations, we recognized a $2.8 million asset included in other assets for the Pension Plan and a $4.4 million liability, $0.3 million of which was included in accrued salaries and wages and $4.1 million of which was included in other liabilities, for the Supplemental Pension Plan. In fiscal year 2006, we began reporting separately the pension impact to cash provided by operations on the consolidated statement of cash flows. Prior periods were reclassified to be consistent with the current year presentation. The adoption of SFAS No. 158 did not have any impact on net income in fiscal year 2006.

In July 2006, the FASB issued FASB Interpretation No. 48 ("FIN 48"), *Accounting for Uncertainty in Income Taxes*, which is effective as of the beginning of fiscal year 2007. FIN 48 is an interpretation of SFAS No. 109, Accounting for Income Taxes, and clarifies the accounting for uncertainty in income tax positions. FIN 48 requires us to recognize in our financial statements the impact of an income tax position, if that position is more likely than not of being sustained, based on the technical merits of the position. The recognition and measurement guidelines of FIN 48 will be applied to all of our income tax positions as of the beginning of fiscal year 2007, with any resulting adjustment posted as a cumulative effect of a change in accounting principle to beginning retained earnings of fiscal year 2007. The Company is currently evaluating the impact of adopting FIN 48 on its financial statements.

In September 2006, the SEC issued Staff Accounting Bulletin No. 108 ("SAB No. 108"), *Considering the Effects of Prior Year Misstatements When Quantifying Misstatements in Current Year Financial Statements*. SAB No. 108 provides guidance to registrants for assessing materiality. SAB No. 108 states that registrants should use both a balance sheet approach and income statement approach when quantifying and evaluating the materiality of a misstatement. SAB No. 108 also provides guidance on correcting errors under the dual approach as well as transition guidance for correcting previously immaterial errors that are now considered material. We adopted SAB No. 108 as of February 3, 2007, without any impact on our financial statements.

In December 2006, the FASB issued SFAS No. 157, *Fair Value Measurements*. SFAS No. 157 addresses how companies should approach measuring fair value when required by GAAP. SFAS No. 157 does not create or modify any GAAP requirements to apply fair value accounting. The standard provides a single definition of fair value that is to be applied consistently for all accounting applications and also generally describes and prioritizes according to reliability the methods and inputs used in valuations. SFAS No. 157 prescribes additional disclosures regarding the extent of fair value measurements included in a company's financial statements and the methods and inputs used to arrive at these values. SFAS No. 157 is effective on a prospective basis for us in the first quarter of fiscal year 2008. We expect no significant impact on our financial condition, results of operations, or liquidity from adopting this statement.

In February 2007, the FASB issued SFAS No. 159, *The Fair Value Option for Financial Assets and Financial Liabilities*. SFAS No. 159 permits entities to choose to measure many financial instruments and certain other items at fair value. SFAS No. 159 will be effective at the beginning of fiscal year 2008. We are presently evaluating the impact of the adoption of SFAS No. 159 on our results of operations and financial position.

*Commitments*

For a discussion of commitments, refer to Note 3, Note 5, Note 10, and Note 11 to the consolidated financial statements herein.

33

**ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

WD-BL BN000001126

We are subject to market risk from exposure to changes in interest rates associated with investments that we make from time to time and the 2004 Credit Agreement. We had no fixed rate long-term debt at February 3, 2007. We do not expect changes in interest rates in fiscal year 2007 to have a material adverse effect on our financial condition, results of operations, or liquidity; however, there can be no assurances that interest rates will not materially change. We do not believe that a hypothetical adverse change of 10% in interest rates would have a material adverse effect on our financial condition, results of operations, or liquidity.

34

---

## ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

**Report of Independent Registered Public Accounting Firm**

To the Board of Directors of Big Lots, Inc.      Columbus, Ohio

We have audited management's assessment, included in the accompanying Management's Report on Internal Control over Financial Reporting included in Item 9A, that Big Lots, Inc. and subsidiaries (the "Company") maintained effective internal control over financial reporting as of February 3, 2007, based on criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting. Our responsibility is to express an opinion on management's assessment and an opinion on the effectiveness of the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, evaluating management's assessment, testing and evaluating the design and operating effectiveness of internal control, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, management's assessment that the Company maintained effective internal control over financial reporting as of February 3, 2007, is fairly stated, in all material respects, based on the criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of February 3, 2007, based on the criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

35

---

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements and financial statement schedule as of and for the year ended February 3, 2007, of the Company and our report dated April 3, 2007, expressed an unqualified opinion on those financial statements and financial statement schedule and included an explanatory paragraph regarding the Company's adoption of new accounting standards relating to share-based payments and accounting for pension and other post-retirement plans.

DELOITTE & TOUCHE LLP

Dayton, Ohio      April 3, 2007

36

---

**Report of Independent Registered Public Accounting Firm**

To the Board of Directors of Big Lots, Inc.      Columbus, Ohio

We have audited the accompanying consolidated balance sheets of Big Lots, Inc. and subsidiaries (the "Company") as of February 3, 2007 and January 28, 2006, and the related consolidated statements of operations, shareholders' equity, and cash flows for each of the three years in the period ended February 3, 2007. Our audits also included the financial statement schedule listed in the Index at Item 15(a)2. These consolidated financial statements and financial statement schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements and financial statement schedule based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting

WD-BL BN000001127

principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of Big Lots, Inc. and subsidiaries at February 3, 2007 and January 28, 2006, and the results of their operations and their cash flows for each of the three years in the period ended February 3, 2007, in conformity with accounting principles generally accepted in the United States of America. Also, in our opinion, such financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects, the information set forth therein.

As discussed in Note 1 to the consolidated financial statements, the Company adopted the provisions of SFAS No. 123(R) (Revised 2004) *Share Based Payment*, effective January 29, 2006. As discussed in Note 1 to the consolidated financial statements, the Company adopted the provisions of SFAS No. 158, *Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans, an amendment of SFAS Nos. 87, 88, 106, and 132 (R)*, effective February 3, 2007.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the effectiveness of the Company's internal control over financial reporting as of February 3, 2007, based on the criteria established in *Internal Control—Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission, and our report dated April 3, 2007, expressed an unqualified opinion on management's assessment of the effectiveness of the Company's internal control over financial reporting and an unqualified opinion on the effectiveness of the Company's internal control over financial reporting.

DELOITTE & TOUCHE LLP

Dayton, Ohio      April 3, 2007

37

## BIG LOTS, INC. AND SUBSIDIARIES

### Consolidated Statements of Operations

### (In thousands, except per share amounts)

| | Fiscal Year | | |
| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Net sales | $4,743,048 | $4,429,905 | $4,149,252 |
| Cost of sales | 2,851,616 | 2,698,239 | 2,462,114 |
| Gross margin | 1,891,432 | 1,731,666 | 1,687,138 |
| Selling and administrative expenses | 1,622,339 | 1,596,136 | 1,518,589 |
| Depreciation expense | 101,279 | 108,657 | 99,362 |
| Operating profit | 167,814 | 26,873 | 69,187 |
| Interest expense | (581) | (6,272) | (24,845) |
| Interest and investment income | 3,257 | 313 | 618 |
| Income from continuing operations before income taxes | 170,490 | 20,914 | 44,960 |
| Income tax expense | 57,872 | 5,189 | 13,528 |
| Income from continuing operations | 112,618 | 15,725 | 31,432 |
| Income (loss) from discontinued operations, net of tax expense (benefit) of $4,445, $(15,886), and $(5,313) in fiscal years 2006, 2005, and 2004, respectively | 11,427 | (25,813) | (7,669) |
| Net income (loss) | $ 124,045 | $ (10,088) | $ 23,763 |
| | | | |
| Income (loss) per common share — basic: | | | |
| Continuing operations | $ 1.02 | $ 0.14 | $ 0.28 |
| Discontinued operations | 0.10 | (0.23) | (0.07) |
| | $ 1.12 | $ (0.09) | $ 0.21 |
| | | | |
| Income (loss) per common share — diluted: | | | |
| Continuing operations | $ 1.01 | $ 0.14 | $ 0.27 |
| Discontinued operations | 0.10 | (0.23) | (0.06) |
| | $ 1.11 | $ (0.09) | $ 0.21 |

The accompanying Notes are an integral part of these consolidated financial statements.

38

## BIG LOTS, INC. AND SUBSIDIARIES

### Consolidated Balance Sheets

### (In thousands, except par value)

| | February 3, 2007 | January 28, 2006 |
|---|---|---|
| ASSETS | | |
| Current assets: | | |

WD-BL BN000001128

| | | | | |
|---|---|---|---|---|
| Cash and cash equivalents | $ | 281,657 | $ | 1,710 |
| Inventories | | 758,185 | | 836,092 |
| Deferred income taxes | | 60,292 | | 78,539 |
| Other current assets | | 48,913 | | 77,413 |
| Total current assets | | 1,149,047 | | 993,754 |
| Property and equipment — net | | 505,647 | | 584,083 |
| Deferred income taxes | | 45,057 | | 18,609 |
| Other assets | | 20,775 | | 29,051 |
| Total assets | $ | 1,720,526 | $ | 1,625,497 |

**LIABILITIES AND SHAREHOLDERS' EQUITY**

Current liabilities:

| | | | | |
|---|---|---|---|---|
| Accounts payable | $ | 193,996 | $ | 169,952 |
| Property, payroll, and other taxes | | 93,706 | | 107,126 |
| Accrued operating expenses | | 58,815 | | 60,270 |
| Insurance reserves | | 43,518 | | 46,474 |
| KB bankruptcy lease obligation | | 12,660 | | 27,205 |
| Accrued salaries and wages | | 43,515 | | 25,171 |
| Income taxes payable | | 28,022 | | 325 |
| Total current liabilities | | 474,232 | | 436,523 |
| Long-term obligations | | | | 5,500 |
| Deferred rent | | 37,801 | | 42,288 |
| Insurance reserves | | 44,238 | | 42,037 |
| Other liabilities | | 34,552 | | 20,425 |

Shareholders' equity

| | | | | |
|---|---|---|---|---|
| Preferred shares — authorized 2,000 shares; $0.01 par value; none issued | | — | | — |
| Common shares — authorized 298,000 shares; $0.01 par value; issued 117,495 shares; outstanding 109,633 shares and 113,932 shares, respectively | | 1,175 | | 1,175 |
| Treasury shares — 7,862 shares and 3,563 shares, respectively, at cost | | (124,182) | | (48,294) |
| Unearned compensation | | | | (2,114) |
| Additional paid-in capital | | 477,318 | | 470,677 |
| Retained earnings | | 781,325 | | 657,280 |
| Accumulated other comprehensive income (loss) | | (5,933) | | |
| Total shareholders' equity | | 1,129,703 | | 1,078,724 |
| Total liabilities and shareholders' equity | $ | 1,720,526 | $ | 1,625,497 |

The accompanying Notes are an integral part of these consolidated financial statements.

39

**BIG LOTS, INC. AND SUBSIDIARIES**

**Consolidated Statements of Shareholders' Equity**

**(In thousands)**

| | Common | | Treasury | | Unearned Compensation | Additional Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | | |
| Balance — January 31, 2004 | 116,594 | $ 1,169 | 333 | $ (2,735) | $ — | $ 466,740 | $ 643,605 | $ — | $ 1,108,779 |
| Net income | | | | | | | 23,763 | | 23,763 |
| Exercise of stock options | 252 | 3 | | | | 892 | | | 895 |
| Tax benefit from share-based awards | — | — | | | | 905 | | | 905 |
| Common shares used for matching contributions to savings plan | 316 | 3 | | | | 4,764 | | | 4,767 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sale of treasury shares used for deferred compensation plan | 74 | — | (74) | 216 | — | — | — | — | 216 |
| Purchases of common shares | (5,427) | — | 5,427 | (75,000) | — | — | — | — | (75,000) |
| Treasury share issuances for stock options | 799 | — | (799) | 11,113 | — | — | — | — | 11,113 |
| Restricted shares awarded | 172 | — | (172) | 2,377 | (1,866) | (511) | — | — | |
| Stock-based employee compensation expense | — | — | — | — | 52 | — | — | — | 52 |
| Balance — January 29, 2005 | 112,780 | 1,175 | 4,715 | (64,029) | (1,814) | 472,790 | 667,368 | — | 1,075,490 |
| Net loss | | | | | | | (10,088) | | (10,088) |
| Exercise of stock options | 600 | — | (600) | 8,292 | — | (1,277) | — | — | 7,015 |
| Tax benefit from share-based awards | | | | | | 271 | | | 271 |
| Treasury shares used for matching contributions to savings plan | 447 | — | (447) | 6,173 | | (1,001) | | | 5,172 |
| Sale of treasury shares used for deferred compensation plan | 15 | — | (15) | 26 | | (41) | | | (15) |
| Restricted shares awarded, net of forfeitures | 90 | — | (90) | 1,244 | (1,017) | (227) | | | |
| Stock-based employee compensation expense | | | | | 717 | 162 | | | 879 |
| Balance — January 28, 2006 | 113,932 | 1,175 | 3,563 | (48,294) | (2,114) | 470,677 | 657,280 | — | 1,078,724 |
| Net income | | | | | | | 124,045 | | 124,045 |
| Adjustment due to SFAS No. 123(R) | | | | | 2,114 | (2,114) | | | |
| Adjustment due to SFAS No. 158 | | | | | | | | (5,933) | (5,933) |
| Purchases of common shares | (9,461) | — | 9,461 | (150,450) | | | | | (150,450) |
| Structured share repurchase | | | | | | 627 | | | 627 |
| Exercise of stock options | 4,672 | — | (4,672) | 68,128 | | (10,609) | | | 57,519 |
| Tax benefit from share-based awards | | | | | | 11,898 | | | 11,898 |
| Treasury shares used for matching contributions to savings plan | 404 | — | (404) | 5,589 | | (415) | | | 5,174 |
| Sale of treasury shares used for deferred compensation plan | 86 | — | (86) | 845 | | 669 | | | 1,514 |
| Stock-based employee compensation expense | | | | | | 6,585 | | | 6,585 |
| Balance — February 3, 2007 | 109,633 | $ 1,175 | 7,862 | $(124,182) | $ — | $ 477,318 | $781,325 | $ (5,933) | $1,129,703 |

The accompanying Notes are an integral part of these consolidated financial statements.

40

## BIG LOTS, INC. AND SUBSIDIARIES

### Consolidated Statements of Cash Flows

#### (In thousands)

| | Fiscal Year | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| **Operating activities:** | | | |
| Net income (loss) | $ 124,045 | $ (10,088) | $ 23,763 |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | | |
| Depreciation and amortization expense | 95,613 | 114,617 | 101,917 |
| Deferred income taxes | (13,641) | (10,483) | (826) |
| Employee benefits paid with common shares | 5,174 | 5,172 | 4,767 |
| Partial charge-off of HCC Note | — | 6,389 | — |
| KB Toys matters | (14,218) | — | 6,648 |
| Non-cash share-based compensation expense | 6,585 | 879 | 52 |
| Non-cash impairment charges | 7,720 | 2,674 | — |
| Loss on disposition of property and equipment | 4,503 | 1,414 | 4,063 |
| Pension | 3,599 | (585) | (6,831) |
| Tax benefit from share-based awards | — | 271 | 905 |
| Change in assets and liabilities: | | | |
| Inventories | 77,907 | 58,924 | (65,447) |
| Accounts payable | 24,044 | 11,923 | (11,183) |
| Current income taxes | 44,115 | (8,821) | (7,191) |
| Other current assets | 4,898 | (2,360) | (6,325) |
| Other current liabilities | 9,713 | 21,180 | 8,564 |
| Other assets | 600 | (3,144) | (1,433) |
| Other liabilities | 820 | 25,003 | 19,818 |
| Net cash provided by operating activities | 381,477 | 212,965 | 71,261 |
| **Investing activities:** | | | |
| Capital expenditures | (35,878) | (68,503) | (135,291) |
| Proceeds from HCC Note | 677 | — | — |
| Purchases of short-term investments | (488,075) | — | (115,125) |
| Redemptions of short-term investments | 488,075 | — | 122,625 |
| Cash proceeds from sale of property and equipment | 4,883 | 1,844 | 245 |
| Other | (103) | (43) | (210) |
| Net cash used in investing activities | (30,421) | (66,702) | (127,756) |
| **Financing activities:** | | | |

WD-BL BN000001130

| | | | |
|---|---|---|---|
| Proceeds from long-term obligations | 269,900 | 2,325,300 | 1,448,200 |
| Payment of long-term obligations | (275,400) | (2,479,000) | (1,493,000) |
| Proceeds from the exercise of stock options | 57,519 | 7,015 | 12,008 |
| Excess tax benefit from share-based awards | 11,898 | | |
| Payment for KB Toys subrogation receivable | — | — | (6,100) |
| Payment for treasury shares acquired | (150,450) | — | (75,000) |
| Structured share repurchase | 627 | — | — |
| Treasury shares sold (acquired) for deferred compensation plan | 1,514 | (15) | 216 |
| Proceeds from finance obligation | 13,283 | | |
| Deferred bank and bond fees paid | — | (374) | (1,311) |
|     Net cash used in financing activities | (71,109) | (147,074) | (114,987) |
| Increase (decrease) in cash and cash equivalents | 279,947 | (811) | (171,482) |
| Cash and cash equivalents: | | | |
|     Beginning of year | 1,710 | 2,521 | 174,003 |
|     End of year | $ 281,657 | $ 1,710 | $ 2,521 |
| **Supplemental disclosure of cash flow information:** | | | |
| Cash paid for interest | $ 322 | $ 6,065 | $ 26,140 |
| Cash paid for income taxes (excluding impact of refunds) | $ 35,727 | $ 22,227 | $ 23,314 |

The accompanying Notes are an integral part of these consolidated financial statements.

41

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements**

*Note 1 — Summary of Significant Accounting Policies*

**Description of Business**

All references in the consolidated financial statements and these related notes to "we," "us," "our," or "Company" are to Big Lots, Inc. and its subsidiaries. We are the nation's largest broadline closeout retailer. At February 3, 2007, we operated a total of 1,375 stores in 47 states. Our goal is to build upon our leadership position in broadline closeout retailing by providing our customers with great savings on brand-name closeouts and other value-priced merchandise. The Company's website is located at www.biglots.com. The contents of our website are not part of this report.

**Basis of Presentation**

The consolidated financial statements have been prepared in accordance with GAAP, and include all of our accounts. All significant intercompany accounts and transactions have been eliminated.

**Fiscal Year**

We follow the concept of a 52-53 week fiscal year, which ends on the Saturday nearest to January 31. Fiscal year 2006, which ended February 3, 2007, was comprised of 53 weeks. Fiscal years 2005 and 2004, which ended January 28, 2006 and January 29, 2005, respectively, were comprised of 52 weeks.

**Segment Reporting**

We manage our business based on one segment, broadline closeout retailing. At February 3, 2007 and January 28, 2006, all of our operations were located within the United States of America.

**Management Estimates**

The preparation of financial statements in conformity with GAAP requires management to make estimates, judgments, and assumptions that affect reported amounts of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting periods. Actual results may differ materially from those estimates.

**Cash and Cash Equivalents**

Cash and cash equivalents primarily consist of amounts on deposit with financial institutions, outstanding checks, credit and debit card receivables, and highly liquid investments which are unrestricted to withdrawal or use and which have an original maturity of three months or less. Amounts due from banks for credit and debit card transactions are typically settled in less than seven days. Amounts due from banks for these transactions totaled $19.7 million and $15.5 million at February 3, 2007 and January 28, 2006, respectively. Cash equivalents are stated at cost, which approximates market value.

**Investments**

Investment securities are classified as available-for-sale or trading at the date of purchase with the applicable accounting treatment followed for each category. We do not have any held-to-maturity investments. Investments are recorded at fair value as either current assets or non-current assets based on the stated maturity or our plans to either hold or sell the investment. Unrealized holding gains and losses on trading securities are recognized in earnings. Unrealized holding gains and losses on available-for-sale securities are recognized in other comprehensive income, until realized. We do not own any available-for-sale securities as of February 3, 2007 or January 28, 2006.

42

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

WD-BL BN000001131

*Note 1 — Summary of Significant Accounting Policies* (Continued)

**Merchandise Inventories**

Merchandise inventories are valued at the lower of cost or market using the average cost retail inventory method. Market is determined based on the estimated net realizable value, which generally is the merchandise selling price. Under the average cost retail inventory method, inventory is segregated into departments of merchandise having similar characteristics and is stated at its current retail selling value. Inventory retail values are converted to a cost basis by applying specific average cost factors for each merchandise department. Cost factors represent the average cost-to-retail ratio for each merchandise department based on beginning inventory and the fiscal year purchase activity.

**Payments Received from Vendors**

Payments received from vendors relate primarily to rebates and reimbursement for markdowns and are recognized in our consolidated statements of operations as a reduction to cost of sales when the related inventory is sold.

**Store Supplies**

When opening a new store, a portion of the initial shipment of supplies (including primarily display materials, signage, security-related items, and miscellaneous store supplies) is capitalized at the store opening date. Subsequent replenishments of these store supplies are expensed. Capitalized store supplies are adjusted as appropriate for changes in estimated quantities or costs and are included in other current assets in our consolidated balance sheet.

**Intangible Assets**

Trademarks, service marks, and other intangible assets are stated at cost and are amortized on a straight-line basis over a period of 15 years. Where there is an indication of impairment, the Company evaluates the fair value and future benefits of the related intangible asset and the anticipated undiscounted future net cash flows from the related intangible asset is calculated and compared to the carrying value. Our assumptions related to estimates of future cash flows are based on historical results of cash flows adjusted for management projections for future periods.

**Property and Equipment — Net**

Depreciation and amortization expense of property and equipment are recorded on a straight-line basis using estimated service lives. Leasehold improvements are amortized on a straight-line basis using the shorter of their estimated service lives or the lease term. When a decision has been made to dispose of property or equipment prior to the end of its previously estimated service life, depreciation estimates are revised to reflect the use of the asset over the shortened estimated service life. The cost of assets sold or retired and the related accumulated depreciation are removed from the accounts with any resulting gain or loss included in net income. Maintenance and repairs are charged to expense as incurred. Major repairs that extend service lives are capitalized.

The estimated service lives of our property and equipment by major asset category are as follows:

| | |
|---|---|
| Land improvements | 15 years |
| Buildings and leasehold improvements | 5–40 years |
| Fixtures and equipment | 5–15 years |
| Computer software costs | 3–7 years |
| Transportation equipment | 3–20 years |

43

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 1 — Summary of Significant Accounting Policies* (Continued)

Capitalized interest was $0.1 million in fiscal year 2006, an insignificant amount in fiscal year 2005, and $0.6 million in fiscal year 2004.

**Impairment**

We have long-lived assets that consist primarily of property and equipment. We review historical operating results at the store level in order to determine if impairment indicators are present. Impairment is recorded if impairment indicators are present and if the carrying value of the long-lived asset exceeds its anticipated undiscounted future net cash flows. Our assumptions related to estimates of future cash flows are based on historical results of cash flows adjusted for management projections for future periods. We estimate service lives on buildings and equipment using assumptions based on historical data and industry trends. We estimate the fair value of our long-lived assets using readily available market information for similar assets.

**Closed Store Accounting**

We recognize an obligation for the fair value of lease termination costs when we cease using the leased property in our operations. In measuring fair value, we consider the remaining minimum lease payments, estimated sublease rentals that could be reasonably obtained, and other potentially mitigating factors. We discount the estimated obligation using the applicable credit adjusted interest rate, resulting in accretion expense in periods subsequent to the period of initial measurement. We continue to monitor the obligation for lease liability in subsequent periods and revise any estimated liability, if necessary. Severance and benefits associated with terminating employees from employment are recognized ratably from the communication date through the estimated future service period, unless the estimated future service period is less than 60 days, in which case we recognize the impact at the communication date. Generally all other store closing costs are recognized when incurred.

When material, we classify the results of operations of closed stores as discontinued operations when the operations and cash flows of the stores have been (or will be) eliminated from ongoing operations and we no longer have any significant continuing involvement in the operations associated with the stores after closure. We generally meet the second criteria on all closed stores as, upon closure, operations cease and we have no continuing involvement. To determine if cash flows have been (or will be) eliminated from ongoing operations, we evaluate a number of qualitative and quantitative factors, including, but not limited to, proximity to remaining open stores and estimated sales migration from the closed store to any stores remaining open. The estimated sales migration is based on our historical estimates of sales migration upon opening or closing a store in a similar market. For purposes of reporting the operations of stores

WD-BL BN000001132

meeting the criteria for discontinued operations, we report net sales, gross margin, and related operating costs that are directly attributable to and specifically identifiable with those stores' operations as discontinued operations. Certain corporate-level charges, such as general office cost, field operations, national advertising, fixed distribution costs, and interest cost are not allocated to discontinued operations because these costs are not specific to the stores' operations.

**Stock-Based Compensation**

In December 2004, the FASB issued SFAS No. 123(R), *Share-Based Payment*, which is a revision of SFAS No. 123, *Accounting for Stock-Based Compensation*. SFAS No. 123(R) requires all share-based payments to employees and directors, including grants of stock options, to be recognized in the financial statements based on their fair values. We adopted SFAS No. 123(R) on January 29, 2006, under the modified prospective method, in which the requirements of SFAS No. 123(R) are to be applied to new awards and to previously granted awards that are not fully vested on the effective date. The modified prospective method does not require restatement of previous years' financial statements. As of the effective date, we eliminated our balance of Unearned Compensation, which represented unrecognized compensation cost for restricted stock awards, and

44

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 1 — Summary of Significant Accounting Policies* **(Continued)**

reclassified it to Additional Paid-In Capital in accordance with the modified prospective method. We made a one-time election to adopt the transition method related to accounting for the tax effects of share-based awards as described in FASB Staff Position No. SFAS 123(R)-3, *Transition Election Related to Accounting for the Tax Effects of Share-Based Payment Awards*, and, as a result, used the short-cut method to determine our beginning excess tax benefit pool. Additionally, SFAS No. 123(R) requires that the benefit of tax deductions in excess of recognized compensation cost be reported as a financing cash flow rather than as an operating cash flow. The impact of adopting SFAS No. 123(R) for fiscal year 2006 resulted in the recognition of expense on stock options which increased selling and administrative expenses by $2.1 million ($0.01 impact on earnings per share). Because we accelerated the vesting of stock options in the fourth quarter of fiscal year 2005, the expense for fiscal year 2006 is less than what would have been recognized without such acceleration (See Note 7 to the consolidated financial statements).

We value and expense stock options with graded vesting as a single award with an average estimated life over the entire term of the award. The expense is recorded straight-line over the vesting period. The fair value of restricted common shares is measured at the grant date and is amortized on a straight-line basis over the vesting period. Compensation expense for performance-based restricted common shares is recorded based on the estimated achievement date of the performance criteria. Compensation expense for all share-based awards is recognized in selling and administrative expense.

Prior to the adoption of SFAS No. 123(R), we accounted for share-based compensation using the intrinsic value-based method of accounting in accordance with Accounting Principles Board Opinion No. 25, *Accounting for Stock Issued to Employees*. The following table presents net income (loss) and earnings per share if the fair value method had been applied to all outstanding and unvested stock options for fiscal year 2005 and 2004, respectively:

| | Fiscal Year | |
| --- | --- | --- |
| | **2005** | **2004** |
| *(In thousands, except per share amounts)* | | |
| Net income (loss): | | |
| As reported | $(10,088) | $23,763 |
| Total stock-based employee compensation expense determined under fair value method for all awards, net of related tax effect | (10,277) | (3,604) |
| Pro forma | $(20,365) | $20,159 |
| Income (loss) per common share — basic: | | |
| As reported | $ (0.09) | $ 0.21 |
| Pro forma | $ (0.18) | $ 0.18 |
| Income (loss) per common share — diluted: | | |
| As reported | $ (0.09) | $ 0.21 |
| Pro forma | $ (0.18) | $ 0.18 |

The increase in pro forma stock-based employee compensation expense in fiscal year 2005 is due to the acceleration of vesting of certain stock options in the fourth quarter of fiscal year 2005 (See Note 7 to the consolidated financial statements).

45

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 1 — Summary of Significant Accounting Policies* **(Continued)**

**Income Taxes**

We have generated deferred tax assets and liabilities due to temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. We assess the adequacy and need for a valuation allowance for deferred tax assets. We also consider SFAS No. 109 tax planning strategies in determining the amount of valuation allowance required. We have established a valuation allowance to reduce our deferred tax assets to the balance that is more likely than not to be realized.

The effective income tax rate in any period may be materially impacted by the overall level of income (loss) before income taxes, the jurisdictional mix and magnitude of income (loss), changes in the income tax laws (which may be retroactive to the beginning of the fiscal year), changes in the expected outcome or

WD-BL BN000001133

settlement of an income tax contingency, changes in the deferred tax valuation allowance, and adjustments of a deferred tax asset or liability for enacted changes in tax laws or rates.

Our income tax accounts reflect estimates of the outcome or settlement of various asserted and unasserted income tax contingencies (and interest thereon) including tax audits and administrative appeals. At any point in time, several tax years may be in various stages of audit or appeal or could be subject to audit by various taxing jurisdictions. This requires a periodic identification and evaluation of significant doubtful or controversial issues. The results of the audits, appeals, and expiration of the statute of limitations are reflected in the income tax accounts accordingly.

**Pension**

In September 2006, the FASB issued SFAS No. 158, *Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans, an amendment of FASB Statement No. 87, 88, 106, and 132(R)*. SFAS No. 158 required us to recognize in the February 3, 2007, statement of financial position an asset for the over funded status or a liability for the under funded status of a defined benefit plan and beginning in fiscal year 2007, to recognize annual changes in gains or losses, prior service costs, or other credits that have not yet been recognized as a component of net periodic pension cost, net of tax through other comprehensive income. Effective in fiscal year 2008, SFAS No. 158 also requires us to measure defined benefit plan assets and obligations as of the date of our year-end consolidated balance sheet. Currently, our pension plans have a measurement date of December 31. Switching to the new measurement date will require a one-time adjustment in fiscal year 2008 to retained earnings per the transition guidance in SFAS No. 158.

We adopted the funding recognition provisions of SFAS No. 158 in fiscal year 2006. To properly report the funded status of our qualified defined benefit pension plan ("Pension Plan") and nonqualified supplemental defined benefit pension plan ("Supplemental Pension Plan") we recognized a $5.9 million charge, net of tax benefit of $3.9 million, in accumulated other comprehensive income principally comprised of $0.3 million of prior service costs and $5.6 million of actuarial loss. We expect to reclassify $0.1 million of the prior service cost and $0.3 million of the actuarial loss into earnings during fiscal year 2007. Prior to the adoption of SFAS No. 158, we combined the Pension Plan and Supplemental Pension Plan for purposes of reporting any net pension asset or obligation. Upon adoption of SFAS No. 158, based on the December 31, 2006 plan valuations, we recognized a $2.8 million asset included in other assets for the Pension Plan and a $4.4 million liability, $0.3 million of which was included in accrued salaries and wages and $4.1 million of which was included in other liabilities, for the Supplemental Pension Plan. In fiscal year 2006, we began reporting separately the pension impact to cash provided by operations on the consolidated statement of cash flows. Prior periods were reclassified to be consistent with the current year presentation. The adoption of SFAS No. 158 did not have any impact on net income in fiscal year 2006.

46

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 1 — Summary of Significant Accounting Policies* (Continued)

Pension assumptions are evaluated each year. Actuarial valuations are used to provide assistance in calculating the estimated obligations related to our pension plans. We review external data and historical trends to help determine the discount rate and expected long-term rate of return. Our objective in selecting a discount rate is to identify the best estimate of the rate at which the benefit obligations would be settled on the measurement date. In making this estimate, we review rates of return on high-quality, fixed-income investments currently available and expected to be available during the period to maturity of the benefits. This process includes a review of the bonds available on the measurement date with a quality rating of Aa or better. The expected long-term rate of return on assets was derived from detailed periodic studies, which include a review of asset allocation strategies, anticipated future long-term performance of individual asset classes, risks (standard deviations), and correlations of returns among the asset classes that comprise the plan's asset mix. While the studies give appropriate consideration to recent plan performance and historical returns, the assumption is primarily a long-term, prospective rate of return.

**Insurance Reserves**

We are self-insured for certain losses relating to property, general liability, workers' compensation, and employee medical and dental benefit claims, a portion of which is paid by employees. We have purchased stop-loss coverage to limit significant exposure in these areas. Accrued insurance liabilities and related expenses are based on actual claims filed and estimates of claims incurred but not reported. The estimated accruals are determined by applying actuarially-based calculations. General liability and workers' compensation liabilities are recorded at our estimate of their net present value while other liabilities for insurance reserves are not discounted.

**Fair Value of Financial Instruments**

The carrying value of cash equivalents, accounts receivable, accounts payable, and accrued expenses approximates fair value because of the relative short maturity of these items. The carrying value of our long-term obligations at January 28, 2006, approximates fair value because the interest rates are variable and approximate current market rates.

**Commitments and Contingencies**

We are subject to various claims and contingencies including legal actions and other claims arising out of the normal course of business. In connection with such claims and contingencies, we estimate the likelihood and amount of any potential obligation using management's judgment. Management uses various internal and external experts to assist in the estimating process. We accrue, if material, a liability if the likelihood of an adverse outcome is probable and the amount is estimable. If the likelihood of an adverse outcome is only reasonably possible (as opposed to probable), or if it is probable but an estimate is not determinable, disclosure of a material claim or contingency is made in the notes to the consolidated financial statements.

**Revenue Recognition**

We recognize sales at the time the customer takes possession of merchandise. All sales are net of discounts and returns and exclude sales tax. The reserve for merchandise returns is estimated based on our prior experience.

We recognize sales revenue related to gift cards at the time of redemption. The liability for the gift cards is established for the cash value at the time of purchase. The liability for outstanding gift cards is recorded in accrued operating expenses.

WD-BL BN000001134

## BIG LOTS, INC. AND SUBSIDIARIES

### Notes to Consolidated Financial Statements (Continued)

*Note 1 — Summary of Significant Accounting Policies* (Continued)

We offer price hold contracts on selected furniture merchandise. Revenue for price hold contracts is recognized when the customer makes the final payment and takes possession of the merchandise. Amounts paid by customers under price hold contracts are recorded in accrued operating expenses until a sale is consummated.

**Cost of Sales**

Cost of sales includes the cost of merchandise (including related inbound freight to our distribution centers, duties, and commissions), markdowns, and inventory shrinkage, net of cash discounts and rebates. We classify warehousing and outbound distribution and transportation costs as selling and administrative expenses. Due to this classification, our gross margin rates may not be comparable to those of other retailers that include warehousing and outbound distribution and transportation costs in cost of sales.

**Selling and Administrative Expenses**

We include store expenses (such as payroll and occupancy costs), warehousing and outbound distribution and transportation costs to our stores, advertising, purchasing, insurance, non-income taxes, and overhead costs in selling and administrative expenses. Selling and administrative expense rates may not be comparable to those of other retailers that include outbound distribution and transportation costs in cost of sales. Outbound distribution and transportation costs included in selling and administrative expenses were $222.1 million, $223.8 million, and $218.7 million for fiscal years 2006, 2005, and 2004, respectively.

**Rent Expense**

Rent expense is recognized over the term of the lease and is included in selling and administrative expenses. We recognize minimum rent starting when possession of the property is taken from the landlord, which normally includes a construction period prior to store opening. When a lease contains a predetermined fixed escalation of the minimum rent, we recognize the related rent expense on a straight-line basis and record the difference between the recognized rental expense and the amounts payable under the lease as deferred incentive rent. We also receive tenant allowances, which are recorded in deferred incentive rent and are amortized as a reduction to rent expense over the term of the lease.

Certain leases provide for contingent rents that are not measurable at inception. Contingent rent includes rent based on a percentage of sales that are in excess of a predetermined level. Contingent rent is excluded from minimum rent and is included in the determination of total rent expense when it is probable that the expense has been incurred and the amount is reasonably estimable.

**Advertising Expense**

Advertising costs are expensed as incurred, consist primarily of print and television advertisements, and are included in selling and administrative expenses. Advertising expenses were $105.4 million, $103.2 million, and $97.2 million for fiscal years 2006, 2005, and 2004, respectively.

**Earnings per Share**

Basic earnings per share is calculated using the weighted-average number of shares outstanding during the period. Diluted earnings per share includes the additional dilutive effect of stock options and unvested restricted stock, calculated using the treasury stock method.

## BIG LOTS, INC. AND SUBSIDIARIES

### Notes to Consolidated Financial Statements (Continued)

*Note 1 — Summary of Significant Accounting Policies* (Continued)

**Store Pre-opening Costs**

Pre-opening costs related to new store openings and the construction periods are expensed as incurred.

**Guarantees**

In accordance with FASB Interpretation No. 45, *Guarantor's Accounting and Disclosure Requirements for Guarantees, Including Indirect Guarantees of Indebtedness of Others*, the Company recognizes a liability for the fair value of guarantees when issued. Guarantees issued prior to January 1, 2003, are not subject to the fair value recognition rules but are required to be disclosed. With respect to guarantee obligations issued prior to January 1, 2003, the Company records a liability if the obligation is estimable in the period incurred.

**Other Comprehensive Income**

Our comprehensive income is equal to net income.

**Reclassification**

Prior period amounts payable and accrued for inbound merchandise-related freight have been reclassified to accounts payable from accrued operating expenses on the consolidated balance sheet for all periods presented. The reclassification did not impact our previously reported net income, total assets, current liabilities and shareholders' equity, or net cash provided by operating activities, investing activities, or financing activities in the accompanying consolidated financial statements.

WD-BL BN000001135

**Recent Accounting Pronouncements**

In July 2006, the FASB issued FASB Interpretation No. 48 ("FIN 48"), *Accounting for Uncertainty in Income Taxes*, which is effective as of the beginning of fiscal year 2007. FIN 48 is an interpretation of SFAS No. 109, *Accounting for Income Taxes*, and clarifies the accounting for uncertainty in income tax positions. FIN 48 requires us to recognize in our financial statements the impact of an income tax position, if that position is more likely than not of being sustained, based on the technical merits of the position. The recognition and measurement guidelines of FIN 48 will be applied to all of our income tax positions as of the beginning of fiscal year 2007, with any resulting adjustment posted as a cumulative effect of a change in accounting principle to beginning retained earnings of fiscal year 2007. The Company is currently evaluating the impact of adopting FIN 48 on its financial statements.

In September 2006, the SEC issued Staff Accounting Bulletin No. 108 ("SAB No. 108"), *Considering the Effects of Prior Year Misstatements When Quantifying Misstatements in Current Year Financial Statements*. SAB No. 108 provides guidance to registrants for assessing materiality. SAB No. 108 states that registrants should use both a balance sheet approach and income statement approach when quantifying and evaluating the materiality of a misstatement. SAB No. 108 also provides guidance on correcting errors under the dual approach as well as transition guidance for correcting previously immaterial errors that are now considered material. We adopted SAB No. 108 as of February 3, 2007, without any impact on our financial statements.

In September 2006, the FASB issued SFAS No. 157, *Fair Value Measurements* ("SFAS No. 108"). SFAS No. 157 addresses how companies should approach measuring fair value when required by GAAP. SFAS No. 157 does not create or modify any GAAP requirements to apply fair value accounting. The standard provides a single definition of fair value that is to be applied consistently for all accounting applications and also generally describes and prioritizes according to reliability the methods and inputs used in valuations. SFAS No. 157 prescribes additional disclosures regarding the extent of fair value measurements included in a company's

49

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 1 — Summary of Significant Accounting Policies* **(Continued)**

financial statements and the methods and inputs used to arrive at these values. SFAS No. 157 is effective on a prospective basis for us in the first quarter of fiscal year 2008. We expect no significant impact on our financial condition, results of operations, or liquidity from adopting this statement.

In February 2007, the FASB issued SFAS No. 159, *The Fair Value Option for Financial Assets and Financial Liabilities*. SFAS No. 159 permits entities to choose to measure many financial instruments and certain other items at fair value. SFAS No. 159 will be effective at the beginning of fiscal year 2008. We are presently evaluating the impact of the adoption of SFAS No. 159 on our results of operations and financial position.

*Note 2 — Property and Equipment — Net*

Property and equipment – net consists of:

| | February 3, 2007 | January 28, 2006 |
|---|---|---|
| *(In thousands)* | | |
| Land and land improvements | $ 38,714 | $ 39,882 |
| Buildings and leasehold improvements | 656,161 | 651,998 |
| Fixtures and equipment | 592,829 | 597,216 |
| Computer software costs | 63,866 | 59,922 |
| Transportation equipment | 21,397 | 21,483 |
| Construction-in-progress | 1,093 | 1,706 |
| Property and equipment — cost | 1,374,060 | 1,372,207 |
| Less accumulated depreciation and amortization | 868,413 | 788,124 |
| Property and equipment — net | $ 505,647 | $ 584,083 |

In fiscal year 2006, we incurred $7.7 million in asset impairment charges principally for the write-down of long-lived assets of 26 stores, 22 of which we opened in fiscal years 2004 and 2005. In fiscal year 2005, we incurred $2.0 million in asset impairment charges for the write-down of long-lived assets of 14 stores. Asset impairment charges are included in selling and administrative expenses in the consolidated statements of operations. Assets are reviewed for impairment at the store level. Stores with a history of operating losses are reviewed for impairment. We compare the net book value of long-lived assets at stores identified by this review, to estimated future cash flows of each specific store in order to determine whether impairment exists. If the assets are not recoverable by the estimated future cash flows, an impairment is recognized to write-down the long-lived assets to fair value. We estimate the fair value of our long-lived assets using readily available market information for similar assets.

Upon the successful completion of a pilot program in 32 of our stores and the decision to move forward with the implementation of a new register system in all of our stores, we reduced the remaining estimated service life on approximately $6.9 million of certain point of sale equipment. The impact of this service life reduction was to recognize approximately $2.3 million of depreciation expense in the fourth quarter of fiscal year 2006. The estimated remaining service life was based on our projected roll out schedule to all remaining stores, approximately one-half in fiscal year 2007 and one-half in fiscal year 2008.

Depreciation expense included in loss from discontinued operations of the 130 closed stores was $12.2 million and $4.9 million for fiscal years 2005 and 2004, respectively.

50

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 3 — Long-Term Obligations*

WD-BL BN000001136

On October 29, 2004, we entered into the $500.0 million 2004 Credit Agreement. The 2004 Credit Agreement is scheduled to terminate on October 28, 2009. The proceeds of the 2004 Credit Agreement are available for general corporate purposes, working capital, and to repay certain of our indebtedness. Due to the early repayment of the prior indebtedness, interest expense in the third quarter of fiscal year 2004 included debt prepayment charges of $8.9 million.

The pricing and fees related to the 2004 Credit Agreement fluctuate based on our debt rating. Loans made under the 2004 Credit Agreement may be prepaid by us without penalty. The 2004 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens, and investments, as well as the maintenance of two financial ratios – a leverage ratio and a fixed charge coverage ratio. A violation of these covenants could result in a default under the 2004 Credit Agreement, which would permit the lenders to restrict our ability to further access the 2004 Credit Agreement for loans and letters of credit, and require the immediate repayment of any outstanding loans under the 2004 Credit Agreement. We were in compliance with these amended financial covenants at February 3, 2007.

On December 22, 2006, we entered into a second amendment to the 2004 Credit Agreement in order to permit us to acquire investments rated by a third rating agency. On October 25, 2005, we entered into an amendment to the 2004 Credit Agreement in order to eliminate the impact on the covenant calculations of the estimated charges related to the store closings discussed in Note 11 to the consolidated financial statements.

The 2004 Credit Agreement permits, at our option, borrowings at various interest rate options based on the prime rate or London InterBank Offering Rate plus applicable margin. The 2004 Credit Agreement also permits, as applicable, borrowings at various interest rate options mutually agreed upon by us and the lenders. The weighted average interest rate of the outstanding loans was 5.1% at January 28, 2006. We typically repay and/or borrow on a daily basis in accordance with the terms of the 2004 Credit Agreement. The daily activity is a net result of our liquidity position, which is generally affected by: 1) cash inflows such as store cash and other miscellaneous deposits; and 2) cash outflows such as check clearings, wire and other electronic transactions, and other miscellaneous disbursements.

In addition to revolving credit loans, the 2004 Credit Agreement includes a $30.0 million swing loan sub-limit, a $50.0 million bid loan sub-limit, and a $150.0 million letter of credit sub-limit. At February 3, 2007, we did not have any borrowings outstanding under the 2004 Credit Agreement. At January 28, 2006, the total borrowings outstanding under the 2004 Credit Agreement were $5.5 million, all in swing loans. The borrowings available under the 2004 Credit Agreement, after taking into account the reduction of availability resulting from outstanding letters of credit totaling $57.9 million, were $442.1 million at February 3, 2007.

*Note 4 — Sale of Real Estate*

In September 2006, under the threat of eminent domain, we sold a company-owned and operated store in California for an approximate $12.8 million gain. As part of the sale, we entered into a lease which permits us to occupy and operate the store through January 2009 in exchange for $1 per year rent plus the cost of taxes, insurance, and common area maintenance. We may vacate the property at any time without liability. Due to our continuing involvement with the property at below market rent, the sale is being recognized as a finance obligation under the provisions of SFAS No. 66, *Accounting for Sales of Real Estate*. As a result, the gain on the sale will be deferred until the end of the lease, which is currently expected to be in the fourth quarter of fiscal year 2008. The net sales proceeds of approximately $13.3 million were recorded as a long-term real estate liability included in other liabilities on our consolidated balance sheet as of February 3, 2007.

See Note 11 for discussion of the sale of the Pittsfield distribution center (formerly owned by the KB Toys business).

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 5 — Leases*

Leased property consists primarily of our retail stores and certain warehouse space. Many of the store leases provide that we pay for real estate taxes, CAM, and property insurance. Certain leases provide for contingent rents or may have rent escalations. In addition, many leases provide options to extend the original terms for an additional one to fifteen years.

Total retail store and warehouse lease expense, including real estate taxes, CAM, and property insurance, charged to continuing operations for operating leases of stores, warehouses, and offices consisted of the following:

|  | Fiscal Year | | |
|---|---|---|---|
|  | 2006 | 2005 | 2004 |
| *(In thousands)* | | | |
| Minimum leases | $238,414 | $240,656 | $224,12 |
| Contingent leases | 935 | 1,159 | 89 |
| **Total retail store and warehouse lease expense** | **$239,349** | **$241,815** | **$225,01** |

Lease expense for operating leases associated with the 130 closed stores included in income (loss) from discontinued operations was $15.2 million and $16.8 million for fiscal year 2005 and fiscal year 2004, respectively.

Lease related income (expense) for the KB Toys business included in income (loss) from discontinued operations was $14.5 million, $0.4 million and $(8.6) million for fiscal years 2006, 2005, and 2004, respectively. This lease income (expense) was related to KB Toys leases guaranteed by the Company which were rejected during the KB Toys bankruptcy.

Future minimum commitments for equipment, store and warehouse leases, excluding closed store leases and real estate taxes, CAM, and property insurance, at February 3, 2007, were as follows:

**Fiscal Year**

| *(In thousands)* | |
|---|---|
| 2007 | $195,225 |
| 2008 | 168,619 |

WD-BL BN000001137

| 2009 | 132,353 |
| 2010 | 93,340 |
| 2011 | 64,338 |
| Thereafter | 85,969 |
| Total leases | 539,844 |

## Note 6 — Shareholders' Equity

**Earnings per Share**

There are no adjustments required to be made to weighted-average common shares outstanding for purposes of computing basic and diluted earnings per share and there were no securities outstanding at February 3, 2007, which were excluded from the computation of earnings per share other than antidilutive employee and director stock options discussed below.

52

BIG LOTS, INC. AND SUBSIDIARIES

Notes to Consolidated Financial Statements (Continued)

## Note 6 — Shareholders' Equity (Continued)

A reconciliation of the number of weighted-average common shares outstanding used in the basic and diluted earnings per share computations is as follows:

| | Fiscal Year | | |
| | 2006 | 2005 | |
| (In thousands) | | | |
| Weighted-average common shares outstanding: | | | |
| Basic | 110,336 | 113,240 | 1 |
| Dilutive effect of stock options and restricted shares | 1,594 | 437 | |
| Diluted | 111,930 | 113,677 | |

At the end of fiscal years 2006, 2005, and 2004, stock options outstanding of 1.1 million, 5.0 million, and 5.1 million, respectively, were excluded from the diluted share calculation because their impact was antidilutive. Antidilutive options are excluded from the calculation because they decrease the number of diluted shares outstanding under the treasury stock method. Antidilutive options are generally outstanding options where the exercise price is greater than the weighted-average market price of our common stock for each period.

On February 22, 2006, we announced that our Board of Directors authorized the repurchase of up to $150.0 million of our common shares. In accordance with this repurchase program, we purchased 9.4 million common shares having an aggregate cost of $150.0 million with an average price of $15.90 in fiscal year 2006. In May 2004, our Board of Directors authorized the repurchase of up to $75.0 million of our common shares. In accordance with this repurchase program, we purchased 5.4 million common shares having an aggregate cost of $75.0 million with an average price paid per share of $13.82 in fiscal year 2004. The repurchased common shares were placed into treasury and are used for general corporate purposes including the issuance of shares related to equity compensation and employee benefit plans.

In June 2006, we paid $14.7 million to enter into a structured share repurchase transaction which settled in cash on its maturity date in September 2006. The initial cash disbursement and subsequent receipt of cash were recorded in additional paid-in capital on the consolidated balance sheet. We entered into the structured share repurchase transaction as part of our share repurchase program announced in February 2006. Because the market price of our common shares was above $15.34 on the maturity date, we received $15.3 million on the maturity date, representing our original investment of $14.7 million and a $0.6 million return on our investment.

## Note 7 — Stock Plans

In May 2005, our shareholders approved the Big Lots 2005 Long-Term Incentive Plan (the "2005 Incentive Plan"). The 2005 Incentive Plan replaced the Big Lots, Inc. 1996 Performance Incentive Plan, as amended (the "1996 Incentive Plan"). Beginning January 1, 2006, equity awards were issued under the 2005 Incentive Plan.

The 1996 Incentive Plan and 2005 Incentive Plan authorize the issuance of incentive and nonqualified stock options, restricted stock, restricted stock units, performance units, and stock appreciation rights. We have not issued restricted stock units, performance units, or stock appreciation rights. As a result of its expiration, there were no common shares available for issuance under the 1996 Incentive Plan at February 3, 2007. The number of common shares available for issuance under the 2005 Incentive Plan consists of: 1) an initial allocation of 1,250,000 common shares; 2) 2,001,142 common shares, the number of common shares that were available under the 1996 Incentive Plan upon its expiration; and 3) an annual increase equal to 0.75% of the total number of issued common shares (including treasury shares) as of the start of each of our fiscal years during which the 2005 Incentive Plan is in effect. The Compensation Committee of our Board of Directors ("Committee"), which is charged with administering the 2005 Incentive Plan, determines the term of each award. Stock options granted to employees generally expire on the lesser of: 1) the term set by the Committee, which has historically been 7 to 10 years from the grant date; 2) one year following death or disability; or 3) three months following

53

BIG LOTS, INC. AND SUBSIDIARIES

Notes to Consolidated Financial Statements (Continued)

## Note 7 — Stock Plans (Continued)

termination. Stock options granted under the 1996 Incentive Plan and 2005 Incentive Plan may be either nonqualified or incentive stock options, and the exercise price may not be less than the fair market value of the underlying common shares (i.e. 100 percent of the volume-weighted average trading price) on

WD-BL BN000001138

the grant date. The stock options generally vest ratably over a four-year or five-year period; however, upon a change in control of the Company, all awards outstanding automatically vest.

We maintain the Big Lots Director Stock Option Plan ("Director Stock Option Plan") for non-employee directors. The number of common shares initially available for issuance under the Director Stock Option Plan was 781,250 shares. The Director Stock Option Plan is administered by the Committee pursuant to an established formula. Neither the Board of Directors nor the Committee exercises any discretion in administration of the Director Stock Option Plan. Grants are made annually, approximately 90 days following the Annual Meeting of Shareholders, at an exercise price equal to the fair market value of the underlying common shares (i.e. 100 percent of the final trading price) on the date of grant. The present formula provides to each non-employee director an annual grant of an option to acquire 10,000 of our common shares which become fully exercisable over a three-year period: 20% of the shares on the first anniversary, 60% on the second anniversary, and 100% on the third anniversary. Stock options granted to non-employee directors expire on the lesser of: 1) 10 years plus one month; or 2) one year following death or disability; or 3) at the end of our trading window immediately following termination.

On November 21, 2005, we announced that the Committee, after discussion with our Board of Directors, approved accelerating the vesting of stock options representing approximately 3.8 million of our common shares awarded on or before February 21, 2005, under the 1996 Incentive Plan and the Director Stock Option Plan. The Committee did not, however, accelerate the vesting of stock options granted after February 21, 2005, including those granted to our current Chief Executive Officer, Steven S. Fishman, or the vesting of stock options granted to our former Chief Executive Officer. The decision to accelerate vesting of stock options was made primarily to reduce non-cash compensation expense that would have been recorded by us beginning in fiscal year 2006 following the adoption of SFAS No. 123(R) in the first quarter of fiscal year 2006. This action resulted in an insignificant amount of expense recorded in the fourth quarter of fiscal year 2005 for the impact of the shares estimated to be modified and is expected to enable us to eliminate pretax expense of approximately $11.7 million over the five year period during which the stock options would have vested, subject to the impact of additional adjustments related to cancelled stock options. The acceleration resulted in additional proforma stock-based employee compensation expense in fiscal year 2005 as disclosed in Note 1. Additionally, the Committee imposed a holding period that requires all directors, executive vice presidents, and senior vice presidents (including our named executive officers other than Mr. Fishman whose stock options were not accelerated) to refrain from selling shares acquired upon the exercise of the accelerated stock options until the date on which the exercise would have been permitted under the stock option's original vesting terms or, if earlier, the director or officer's death, permanent and total disability, or termination of employment.

We use a binomial model to estimate the fair value of stock options granted on or after February 1, 2004. The fair value of stock options granted prior to February 1, 2004, was determined using the Black-Scholes model. The binomial model takes into account variables such as volatility, dividend yield rate, risk-free rate, contractual term of the option, the probability that the option will be exercised prior to the end of its contractual life, and the probability of retirement of the option holder in computing the value of the option. Expected volatility was based in part on historical and current implied volatilities from traded options on our common shares. The risk-free rate was based on U.S. Treasury security yields at the time of the grant. The expected dividend yield on our common shares was assumed to be zero since we have not paid dividends and have no current plans to do so in the future. The expected life was determined from the binomial model. The model incorporated exercise and post-vesting forfeiture assumptions based on analysis of historical data.

54

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 7 — Stock Plans* **(Continued)**

The assumptions used in the option pricing model for each of the respective periods were as follows:

| | Fiscal Year | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Weighted-average fair value of options granted | $5.56 | $4.74 | $5.48 |
| Risk-free interest rates | 4.6% | 3.9% | 3.1 |
| Expected life (years) | 4.6 | 5.5 | 5.2 |
| Expected volatility | 42.4% | 42.4% | 39.0 |
| Expected annual forfeiture | 3.0% | 3.0% | 3.0 |

The following table summarizes information about our stock options outstanding and exercisable at February 3, 2007:

| Range of Prices | | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|---|
| Greater Than | Less Than or Equal to | Options Outstanding | Weighted-Average Remaining Life (Years) | Weighted-Average Exercise Price | Options Exercisable | Weighted-Average Exercise Price |
| $ 7.79 | $ 11.25 | 1,181,080 | 5.6 | $ 10.93 | 654,880 | $ 10.79 |
| 11.26 | 11.74 | 829,335 | 6.9 | 11.63 | 802,935 | 11.63 |
| 11.75 | 12.66 | 1,589,160 | 6.1 | 12.40 | 472,760 | 12.00 |
| 12.67 | 15.05 | 1,498,610 | 6.9 | 14.79 | 1,248,810 | 14.80 |
| $15.06 | $ 43.38 | 1,546,805 | 2.0 | 26.16 | 1,427,805 | 26.70 |
| | | 6,644,990 | 5.3 | $ 15.78 | 4,607,190 | $ 17.08 |

55

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

WD-BL BN000001139

*Note 7 — Stock Plans* (Continued)

A summary of the annual stock option activity for fiscal years 2004, 2005, and 2006 is as follows:

| | Options | Price [(a)] | Weighted Average Remaining Contractual Term (years) | Aggregate Intrinsic Value (000's) |
|---|---|---|---|---|
| Outstanding at January 31, 2004 | 10,724,916 | $14.73 | | |
| Granted | 2,718,800 | 14.77 | | |
| Exercised | (1,050,787) | 11.42 | | |
| Forfeited | (1,783,429) | 15.31 | | |
| Outstanding at January 29, 2005 | 10,609,500 | 14.97 | | |
| Granted | 2,081,800 | 11.52 | | |
| Exercised | (600,021) | 11.69 | | |
| Forfeited | (1,400,534) | 14.76 | | |
| Outstanding at January 28, 2006 | 10,690,745 | 14.52 | | |
| Granted | 1,137,900 | 13.40 | | |
| Exercised | (4,671,936) | 12.31 | | |
| Forfeited | (511,719) | 15.78 | | |
| Outstanding at February 3, 2007 | 6,644,990 | $15.78 | 5.3 | $73,439 |
| Vested and expected to vest at February 3, 2007 | 6,494,867 | $15.84 | 5.3 | $70,571 |
| Exercisable at February 3, 2007 | 4,607,190 | $17.08 | 4.9 | $46,642 |

(a)   Weighted-average per share exercise price.

56

*Note 7 — Stock Plans* (Continued)

A summary of the restricted stock activity for fiscal years 2004, 2005, and 2006 is as follows:

| | Number of Shares | Weighted Average Grant Date Fair Value |
|---|---|---|
| Nonvested restricted stock at January 31, 2004 | | $ |
| Granted | 172,000 | 10.85 |
| Vested | | |
| Forfeited | | |
| Nonvested restricted stock at January 29, 2005 | 172,000 | 10.85 |
| Granted | 100,000 | 11.25 |
| Vested | (53,998) | 10.85 |
| Forfeited | (10,000) | 10.85 |
| Nonvested restricted stock at January 28, 2006 | 208,002 | 11.04 |
| Granted | 290,700 | 12.91 |
| Vested | (87,331) | 11.00 |
| Forfeited | (2,700) | 12.80 |
| Nonvested restricted stock at February 3, 2007 | 468,671 | $ 12.37 |

For the restricted common shares granted in fiscal year 2006, if we meet a threshold financial performance target and the employee remains employed by us, the restricted common shares will vest at the opening of our first trading window that is five years after the grant date. If we meet a higher financial performance target and the employee remains employed by us, the restricted common shares will vest at the opening of our first trading window that is after we file our Annual Report on Form 10-K with the SEC for the year in which the higher target is met. In fiscal year 2006, we achieved the higher financial performance target, resulting in approximately $3.7 million of expense recognized for the 288,000 restricted common shares expected to vest.

The restricted common shares awarded to Steven S. Fishman upon the commencement of his employment as our Chairman, Chief Executive Officer and President in fiscal year 2005 vest in one-third increments upon the attainment of mutually agreed common share price targets or fully after five years of service or upon a change in control of the Company. The 2005 restricted common share grant will be forfeited, in whole or in part, as applicable, if Mr. Fishman voluntarily terminates his employment or if he is terminated for cause prior to full vesting of the grant. In fiscal year 2006, the first agreed common share price target was achieved and one-third of these restricted common shares vested. Subsequent to the end of fiscal year 2006, the second agreed common share price target was achieved and an additional one-third of these restricted common shares vested.

The restricted common shares awarded to certain of our officers as a retention package upon the transition of the former Chief Executive Officer and President to a different position in fiscal year 2004 vest equally over three years and fully if the employee is involuntarily terminated without cause or upon

change in control of the Company. The 2004 restricted share grants will be forfeited, in whole or in part, as applicable, if the employee voluntarily terminates his or her employment or if the employee is terminated for cause.

57

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 7 — Stock Plans* **(Continued)**

During fiscal years 2006, 2005, and 2004, the following activity occurred under our share-based compensation plans:

| *(In thousands)* | 2006 | 2005 | 2004 |
|---|---|---|---|
| Total intrinsic value of stock options exercised | $30,416 | $695 | $2,292 |
| Total fair value of restricted stock vested | 1,970 | 658 | — |

The total unearned compensation cost related to share-based awards outstanding at February 3, 2007, was approximately $7.9 million. This compensation cost is expected to be recognized through January 2011 based on existing vesting terms with the weighted average remaining expense recognition period being approximately 2.8 years from February 3, 2007.

*Note 8 — Employee Benefit Plans*

**Pension Benefits**

We maintain the Pension Plan and Supplemental Pension Plan covering certain employees whose hire date precedes April 1, 1994. Benefits under each plan are based on credited years of service and the employee's compensation during the last five years of employment. We maintain the Supplemental Pension Plan for certain highly compensated executives whose benefits were frozen in the Pension Plan in 1996. The Supplemental Pension Plan is designed to pay benefits in the same amount as if the participants continued to accrue benefits under the Pension Plan. We have no obligation to fund the Supplemental Pension Plan, and all assets and amounts payable under the Supplemental Pension Plan are subject to the claims of our general creditors.

The investments owned by the Pension Plan are managed with the primary objective of utilizing a balanced approach with equal emphasis on income and capital appreciation. Investment results are compared to the performance metrics on a quarterly basis. Changing market cycles require flexibility in asset allocation to allow movement of capital within the asset classes for purposes of increasing investment return and/or reducing risk. The targeted ranges of asset allocations are:

| | |
|---|---|
| Equity securities | 45–70% |
| Debt securities | 30–55% |
| Cash equivalents | up to 25% |

As permitted by our pension investment policy, equity securities may include our common shares. At the end of the two most recent plan years on December 31, 2006 and 2005, the Pension Plan owned 2,651 and 2,594 of our common shares, respectively.

Financial futures contracts and financial options contracts can be utilized for purposes of implementing hedging strategies. All assets must have readily ascertainable market value and be easily marketable. There were no futures contracts owned by the Pension Plan at February 3, 2007.

The equity portfolio will be generally fully invested with minimal emphasis on short-term market fluctuations and broadly diversified. Global equities (foreign) and American Depository Receipts of similar high quality may also be included to further diversify the portfolio.

Fixed income investments of a single issuer (with the exception of U.S. Government or fully guaranteed agencies) must not exceed 10% of the total fixed income portfolio. Corporate obligation issues must meet or exceed a credit rating of Aa at the time of purchase and during the holding period. There are no limitations on the maximum amount allocated to each credit rating within the fixed income portfolio.

58

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 8 — Employee Benefit Plans* **(Continued)**

Our pension plan asset allocations at December 31 by asset category were as follows:

| | 2006 | 2005 |
|---|---|---|
| Equity securities | 70.4% | 69.6% |
| Debt securities | 27.6 | 26.2 |
| Cash equivalents | 2.0 | 4.2 |
| Total | 100.0% | 100.0% |

Our funding policy for the Pension Plan is to make annual contributions based on advice from actuaries and evaluation of our cash position, but not less than the minimum required by applicable regulations. We expect no required contributions in fiscal year 2007. Additional discretionary contributions could be made upon further analysis of the Pension Plan during fiscal year 2007. The assets allocated to debt securities of 27.6% at December 31, 2006 were below the low end of the targeted range of 30.0%, primarily due to the impact of changing the custodian and manager of the plan assets and related transition allocations. The asset managers perform an annual reallocation of assets in order to address situations outside of the targeted guidelines.

The Pension Plan and the Supplemental Pension Plan benefits expected to be paid in each of the following ten fiscal years are as follows:

**Fiscal Year**
*(In thousands)*

| | |
|---|---|
| 2007 | 4,354 |
| 2008 | 4,350 |
| 2009 | 4,566 |
| 2010 | 4,670 |
| 2011 | 5,033 |
| 2012 – 2016 | 27,889 |

The estimated future benefit payments are based on the same assumptions as those used to measure the Company's benefit obligations at February 3, 2007.

59

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 8 — Employee Benefit Plans* **(Continued)**

The components of net periodic pension cost were comprised of the following:

| | Fiscal Year | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| *(In thousands)* | | | |
| Service cost — benefits earned in the period | $ 2,944 | $ 3,310 | $ 3,494 |
| Interest cost on projected benefit obligation | 3,158 | 3,149 | 3,274 |
| Expected investment return on plan assets | (4,285) | (4,267) | (3,420) |
| Amortization of prior service cost | 135 | 135 | 135 |
| Amortization of transition obligation | 13 | 13 | 13 |
| Amortization of actuarial loss | 1,264 | 1,325 | 1,508 |
| Settlement loss | 1,510 | | |
| Net periodic pension cost | $ 4,739 | $ 3,665 | $ 5,004 |

In fiscal year 2006, we incurred a pretax non-cash settlement charge of $1.5 million. The settlement charge was caused by lump sum benefit payments made to plan participants by the Pension Plan in excess of combined annual service cost and interest cost for fiscal year 2006. A portion of the settlement charge was due to benefit payments to former employees of the 130 closed stores previously reclassified as discontinued operations, and, accordingly, $0.7 million, pretax, of the expense was reported in loss from discontinued operations on our consolidated statement of operations.

Weighted-average assumptions used to determine net periodic benefit cost were:

| | Fiscal Year | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Discount rate | 5.7% to 6.0% | 5.7% | 6.1% |
| Rate of increase in compensation levels | 3.5% | 4.0% | 4.6% |
| Expected long-term rate of return | 8.5% | 8.5% | 8.5% |
| Measurement date for plan assets and benefit obligations | 12/31/05 | 12/31/04 | 12/31/03 |

The following table sets forth certain information for the Pension Plan and the Supplemental Pension Plan at December 31:

| | Pension Plan | | Supplemental Pension Plan | |
|---|---|---|---|---|
| | 2006 | 2005 | 2006 | 2005 |
| *(In thousands)* | | | | |
| Projected benefit obligation | $50,258 | $51,757 | $4,442 | $5,001 |
| Accumulated benefit obligation | 44,148 | 43,468 | 3,977 | 4,041 |
| Fair market value of plan assets | $53,065 | $53,217 | $ — | $ — |

60

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 8 — Employee Benefit Plans* **(Continued)**

The following schedule provides a reconciliation of projected benefit obligations, plan assets, funded status, and amounts recognized for the Pension Plan and Supplemental Pension Plan at December 31:

| | 2006 | 2005 |
|---|---|---|
| *(In thousands)* | | |
| **Change in projected benefit obligation:** | | |
| Projected benefit obligation at beginning of year | $ 56,758 | $ 57,711 |
| Service cost | 2,944 | 3,310 |
| Interest cost | 3,158 | 3,149 |
| Benefits and settlements paid | (7,845) | (5,791) |
| Actuarial gain | (315) | (1,621) |
| Projected benefit obligation at end of year | $ 54,700 | $ 56,758 |
| **Change in plan assets:** | | |

| | 2006 | 2005 |
|---|---|---|
| Fair market value at beginning of year | $ 53,217 | $ 52,707 |
| Actual return on plan assets | 6,906 | 2,001 |
| Employer contributions | 787 | 4,300 |
| Benefits and settlements paid | (7,845) | (5,791) |
| Fair market value at end of year | $ 53,065 | $ 53,217 |
| | | |
| Under funded | $(1,635) | $ (3,541) |
| Unrecognized actuarial loss | — | 14,949 |
| Unrecognized transition obligation | — | 106 |
| Unrecognized prior service cost | — | 596 |
| Net amount recognized | $ (1,635) | $ 12,110 |
| | | |
| Pension asset for the Pension Plan | $ 2,807 | $16,828 |
| Pension liability for the Supplemental Pension Plan | (4,442) | (4,718) |
| Amounts recognized | $ (1,635) | $ 12,110 |

See Note 1 to the consolidated financial statements for a discussion of our pension accounting policy and the impact of adopting SFAS No. 158 on our consolidated balance sheet.

Weighted-average assumptions used to determine benefit obligations for fiscal years 2006 and 2005 were:

| | Fiscal Year | |
|---|---|---|
| | 2006 | 2005 |
| Discount rate | 5.9% | |
| Rate of increase in compensation levels. | 3.5% | |
| Measurement date for plan assets and benefit obligations | 12/31/06 | 12/ |

**Savings Plans**

We have a savings plan with a 401(k) deferral feature and a nonqualified deferred compensation plan with a similar deferral feature for eligible employees. We contribute a matching percentage of employee contributions which has been invested directly in our common shares; however, beginning with calendar year 2006 compensation deferrals under these plans, our matching contribution will be in cash. Our matching contributions are subject to Internal Revenue Service ("IRS") regulations. For fiscal years 2006, 2005, and 2004, we

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 8 — Employee Benefit Plans* (Continued)

expensed $5.1 million, $5.5 million, and $5.2 million, respectively, related to our matching contributions. In connection with our nonqualified deferred compensation plan, we had mutual fund investments of $10.8 million and $8.6 million at February 3, 2007 and January 28, 2006, respectively, which were recorded in other assets. These investments were classified as trading securities and were recorded at their fair value. We held treasury shares with historical cost of $1.1 million at February 3, 2007 and $2.5 million at January 28, 2006, in connection with the nonqualified deferred compensation plan. We had a liability of $14.2 million and $11.0 million at February 3, 2007 and January 28, 2006, respectively, in connection with the nonqualified deferred compensation plan.

*Note 9 — Income Taxes*

The provision (benefit) for income taxes from continuing operations was comprised of the following:

| | Fiscal Year | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| (In thousands) | | | |
| Federal — current | $ 66,243 | $12,512 | $ 9,582 |
| State and local — current | 5,044 | (577) | (336) |
| Deferred — federal, state and local | (13,415) | (6,746) | 4,282 |
| Income tax provision | $ 57,872 | $ 5,189 | $13,528 |

The deferred income tax expense (benefit) from discontinued operations was $9.1 million for fiscal year 2006, $(3.7) million for fiscal year 2005 and $(5.1) million for fiscal year 2004. Deferred tax assets increased by $3.9 million in fiscal year 2006 due to pension-related charges recorded in accumulated other comprehensive income.

Reconciliation between the statutory federal income tax rate and the effective income tax rate was as follows:

| | Fiscal Year | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Statutory federal income tax rate | 35.0% | 35.0% | 35.0% |
| Effect of: | | | |
| State and local income taxes, net of federal tax benefit | 2.8 | 0.6 | (1.1) |
| Work opportunity tax and other employment tax credits | (0.9) | (5.1) | (2.7) |
| Expiration of capital loss carryover | — | 47.6 | — |
| Valuation allowance | (0.8) | (48.7) | 0.9 |
| Reversal of previously accrued federal taxes | (0.8) | (2.8) | — |

| | | 2006 | 2005 | 2004 |
|---|---|---|---|---|
| Charitable donation of appreciated inventory | | (0.2) | (2.3) | (1.0) |
| Other, net | | (1.2) | 0.5 | (1.0) |
| Effective income tax rate | | 33.9% | 24.8% | 30.1% |

62

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 9 — Income Taxes* **(Continued)**

The expiration of the capital loss carryover and related reduction in the valuation allowance in 2005 relates primarily to a $9.1 million capital loss that was generated in fiscal year 2000 in connection with the sale of the KB Toys business.

Income tax payments and refunds were as follows:

| | Fiscal Year | | |
|---|---|---|---|
| | **2006** | **2005** | **2004** |
| *(In thousands)* | | | |
| Income taxes paid | $35,727 | $22,227 | $23,314 |
| Income taxes refunded | (22,178) | (12,166) | (10,183) |
| Net income taxes paid | $ 13,549 | $ 10,061 | $ 13,131 |

Deferred taxes reflect the net tax effects of temporary differences between carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. Significant components of our deferred tax assets and liabilities were as follows:

| | February 3, 2007 | January 28, 2006 |
|---|---|---|
| *(In thousands)* | | |
| Deferred tax assets: | | |
| Depreciation and fixed asset basis differences | $ 30,460 | $ 17,00... |
| Workers' compensation and other insurance reserves | 27,230 | 33,61... |
| Uniform inventory capitalization | 21,224 | 25,12... |
| Accrued rent | 15,198 | 13,86... |
| State tax net operating losses, net of federal tax benefit | 10,747 | 14,74... |
| Accrued state taxes | 7,639 | 9,8... |
| Deferred compensation | 5,269 | 4,26... |
| KB store lease and other discontinued operations contingencies | 5,015 | 10,77... |
| Closed store accrual | 2,464 | 7,19... |
| Pension | 564 | — |
| Valuation allowances | (2,021) | (5,96... |
| Other | 40,982 | 35,4... |
| Total deferred tax assets | 164,771 | 166,0... |
| Deferred tax liabilities: | | |
| Accelerated depreciation and fixed asset basis differences | 25,863 | 31,5... |
| Lease construction reimbursements | 12,308 | 10,2... |
| Prepaid expenses | 5,140 | 5,0... |
| Pension | — | 4,74... |
| Other | 16,111 | 17,2... |
| Total deferred tax liabilities | 59,422 | 68.8... |
| Net deferred tax assets | $105,349 | $ 97,1... |

The valuation allowances shown in the table above include state income tax valuation allowances that are net of the federal tax benefit. The reduction in the valuation allowances from fiscal year 2005 to fiscal year 2006 relates primarily to a decrease of $3.0 million (net of federal tax) in the valuation allowances attributable to state net operating loss carryforwards due the projected usage of the carryforwards.

63

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 9 — Income Taxes* **(Continued)**

Net deferred tax assets were shown separately on the consolidated balance sheets as current and noncurrent deferred income taxes. The following table summarizes net deferred income tax assets from the balance sheet:

| | February 3, 2007 | January 28, 2006 |
|---|---|---|
| *(In thousands)* | | |
| Current deferred income taxes | $ 60,292 | $ 78,539 |
| Noncurrent deferred income taxes | 45,057 | 18,609 |
| Net deferred tax assets | $ 105,349 | $ 97,148 |

We have established valuation allowances to reflect that it is more likely than not that a portion of the federal and state deferred tax assets may not be realized.

WD-BL BN000001144

We have the following income tax loss and credit carryforwards at February 3, 2007 (amounts are shown net of tax excluding the federal income tax effect of the state and local items):

*(In thousands)*

| Federal: | | | |
|---|---|---|---|
| Net capital loss carryforwards | $ | 722 | Expires fiscal years 2008 through 2011 |
| Foreign tax credits | | 233 | Expires fiscal year 2010 |
| State and local: | | | |
| State net operating loss carryforwards | | 16,534 | Expires fiscal years 2007 through 2025 |
| California enterprise zone credits | | 1,942 | No expiration date |
| California alternative minimum tax credits | | 205 | No expiration date |
| New Jersey alternative minimum tax credits | | 297 | No expiration date |
| Total income tax loss and credit carryforwards | $ | 19,933 | |

Our income taxes payable have been reduced by the tax benefits primarily associated with exercises of employee stock options. We receive an income tax deduction calculated as the difference between the fair market value of the stock issued at the time of exercise and the option price. These benefits of $11.9 million in fiscal year 2006, $0.3 million in fiscal year 2005, and $0.9 million in fiscal year 2004 were credited directly to shareholders' equity.

In November 2003, the IRS issued Revenue Ruling 2003-112 which clarified the definition of eligible employees for purposes of the welfare to work and work opportunity tax credits. We have filed protective refund claims for fiscal years 1994 through 2002. Because of the contingent nature of these claims, no tax benefit has been recorded for this item.

During fiscal years 2006 and 2005, we had tax settlements, audit closures, and expirations of statutes of limitations resulting in the reversal of previously incurred income tax expense of approximately $4.1 million and $4.8 million, respectively.

Years after fiscal year 2001 are open to examination by the IRS. Various state tax authorities routinely audit us. We believe that we have adequately provided for tax, interest, and penalties, if any, that may result from future audit adjustments relating to these years.

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 10 — Commitments and Contingencies*

In November 2004, a civil putative collective action complaint was filed against us in United States District Court for the Eastern District of Texas, Texarkana Division, wherein it was alleged that we had violated the Fair Labor Standards Act regulations by misclassifying as exempt employees our furniture department managers, sales managers, and assistant managers ("Texas matter"). Subsequent to its filing, the plaintiffs in the Texas matter amended the complaint to limit its scope to furniture department managers. The plaintiffs in the Texas matter seek to recover, on behalf of themselves and all other individuals who are similarly situated, alleged unpaid overtime compensation, as well as liquidated damages, attorneys' fees and costs. On August 8, 2005, the District Court in Texas issued an order conditionally certifying a class of all current and former employees who worked for us as a furniture department manager at any time between November 2, 2001, and October 1, 2003. As a result of that order, notice was sent to approximately 1,300 individuals who had the right to opt-in to the Texas matter. In the third quarter of fiscal year 2006, we reached a tentative settlement with the plaintiffs concerning the Texas matter. The tentative settlement is subject to court approval and acceptance by the class. We recorded, in the third quarter of fiscal year 2006, a pretax charge of $3.2 million included in selling and administrative expenses for the estimated settlement liability of the Texas matter. We believe that we had adequate liability reserves for the Texas matter at February 3, 2007.

In October 2005, a class action complaint was served upon us for adjudication in the Superior Court of the State of California, County of Ventura, wherein it was alleged that we had violated certain California wage and hour laws ("California matter"). The plaintiff seeks to recover, on her own behalf and on behalf of all other individuals who are similarly situated, alleged unpaid wages and rest and meal period compensation, as well as penalties, injunctive and other equitable relief, reasonable attorneys' fees and costs. In the third quarter of fiscal year 2006, we reached a tentative settlement with the plaintiff concerning the California matter. On November 6, 2006, the District Court in California issued an order granting preliminary approval of the tentative settlement. The tentative settlement remains subject to acceptance by the class and final court approval. We recorded, in the third quarter of fiscal year 2006, a pretax charge of $6.5 million included in selling and administrative expenses for the estimated settlement liability in the California matter. We believe that we had adequate liability reserves for the California matter at February 3, 2007.

In November 2004, a civil putative collective action complaint was filed against us in the United States District Court for the Eastern District of Louisiana, wherein it was alleged that we violated the Fair Labor Standards Act by misclassifying assistant managers as exempt ("Louisiana matter"). The plaintiffs seek to recover, on behalf of themselves and all other individuals who are similarly situated, alleged unpaid overtime compensation, as well as liquidated damages, attorneys' fees and costs. On July 5, 2005, the District Court in Louisiana issued an order conditionally certifying a class of all current and former assistant store managers who have worked for us since November 23, 2001. As a result of that order, notice of the lawsuit was sent to approximately 5,500 individuals who had the right to opt-in to the Louisiana matter. As of February 3, 2007, approximately 1,100 individuals had joined the Louisiana matter. We have the right to file a motion seeking to decertify the class after discovery has been conducted. Pending discovery on the plaintiffs' claims, we cannot make a determination as to the probability of a loss contingency resulting from the Louisiana matter or the estimated range of possible loss, if any. We intend to vigorously defend ourselves against the allegations levied in the Louisiana matter; however, the ultimate resolution of this matter could have a material adverse effect on our financial condition, results of operations, and liquidity.

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 10 — Commitments and Contingencies* (Continued)

WD-BL BN000001145

In September 2006, a class action complaint was filed against us in the Superior Court of the State of California, County of Los Angeles, wherein it was alleged that we had violated certain California wage and hour laws by misclassifying California store managers as exempt. The plaintiff seeks to recover, on his own behalf and on behalf of all other individuals who are similarly situated, alleged unpaid overtime, unpaid minimum wages, wages not paid upon termination, improper wage statements, missed rest breaks, missed meal periods, reimbursement of expenses, and loss of unused vacation time. Pending discovery on the plaintiffs' claims, we cannot make a determination as to the probability of a loss contingency resulting from this lawsuit or the estimated range of possible loss, if any. We intend to vigorously defend ourselves against the allegations levied in this lawsuit; however, the ultimate resolution of this matter could have a material adverse effect on our financial condition, results of operations, and liquidity.

In the fourth quarter of fiscal year 2006, we recorded pretax income of $2.6 million in selling and administrative expenses upon receipt of our portion of the Visa/MasterCard antitrust litigation settlement funds that compensate merchants for the excessive fees they paid for certain Visa and MasterCard transactions.

We are involved in other legal actions and claims, including various additional employment-related matters, arising in the ordinary course of business. We currently believe that such actions and claims, both individually and in the aggregate, will be resolved without material adverse effect on our financial condition, results of operations, or liquidity. However, litigation involves an element of uncertainty. Future developments could cause these actions or claims to have a material adverse effect on our financial condition, results of operations, and liquidity.

For a discussion of discontinued operations, including KB Toys matters, see Note 11 to the accompanying consolidated financial statements.

We are self-insured for certain losses relating to property, general liability, workers' compensation, and employee medical and dental benefit claims, a portion of which is paid by employees, and we have purchased stop-loss coverage in order to limit significant exposure in these areas. Accrued insurance liabilities are actuarially determined based on claims filed and estimates of claims incurred but not reported. With the exception of self-insured claims, taxes, employment-related matters, the lawsuits described above, and the liabilities that relate to the KB Toys bankruptcy, we have not recorded any additional significant liabilities for other commitments and contingencies.

We have purchase obligations for merchandise issued in the ordinary course of our business that are valued at $420.7 million, the entirety of which represents obligations due within one year of February 3, 2007. Purchase obligations also include a commitment for future inventory purchases totaling $227.2 million at February 3, 2007. We paid $36.1 million, $44.0 million, and $52.5 million related to this commitment during fiscal years 2006, 2005, and 2004, respectively. We are not required to meet any periodic minimum purchase requirements under this commitment. The term of the commitment extends until the purchase requirement is satisfied.

*Note 11 — Discontinued Operations*

We report discontinued operations upon disposition of a component of the Company's business when the cash flows have been or will be eliminated from the Company's ongoing operations. As a result, the Company's discontinued operations for fiscal years 2006, 2005, and 2004, are comprised of the following:

| | Fiscal Year | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| *(In thousands)* | | | |
| Closed stores | $(2,659) | $(41,130) | $ (1,662) |
| KB Toys matters | 18,531 | (569) | (11,320) |
| Total pretax income (loss) | $15,872 | $(41,699) | $(12,982) |

66

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 11 — Discontinued Operations* **(Continued)**

**Closed Stores**

In fiscal year 2005, we determined that the results of 130 stores closed in fiscal year 2005 should be reported as discontinued operations for all periods presented. The table below identifies the significant components of income (loss) from discontinued operations for these closed stores for fiscal years 2006, 2005, and 2004, respectively.

| | Fiscal Year | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| *(In thousands)* | | | |
| Net sales | $    — | $215,154 | $225,820 |
| Gross margin | — | 74,109 | 90,299 |
| Operating loss | (2,659) | (41,130) | (1,662) |
| Loss from discontinued operations, net of tax | $ (1,606) | $ (25,381) | $ (1,021) |

In fiscal year 2006, closed stores operating loss is primarily comprised of exit-related costs, utilities, and security expenses on leased properties with remaining terms, a $0.7 million pension settlement charge, and accretion on the lease termination costs of $0.4 million. Additionally, in the fourth quarter of fiscal year 2006, we reviewed the fair value of our lease termination cost liability and as a result of achieving a higher level of savings than was previously estimated, we recognized a $1.3 million, pretax, reduction in the liability resulting in a partial reversal of prior year charges. Our results of discontinued operations for closed stores include the net sales and associated costs which were directly related to and specifically identifiable with these stores in fiscal years 2005 and 2004 and exit-related pretax losses in the amount of $43.6 million for the write-down of property and inventory, severance and benefits, and lease termination costs in fiscal year 2005.

The table below summarizes the exit liabilities recorded as a result of the 130 store closures in fiscal year 2005 and identifies the remaining obligations as of February 3, 2007:

| | Write-down of Property, | Severance | Lease |
|---|---|---|---|

| *(In thousands)* | Inventory, and Deferred Rent | and Benefits | Termination Costs | Total |
|---|---|---|---|---|
| Charges | $ 19,600 | $ 3,300 | $ 20,700 | $ 43,600 |
| Payments | — | (1,539) | (2,499) | (4,038) |
| Non-cash reductions | (19,600) | — | — | (19,600) |
| Remaining Obligations at January 28, 2006 | — | 1,761 | 18,201 | 19,962 |
| Settlement savings | — | — | (1,346) | (1,346) |
| Accretion expense | — | — | 411 | 411 |
| Payments | — | (1,761) | (11,329) | (13,090) |
| Remaining Obligations at February 3, 2007 | $ — | $ — | $ 5,937 | $ 5,937 |

Asset write-downs included assets used in normal operations of retail stores and included remaining unrecoverable net book values of fixtures, equipment, and signs. The inventory write-downs above were specific to the markdowns associated with the liquidation sales conducted at the closed stores which qualified for discontinued operations accounting treatment. The Company recorded markdowns throughout the year in the normal course of business. The markdowns associated with the liquidation sales were the only markdowns included in the exit liability table above.

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 11 — Discontinued Operations* **(Continued)**

As of February 3, 2007, we have 30 closed stores with leases that have not yet been terminated or subleased. Future cash outlays under these store closure obligations are anticipated to be $3.4 million in fiscal year 2007, $1.8 million in fiscal year 2008, $0.6 million in fiscal year 2009, and $0.1 million thereafter.

**KB Toys Matters**

KB Toys acquired the KB toy business from us pursuant to a Stock Purchase Agreement dated as of December 7, 2000 (the "KB Stock Purchase Agreement"). On January 14, 2004, KB Toys filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. In connection with the KB Toys business, we incurred charges and subsequently partially reversed charges which have been recognized in our consolidated statements of operations for fiscal years 2006, 2005, and 2004. The following table summarizes these charges and reversals:

| *(In thousands)* | Fiscal Year | | |
|---|---|---|---|
| | **2006** | **2005** | **2004** |
| **Continuing Operations** | | | |
| HCC Note — Partial charge-off | $ — | $ (6,389) | $ — |
| **Discontinued Operations** | | | |
| Lease indemnifications | 14,546 | 430 | (8,623) |
| Tax indemnifications and other | 5,425 | — | — |
| Pittsfield distribution center | (1,440) | (999) | (2,697) |
| KB matters pretax income (loss) from discontinued operations | $18,531 | $ (569) | $(11,320) |

*HCC Note — Partial Charge-Off*

As partial consideration for the sale of the KB Toys business, we received a 10 year note from Havens Corners Corporation, a subsidiary of KB Acquisition Corporation and a party to the bankruptcy proceedings, in aggregate principal amount of $45.0 million (principal and interest together known as the "HCC Note"). The HCC Note became immediately due and payable to us at the time of KB Toys' bankruptcy filing. Under the KB Toys bankruptcy plan (the "KB Plan"), confirmed by the bankruptcy court on August 18, 2005, we expected to receive $0.9 million on our claim for payment of the HCC Note from the bankruptcy trust. As a result, we recorded a pretax charge to continuing operations in fiscal year 2005 in the amount of $6.4 million to reduce the carrying value of the HCC Note to $0.9 million. In the fourth quarter of fiscal year 2006, we received $0.7 million as a result of our legal settlement with the former principals of the KB Toys business and applied these proceeds against the carrying value of the HCC Note. As of February 3, 2007, the $0.2 million carrying amount of the HCC Note was included in the Company's other assets on the consolidated balance sheet.

*Lease Indemnifications*

When we acquired the KB Toys business from Melville Corporation (now known as CVS New York, Inc., and together with its subsidiaries "CVS") in May 1996, we provided, among other things, an indemnity to CVS with respect to any losses resulting from KB Toys' failure to pay all monies due and owing under any KB Toys lease or mortgage obligation. While we controlled the KB Toys business, we provided guarantees with respect to a limited number of additional KB Toys store leases. As part of the sale of the KB Toys business by us, and in accordance with the terms of the KB Stock Purchase Agreement, KB Toys similarly agreed to indemnify us with respect to all lease and mortgage obligations. These guarantee and lease obligations are collectively referred to as the "KB Lease Obligations." In connection with the bankruptcy, KB Toys rejected 226 store leases and two distribution center leases for which we believe we may have guarantee or indemnification

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 11 — Discontinued Operations* **(Continued)**

WD-BL BN000001147

obligations; however 31 of the rejected store leases expired on or before January 31, 2004 according to our records (collectively referred to as the "KB bankruptcy lease obligations"). We estimated and recorded pretax charges in discontinued operations of $24.4 million with respect to 90 leases rejected by KB Toys in fiscal year 2003 and $8.6 million with respect to 72 leases rejected by KB Toys in fiscal year 2004. In fiscal year 2005, an additional 33 store leases and two distribution center leases were rejected. During fiscal year 2005, we reversed approximately $0.4 million of the KB bankruptcy lease obligation originally providing for professional fees that are no longer expected to be incurred. During fiscal year 2006, we reversed approximately $14.5 million of the KB bankruptcy lease obligation to reflect the revised estimated amount expected to be paid by us. We based the revision of the KB bankruptcy lease obligations on the number of demand notices that we have received from landlords and information received from KB Toys, the bankruptcy trust, and our own lease records which date back to when we owned the KB Toys business. Based on this information, we believe that our liability of $12.7 million for the KB bankruptcy lease obligations is adequate as of February 3, 2007.

The claims process associated with the KB Toys bankruptcy remains open. As a result of uncertainties associated with the continuance of the bankruptcy claims process, we believe it is possible that we will continue to receive demand notices from landlords in fiscal year 2007. We are an unsecured creditor of the bankruptcy trust with respect to losses we have incurred in connection with the KB bankruptcy lease obligations and are unable to estimate the timing or amount of any recovery we can expect to receive upon resolution of these claims. Accordingly, no recoveries related to the KB Toys bankruptcy have been recorded by us. In addition, the typical KB bankruptcy lease obligation provides that the terms of the underlying lease may be extended, amended, or modified without the consent of the guarantor. Based on the uncertainties related to the KB bankruptcy lease obligations, we intend to continue to evaluate the adequacy of these reserves as dictated by the facts and circumstances available to us at each future reporting period. In the event additional liability arises from future defaults on these leases, any related charge would be to discontinued operations.

We continue to have KB Lease Obligations with respect to approximately 84 open KB Toys stores and KB Toys' main office building. Because these remaining guarantees were issued prior to January 1, 2003, they are not subject to the fair value recognition provisions of FASB Interpretation No. 45. However, we will recognize a liability if a loss in connection with any of the KB Lease Obligations becomes probable and reasonably estimable.

*Pittsfield Distribution Center*

As a result of the KB Toys bankruptcy, we received notice of a default relating to a first mortgage (guaranteed by CVS) on the Pittsfield DC. On November 5, 2004, we satisfied our indemnity obligation with respect to the Pittsfield DC at a cost of $8.4 million. We recorded a pretax charge to discontinued operations in fiscal year 2004 in the amount of $2.7 million to reflect our best estimate of the difference between the subrogation rights flowing from the indemnification payment and the net realizable value of the Pittsfield DC.

In the fourth quarter of fiscal year 2005, we initiated plans to dispose of the Pittsfield DC. The property was classified as held-for-sale, and accordingly, its carrying value at January 28, 2006, was adjusted to its estimated fair value less applicable selling costs resulting in a pretax non-cash impairment charge of $0.7 million and other related charges of $0.3 million included in loss from discontinued operations. In the fourth quarter of fiscal year 2006, we sold the Pittsfield DC for approximately $3.9 million, net of selling costs and recognized a $1.4 million loss, net of tax included in income from discontinued operations.

*Other KB Toys Matters*

In addition to including KB Toys' indemnity of us with respect to lease and mortgage obligations, the KB Stock Purchase Agreement contains mutual indemnifications of KB Toys by us and of us by KB Toys. These indemnifications relate primarily to losses arising out of general liability claims, breached or inaccurate

69

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

*Note 11 — Discontinued Operations* **(Continued)**

representations or warranties, shared litigation expenses, other payment obligations, and taxes. Under a tax indemnification provision in the KB Stock Purchase Agreement, the Company is to indemnify KB Toys for tax losses generally related to the periods prior to the Company's sale of KB Toys. During the fourth quarter of fiscal year 2006, we reversed prior pretax charges of approximately $4.7 million and net income tax contingencies of approximately $1.7 million, in income from discontinued operations primarily related to income and sales tax indemnification contingency reserves. We estimated this reversal of charges based on information that we received as a result of our settlement discussions with the bankruptcy trust and KB in an attempt to resolve the tax indemnification claims. As of February 3, 2007, uncertainty remains with respect to the final resolution of these matters; however, management believes that the final resolution of these matters will not have a material adverse effect on our financial condition, results of continuing operations, or liquidity.

During fiscal year 2006, we recorded $0.7 million in discontinued operations to reflect the reduction of insurance reserves specifically identifiable with respect to the KB Toys business.

*Note 12 — Business Segment Data*

We manage our business based on one segment, broadline closeout retailing. We internally evaluate and externally communicate overall sales and merchandise performance based on the following key merchandising categories: Consumables, Home, Seasonal and toys, and Other. The following data is presented in accordance with SFAS No. 131, *Disclosures about Segments of an Enterprise and Related Information.*

| | Fiscal Year | | |
|---|---|---|---|
| *(in thousands)* | **2006** | **2005** | **2004** |
| Consumables | $1,369,590 | $1,275,851 | $1,247,207 |
| Home | 1,473,052 | 1,333,602 | 1,153,297 |
| Seasonal and toys | 840,416 | 830,526 | 814,661 |
| Other | 1,059,990 | 989,926 | 934,087 |
| Net sales | $4,743,048 | $4,429,905 | $4,149,252 |

WD-BL BN000001148

The Consumables category includes the food, health and beauty, plastics, paper, and pet departments. The Home category includes the furniture, domestics, and home decorative departments. The Seasonal and toys category includes the toys, lawn & garden, trim-a-tree, and various holiday-oriented departments. The Other category includes the electronics, basic apparel, home maintenance, small appliances, and tools departments.

### Note 13 — Subsequent Event

On March 9, 2007, we announced that our Board of Directors authorized the repurchase of up to $600.0 million of our common shares commencing upon authorization and continuing until exhausted. We expect the purchases to be made from time to time in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the repurchase program will be available to meet obligations under equity compensation plans and for general corporate purposes.

70

---

**BIG LOTS, INC. AND SUBSIDIARIES**

**Notes to Consolidated Financial Statements (Continued)**

### Note 14 — Selected Quarterly Financial Data (Unaudited)

The fourth quarter of fiscal year 2006 was 14 weeks. All other quarters were 13 weeks. Summarized quarterly financial data for fiscal years 2006 and 2005 was as follows:

| Fiscal Year 2006 | First | Second | Third | Fourth | Year |
|---|---|---|---|---|---|
| (In thousands, except per share amounts) (a) | | | | | |
| Net sales | $ 1,091,622 | $ 1,056,535 | $ 1,049,537 | $ 1,545,354 | $ 4,743,048 |
| Gross margin | 438,322 | 412,293 | 415,345 | 625,472 | 1,891,432 |
| Income from continuing operations | 14,504 | 4,704 | 1,819 | 91,591 | 112,618 |
| Income (loss) from discontinued operations | (791) | (405) | (85) | 12,708 | 11,427 |
| Net income | 13,713 | 4,299 | 1,734 | 104,299 | 124,045 |
| Income (loss) per common share — basic: | | | | | |
| Continuing operations | 0.13 | 0.04 | 0.02 | 0.84 | 1.02 |
| Discontinued operations | (0.01) | — | — | 0.12 | 0.10 |
| | 0.12 | 0.04 | 0.02 | 0.96 | 1.12 |
| Income (loss) per common share — diluted: | | | | | |
| Continuing operations | 0.13 | 0.04 | 0.02 | 0.83 | 1.01 |
| Discontinued operations | (0.01) | — | — | 0.11 | 0.10 |
| | $ 0.12 | $ 0.04 | $ 0.02 | $ 0.94 | $ 1.11 |

| Fiscal Year 2005 | First | Second | Third | Fourth | Year |
|---|---|---|---|---|---|
| (In thousands, except per share amounts) (a) | | | | | |
| Net sales | $ 1,043,084 | $ 1,000,511 | $ 991,408 | $ 1,394,902 | $ 4,429,905 |
| Gross margin | 425,658 | 401,362 | 387,623 | 517,023 | 1,731,666 |
| Income (loss) from continuing operations | 7,266 | (12,945) | (16,249) | 37,653 | 15,725 |
| Income (loss) from discontinued operations | 534 | (807) | (2,539) | (23,001) | (25,813) |
| Net income (loss) | 7,800 | (13,752) | (18,788) | 14,652 | (10,088) |
| Income (loss) per common share — basic: | | | | | |
| Continuing operations | 0.06 | (0.11) | (0.14) | 0.33 | 0.14 |
| Discontinued operations | 0.01 | (0.01) | (0.03) | (0.20) | (0.23) |
| | 0.07 | (0.12) | (0.17) | 0.13 | (0.09) |
| Income (loss) per common share — diluted: | | | | | |
| Continuing operations | 0.06 | (0.11) | (0.14) | 0.33 | 0.14 |
| Discontinued operations | 0.01 | (0.01) | (0.03) | (0.20) | (0.23) |
| | $ 0.07 | $ (0.12) | $ (0.17) | $ 0.13 | $ (0.09) |

(a)   Income (loss) per share calculations for each quarter are based on the applicable weighted-average shares outstanding for each period and may not necessarily be equal to the full year income (loss) per share amount.

71

---

### ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE

Not applicable.

### ITEM 9A. CONTROLS AND PROCEDURES

**Evaluation of Disclosure Controls and Procedures**

The Company's management, with the participation of our Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of the Company's disclosure controls and procedures, as that term is defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended ("Exchange Act"), as of the end of the period covered by this report. Based on that evaluation, our Chief Executive Officer and Chief Financial Officer have each concluded that such disclosure controls and procedures were effective as of the end of the period covered by this report in order to ensure that

WD-BL BN000001149

UNITED STATES   SECURITIES AND EXCHANGE COMMISSION   Washington, D.C. 20549

# FORM 10-K

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE   SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended January 30, 2010   Commission file number 1-8897

## BIG LOTS, INC.   (Exact name of registrant as specified in its charter)

| Ohio | 06-1119097 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 300 Phillipi Road, P.O. Box 28512, Columbus, Ohio | 43228-5311 |
| (Address of principal executive offices) | (Zip Code) |

(614) 278-6800   (Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Shares $0.01 par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None.

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☐ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K ☒

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒     Accelerated filer ☐     Non-accelerated filer ☐     Smaller reporting company ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the Common Shares held by non-affiliates of the Registrant (assuming for these purposes that all executive officers and directors are "affiliates" of the Registrant) was $1,856,547,441 on August 1, 2009, the last business day of the Registrant's most recently completed second fiscal quarter (based on the closing price of the Registrant's Common Shares on such date as reported on the New York Stock Exchange).

The number of the Registrant's Common Shares outstanding as of March 22, 2010 was 80,406,304.   Documents Incorporated by Reference

Portions of the Registrant's Proxy Statement for its 2010 Annual Meeting of Shareholders are incorporated by reference into Part III of this Annual Report on Form 10-K.

---

## BIG LOTS, INC.
## FORM 10-K
**FOR THE FISCAL YEAR ENDED JANUARY 30, 2010**
**TABLE OF CONTENTS**

### PART I

| | | PAGE |
|---|---|---|
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 5 |
| Item 1B. | Unresolved Staff Comments | 11 |
| Item 2. | Properties | 11 |
| Item 3. | Legal Proceedings | 12 |

| Item 4. | Reserved | 12 |
| | Supplemental Item. Executive Officers of the Registrant | 13 |

## PART II

| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 14 |
| Item 6. | Selected Financial Data | 17 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 18 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 38 |
| Item 8. | Financial Statements and Supplementary Data | 39 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 74 |
| Item 9A. | Controls and Procedures | 74 |
| Item 9B. | Other Information | 75 |

## PART III

| Item 10. | Directors, Executive Officers and Corporate Governance | 75 |
| Item 11. | Executive Compensation | 75 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 76 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 76 |
| Item 14. | Principal Accounting Fees and Services | 76 |

## PART IV

| Item 15. | Exhibits, Financial Statement Schedules | 77 |
| | Signatures | 81 |

## PART I

**ITEM 1. BUSINESS**

**The Company**   Big Lots, Inc., an Ohio corporation, through its wholly owned subsidiaries (collectively referred to herein as "we," "us," and "our" except as used in the reports of our independent registered public accounting firm included in Item 8 of this Annual Report for Form 10-K ("Form 10-K")), is the nation's largest broadline closeout retailer (see the discussion below under the caption "Closeout Retailing"). At January 30, 2010, we operated a total of 1,361 stores in 47 states. Our goal is to strengthen and build upon our leadership position in broadline closeout retailing by providing our customers with great savings on brand-name closeouts and other value-priced merchandise. You can locate us on the Internet at www.biglots.com. The contents of our websites are not part of this report.

Similar to many other retailers, our fiscal year ends on the Saturday nearest to January 31, which results in some fiscal years comprised of 52 weeks and some comprised of 53 weeks. Unless otherwise stated, references to years in this report relate to fiscal years rather than calendar years. Fiscal year 2010 ("2010") is comprised of the 52 weeks that began on January 31, 2010 and will end on January 29, 2011. Fiscal year 2009 ("2009") was comprised of the 52 weeks that began on February 1, 2009 and ended on January 30, 2010. Fiscal year 2008 ("2008") was comprised of the 52 weeks that began on February 3, 2008 and ended on January 31, 2009. Fiscal year 2007 ("2007") was comprised of the 52 weeks that began on February 4, 2007 and ended on February 2, 2008. Fiscal year 2006 ("2006") was comprised of the 53 weeks that began on January 29, 2006 and ended on February 3, 2007.

We manage our business on the basis of one segment: broadline closeout retailing. Please refer to the consolidated financial statements and related notes in this Form 10-K for our financial information. We evaluate and report overall sales and merchandise performance based on the following key merchandising categories: Consumables, Home, Furniture, Hardlines, Seasonal, and Other. The Consumables category includes the food, health and beauty, plastics, paper, chemical, and pet departments. The Home category includes the domestics, stationery, and home decorative departments. The Furniture category includes the upholstery, mattresses, ready-to-assemble, and case goods departments. Case goods consist of bedroom, dining room, and occasional furniture. The Hardlines category includes the electronics, appliances, tools, and home maintenance departments. The Seasonal category includes the lawn & garden, Christmas, summer, and other holiday departments. The Other category includes the toy, jewelry, infant accessories, and apparel departments. Other also includes the results of certain large closeout deals that are typically acquired through our alternate product sourcing operations. See note 12 to the accompanying consolidated financial statements for the net sales results of these categories for 2009, 2008, and 2007.

WD-BL BN000001294

In May 2001, Big Lots, Inc. was incorporated in Ohio and was the surviving entity in a merger with Consolidated Stores Corporation, a Delaware corporation. By virtue of the merger, Big Lots, Inc. succeeded to all the business, properties, assets, and liabilities of Consolidated Stores Corporation.

Our principal executive offices are located at 300 Phillipi Road, Columbus, Ohio 43228, and our telephone number is (614) 278-6800. All of our operations were located within the United States of America at the end of each of the last three years.

**Closeout Retailing**  Closeout retailers purchase merchandise that generally results from production overruns, packaging changes, discontinued products, liquidations, or returns. As a result, closeout retailers generally can purchase most merchandise at lower costs and offer most merchandise at lower prices than those paid and offered by traditional discount retailers. We attempt to maximize the amount of closeout merchandise available in our stores and to offer merchandise that we believe provides great value to our customers. We work closely with our vendors to obtain name brand merchandise that is easily recognizable by our customers. In addition to closeout merchandise, we stock many products on a consistent basis at our stores. This merchandise may not always be the same brand or may be off-brand because we attempt to provide our customers with merchandise at a price that we believe represents a great value. For net sales by merchandise category and as a percent of total net sales, see the discussion below under the captions "2009 Compared To 2008" and "2008 Compared To 2007" in "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations" ("MD&A") of this Form 10-K.

1

**Real Estate**  The following table compares the number of our stores in operation at the beginning and end of each of the last five fiscal years:

| | 2009 | 2008 | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|
| Stores open at the beginning of the year | 1,339 | 1,353 | 1,375 | 1,401 | 1,502 |
| Stores opened during the year | 52 | 21 | 7 | 11 | 73 |
| Stores closed during the year | (30) | (35) | (29) | (37) | (174) |
| Stores open at the end of the year | 1,361 | 1,339 | 1,353 | 1,375 | 1,401 |

As part of our real estate strategy initiated in the latter half of 2005, we closed a number of underperforming locations. During 2006 through 2008, we focused on improving profitability through managing our existing store base as the commercial real estate market demanded higher rent charges than our store operating model enabled us to pay. During 2009, the commercial real estate market softened and we were able to favorably negotiate renewals for certain store leases which previously may have resulted in store closures. Also during 2009, we successfully negotiated a number of new store leases as the availability of space improved and rental rates eased. For additional information about our real estate strategy, see the accompanying MD&A.

The following table details our stores by state at January 30, 2010:

| | | | | | |
|---|---|---|---|---|---|
| Alabama | 26 | Maine | 7 | Ohio | 101 |
| Arizona | 35 | Maryland | 13 | Oklahoma | 16 |
| Arkansas | 11 | Massachusetts | 15 | Oregon | 12 |
| California | 174 | Michigan | 40 | Pennsylvania | 67 |
| Colorado | 20 | Minnesota | 4 | Rhode Island | 1 |
| Connecticut | 8 | Mississippi | 15 | South Carolina | 30 |
| Delaware | 3 | Missouri | 24 | Tennessee | 46 |
| Florida | 107 | Montana | 1 | Texas | 114 |
| Georgia | 57 | Nebraska | 4 | Utah | 11 |
| Idaho | 5 | Nevada | 11 | Vermont | 4 |
| Illinois | 33 | New Hampshire | 6 | Virginia | 36 |
| Indiana | 43 | New Jersey | 13 | Washington | 20 |
| Iowa | 3 | New Mexico | 13 | West Virginia | 18 |
| Kansas | 9 | New York | 47 | Wisconsin | 10 |
| Kentucky | 40 | North Carolina | 63 | Wyoming | 2 |
| Louisiana | 22 | North Dakota | 1 | **Total stores** | **1,361** |
| | | | | Number of states | 47 |

Of our 1,361 stores, 36% operate in four states: California, Texas, Ohio, and Florida, and net sales from stores in these states represented 38% of our 2009 net sales.

**Associates**  At January 30, 2010, we had approximately 35,600 active associates comprised of 13,100 full-time and 22,500 part-time associates. Temporary associates hired during the fall and winter holiday selling season increased the number of associates to a peak of 39,200 in 2009. Approximately 63% of the associates employed throughout the year are employed on a part-time basis. We consider our relationship with our associates to be good, and we are not a party to any labor agreements.

**Competition**  We operate in the highly competitive retail industry and face strong sales competition from other general merchandise, discount, food, arts and crafts, and dollar store retailers. Additionally, we compete with a number of companies for retail site locations, to attract and retain quality employees, and to acquire our broad assortment of closeout merchandise from vendors.

2

**Purchasing**  An integral part of our business is the sourcing and purchasing of quality brand-name merchandise directly from manufacturers and other vendors typically at prices substantially below those paid by traditional retailers. We believe that we have built strong relationships with many brand-name vendors and we have capitalized on our purchasing power in the closeout marketplace, including our ability to pay

WD-BL BN000001295

timely, and to source merchandise that provides exceptional value to our customers. We have the ability to source and purchase significant quantities of a vendor's closeout merchandise in specific product categories and to control distribution in accordance with vendor instructions. We believe this provides a high level of service and convenience to our vendors. Our sourcing channels also include bankruptcies, liquidations, and insurance claims. We supplement our traditional brand-name closeout purchases with various direct import and domestically-sourced merchandise, which represents merchandise that our customers consistently expect us to have in our stores or merchandise that we believe offers our customers a significant value. We expect that the unpredictability of the retail and manufacturing environments coupled with our dominant purchasing power position will continue to support our ability to source quality closeout merchandise at competitive prices.

We have a buying team with extensive closeout purchasing experience, which we believe has enabled us to develop successful long-term relationships with many of the largest and most recognized vendors in the United States. We believe that, as a result of these relationships and our experience and reputation in the closeout industry, many vendors offer buying opportunities to us prior to attempting to dispose of their merchandise through other channels.

Our merchandise is purchased from domestic and foreign vendors that provide us with multiple sources for each product category. In 2009, our top ten vendors accounted for approximately 14% of total purchases (at cost) while the largest vendor accounted for approximately 3% of total purchases (at cost).

During 2009, we purchased approximately 25% of our merchandise directly from overseas vendors, including approximately 19% from vendors located in China. Additionally, a significant amount of our domestically-purchased merchandise is manufactured abroad. As a result, a significant portion of our merchandise supply is subject to certain risks as described further in Item 1A in this Form 10-K.

**Warehouse and Distribution**   The majority of the merchandise sold by us is received and processed for retail sale and distributed to the retail locations from our five regional distribution centers located in Pennsylvania, Ohio, Alabama, Oklahoma and California. Some of our vendors deliver merchandise directly to our stores. We previously operated two furniture distribution centers located in Redlands, California and Columbus, Ohio. During 2009, we integrated the distribution of furniture from our Redlands, California furniture distribution center into our regional distribution center in California. During 2008, we integrated the distribution of furniture from our Columbus, Ohio furniture distribution center into our regional distribution centers in Pennsylvania, Ohio, Alabama and Oklahoma. We believe these changes allow us to more efficiently flow furniture to our stores primarily by reducing the transportation cost from the furniture distribution centers to the stores because the regional distribution centers are generally located closer to the stores they service. We manage the inventory levels of merchandise in our distribution centers so that we can distribute merchandise quickly and efficiently to our stores in order to maximize sales and our inventory turnover rate. We selected the locations of our distribution centers in an attempt to minimize transportation costs and the distance from distribution centers to our stores.

In addition to the merchandise distribution centers, we operate a warehouse in Ohio that distributes store fixtures and supplies. During 2009, we integrated the distribution of store fixtures and supplies out of our Redlands, California furniture distribution center into our Ohio warehouse. We believe this change reduces our fixed overhead and operating costs, and allows us to more effectively manage store fixtures and supplies inventory.

During the past three years, we implemented several warehouse, distribution, and outbound transportation initiatives, including but not limited to a vendor compliance program in 2006 that imposes strict documentation and packing requirements on shipments of merchandise that we receive in our distribution centers, an outbound transportation initiative in 2007 that led to a higher use of one-way carriers and thus a reduction in round trip miles, the integration in 2008 and 2009 of our former furniture distribution centers into all of our regional distribution centers, and other transportation initiatives aimed at lowering our inbound and outbound transportation costs.

3

For additional information regarding our warehouses and distribution facilities and related initiatives, see the discussion under the caption "Warehouse and Distribution" in "Item 2. Properties," of this Form 10-K and the discussion under the caption "Operating Strategy – Cost Structure" in the accompanying MD&A in this Form 10-K.

**Advertising and Promotion**   Our brand image is an important part of our marketing program. Our principal trademarks, including the Big Lots® family of trademarks, have been registered with the U.S. Patent and Trademark Office. We use a variety of marketing approaches to promote our brand and retail position through television, internet, in-store point of purchase, and print media. The centerpiece of our marketing efforts is our television campaign which combines elements of strategic branding and promotion. These same elements are then used in all other consumer touch points. Our highly targeted media placement strategy uses national cable as the foundation of our television buys which is then supplemented with local broadcast in key markets. Our marketing program utilizes printed advertising circulars, which we design, and are distributed in all markets that are served by our stores. In 2009 and 2008, we distributed multi-page circulars covering 27 weeks which we will repeat in 2010. We distribute circulars through a combination of newspaper insertions and mailings. We create regional versions of these circulars to take advantage of market differences caused by product availability, climate, and customer preferences. In addition, we use in-store promotional materials, including in-store signage, emphasize special bargains and significant values offered to customers. We continue to use our website (www.biglots.com) as a key touch point for special catalogs and our online advertising, attracting over 0.7 million unique visitors each week. In 2006, we overhauled and re-launched our website. Our on-line customer list, which we refer to as the Buzz Club, has grown from just over one million members at the end of 2006 to approximately five million members at the end of 2009. The Buzz Club database is an important marketing tool which allows us to communicate in a cost effective manner with our customer, including e-mail delivery of our circulars. In addition to Buzz Club, in August of 2009, we started our Buzz Club Rewards program ("Rewards"), which has grown to 1.2 million members at the end of fiscal 2009. Members of the Rewards program use a membership card when making purchases and earn discounts on future purchases when they meet certain thresholds. Rewards members may also receive other targeted promotions via e-mail. Total advertising expense as a percentage of total net sales was 2.0% in 2009 and 2.2% in 2008 and 2007.

WD-BL BN000001296

**Seasonality**    We have historically experienced, and expect to continue to experience, seasonal fluctuations, with a larger percentage of our net sales and operating profit realized in the fourth fiscal quarter. In addition, our quarterly net sales and operating profits can be affected by the timing of new store openings and store closings, the timing of television and circular advertising, and the timing of certain holidays. We historically receive a higher proportion of merchandise, carry higher inventory levels, and incur higher outbound shipping and payroll expenses as a percentage of sales in the third fiscal quarter in anticipation of increased sales activity during the fourth fiscal quarter. The fourth fiscal quarter typically includes a leveraging effect on operating results because net sales are higher and certain of our costs are fixed such as rent and depreciation.

The seasonality of our net sales and related merchandise inventory requirements influences our availability of and demand for cash or access to credit. We historically have maintained and drawn upon our credit facility to fund our working capital requirements, which typically peak slightly before or after the end of our third fiscal quarter. We historically have higher net sales, operating profits, and cash flow provided by operations in the fourth fiscal quarter which allows us to substantially repay our seasonal borrowings. In 2009, our total indebtedness (outstanding borrowings and letters of credit) peaked at approximately $120.8 million in early February 2009 under our $500.0 million unsecured credit facility entered into in October 2004 ("2004 Credit Agreement"). As of January 30, 2010, we had no borrowings under the $500.0 million unsecured credit facility entered into in April 2009 ("2009 Credit Agreement"), which replaced the 2004 Credit Agreement. We expect that borrowings will vary throughout 2010 depending on various factors, including our seasonal need to acquire merchandise inventory prior to peak selling seasons, the timing and amount of sales to our customers and the potential impact of shares repurchased under our authorized share repurchase program. For additional information on our current share repurchase program, the 2009 Credit Agreement, and a discussion of our sources and uses of funds, see Item 5, Market for Registrant's Common Equity, Related stockholder Matters and Issuer Purchases of Equity Securities, and the Capital Resources and Liquidity section under Item 7, MD&A, in this Form 10-K.

4

---

**Available Information**    We make available, free of charge, through the "Investor Relations" section of our website (www.biglots.com) under the "SEC Filings" caption, our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended ("Exchange Act"), as soon as reasonably practicable after we file such material with, or furnish it to, the Securities and Exchange Commission ("SEC").

In this Form 10-K, we incorporate by reference certain information from parts of our Proxy Statement for our 2010 Annual Meeting of Shareholders ("2010 Proxy Statement").

In the "Investor Relations" section of our website (www.biglots.com) under the "Corporate Governance" and "SEC Filings" captions, the following information relating to our corporate governance may be found: Corporate Governance Guidelines; charters of our Board of Directors' Audit, Compensation, Nominating/Corporate Governance, and Strategic Planning Committees; Code of Business Conduct and Ethics; Code of Ethics for Financial Professionals; Chief Executive Officer and Chief Financial Officer certifications related to our SEC filings; the means by which shareholders may communicate with our Board of Directors; and transactions in our securities by our directors and executive officers. The Code of Business Conduct and Ethics applies to all of our associates, including our directors and our principal executive officer, principal financial officer, and principal accounting officer. The Code of Ethics for Financial Professionals applies to our Chief Executive Officer and all other Senior Financial Officers (as that term is defined therein) and contains provisions specifically applicable to the individuals serving in those positions. We intend to post amendments to and waivers from, if any, our Code of Business Conduct and Ethics (to the extent applicable to our directors and executive officers) and our Code of Ethics for Financial Professionals in the "Investor Relations" section of our website (www.biglots.com) under the "Corporate Governance" caption. We will provide any of the foregoing information without charge upon written request to our Corporate Secretary. The contents of our websites are not part of this report.

**ITEM 1A. RISK FACTORS**    The statements in this section describe the major risks to our business and should be considered carefully. In addition, these statements constitute cautionary statements under the Private Securities Litigation Reform Act of 1995.

Our disclosure and analysis in this Form 10-K and in our 2009 Annual Report to Shareholders contain some forward-looking statements that set forth anticipated results based on management's plans and assumptions. From time to time, we also provide forward-looking statements in other materials we release to the public as well as oral forward-looking statements. Such statements give our current expectations or forecasts of future events; they do not relate strictly to historical or current facts. We have tried, wherever possible, to identify such statements by using words such as "anticipate," "estimate," "expect," "objective," "goal," "project," "intend," "plan," "believe," "will," "should," "may," "target," "forecast," "guidance," "outlook," and similar expressions in connection with any discussion of future operating or financial performance. In particular, forward-looking statements include statements relating to future actions, future performance, or results of current and anticipated products, sales efforts, expenses, interest rates, the outcome of contingencies, such as legal proceedings, and financial results.

We cannot guarantee that any forward-looking statement will be realized. Should known or unknown risks or uncertainties materialize, or should underlying assumptions prove inaccurate, actual results could differ materially from past results and those anticipated, estimated, or projected results set forth in the forward-looking statements. You should bear this in mind as you consider forward-looking statements.

You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date thereof. We undertake no obligation to publicly update forward-looking statements, whether as a result of new information, future events, or otherwise. You are advised, however, to consult any further disclosures we make on related subjects in our Quarterly Reports on Form 10-Q and Current Reports on Form 8-K filed with the SEC.

5

---

Also note that we provide the following cautionary discussion of risks, uncertainties, and assumptions relevant to our businesses. There can be no assurances that we have correctly and completely identified, assessed, and accounted for all factors that do or may affect our business,

financial condition, results of operations, and liquidity. These are factors that, individually or in the aggregate, we think could cause our actual results to differ materially from expected and historical results. Additional risks not presently known to us or that we presently believe to be immaterial also may adversely impact us. Should any risks or uncertainties develop into actual events, these developments could have material adverse effects on our business, financial condition, results of operations, and liquidity. Consequently, all of the forward-looking statements are qualified by these cautionary statements, and there can be no assurance that the results or developments we anticipate will be realized or that they will have the expected effects on our business or operations. We note these factors for investors as permitted by the Private Securities Litigation Reform Act of 1995. You should understand that it is not possible to predict or identify all such factors. Consequently, you should not consider the following to be a complete discussion of all potential risks or uncertainties.

Our ability to achieve the results contemplated by forward-looking statements is subject to a number of factors, any one, or a combination, of which could materially affect our business, financial condition, results of operations, or liquidity. These factors may include, but are not limited to:

***The current economic conditions (including falling home prices, high levels of unemployment, foreclosures on mortgages, bankruptcies, and reduced access to credit) give rise to risks and uncertainties that may adversely affect our capital resources, financial condition, results of operations, and liquidity including, but not limited to the following:***

- Fluctuating commodity prices, including but not limited to diesel fuel and other fuels used to generate power by utilities, may affect our gross profit and operating profit margins.
- The impact of these conditions on our vendors' businesses cannot be predicted. Our vendors may be negatively impacted due to insufficient availability of credit to fund their operations or insufficient demand for their products, which may affect their ability to fulfill their obligations to us.
- Our expectations regarding the demand for our merchandise may be inaccurate, which could cause us to under buy or over buy certain categories or departments of merchandise, which could result in customer dissatisfaction or excessive markdowns required to sell through the merchandise.
- The reaction of our competitors to the marketplace, including the level of liquidations occurring at bankrupt retailers, may drive our competitors, some of whom are better capitalized than us, to offer significant discounts or promotions on their merchandise, which could negatively affect our sales and profit margins.
- A downgrade in our credit rating could negatively affect our ability to access capital or increase the borrowing rates we pay.
- A significant decline in the market value of our qualified defined benefit pension plan's ("Pension Plan") investment portfolios may affect our financial condition, results of operations, and liquidity.

Additionally, many of the effects and consequences of the financial market uncertainties and broad economic downturn are currently unknown and beyond our control; any one or all of them could potentially have a material adverse impact on our capital resources, financial condition, results of operations, and liquidity.

***If we are unable to continue to successfully execute our operating strategies, our operating performance could be significantly impacted.***

There is a risk that we will be unable to continue to meet or exceed our operating performance targets and goals in the future if our strategies and initiatives are unsuccessful. In 2010, we announced operating performance targets and goals as part of an updated strategic plan, that we intend to use as our roadmap for the next three years (see the accompanying MD&A for additional information concerning our operating strategy). The new plan includes a continued focus on merchandising, real estate, and cost structure.

6

***If we are unable to compete effectively in the highly competitive discount retail industry, our business and results of operations may be materially adversely affected.***

The discount retail business is highly competitive. As discussed in Item 1 of this Form 10-K, we compete for customers, employees, products, real estate, and other aspects of our business with a number of other companies. Certain of our competitors have greater financial, distribution, marketing, and other resources than us. It is possible that increased competition or improved performance by our competitors may reduce our market share, gross margin, and operating margin, and may materially adversely affect our business and results of operations in other ways.

***Declines in general economic condition, consumer spending levels, and other conditions could lead to reduced consumer demand for our merchandise thereby materially adversely affecting our revenues and gross margin.***

Our results of operations can be directly impacted by the health of the United States' economy. Our business and financial performance may be adversely impacted by current and future economic conditions, including factors that may restrict or otherwise negatively impact consumer financing, disposable income levels, unemployment levels, energy costs, interest rates, inflation, the impact of natural disasters and terrorist activities, and other matters that influence consumer spending. The economies of four states (Ohio, Texas, California, and Florida) are particularly important as approximately 36% of our current stores operate in these states and 38% of our 2009 net sales occurred in these states.

***Changes by vendors related to the management of their inventories may reduce the quantity and quality of brand-name closeout merchandise available to us or may increase our cost to acquire brand-name closeout merchandise, either of which may materially adversely affect our revenues and gross margin.***

The products we sell are sourced from a variety of vendors with approximately half of our merchandise assortment being pre-planned and made for us and approximately half of our merchandise sourced on a closeout basis. The portion of our assortment that is pre-planned and

WD-BL BN000001298

made for us consists of imported merchandise (primarily furniture, seasonal, and portions of our home categories along with certain other classifications like toys) or merchandise that is re-orderable upon demand. For the closeout component of our business, we do not control the supply, design, function, availability, or cost of many of the products that we offer for sale. We depend upon the sufficient availability of closeout merchandise that we can acquire and offer at prices that represent a value to our customers, in order to meet or exceed our operating performance targets for gross margin. In addition, we rely on our vendors to provide us with quality merchandise. To the extent that certain of our vendors are better able to manage their inventory levels and reduce the amount of their excess inventory, the amount of closeout merchandise available to us could be materially reduced. Shortages or disruptions in the availability of closeout merchandise of a quality acceptable to our customers and us, would likely have a material adverse effect on our sales and gross margin and may result in customer dissatisfaction.

***We rely on vendors located in foreign countries for significant amounts of merchandise. Additionally, a significant amount of our domestically-purchased merchandise is manufactured abroad. Our business may be materially adversely affected by risks associated with international trade.***

Global sourcing of many of the products we sell is an important factor in driving higher gross margin. During 2009, we purchased approximately 25% of our products directly from overseas vendors including 19% from vendors located in China. Our ability to find qualified vendors and to access products in a timely and efficient manner is a significant challenge, especially with respect to goods sourced outside of the United States. Global sourcing and foreign trade involve numerous factors and uncertainties beyond our control including increased import duties, increased shipping costs, more restrictive quotas, loss of "most favored nation" trading status, currency and exchange rate fluctuations, work stoppages, transportation delays, economic uncertainties such as inflation, foreign government regulations, political unrest, natural disasters, war, terrorism, trade restrictions (including retaliation by the United States against foreign practices), political instability, the financial stability of vendors, merchandise quality issues, and tariffs. These and other issues affecting our international vendors could materially adversely affect our business and financial performance.

7

***Disruption to our distribution network, the capacity of our distribution centers, and the timely receipt of merchandise inventory could adversely affect our operating performance.***

We rely on the ability to replenish depleted merchandise inventory through deliveries to our distribution centers and from the distribution centers to our stores by various means of transportation, including shipments by sea, rail and truck carriers. A decrease in the capacity of carriers and/ or labor strikes or shortages in the transportation industry could negatively affect our distribution network, the timely receipt of merchandise and transportation costs. In addition, long-term disruptions to the national and international transportation infrastructure from wars, political unrest, terrorism, natural disasters and other significant events that lead to delays or interruptions of service could adversely affect our business. Also, a fire, earthquake, or other disaster at one of our distribution centers could disrupt our timely receiving, processing and shipment of merchandise to our stores which could adversely affect our business. As we continue to grow, we may face increased or unexpected demands on distribution center operations, as well as unexpected demands on our distribution network. In addition, new store locations receiving shipments that are increasingly further away from our distribution centers will increase transportation costs and may create transportation scheduling strains.

***Our inability to properly manage our inventory levels and offer merchandise that our customers want may materially adversely impact our business and financial performance.***

We must maintain sufficient inventory levels to operate our business successfully. However, we also must guard against accumulating excess inventory as we seek to maintain appropriate in-stock levels. As stated above, we obtain approximately a quarter of our merchandise from vendors outside of the United States. These foreign vendors often require lengthy advance notice of our requirements in order to be able to supply products in the quantities that we request. This usually requires us to order merchandise and enter into purchase order contracts for the purchase and manufacture of such merchandise well in advance of the time these products are offered for sale. As a result, we may experience difficulty in responding to a changing retail environment, which makes us vulnerable to changes in price and in consumer preferences. In addition, even though the lead time to obtain domestically-sourced merchandise is less, we attempt to maximize our gross margin and operating efficiency by delivering proper quantities of merchandise to our stores in a timely manner. If we do not accurately anticipate future demand for a particular product or the time it will take to replenish inventory levels, our inventory levels may not be appropriate and our results of operations may be negatively impacted.

***Changes in federal or state legislation and regulations, including the effects of legislation and regulations on product safety, could increase our cost of doing business and adversely affect our operating performance.***

We are exposed to the risk that new federal or state legislation, including new product safety laws and regulations, may negatively impact our operations and adversely affect our operating performance. For example, the Consumer Product Safety Improvement Act of 2008 addresses a number of consumer product safety issues, including the permissible levels of lead and phthalates in certain products. Additional changes in product safety legislation or regulations may lead to product recalls and the disposal or write-off of merchandise, as well as fines or penalties and reputational damage. If our merchandise, including food and consumable products, do not meet applicable governmental safety standards or our customers' expectations regarding quality or safety, we could experience lost sales, increased costs and be exposed to legal and reputational risk. Our inability to comply on a timely basis with regulatory requirements, or execute product recalls in a timely manner, could result in fines or penalties which could have a material adverse effect on our financial results. In addition, negative customer perceptions regarding the safety of the products we sell could cause us to lose market share to our competitors. If this occurs, it may be difficult for us to regain lost sales.

***We may be subject to periodic litigation and regulatory proceedings, including Fair Labor Standards Act and state wage and hour class action lawsuits, which may adversely affect our business and financial performance.***

WD-BL BN000001299

From time to time, we may be involved in lawsuits and regulatory actions, including various collective or class action lawsuits that are brought against us for alleged violations of the Fair Labor Standards Act and state wage and hour laws. Due to the inherent uncertainties of litigation, we may not be able to accurately determine the impact on us of any future adverse outcome of such proceedings. The ultimate resolution of these matters could have a material adverse impact on our financial condition, results of operations, and liquidity. In addition, regardless of the outcome, these proceedings could result in substantial cost to us and may require us to devote substantial resources to defend ourselves. For a description of certain current legal proceedings, see note 10 to the accompanying consolidated financial statements.

8

***We may be subject to risks associated with changes in laws, regulations, and accounting standards that may adversely affect our business and financial performance.***

Changes in governmental regulations and accounting standards, including new interpretations and applications of accounting standards, may have adverse effects on our financial condition, results of operations, and liquidity.

***The bankruptcy of our formerly owned KB Toys business may adversely affect our business and financial performance.***

In December 2000, we sold the KB Toys business to KB Acquisition Corporation. On January 14, 2004, KB Acquisition Corporation and certain affiliated entities (collectively "KB-I") filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. On August 30, 2005, in connection with the acquisition by an affiliate of Prentice Capital Management of majority ownership of KB-I, KB-I emerged from their January 14, 2004 bankruptcy (the KB Toys business that emerged from bankruptcy is hereinafter referred to as "KB-II"). On December 11, 2008, KB-II filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. Based on information we have received subsequent to the December 11, 2008 bankruptcy filing, we believe we may have indemnification and guarantee obligations ("KB-II Bankruptcy Lease Obligations") with respect to 31 KB Toys store leases and a lease for a former KB corporate office. Because of uncertainty inherent in the assumptions used to estimate this liability, our estimated liability could ultimately prove to be understated and could result in a material adverse impact on our financial condition, results of operations, and liquidity. For additional information regarding the KB Toys bankruptcies, see note 11 to the accompanying consolidated financial statements.

***A significant decline in our operating profit and taxable income may impair our ability to realize the value of our long-lived assets and deferred tax assets.***

We are required by accounting rules to periodically assess our property and equipment and deferred tax assets for impairment and recognize an impairment loss or valuation charge, if necessary. In performing these assessments, we use our historical financial performance to determine whether we have potential impairments or valuation concerns and as evidence to support our assumptions about future financial performance. If our financial performance significantly declines, it could negatively affect the results of our assessments of the recoverability of our property and equipment and our deferred tax assets. There is a risk that if our future operating results significantly decline, it could impair our ability to recover the value of our property and equipment and deferred tax assets. Impairment or valuation charges taken against property and equipment and deferred tax assets could be material and could have a material adverse impact on our capital resources, financial condition, results of operations, and liquidity (see the discussion under the caption "Critical Accounting Policies and Estimates" in the accompanying MD&A in this Form 10-K for additional information regarding our accounting policies for long-lived assets and income taxes).

***Our inability, if any, to comply with the terms of the 2009 Credit Agreement may have a material adverse effect on our capital resources, financial condition, results of operations, and liquidity.***

We have the ability to borrow funds under the 2009 Credit Agreement and we utilize this ability at various times depending on operating or other cash flow requirements. The 2009 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens, and investments, as well as the maintenance of two financial ratios – a leverage ratio and a fixed charge coverage ratio. A violation of these covenants may permit the lenders to restrict our ability to further access loans and letters of credit and may require the immediate repayment of any outstanding loans. If we are not in compliance with these covenants, it may have a material adverse effect on our capital resources, financial condition, results of operations, and liquidity.

9

***If we are unable to maintain or upgrade our information systems and software programs or if we are unable to convert to alternate systems in an efficient and timely manner, our operations may be disrupted or become less efficient.***

We depend on a variety of information systems for the efficient functioning of our business. We rely on certain software vendors to maintain and periodically upgrade many of these systems so that we can continue to support our business. The software programs supporting many of our systems were licensed to us by independent software developers. Costs and potential interruptions associated with the implementation of new or upgraded systems and technology or with maintenance or adequate support of our existing systems could disrupt or reduce the efficiency of our business.

***If we are unable to successfully execute our SAP® for Retail system implementation, our operations may be disrupted or become less efficient.***

In January 2008, we announced our plans to implement SAP® for Retail solutions over the next few years. New financial systems, including general ledger, accounts payable and fixed assets, were developed and tested during 2008 and 2009. The new financial systems have been placed in service in 2010. A new core merchandising system is planned for development and testing in 2010 and 2011, with plans to place the

new core merchandising system in service when testing has been completed. The implementation of these systems is expected to have a pervasive impact on our information systems and across a significant portion of our general office operations, including merchandising, technology, and finance. If we are unable to successfully implement SAP® for Retail, it may have an adverse effect on our capital resources, financial condition, results of operations, and liquidity.

***If we are unable to retain existing and secure suitable new store locations under favorable lease terms, our financial performance may be negatively affected.***

We lease almost all of our stores and a significant number of these leases expire or are up for renewal each year. Our strategy to improve our financial performance includes sales growth while managing the occupancy cost of each of our stores. A component of our sales growth strategy is to open new store locations. If we are not able to negotiate favorable new store leases and lease renewals, our financial position, results of operations, and liquidity may be negatively affected.

***If we are unable to secure customer, employee, and company data, our reputation could be damaged and we could be subject to penalties or lawsuits.***

The protection of our customer, employee, and company data is critical to us. The regulatory environment surrounding information security and privacy is increasingly demanding, with frequent imposition of new and constantly changing requirements across our business. In addition, our customers have a high expectation that we will adequately protect their personal information. A significant breach of customer, employee, or company data could damage our reputation and result in lost sales, fines, and/or lawsuits.

***If we lose key personnel, it may have a material adverse impact on our future results of operations.***

We believe that we benefit substantially from the leadership and experience of our senior executives. The loss of services of any of these individuals could have a material adverse impact on our business. Competition for key personnel in the retail industry is intense and our future success will also depend on our ability to recruit, train, and retain our senior executives and other qualified personnel.

***The price of our common shares as traded on the New York Stock Exchange may be volatile.***

Our stock price may fluctuate substantially as a result of factors beyond our control, including but not limited to, general economic and stock market conditions, risks relating to our business and industry as discussed above, strategic actions by us or our competitors, variations in our quarterly operating performance, our future sales or purchases of our common shares, and investor perceptions of the investment opportunity associated with our common shares relative to other investment alternatives.

10

***We also may be subject to a number of other factors which may, individually or in the aggregate, materially or adversely affect our business. These factors include, but are not limited to:***

- Events or circumstances could occur which could create bad publicity for us or for types of merchandise offered in our stores which may negatively impact our business results including sales;
- Infringement of our intellectual property, including the Big Lots trademarks, could dilute our value;
- Our ability to attract and retain suitable employees;
- Our ability to establish effective advertising, marketing, and promotional programs; and
- Other risks described from time to time in our filings with the SEC.

**ITEM 1B. UNRESOLVED STAFF COMMENTS**    None.

**ITEM 2. PROPERTIES    Retail Operations**    All of our stores are located in the United States, predominantly in strip shopping centers, and have an average store size of approximately 29,800 square feet, of which an average of 21,400 square feet is selling square feet. The average cost to open a new store in a leased facility during 2009 was approximately $1.0 million, including cost of inventory. Except for 54 owned sites, all of our stores are leased. In 2008, we acquired, for $8.6 million, two store properties we were previously leasing. The 54 owned stores are located in the following states:

| State | Stores Owned |
|---|---|
| Arizona | 3 |
| California | 39 |
| Colorado | 1 |
| Florida | 2 |
| Louisiana | 1 |
| New Mexico | 2 |
| Ohio | 1 |
| Texas | 3 |
| Total | 54 |

Store leases generally obligate us for fixed monthly rental payments plus the payment, in most cases, of our applicable portion of real estate taxes, common area maintenance costs ("CAM"), and property insurance. Some leases require the payment of a percentage of sales in addition to minimum rent. Such payments generally are required only when sales exceed a specified level. Our typical store lease is for an

WD-BL BN000001301

initial minimum term of five to 10 years with multiple five-year renewal options. Sixty-three store leases have sales termination clauses which can result in our exiting a location at our option if certain sales volume results are not achieved.

11

The following table summarizes the number of store lease expirations in each of the next five fiscal years and the total thereafter. In addition, as stated above, many of our store leases have renewal options. The table also includes the number of leases that are scheduled to expire each year that do not have a renewal option. The information includes stores with more than one lease and leases for stores not yet open. It excludes 16 month-to-month leases and 54 owned locations.

| Fiscal Year: | Expiring Leases | Leases Without Options |
|---|---|---|
| 2010 | 230 | 52 |
| 2011 | 265 | 37 |
| 2012 | 216 | 23 |
| 2013 | 255 | 30 |
| 2014 | 241 | 23 |
| Thereafter | 148 | 11 |

**Warehouse and Distribution**

At January 30, 2010, we owned or leased approximately 9.7 million square feet of distribution center and warehouse space. We own and operate five regional distribution centers strategically placed across the United States. Our regional distribution centers are owned and located in Ohio, California, Alabama, Oklahoma, and Pennsylvania. In addition to these merchandise distribution centers, we operate two leased warehouses in Ohio. The regional distribution centers utilize warehouse management technology, which enables high accuracy and efficient processing of merchandise from vendors to our retail stores. The combined output of our merchandise distribution facilities was approximately 2.5 million cartons per week in 2009. Certain vendors deliver merchandise directly to our stores. We attempt to move merchandise from our vendors to the sales floor in the most efficient manner.

The number of owned and leased warehouse and distribution facilities and the corresponding square footage of the facilities by state at January 30, 2010, were as follows:

| State | Owned | Leased | Total | Square Footage | | |
|---|---|---|---|---|---|---|
| | | | | Owned | Leased | Total |
| | | | | (Square footage in thousands) | | |
| Ohio | 1 | 2 | 3 | 3,559 | 731 | 4,290 |
| California | 1 | - | 1 | 1,423 | – | 1,423 |
| Alabama | 1 | - | 1 | 1,411 | - | 1,411 |
| Oklahoma | 1 | - | 1 | 1,297 | – | 1,297 |
| Pennsylvania | 1 | - | 1 | 1,295 | - | 1,295 |
| Total | 5 | 2 | 7 | 8,985 | 731 | 9,716 |

**Corporate Office**   We own the facility in Columbus, Ohio that serves as our general office for corporate associates.

**ITEM 3. LEGAL PROCEEDINGS**   No response is required under Item 103 of Regulation S-K. For a discussion of certain litigated matters, please refer to note 10 to the accompanying consolidated financial statements.

**ITEM 4. RESERVED**

12

# SUPPLEMENTAL ITEM. EXECUTIVE OFFICERS OF THE REGISTRANT

Our executive officers at January 30, 2010 were as follows:

| Name | Age | Offices Held | Officer Since |
|---|---|---|---|
| Steven S. Fishman | 58 | Chairman, Chief Executive Officer and President | 2005 |
| John C. Martin | 59 | Executive Vice President, Merchandising | 2003 |
| Brad A. Waite | 52 | Executive Vice President, Human Resources, Loss Prevention and Risk Management | 1998 |
| Lisa M. Bachmann | 48 | Senior Vice President, Merchandise Planning/Allocation and Chief Information Officer | 2002 |
| Christopher T. Chapin | 46 | Senior Vice President, Store Operations | 2008 |
| Robert C. Claxton | 55 | Senior Vice President, Marketing | 2005 |
| Joe R. Cooper | 52 | Senior Vice President and Chief Financial Officer | 2000 |
| Charles W. Haubiel II | 44 | Senior Vice President, Legal and Real Estate, General Counsel and Corporate Secretary | 1999 |
| Norman J. Rankin | 53 | Senior Vice President, Big Lots Capital and Wholesale | 1998 |
| Robert S. Segal | 55 | Senior Vice President, General Merchandise Manager | 2005 |
| Harold A. Wilson | 61 | Senior Vice President, Distribution and Transportation Services | 1995 |
| Timothy A. Johnson | 42 | Vice President, Strategic Planning and Investor Relations | 2004 |
| Paul A. Schroeder | 44 | Vice President, Controller | 2005 |

WD-BL BN000001302

*Steven S. Fishman* became Chairman, Chief Executive Officer and President in July 2005. Before joining us, Mr. Fishman was President, Chief Executive Officer and Chief Restructuring Officer of Rhodes, Inc. (furniture retailer which filed for bankruptcy on November 4, 2004); Chairman and Chief Executive Officer of Frank's Nursery & Crafts, Inc. (lawn and garden specialty retailer which filed for bankruptcy on September 8, 2004); and President and Founder of SSF Resources, Inc. (investment and consulting firm).

*John C. Martin* is responsible for merchandising. Prior to joining us in 2003, Mr. Martin was President of Garden Ridge Corporation (arts and crafts retailer which filed for bankruptcy on February 2, 2004). Mr. Martin also served as President and Chief Operating Officer of Michaels Stores, Inc. (arts and crafts retailer) and President, Retail Stores Division of OfficeMax Incorporated (office supply retailer).

*Brad A. Waite* is responsible for human resources, loss prevention, risk management, and administrative services. Mr. Waite joined us in 1988 as Director of Employee Relations and has held various human resources and senior management positions prior to his promotion to Executive Vice President in July 2000.

*Lisa M. Bachmann* is responsible for information technology, merchandise planning, and merchandise allocation functions. Ms. Bachmann joined us as Senior Vice President of Merchandise Planning, Allocation and Presentation in March 2002, and was promoted to her current role in August 2005. Prior to joining us, Ms. Bachmann was Senior Vice President of Planning and Allocation of Ames Department Stores, Inc. (discount retailer which filed for bankruptcy on August 20, 2001).

*Christopher T. Chapin* is responsible for store operations, including store standards, customer service, personnel development, program implementation, and execution. Prior to joining us in May 2008, Mr. Chapin was President and Chief Executive Officer of Facility Source Inc., (retail facility maintenance and management provider) and Vice President and Director of Store Operations of Limited Brands, Inc. (retailer).

*Robert C. Claxton* is responsible for marketing, merchandise presentation, and sales promotion. Prior to joining us in 2005, Mr. Claxton served as General Manager and Executive Vice President of Initiative Media (advertising and communications company) and Chief Marketing Officer and Senior Vice President of Montgomery Ward (retailer).

13

---

*Joe R. Cooper* was promoted to Senior Vice President and Chief Financial Officer in February 2004, and is responsible for our finance functions. He oversees treasury, tax, and investor relations, as well as the reporting, planning, and control functions of the business. Mr. Cooper joined us as Vice President of Strategic Planning and Investor Relations in May 2000. In July 2000, he assumed responsibility for the treasury department and was appointed Vice President, Treasurer.

*Charles W. Haubiel II* is responsible for our legal and real estate affairs. He was promoted to his current role and assumed responsibility for real estate in January 2008. Prior to that, Mr. Haubiel was promoted to Senior Vice President, General Counsel and Corporate Secretary in November 2004. Mr. Haubiel joined us in 1997 as Senior Staff Counsel and was promoted to Director, Corporate Counsel and Assistant Secretary in 1999, and to Vice President, General Counsel and Corporate Secretary in 2000.

*Norman J. Rankin* is responsible for our alternative product sourcing and wholesale operations. He assumed his current role in January 2008, after serving as Senior Vice President, General Merchandise Manager with responsibility for consumables and hardware. Mr. Rankin joined us in 1998 as Vice President, Consumables upon our merger with Mac Frugal's Bargains Close-outs, Inc. (discount retailer). In 1999, Mr. Rankin was promoted to Senior Vice President.

*Robert S. Segal* is responsible for merchandising in the furniture and home categories. Mr. Segal joined us in 2004 as Vice President, Divisional Merchandise Manager, Furniture, and was promoted to his current role in January 2008. Prior to joining us, Mr. Segal served as Divisional Vice President, Housewares and Home of Shopko (discount retailer) from 1995 to 2004.

*Harold A. Wilson* is responsible for warehousing, distributing, and transporting merchandise. Mr. Wilson joined us in 1995. Prior to joining us, Mr. Wilson was Vice President of Distribution of Limited Brands, Inc. (retailer) and held a senior position in the distribution department with Neiman-Marcus, Inc. (luxury retailer).

*Timothy A. Johnson* is responsible for our strategic planning and investor relations functions. He was promoted to Vice President, Strategic Planning and Investor Relations in February 2004. He joined us in 2000 as Director of Strategic Planning.

*Paul A. Schroeder* is responsible for internal and external financial reporting and accounting operations including payroll, accounts payable, and inventory control. Mr. Schroeder joined us as Director, Accounting Operations in April 2005, and was promoted to Vice President, Controller in September 2005. Prior to joining us, Mr. Schroeder was Director of Finance of American Signature, Inc. (furniture retailer) and held various finance positions with Limited Brands, Inc. (retailer).

## PART II

**ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES**   Our common shares are listed on the New York Stock Exchange ("NYSE") under the symbol "BIG." The following table reflects the high and low sales prices per common share for our common shares as reported on the NYSE composite tape for the fiscal periods indicated:

|  | 2009 | | 2008 | |
|  | High | Low | High | Low |
|---|---|---|---|---|
| First Quarter | $ 28.36 | $ 12.62 | $ 28.65 | $ 15.00 |
| Second Quarter | 28.50 | 19.49 | 34.88 | 26.03 |

| Third Quarter | | 28.18 | | 22.47 | | 35.33 | | 18.99 |
| Fourth Quarter | $ | 31.39 | $ | 23.04 | $ | 24.88 | $ | 12.93 |

14

Our Board of Directors historically has authorized reinvesting available cash in capital expenditures for various maintenance and growth opportunities and in share repurchase programs. We historically have not paid dividends and our Board of Directors is not currently considering any change in this policy. In the event that we change our policy, any future cash dividend payments would be determined by our Board of Directors taking into account business conditions then existing, including our earnings, financial requirements and condition, opportunities for reinvesting cash, and other factors.

On December 4, 2009, we announced that our Board of Directors authorized the repurchase of up to $150.0 million of our common shares, which commenced immediately and will continue until exhausted. No shares were repurchased under this program in 2009. On March 2, 2010, our Board of Directors authorized a $250.0 million increase to our $150.0 million share repurchase program bringing the total authorization to $400.0 million (collectively the "2010 Repurchase Program"). On March 10, 2010, we executed a $150.0 million accelerated share repurchase ("ASR"). See note 14 to the accompanying consolidated financial statements for a more detailed discussion regarding the ASR. We expect the remaining $250.0 million purchases under the 2010 Repurchase Program to be made from time to time in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors.

In 2007, we announced our $600.0 million March 2007 and $150.0 million November 2007 Repurchase Programs which we completed in the fourth fiscal quarter 2007 and first fiscal quarter 2008, respectively. During 2008, as part of these announced repurchased programs, we purchased 2.2 million common shares having an aggregate cost of $37.5 million with an average price paid per share of $17.28. During 2007, as part of these announced repurchase programs, we purchased 30.0 million common shares having an aggregate cost of $712.5 million with an average price paid per share of $23.76. The repurchased common shares were placed into treasury and are used for general corporate purposes including the issuance of shares related to employee benefit plans.

The following table sets forth information regarding our repurchase of our common shares during the fourth fiscal quarter of 2009:

*(In thousands, except price per share data)*

| Period | (a) Total Number of Shares Purchased | | (b) Average Price Paid per Share | | (c) Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | | (d) Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|---|---|---|
| November 1, 2009 - November 28, 2009 | - | $ | - | | - | $ | 150,000 |
| November 29, 2009 - December 26, 2009 | - | | | | - | | 150,000 |
| December 27, 2009 - January 30, 2010 | - | | - | | - | | 150,000 |
| Total | - | $ | - | | - | $ | 150,000 |

At the close of trading on the NYSE on March 22, 2010, there were approximately 996 registered holders of record of our common shares.

15

The following graph and table compares, for the five fiscal year period ended January 30, 2010, the cumulative total shareholder return for our common shares, the S&P 500 Index, and the S&P 500 Retailing Index. Measurement points are the last trading day of each of our fiscal years ended January 28, 2006, February 3, 2007, February 2, 2008, January 31, 2009, and January 30, 2010. The graph and table assume that $100 was invested on January 29, 2005, in each of our common shares, the S&P 500 Index, and the S&P 500 Retailing Index and assume reinvestment of any dividends. The stock price performance on the following graph and table is not necessarily indicative of future stock price performance.

WD-BL BN000001304



**INDEXED RETURNS**
**Years Ended**

| Company / Index | Base Period January 2005 | January 2006 | January 2007 | January 2008 | January 2009 | January 2010 |
|---|---|---|---|---|---|---|
| Big Lots, Inc. | $ 100.00 | $ 123.12 | $ 232.97 | $ 156.90 | $ 120.52 | $ 254.57 |
| S&P 500 Index | 100.00 | 111.63 | 128.37 | 126.05 | 76.43 | 101.76 |
| S&P 500 Retailing Index | $ 100.00 | $ 108.79 | $ 125.23 | $ 102.21 | $ 63.66 | $ 99.02 |

16

**ITEM 6. SELECTED FINANCIAL DATA**    The following statements of operations and balance sheet data have been derived from our consolidated financial statements and should be read in conjunction with MD&A and the consolidated financial statements and related notes included herein.

| | | Fiscal Year (a) | |
|---|---|---|---|
| *(In thousands, except per share amounts and store counts)* | 2009 | 2008 (b) | 2007 (c) |
| Net sales | $ 4,726,772 | $ 4,645,283 | $ 4,656,302 |
| Cost of sales (exclusive of depreciation expense shown separately below) | 2,807,466 | 2,787,854 | 2,815,959 |
| Gross margin | 1,919,306 | 1,857,429 | 1,840,343 |
| Selling and administrative expenses | 1,532,356 | 1,523,882 | 1,515,379 |
| Depreciation expense | 74,904 | 78,624 | 88,484 |
| Gain on sale of real estate | (12,964) | - | - |
| Operating profit | 325,010 | 254,923 | 236,480 |
| Interest expense | (1,840) | (5,282) | (2,513) |
| Interest and investment income | 175 | 65 | 5,236 |
| Income from continuing operations before income taxes | 323,345 | 249,706 | 239,203 |
| Income tax expense | 121,975 | 94,908 | 88,023 |
| Income from continuing operations | 201,370 | 154,798 | 151,180 |
| Income (loss) from discontinued operations, net of tax | (1,001) | (3,251) | 7,281 |
| Net income (loss) | $ 200,369 | $ 151,547 | $ 158,461 |
| Earnings per common share - basic: | | | |
| Continuing operations | $ 2.47 | $ 1.91 | $ 1.49 |
| Discontinued operations | (0.01) | (0.04) | 0.07 |
| | $ 2.45 | $ 1.87 | $ 1.56 |
| Earnings per common share - diluted: | | | |
| Continuing operations | $ 2.44 | $ 1.89 | $ 1.47 |
| Discontinued operations | (0.01) | (0.04) | 0.07 |
| | $ 2.42 | $ 1.85 | $ 1.55 |
| Weighted-average common shares outstanding: | | | |
| Basic | 81,619 | 81,111 | 101,393 |
| Diluted | 82,681 | 82,076 | 102,542 |
| Balance sheet data: | | | |
| Total assets | $ 1,669,493 | $ 1,432,458 | $ 1,443,815 |

WD-BL BN000001305

| | | | | | |
|---|---|---|---|---|---|
| Working capital (e) | | 580,446 | | 355,776 | 390,766 |
| Cash and cash equivalents | | 283,733 | | 34,773 | 37,131 |
| Long-term obligations under bank credit facility | | - | | - | 163,700 |
| Shareholders' equity | $ | 1,001,412 | $ | 774,845 | $ 638,486 |
| **Cash flow data:** | | | | | |
| Cash provided by operating activities | $ | 392,026 | $ | 211,063 | $ 307,932 |
| Cash used in investing activities | $ | (77,937) | $ | (88,192) | $ (58,764) |
| **Store data:** | | | | | |
| Total gross square footage | | 40,591 | | 39,888 | 40,195 |
| Total selling square footage | | 29,176 | | 28,674 | 28,902 |
| Stores opened during the fiscal year | | 52 | | 21 | 7 |
| Stores closed during the fiscal year | | (30) | | (35) | (29) |
| Stores open at end of the fiscal year | | 1,361 | | 1,339 | 1,353 |

(a)   2006 is comprised of 53 weeks. All other periods presented included 52 weeks.

(b)   We adopted the funding recognition provisions of guidance under Financial Accounting Standards Board Accounting Standards Codification ("ASC") 715-30-25, Defined Benefit Plans-Pension (Statement of Financial Accounting Standard ("SFAS") No. 158, Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans (SFAS No. 158)), in 2006 which resulted in accumulated other comprehensive loss of $5,933 ($3,859 net of tax). We adopted the measurement date provisions of the guidance under ASC 715-30-35 (SFAS No. 158) in 2008, the impacts of which are more fully described in notes 1 and 8 to the accompanying consolidated financial statements.

17

(c)   We adopted guidance under ASC 740, Income Taxes (FIN No. 48, Accounting for Uncertainty in Income Taxes an interpretation of SFAS No. 109), in the first fiscal quarter of 2007, on a prospective basis, the impact of which is more fully discussed in notes 1 and 9 to the accompanying consolidated financial statements.

(d)   We adopted guidance under ASC 718, Compensation – Stock Compensation and ASC 505-50, Equity-Based Payments to Non Employees (SFAS No. 123(R), Share-Based Payment), in the first fiscal quarter of 2006, under the modified prospective adoption method. Share-based compensation expense was $6.6 million in 2006. Share-based compensation expense was not recognized in the income statement prior to 2006. For years 2009, 2008 and 2007, the impact is more fully described in notes 1 and 7 to the accompanying consolidated financial statements.

(e)   For 2008, working capital included $61.7 million for current maturities under bank credit facility because the 2004 Credit Agreement terminated in 2009.

### ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS    Overview

The discussion and analysis presented below should be read in conjunction with the accompanying consolidated financial statements and related notes. Please refer to Item 1A of this Form 10-K for a discussion of forward-looking statements and certain risk factors that may have a material effect on our business, financial condition, results of operations, and/or liquidity.

Our fiscal year ends on the Saturday nearest to January 31, which results in some fiscal years with 52 weeks and some with 53 weeks. Fiscal years 2009, 2008 and 2007 each were comprised of 52 weeks.

**Operating Results Summary**

The following are the results from 2009 that we believe are key indicators of our operating performance when compared to our operating performance in 2008.

- Net sales increased 1.8%. Comparable store sales for stores open at least two years at the beginning of 2009 increased 0.7%. We operated an average of 1,354 stores throughout 2009 compared to 1,356 average stores throughout 2008. Sales per selling square foot were $162 in 2009 and $160 in 2008.
- Gross margin as a percent of sales increased 60 basis points to 40.6% of sales in 2009 from 40.0% of sales in 2008. Gross margin dollars were higher by 3.3%.
- Average inventory levels were slightly lower throughout 2009 compared to 2008 and, combined with the 1.8% increase in net sales, resulted in a higher inventory turnover rate of 3.7 times in 2009 compared to 3.6 times in 2008.
- Selling and administrative expenses as a percent of sales decreased 40 basis points to 32.4% of sales from 32.8% of sales in 2008.
- Depreciation expense as a percent of sales decreased 10 basis points to 1.6% of sales in 2009 from 1.7% of sales in 2008.
- Diluted earnings per share from continuing operations improved to $2.44 per share in 2009 compared to $1.89 per share in 2008.
- Cash provided by operating activities was $392.0 million in 2009 compared to $211.1 million in 2008. Our total inventory per average store was down 2.3% at the end of 2009 compared to 2008. Our accounts payable leverage increased at the end of 2009 as a result of a shift in our negotiated vendor payment terms towards a longer payment period which is more consistent with our retail competitors. Additionally, we paid income taxes of $106.0 million in 2009 compared to $92.4 million in 2008.
- In December of 2009 our Board of Directors authorized the repurchase of up to $150.0 million of our common shares. No shares were repurchased under this program in 2009.

18

The following table compares components of our consolidated statements of operations as a percentage of net sales:

| | 2009 | | 2008 | | 2007 | |
|---|---|---|---|---|---|---|
| Net sales | 100.0 | % | 100.0 | % | 100.0 | % |

WD-BL BN000001306

| | | | |
|---|---|---|---|
| Cost of sales (exclusive of depreciation expense shown separately below) | 59.4 | 60.0 | 60.5 |
| Gross margin | 40.6 | 40.0 | 39.5 |
| Selling and administrative expenses | 32.4 | 32.8 | 32.5 |
| Depreciation expense | 1.6 | 1.7 | 1.9 |
| Gain on sale of real estate | (0.3) | 0.0 | 0.0 |
| Operating profit | 6.9 | 5.5 | 5.1 |
| Interest expense | (0.0) | (0.1) | (0.1) |
| Interest and investment income | 0.0 | 0.0 | 0.1 |
| Income from continuing operations before income taxes | 6.8 | 5.4 | 5.1 |
| Income tax expense | 2.6 | 2.0 | 1.9 |
| Income from continuing operations | 4.3 | 3.3 | 3.2 |
| Income (loss) from discontinued operations, net of tax | (0.0) | (0.1) | 0.2 |
| Net income | 4.2 % | 3.3 % | 3.4 % |

See the discussion below under the captions "2009 Compared To 2008" and "2008 Compared To 2007" for additional details regarding the specific components of our operating results.

Selling and administrative expenses in 2009 were increased by $4.0 million (10 basis points), pretax, for a legal settlement agreement (see note 10 to the accompanying consolidated financial statements for additional information on this matter). Gain on sale of real estate in 2009 was $13.0 million (30 basis points), pretax, for a company-owned and operated store in California sold at a gain.

Selling and administrative expenses in 2007 were reduced by $5.2 million (10 basis points), pretax, for proceeds we received from the KB Toys bankruptcy trust (see note 11 to the accompanying consolidated financial statements for additional information) and $4.9 million (10 basis points), pretax, for insurance proceeds we received as recovery for 2005 hurricane insurance claims.

**Seasonality**    As discussed in Item 1. under the "Seasonality" caption, our financial results fluctuate from quarter to quarter depending on various factors such as timing of new or closed stores, timing and extent of advertisements and promotions, and timing of holidays. We expect that the Christmas holiday selling season will continue to result in a significant portion of our sales and operating profits. If our sales performance is significantly better or worse during this time frame, we would expect a more pronounced impact on our annual financial results.

19

The following table sets forth the seasonality of net sales and operating profit for 2009, 2008, and 2007 by fiscal quarter:

| | First | Second | Third | Fourth |
|---|---|---|---|---|
| **Fiscal Year 2009** | | | | |
| Net sales percentage of full year | 24.1 % | 23.0 % | 21.9 % | 31.0 % |
| Operating profit as a percentage of full year | 18.5 | 14.7 | 14.6 | 52.2 |
| **Fiscal Year 2008** | | | | |
| Net sales percentage of full year | 24.8 % | 23.8 % | 22.0 % | 29.4 % |
| Operating profit as a percentage of full year | 22.8 | 17.1 | 7.9 | 52.2 |
| **Fiscal Year 2007** | | | | |
| Net sales percentage of full year | 24.2 % | 23.3 % | 22.1 % | 30.4 % |
| Operating profit as a percentage of full year | 18.0 | 14.1 | 9.6 | 58.3 |

**Operating Strategy**    Over the past four fiscal years (fiscal 2006 through fiscal 2009), we have successfully repositioned our business by concentrating our efforts on the implementation of a strategy we refer to as the What's Important Now Strategy ("WIN Strategy"). The WIN Strategy focuses on three key elements of the business: merchandising, real estate, and the cost structure. The WIN Strategy has been an operating profit growth strategy designed to expand the operating profit rate of our existing store base. Only recently, in 2009, as the commercial real estate market softened and rents declined, did we pursue net new store growth. Due to the implementation of WIN, our operating profit rate has expanded from 0.6% in 2005 to 6.9% in 2009 with operating profit dollars growing from $26.9 million to $325.0 million during that same time period. The growth in operating profit has translated to significant growth in earnings per share from continuing operations, which has increased from $0.14 per diluted share in 2005 to $2.44 per diluted share in 2009. Along the way, we generated approximately $1.5 billion of cash of which approximately $330 million was capital reinvested in our business and $900 million was returned to shareholders (aggregate share repurchases in 2006, 2007 and 2008 under publicly announced share repurchase programs).

In 2010, we anticipate the key elements of the WIN Strategy will remain consistent and we are forecasting continued operating profit growth. However, we believe we are entering the next phase of the WIN Strategy … a growth phase. The commercial real estate market has softened, thus providing more real estate available for us at prices that are more appropriate for our financial model and return on capital requirements. Given the strength of our financial performance we are in a better position to open new stores and take advantage of the current real estate market conditions.

In 2010, we expect:

- An operating profit rate of 7.0% to 7.2% based on an estimated comparable store sales increase of 3% to 4%, flat gross margin rate, and expense leverage compared to last year.
- Earnings per diluted share from continuing operations to be $2.65 to $2.75.
- Opening 80 new stores and closing 40 stores, for net growth of 40 stores or 3%.
- Cash provided by operating activities of approximately $315 million less capital expenditures of approximately $115 million resulting in $200 million of cash available for investment or redeployment, and

WD-BL BN000001307

- The remaining $250.0 million of purchases under the 2010 Repurchase Program may be made from time to time in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. On March 10, 2010, we executed a $150.0 million accelerated share repurchase transaction.

The following sections provide additional discussion and analysis of our WIN Strategy with respect to merchandising, real estate, and cost structure. The 2009 Compared To 2008 section below provides additional discussion and analysis of the impact of these strategies on our financial performance and the assumptions and expectations upon which we are basing our guidance for our future results.

20

*Merchandising*    From a merchandising perspective, our competitive positioning as the largest broadline closeout retailer affords us a strategic advantage when sourcing merchandise for our stores. We source our merchandise in three key ways:

- Closeouts, or excess inventory, comprise approximately half of the merchandise available for sale to our customers. Manufacturers and vendors have excess merchandise for a number of different reasons including retailers canceling orders, retailers going out of business, marketing or packaging changes, a new product launch that has failed, or for other various reasons. In these situations, we are able to source product at a discounted cost and offer significant value savings to our customers. We currently have thousands of vendor relationships for excess inventory that have been developed over many years. These relationships along with the size and financial strength of our company are a key barrier to entry and minimize the opportunities for other competitors to enter our retail segment.
- For certain merchandise categories, there is not always an abundant supply of excess inventory. In certain merchandise categories under these situations, we will work with vendors to develop product and import merchandise from overseas. Imports total approximately 25% to 30% of our merchandise sold in any given year. Categories with the highest concentration of imports include Seasonal, Furniture, and to a lesser extent Home and the Toys department.
- The balance of our merchandise assortment is replenishable type product or the captive label businesses we operate. The merchandise has a consistency of flow and availability so that it can be offered in our stores day in and day out. It has many of the same characteristics as our closeout business but is replenishable upon demand. Our prices on this merchandise are still positioned below our competition although to a lesser extent than the closeout component of our business.

We offer six major merchandising categories in our store: Consumables, Seasonal, Home, Hardlines, Furniture, and Other. These categories range in size with Consumables as the single largest at 30.8% of sales in 2009 and Other as the smallest at 12.0% of sales in 2009.

In recent years, our merchandising strategies to increase sales have been predominantly focused on growing the size of the basket, or average transaction value. There have been two primary methods to accomplishing this goal: drive more units per transaction, and grow the average item retail by offering our customers better quality merchandise, better values, and more prominent brand name products. This approach is consistent with our customer research which suggests that our core customer recognizes quality and brands and is willing to pay a higher retail price, so long as the value or cost savings is significant compared to what other retailers are offering. This strategy has resulted in fewer cartons processed by our distribution centers and stores and achieved positive comparable store sales.

While executing our WIN Strategy, we have made measurable progress towards our goals of growing sales per selling square foot (which increased from $146 per square foot in 2005 to $162 per square foot in 2009) and increasing gross margin dollars (which increased from $1,732 million in 2005 to $1,919 million in 2009).

From a merchandising perspective in 2010, our goal is to provide extreme value, improved quality, and continue to increase the presence of recognizable brand name merchandise in our stores. We expect our major merchandise categories will remain the same as prior years but the percentage of business by category may fluctuate from time to time based on customer demand and the availability of compelling deals that we are able to source and offer in our stores. Strategically, we anticipate opportunity does exist to continue to grow the basket, or average transaction value, through the same successful initiatives that benefitted results over the last few years. Additionally, during 2010 and in future years, we believe there are specific initiatives in marketing and store operations designed to begin to grow the number of transactions in our stores.

21

Our marketing efforts involve a mix of printed circulars, in-store marketing, television, and online advertising. Much of our marketing is based on information that we have learned about our customers, principally through customer surveys. Based on this information, we believe over 70% of our core customers come to our stores without a shopping list or without a specific item or brand in mind to purchase. Value dominates top of mind awareness as our customers look to us for savings. Nearly one half of the customers surveyed said their shopping trips to our stores last over 30 minutes, which we interpret as them coming to shop our stores for the "treasure hunt." We have improved, and expect to continue to develop, our in-store signage and merchandising displays and arrangements. We continue to market to our Buzz Club members, by offering a free online membership and alerting them to new merchandise and offerings in our stores. Additionally, in 2009, we launched our Rewards program which is the first true loyalty card program in the Company's history. After enrolling in this program, the customer receives a Rewards card which is to be presented and scanned at the register at time of purchase. After ten qualifying purchases each of $20 or more, the Rewards member will receive a coupon for 20% off a future purchase in our stores. Additionally, members will receive, via email, our ad circulars and other targeted promotional materials. Due to the investments made in our store register systems during 2007 and 2008, each time a Rewards card is scanned we have the technology to record and monitor purchasing behavior.

From a marketing perspective in 2010, there are three key initiatives designed to help to build transactions:

- First, the Rewards program and building the membership base is a key driver to future transaction growth. As of March 1, 2010, we have over 1.4 million Rewards members. To date, stores with the highest amount of Rewards member signups or penetration are seeing

WD-BL BN000001308

incremental transaction lifts in the low single digits. During 2010, we will be implementing technology that will enable us to offer our members targeted messages or promotions based on their specific buying patterns.

• Second, using our ad circulars and promotional pricing to create more buzzbuilders (excitement) could help increase transactions. The excitement created by buzzbuilders is predominantly achieved through price but uniqueness of item can be a factor as well.

• Lastly, we have expanded the mix of tender accepted in our stores and effective February 2010, we began accepting the American Express card. American Express cardholders typically have higher income demographics than other cardholders and we believe the marketing efforts and support from the vendor could increase our market share in that demographic.

From a store operations perspective, we began the company-wide rollout of our "Ready for Business" program in 2009. The program has certain performance criteria and standards aimed at improving the consistency of visual presentation, merchandise recovery efforts, and overall store cleanliness. Ready for Business also focuses on improvements in our employee training programs and hiring practices. This higher level of expectation and accountability within our store operations team increased the turnover rate of our district managers, store managers, and assistant store managers in 2009 and required us to recruit new talent to the organization.

In 2010, we believe that continued focus on Ready for Business standards and the investment made in talent in 2009 could help to improve sales through both the size of the average basket and the number of transactions. Additionally, with a higher level of confidence in the discipline on store standards and a higher caliber management team in place, we have identified certain investments in both store layout and store improvement capital which we will be executing throughout 2010. This effort will address approximately 120 stores with potential upside sales opportunities.

*Real Estate*    From the beginning of fiscal 2006 through fiscal 2008, we slowed our rate of new store openings based on our belief that many of the real estate locations available to us in the marketplace were too expensive and as such the return on investment would not be satisfactory to our shareholders. During 2006 through 2008, we opened a total of only 39 new stores (11 in 2006, 7 in 2007, and 21 in 2008). During the same timeframe, we closed 101 existing stores (37 in 2006, 29 in 2007, and 35 in 2008) for various reasons including lack of profitability, proposed new lease terms where rents were escalating and landlords were unwilling to renegotiate terms, or relocating the store to a potentially more productive location.

22

As a result of improvements in our store productivity and overall profitability over the last four years and the softening of the real estate market, we were able to grow our store base in 2009 for the first time in the last five years. We opened 52 new stores and closed 30 stores in 2009. The majority of our new store openings (41) were what we refer to as traditional stores, which are secondary or tertiary real estate normally located in retail strip centers. Additionally, in 2009 we tested two new store initiatives: "A" locations (8) and a smaller store concept (3). Generally speaking, new store openings performed very well in 2009 with "A" locations exceeding our expectations, traditional stores overall meeting our expectations and our small store test producing mixed results.

We believe we have opportunities with respect to the lease options included in our existing store leases. As stated in Item 2. Properties, of this Form 10-K, we have 230 store leases that expire in 2010. We expect to close approximately 40 of these stores, some of which have not performed to our expectations, some of which have no more lease renewal options and we expect the landlord to choose a different tenant, and some of which we anticipate exiting by our choice in favor of relocating the store to a new location in a nearby area. For our remaining approximately 190 store locations with 2010 lease expirations, we expect to exercise our renewal option or negotiate more favorable lease renewal terms sufficient enough to enable us to achieve an acceptable return on our investment.

Our real estate strategy has included the following additional investments in our existing fleet of stores in order to improve operating efficiency:

• In 2007 and 2008, we invested approximately $38 million to implement our new point-of-sale register system in all of our existing stores with the expected benefits to include more timely and accurate sales and inventory information, improved customer service through faster speed at checkout, lower repair and maintenance costs, and improved labor efficiency through the use of hand-held technology.

• In 2007 and 2008, we invested approximately $7 million in store retrofits and new merchandise fixtures at approximately 110 of our stores to better feature some of our key merchandise growth classifications, specifically Furniture.

• In 2009, we tested a new store layout in approximately 20 locations, predominantly in Columbus, Ohio. The layout test was designed to improve the ease of shopping our stores. It features Consumables more prominently in our store and improves the visual sight lines within the store. The customer reaction indicated that the store seemed better organized, cleaner, and has improved lighting, wider aisles, and generally presents merchandise more effectively. Based on our evaluation of the test results, we will expand this program to an additional 105 stores in 2010.

• Also in 2009, we made certain investments, both capital and expense, in a "Food Refresh" program. The program emphasizes cleanliness and merchandise presentation in our food departments and it included new or refinished fixtures in approximately one half of our stores while all stores received new signage and shelf labeling. Based on feedback from our customers, we believe improved cleanliness, better fixtures, and dedicated associate staffing to maintain a better merchandise presentation instills customer confidence in the quality and freshness of our food merchandise.

In 2010, we plan to increase the level of new store openings to 80 new stores and expect to close approximately 40 stores resulting in net store growth of 40 locations, or 3% of the total store base. In terms of the breakout of what types of stores we expect to open, the availability of space for our traditional locations remains good, rents are reasonable, and we estimate we will open approximately 50 traditional stores in 2010. In regards to "A" locations, we see a meaningful opportunity for growth in 2010 and estimate that we will open approximately 30 new "A" locations this year. This is a major step forward for our company and has been made possible by the softening in the commercial real estate market and the strength of our financial performance over the last several years. Additionally, a higher quality and more branded merchandise assortment along with improvements in store standards and customer service have given us the confidence that we can be successful in these locations with a new customer base that has a somewhat higher level of expectations in terms of the in-store shopping experience. During 2009, we learned a great deal through our small store test about the operational aspects and the merchandising changes or edits that are critical in this

WD-BL BN000001309

size of store. We will continue to make modifications to our 3 test stores and monitor their progress. Along the way in 2010, we may also add a couple of stores to the test.

23

*Cost Structure*

Our goal each year is to continue to generate expense leverage (lower expenses as a percent of net sales). We believe that several operational changes we have made, which we continue to refine, have significantly contributed to the achievement of our leverage goals. Some of the operational changes made include:

- Reduced inventory levels at our stores and regional distribution centers.
- Purchased and distributed merchandise to our stores in optimal quantities and pack sizes to minimize handling in our distribution centers and stores.
- Timed receipt of merchandise in stores closer to the expected display dates in order to avoid excessive handling merchandise.
- Increased the percentage of merchandise that arrives in our stores pre-ticketed and pre-packaged for efficient display and sale.
- Refined our staffing and payroll scheduling models in our stores, and
- Implemented several initiatives which lowered our distribution and outbound transportation expenses.

As a result of these operational changes and certain other initiatives in the business, our overall expenses as a percent of sales have declined by 480 basis points (2009 expense rate of 33.7% versus 2005 expense rate of 38.5%).

For 2010, we are forecasting an expense rate of 33.4% to 33.6%. Expense dollars are expected to decline in the areas of advertising, utilities, and insurance based on certain company specific initiatives developed by management. Store expenses along with distribution and transportation costs are expected to leverage as dollar growth in these areas is forecasted to be at a slower rate than our anticipated sales growth. Partially offsetting this leverage, we believe costs will increase and deleverage areas such as occupancy, depreciation, and equity related compensation expense, given the significant increase in our share price over the last 12 months.

**Discontinued Operations**    We continue to incur exit-related costs for some of the 130 stores we closed in 2005 that we have classified as discontinued operations, specifically on the stores where lease obligations remain. We also report certain activity related to our prior ownership of the KB Toys business in discontinued operations. See note 11 to the accompanying consolidated financial statements for a more detailed discussion of all of our discontinued operations.

**Share Repurchase Program**    In December 2009, our Board of Directors authorized a share repurchase program providing for the repurchase of up to $150.0 million of our common shares. No shares were repurchased under this program in 2009.

On March 2, 2010, based upon the strength of our operating performance and cash flow generation during the fourth fiscal quarter of 2009 and our estimated cash flow for fiscal 2010, our Board of Directors authorized a $250.0 million increase to our $150.0 million program bringing the total authorization of the 2010 Repurchase Program to $400.0 million. On March 10, 2010, we utilized $150.0 million of the authorization to execute an accelerated share repurchase transaction which reduced our common shares outstanding by 3.6 million. The total number of shares repurchased under the ASR will be based upon the volume weighted average price of our stock over a predetermined period and will not be known until that period ends and a final settlement occurs. The final settlement could increase or decrease the 3.6 million shares initially reduced from our outstanding common shares. The remaining $250.0 million will be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the 2010 Repurchase Program will be used to meet obligations under equity compensation plans and for general corporate purposes. The 2010 Repurchase Program will continue until exhausted and will be funded with cash and cash equivalents, cash generated during fiscal 2010 or, if needed, by drawing on our $500.0 million unsecured credit facility.

24

**2009 COMPARED TO 2008    Net Sales**    As previously discussed, we manage our business on the basis of one segment: broadline closeout retailing. We report net sales information for six merchandise categories. Net sales by merchandise category, as a percentage of total net sales, and net sales change in dollars and percentage in 2009 compared to 2008 were as follows:

| ($ in thousands) | 2009 | | | 2008 | | | Change | | |
|---|---|---|---|---|---|---|---|---|---|
| Consumables | $ | 1,456,370 | 30.8 % | $ | 1,410,383 | 30.4 % | $ | 45,987 | 3.3 % |
| Home | | 717,744 | 15.2 | | 713,103 | 15.4 | | 4,641 | 0.7 |
| Furniture | | 716,785 | 15.2 | | 698,276 | 15.0 | | 18,509 | 2.7 |
| Hardlines | | 677,790 | 14.3 | | 646,563 | 13.9 | | 31,227 | 4.8 |
| Seasonal | | 591,321 | 12.5 | | 585,025 | 12.6 | | 6,296 | 1.1 |
| Other | | 566,762 | 12.0 | | 591,933 | 12.7 | | (25,171) | (4.3) |
| Net sales | $ | 4,726,772 | 100.0 % | $ | 4,645,283 | 100.0 % | $ | 81,489 | 1.8 % |

Net sales increased $81.5 million, or 1.8%, to $4,726.8 million in 2009 compared to $4,645.3 million in 2008. The increase in net sales was principally due to our comparable store sales increase of 0.7%, or approximately $32 million, and non-comparable store sales, which increased by approximately $37 million. Our comparable store sales are calculated by using all stores that were open for at least two fiscal years as of the beginning of the current fiscal year. This calculation may not be comparable to other retailers who calculate comparable store sales based on other methods or criteria. The average number of stores in operation throughout 2009 and 2008 was approximately 1,354 stores and 1,356 stores, respectively. Following a comparable store sales decrease of 1.5% through the first half of 2009, sales trends improved resulting in a

WD-BL BN000001310

comparable store sales increase of 2.8% in the second half of 2009 thereby producing an annual comparable store sales increase of 0.7%. Comparable store sales increased in the low to mid-single digits from September through January due to improvements in our merchandise offering, and improved discretionary spending trends as we met the first anniversary of the significant economic turmoil that began to impact us in our fourth fiscal quarter of 2008. Specifically, comparable store sales increased 5.1% in the fourth fiscal quarter of 2009. Based on these trends and sales results of February 2010, we estimate 2010 comparable store sales will increase in the range of 3% to 4%.

From a merchandise perspective, sales in most major merchandise categories increased in 2009 compared to 2008. Consumables continued its consistent sales growth throughout the year. Consumers continued to seek out value when shopping for the everyday household use items that we offer in our Consumables business. We believe our strategy of offering name brands at competitive prices led to this consistently positive net sales performance in the Consumables category. The Home category net sales consistently underperformed through the third fiscal quarter. However, accelerating sales trends in the second half of 2009 due to certain merchandise assortment changes and the improvement experienced in consumer discretionary spending trends led to a total sales increase for fiscal 2009. The Furniture category also underperformed through the third fiscal quarter principally due to lower sales in our mattress department. However, new key items in upholstery and case goods along with a sales rebound in our mattress department led to a fourth fiscal quarter comparable store sales increase in the high single digits leading to our overall sales increase of 2.7% for 2009. The Hardlines category continued its increase in net sales driven by sales of electronics, particularly DVDs, cameras and televisions. The Seasonal category net sales produced positive results in the second half of the year due to a comparable sales increase of our Christmas merchandise in the fourth fiscal quarter. The Other category sales decline is primarily due to three large closeout deals (drugstore merchandise, furniture, and apparel) that occurred in 2008; fewer closeout deals were sold in the Other category in 2009. Partly offsetting the closeout deals decline was an increase in toy department sales.

25

**Gross Margin**    Gross margin dollars increased $61.9 million, or 3.3%, to $1,919.3 million in 2009 compared to $1,857.4 million in 2008. Gross margin as a percentage of net sales was 40.6% in 2009 compared to 40.0% in 2008. The increase in gross margin dollars was due to the higher gross margin rate and the increase in sales. The increase in gross margin rate increased gross margin dollars by approximately $29 million. Also contributing to the increased gross margin dollars was higher net sales of $81.5 million, which increased gross margin dollars by approximately $33 million. The gross margin rate increase was principally due to higher initial mark up on merchandise sold, lower inbound freight costs and a lower shrink accrual rate. We achieved lower inbound freight costs in 2009 because of lower diesel fuel costs, lower ocean freight rates, renegotiated carrier rates, and careful review of the mode of transportation to find the most efficient method to ship goods to our distribution centers. The gross margin rate also benefitted from favorable adjustments to the shrink accrual as physical inventories were completed at our stores. Our inventory turnover improved to 3.7 turns in 2009 compared to 3.6 turns in 2008. Based on historical results and current economic conditions, we expect our 2010 gross margin rate to be approximately 40.6%, or flat compared to 2009, as strength in initial mark up, lower shrink costs and a slightly lower markdown rate are expected to be offset by rising freight costs, both import and domestic. Based on the current general economic trends, our vendors may be negatively impacted by insufficient availability of credit to fund their operations or insufficient demand for their products, which may affect their ability to fulfill their obligations to us. Additionally, the general economic conditions have caused a higher level of uncertainty of our forecasted sales results, and thus, demand for our merchandise could differ materially from our expectation causing us to under or over buy certain merchandise, which may result in customer dissatisfaction or excessive markdowns required to liquidate the merchandise.

**Selling and Administrative Expenses**    Selling and administrative expenses increased $8.5 million, or 0.6%, to $1,532.4 million in 2009 compared to $1,523.9 million in 2008. The increase in selling and administrative expenses was principally caused by an increase in store occupancy expenses of $15.5 million, higher employee benefit expenses of $7.7 million, higher share-based compensation expense of $4.8 million, litigation-related expenses of $4.6 million, and bonuses of $4.4 million. These items were partially offset by a $23.4 million decrease in distribution and outbound transportation costs and a $6.1 million decrease in advertising expenses. The increase in store occupancy expenses is primarily due to higher rents and real estate taxes related to the leases of the 73 new stores opened in 2009 and 2008. The increase in employee benefits is principally due to higher paid health insurance claims and pension expense. The increase in share-based compensation is primarily due to our acceleration of vesting of restricted stock grants based on our profit performance in 2009. In 2009, we accrued $4.0 million for a certain legal settlement agreement (see note 10 to the accompanying consolidated financial statements). The $4.4 million increase of bonuses was directly related to our performance. The decline in distribution and outbound transportation costs is a result of lower inventory levels, the integration of our Ohio and California furniture distribution operations into our regional distribution centers in July 2008 and 2009, respectively, the renegotiation of dedicated carrier contracts with more favorable rates starting in August 2009, more efficient operations due to increased volume of cartons, and the impact of decreased diesel fuel costs. Advertising expenses decreased due to renegotiated printing contracts with more favorable terms, reduced local advertising, and reduced newspaper distributions.

Selling and administrative expenses as a percentage of net sales were 32.4% in 2009 compared to 32.8% in 2008. The decrease of 0.4% is primarily due to the effect of the increase in sales of 1.8% as selling and administrative expense dollars increased 0.6% as discussed above. Our future selling and administrative expense as a percentage of net sales rate is dependent upon many factors including our level of net sales, our ability to implement additional efficiencies, principally in our store and distribution center operations, and fluctuating commodity prices, such as diesel fuel, which directly affects our outbound transportation cost. In 2010, we expect expense leverage based on company specific initiatives to lower costs and the leveraging impact of our estimated comparable store sales increase of 3% to 4%. We expect expense dollars to decrease in the areas of advertising, utilities, and health insurance based on certain company specific initiatives and program changes. We estimate dollars will increase in store payroll, and distribution and transportation; however, the increase is forecasted to be at a lower rate than our estimated total sales growth of 5% to 6%. Additionally, we are forecasting slight deleverage in the areas of occupancy, depreciation, and equity related compensation expenses.

26

**Depreciation Expense**    Depreciation expense decreased $3.7 million, or 4.7%, to $74.9 million in 2009 compared to $78.6 million for 2008. The decrease in depreciation expense was principally related to our stores and was due to assets becoming fully depreciated since the prior

WD-BL BN000001311

year. Many of these fully depreciated assets were placed in service in 2003 or 2004 and had five-year estimated service lives. Compared to more recent years, capital expenditures were significantly higher in 2003 and 2004, principally due to store remodels and a higher number of store openings in 2003 and 2004.

For 2010, we expect capital expenditures of approximately $115 million. Using this assumption and the run rate of depreciation on our existing property and equipment, we expect 2010 depreciation expense to be $80 million to $85 million, which would represent an increase from the $74.9 million of depreciation expense in 2009.

**Interest Expense**    Interest expense decreased $3.5 million to $1.8 million in 2009 compared to $5.3 million in 2008. The decrease in interest expense was principally due to lower average borrowings (including capital leases) of $8.6 million in 2009 compared to average borrowings of $151.8 million in 2008. The higher average borrowings in 2008 were driven principally by the acquisition of our common shares under our publicly announced share repurchase programs which were completed in 2008. In 2009, cash flow provided by operations was sufficient to repay the borrowings under the 2009 Credit Agreement in the fourth fiscal quarter. Our average effective interest rate of 1.8% in 2009 was lower than our average effective interest rate of 3.5% in 2008. The decrease in the average effective interest rate, which resulted from generally lower rates in the overall short-term interest rate markets, decreased our interest expense by approximately $0.1 million in 2009.

**Interest and Investment Income**

Interest and investment income increased $0.1 million in 2009 to $0.2 million compared to $0.1 million in 2008. The increase in interest and investment income was caused by the increase in funds available to invest in 2009 compared to 2008, partly offset by a decrease in investment yield. Our average invested amount in 2009 was $68.9 million compared to $3.6 million in 2008. In 2009, we invested primarily in deposits with financial institutions and highly liquid investments, including money market funds and variable rate demand notes. We held $245.0 million of investments at the end of 2009.

**Income Taxes**    Our effective income tax rate on income from continuing operations was 37.7% for 2009 compared to 38.0% for 2008. The net decrease in 2009 was primarily driven by the release of the valuation allowance on unrealized capital losses in contrast to an increase in the valuation allowance in 2008.

We anticipate our 2010 effective income tax rate to be within a range of 38.0% to 39.0%.

**Discontinued Operations**    Loss from discontinued operations was $1.0 million, net of tax, in 2009 compared to $3.3 million, net of tax, in 2008. The 2009 loss from discontinued operations was primarily due to the KB-II Bankruptcy Lease Obligations (see note 11 to the accompanying consolidated financial statements). In the fourth fiscal quarter of 2009, we obtained assignment of a lease for the former KB-II corporate office and recorded a charge of $0.7 million, net of tax, in loss from discontinued operations. The remaining $0.3 million loss from discontinued operations, net of tax, in 2009 pertained to other KB-II Bankruptcy Lease Obligations. KB-II declared bankruptcy again in December 2008. As a result of this bankruptcy filing, KB-II rejected 31 store leases for which we believe we have an indemnification obligation. The 2008 loss from discontinued operations of $3.3 million, net of tax, was comprised of $3.0 million, net of tax, for the KB-II Bankruptcy Lease Obligations and $0.3 million, net of tax, for exit-related costs on the remaining 2005 closed stores which met the criteria for classification as discontinued operations.

27

**2008 COMPARED TO 2007    Net Sales**    Net sales by merchandise category, as a percentage of total net sales, and net sales change in dollars and percentage in 2008 compared to 2007 were as follows:

| ($ in thousands) | 2008 | | | 2007 | | | Change | | |
|---|---|---|---|---|---|---|---|---|---|
| Consumables | $ | 1,410,383 | 30.4 % | $ | 1,339,433 | 28.8 % | $ | 70,950 | 5.3 % |
| Home | | 713,103 | 15.4 | | 783,047 | 16.8 | | (69,944) | (8.9) |
| Furniture | | 698,276 | 15.0 | | 687,292 | 14.8 | | 10,984 | 1.6 |
| Hardlines | | 646,563 | 13.9 | | 629,119 | 13.5 | | 17,444 | 2.8 |
| Seasonal | | 585,025 | 12.6 | | 597,933 | 12.8 | | (12,908) | (2.2) |
| Other | | 591,933 | 12.7 | | 619,478 | 13.3 | | (27,545) | (4.4) |
| Net sales | $ | 4,645,283 | 100.0 % | $ | 4,656,302 | 100.0 % | $ | (11,019) | (0.2) % |

Net sales decreased $11.0 million, or 0.2%, to $4,645.3 million in 2008 compared to $4,656.3 million in 2007. There were fewer open stores in 2008 which caused a decrease of $34.0 million partially offset by our comparable store sales increase of 0.5%, which increased sales by $23.0 million. Our comparable store sales are calculated by using all stores that were open for at least two fiscal years as of the beginning of 2008. This calculation may not be comparable to other retailers who calculate comparable store sales based on other methods or criteria. Following a comparable store sales increase of 3.1% in the first half of 2008, sales trends softened resulting in a comparable store sales decrease of 1.9% in the second half of 2008. We believe that our comparable store sales results in the third and fourth fiscal quarters were in part due to the worsening general economic trends.

From a merchandise perspective, the Consumables, Hardlines, and Furniture categories net sales increased while net sales of Home, Other, and Seasonal declined. Consumables continued its consistent sales growth throughout the year. As the year progressed, consumers chose to seek out value when shopping for the everyday household use items that we offer in our Consumables business. We believe our strategy of offering name brands at competitive prices has led to this consistently positive net sales performance in the Consumables category. The Hardlines category increase in net sales was driven by the availability in the second half of 2008 of multiple closeout deals containing higher ticket electronics, highlighted by significant values on items such as popular video games and personal computer laptops from national brand manufacturers. The Furniture category increase was driven by sales of mattresses, which were attributable to the customer response

WD-BL BN000001312

throughout the year especially when promotional pricing was coupled with holiday events such as the Labor Day mattress promotion. The Home category net sales consistently underperformed throughout the year continuing a trend which began in the first half of 2007. We believe our customers elected to defer purchases of this type of merchandise. The Other category sales decline is primarily due to lower sales of toys principally in the latter half of the year, when toys represent a relatively larger portion of our total net sales. The lower toys sales results were partially offset within the Other category by higher sales driven by closeout deals of licensed kids underwear during the first half of the year. The Seasonal category net sales produced positive results in the first half of the year for lawn & garden and summer merchandise; however, the second half of the year's net sales underperformed due to lower comparable store sales for Christmas, Halloween, and harvest. Because the Christmas selling season represents a higher portion of the total year's sales in this category, the decline in Christmas merchandise sales drove the category sales lower for the year.

**Gross Margin**   Gross margin dollars increased $17.1 million, or 0.9%, to $1,857.4 million in 2008 compared to $1,840.3 million in 2007. Gross margin as a percentage of net sales was 40.0% in 2008 compared to 39.5% in 2007. The increase in gross margin dollars was principally due to the higher gross margin rate, which increased gross margin dollars by approximately $21 million. Partially offsetting the higher gross margin rate was lower net sales of $11.0 million, which reduced gross margin dollars by approximately $4 million. The gross margin rate increase of 50 basis points was primarily due to higher initial markup on merchandise and favorable shrink results partially offset by higher markdowns and the mix impact of our higher net sales in merchandise categories, such as Consumables, that have lower gross margin rates. The improvement in initial markup was due in part to a drugstore liquidation deal, a furniture closeout from a large national brand, and an overall favorable deal environment for closeout merchandise. In addition, initial markup was higher in 2008 due to our Home Event, which we offered in all our stores principally during the first half of the year. The Home Event merchandise was included in the Furniture category and Home category. Shrink was lower principally due to favorable physical inventory results. Higher markdowns were attributable in part to planned markdowns associated with a drugstore liquidation deal, a furniture closeout from a large national brand, and our Home Event merchandise. Our inventory turnover improved to 3.6 turns in 2008 compared to 3.5 turns in 2007.

28

**Selling and Administrative Expenses**   Selling and administrative expenses increased $8.5 million, or 0.6%, to $1,523.9 million in 2008 compared to $1,515.4 million in 2007. The increase in selling and administrative expenses was principally caused by an increase in medical plan expenses of $9.7 million, higher share-based compensation expense of $5.5 million, the 2007 partial recovery of the HCC Note investment of $5.2 million (see note 11 to the accompanying consolidated financial statements for additional discussion of the HCC Note), the 2007 reduction in selling and administrative expenses due to the receipt of insurance proceeds for 2005 hurricane claims of $4.9 million, and higher store utilities of $3.4 million. These items were partially offset by a $17.1 million decrease in distribution and outbound transportation costs and a $15.8 million decrease in store payroll costs. The increase in medical plan expenses is principally due to higher paid claims. The increase in share-based compensation is principally due to our adoption of SFAS No. 123(R) under the modified prospective method of accounting in the first fiscal quarter of 2006 and our acceleration of vesting of stock options in the fourth fiscal quarter of 2005. Higher store utilities costs were driven by colder weather this winter and higher average commodity rates throughout the majority of 2008. The decline in distribution and outbound transportation costs is a result of lower inventory levels, fewer cartons processed through our distribution centers (as discussed above), more one-way trips to the stores resulting in higher shipping cost per mile but fewer miles traveled and, beginning in July 2008, the integration of our Ohio furniture distribution operation into four of our regional distribution centers. Partially offsetting these favorable distribution and outbound transportation costs was the impact of higher diesel fuel prices. Store payroll is lower due to fewer stores and employees and fewer cartons of merchandise resulting from the $11.0 million decline in net sales and the merchandise strategy that involves offering merchandise with slightly higher average item retails.

Selling and administrative expenses as a percentage of net sales were 32.8% in 2008 compared to 32.5% in 2007. Excluding the impact of the $5.2 million partial recovery of the HCC Note and the receipt of hurricane insurance proceeds of $4.9 million, both of which reduced 2007 selling and administrative expenses, selling and administrative expenses as a percentage of net sales would have been approximately flat in 2008 compared to 2007.

**Depreciation Expense**   Depreciation expense decreased $9.9 million, or 11.2 %, to $78.6 million in 2008 compared to $88.5 million for 2007. The decrease was principally related to the five-year service life store remodel program assets that were placed in service in 2002 and 2003 and a lower level of capital expenditures in 2006 and 2007. The lower capital expenditures in 2006 and 2007 are principally related to opening seven stores in 2007 and 11 stores in 2006 compared to opening 73, 103, and 86 stores in 2005, 2004, and 2003, respectively. In addition, in 2006 and 2007, we took a conservative approach to capital investments aimed primarily at the development and installation of a new point-of-sale register system, which was installed in approximately 700 stores in 2007 and in all of our remaining stores in 2008. As a result of the installation of the new point-of-sale register system, we reduced the estimated remaining service life on our old register system, effective the fourth fiscal quarter of 2006. The impact of this service life reduction was to recognize $4.1 million in 2007 and $0.5 million in 2008 as additional depreciation expense associated with the old cash registers.

**Interest Expense**   Interest expense increased $2.8 million to $5.3 million in 2008 compared to $2.5 million in 2007. The increase in interest expense was principally due to higher average borrowings of $151.8 million in 2008 compared to average borrowings of $37.9 million in 2007. The higher average borrowings caused interest expense to be higher by approximately $4 million. The higher average borrowings were driven principally by the acquisition of our common shares under our publicly announced share repurchase programs. Our average effective interest rate of 3.5% in 2008 was lower than our average effective interest rate of 6.6% in 2007. The decrease in the average effective interest rate, which resulted from generally lower rates in the overall short-term interest rate markets, decreased our interest expense by approximately $1.0 million in 2008.

29

**Interest and Investment Income**   Interest and investment income decreased $5.1 million in 2008 to $0.1 million compared to $5.2 million in 2007. The decline in interest and investment income was caused by the reduction in funds available to invest in 2008 compared to 2007. Our

WD-BL BN000001313

average invested amount in 2008 was $3.6 million compared to $130.4 million in 2007. The decline in funds available for investment was caused by the $750 million of share repurchases under our 2007 Share Repurchase Programs during the period March 2007 through February 2008. In 2007, we invested primarily in money market type investments that were considered cash equivalents and other short term high grade bond mutual funds. We did not hold any investment balances at the end of 2008.

**Income Taxes**    Our effective income tax rate on income from continuing operations was 38.0% for 2008 compared to 36.8% for 2007. The net increase in 2008 was driven by a decrease in nontaxable municipal interest income, the increase in the valuation allowance on unrealized capital losses (versus a net decrease in the valuation allowance in 2007), and a change in the jurisdictional earnings mix, partially offset by the settlement of certain income tax matters.

**Discontinued Operations**    Loss from discontinued operations was $3.3 million, net of tax, in 2008 compared to income from discontinued operations of $7.3 million, net of tax in 2007. The 2008 loss from discontinued operations of $3.3 million, net of tax, was comprised of $3.0 million, net of tax, for the KB-II Bankruptcy Lease Obligation (as defined in note 11 to the accompanying consolidated financial statements) and $0.3 million, net of tax, for exit-related costs on the remaining 2005 closed stores which met the criteria for classification as discontinued operations. KB Toys declared bankruptcy again in December 2008. As a result of this bankruptcy filing, KB Toys rejected 31 store leases for which we believe we have an indemnification obligation. Based on the lease data for these 31 stores and using our prior experience with these matters, we estimated a KB-II Bankruptcy Lease Obligation of $3.0 million, net of tax. The income from discontinued operations in 2007 was principally comprised of 1) the release of our KB-I Bankruptcy Lease Obligations of $6.6 million, net of tax, 2) the recognition of $1.1 million of proceeds, net of tax, from the bankruptcy trust as recovery for prior charges incurred by us for KB-I Bankruptcy Lease Obligations and the Pittsfield, Massachusetts distribution center (formerly owned by KB Toys) mortgage guarantee, and 3) exit-related costs on the 130 closed stores of $0.6 million, net of tax, related to expenses on the portion of the 130 stores where the leases have not been terminated.

**CAPITAL RESOURCES AND LIQUIDITY**    On April 28, 2009, we entered into the 2009 Credit Agreement, a new $500 million three-year unsecured credit facility that replaced the 2004 Credit Agreement. The 2009 Credit Agreement is scheduled to expire on April 28, 2012. In connection with our entry into the 2009 Credit Agreement, we paid an aggregate amount of $5.6 million of bank fees and expenses, which are being amortized over the term of the agreement. Proceeds from borrowings under the 2009 Credit Agreement are available for general corporate purposes, working capital, and to repay certain of our indebtedness. The 2009 Credit Agreement includes a $150 million letter of credit sublimit and a $30 million swing loan sublimit. The interest rates, pricing and fees under the 2009 Credit Agreement fluctuate based on our debt rating. The 2009 Credit Agreement allows us to select our interest rate for each borrowing from two different interest rate options. The interest rate options are generally derived from the prime rate or LIBOR. We may prepay revolving loans made under the 2009 Credit Agreement. The 2009 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens and investments, as well as the maintenance of two financial ratios – a leverage ratio and a fixed charge coverage ratio. A violation of any of the covenants could result in a default under the 2009 Credit Agreement that would permit the lenders to restrict our ability to further access the 2009 Credit Agreement for loans and letters of credit and require the immediate repayment of any outstanding loans under the 2009 Credit Agreement. As of January 30, 2010, we were in compliance with the covenants of the 2009 Credit Agreement.

30

The primary sources of our liquidity are cash flows from operations and, as necessary, borrowings under the 2009 Credit Agreement. Our net income and cash provided by operations are impacted by net sales volume, seasonal sales patterns, and operating profit margins. Our net sales are typically highest during the Christmas selling season (during our fourth fiscal quarter). Generally, our working capital requirements peak late in our third fiscal quarter or early in our fourth fiscal quarter. We have typically funded those requirements with borrowings under our credit facility. At January 30, 2010, we had no borrowings outstanding under the 2009 Credit Agreement and, after taking into account the reduction in availability resulting from outstanding letters of credit totaling $50.1 million, the borrowings available under the 2009 Credit Agreement were $449.9 million. We anticipate total indebtedness under the facility will be less than $75.0 million through the end of June 2010, all of which will be comprised of letters of credit, excluding any impact from the execution of the 2010 Repurchase Program. In 2009, our total indebtedness (outstanding borrowings and letters of credit) peaked at approximately $120.8 million in early February 2009 under our 2004 Credit Agreement. Working capital was $580.4 million at January 30, 2010.

Whenever our liquidity position requires us to borrow funds under the 2009 Credit Agreement, we typically repay and/or borrow on a daily basis. The daily activity is a net result of our liquidity position, which is generally driven by the following components of our operations: 1) cash inflows such as cash or credit card receipts collected from stores for merchandise sales and other miscellaneous deposits; and 2) cash outflows such as check clearings for the acquisition of merchandise, payroll and other operating expenses, wire and other electronic transactions for merchandise purchases, income and other taxes, employee benefits, and other miscellaneous disbursements.

We use the 2009 Credit Agreement, as necessary, to provide funds for ongoing and seasonal working capital, capital expenditures, share repurchase programs, and other expenditures. In addition, we use the 2009 Credit Agreement to provide letters of credit for various operating and regulatory requirements, a significant portion of which consists of letters of credit required as a result of our self-funded insurance programs. Given the seasonality of our business, the amount of borrowings under the 2009 Credit Agreement may fluctuate materially depending on various factors, including our operating financial performance, the time of year, and our need to increase merchandise inventory levels prior to the peak selling season.

Cash provided by operating activities was $392.0 million, $211.1 million and $307.9 million in 2009, 2008, and 2007, respectively. The 2009 increase in cash provided by operating activities of $180.9 was principally due to higher net income and improved accounts payable leverage (accounts payable divided by inventories). Accounts payable leverage improved due to the lower amount of inventories and our efforts to continue to work with our import and domestic vendors to further extend payment terms. The 2008 decrease in cash provided by operating activities of $96.8 million was primarily due to the decline in accounts payable leverage as accounts payable decreased more than inventory decreased. Accounts payable decreased because of a shift in our merchandise mix to purchases from vendors with shorter payment terms, many of whom offered us cash discounts. Our cash paid for income taxes was $106.0 million, $92.4 million, and $65.8 million during 2009, 2008, and 2007, respectively. The increases in income taxes paid were a direct result of higher operating profits and partly impacted by the

timing of required tax payments relative to the fiscal years in which these profits were earned. Our total contributions to the Pension Plan were $10.8 million, $11.3 million, and $0.9 million in 2009, 2008, and 2007 respectively. These contributions were made to increase the funded level of the Pension Plan. Based on assumptions about our 2010 operating performance that we have discussed above in MD&A, we expect cash provided by operating activities to be approximately $315 million in 2010. However, based on the current general economic conditions, consumers may elect to defer or forego purchases in response to tighter credit and negative financial news. Reduced consumer spending may reduce our net sales, which could lower our profitability and limit our ability to convert merchandise inventories to cash.

Cash used in investing activities was $77.9 million, $88.2 million, and $58.8 million in 2009, 2008, and 2007, respectively. The 2009 decrease in cash used in investing activities of $10.3 and the 2008 increase in cash used in investing activities of $29.4 million was principally due to fluctuations in capital expenditures year from year. The 2009 capital expenditures were driven by the investments in 52 new store openings and the continued development of our SAP® for Retail system. The 2008 capital expenditures were driven by the investments in 21 new store openings, our SAP® for Retail system, which included development costs and additional payments for hardware and licensing fees, the completion of the installation of new cash registers in all of our stores, and the acquisition of two store properties that were previously leased. We expect capital expenditures to be approximately $115 million in 2010, comprised principally of maintenance capital of approximately $35 million to $40 million, real estate capital of approximately $35 million to $40 million driven by our plan to open 80 new stores, and other investments of approximately $40 million which include, among other things, capital to refresh 120 stores, investment in energy management systems for 700 stores, and our continued software development of the SAP® for Retail system.

31

Cash used in financing activities was $65.1 million, $125.2 million, and $493.7 million in 2009, 2008, and 2007, respectively. In 2009, cash used in financing activities was principally due to the repayment of borrowings outstanding under our bank credit facility of $60.7 million and the payment of bank fees of $5.6 million associated with our entry into the 2009 Credit Agreement, partially offset by the proceeds from the exercise of stock options of $4.9 million. In 2008, cash used in financing activities was principally due to net payments on our prior bank credit facility of $102.0 million and $37.5 million of payments for treasury shares acquired under our November 2007 Repurchase Program, partially offset by proceeds from the exercise of stock options of $10.9 million.

In December 2009, our Board of Directors authorized a share repurchase program providing for the repurchase of up to $150 million of our common shares. No shares were repurchased under this program in 2009.

On March 2, 2010, our Board of Directors authorized a $250.0 million increase to our $150.0 million program bringing the total authorization of the 2010 Repurchase Program to $400.0 million. On March 10, 2010, we utilized $150.0 million of the authorization to execute an accelerated share repurchase transaction which reduced our common shares outstanding by 3.6 million. The total number of shares repurchased under the ASR will be based upon the volume weighted average price of our stock over a predetermined period and will not be known until that period ends and a final settlement occurs. The final settlement could increase or decrease the 3.6 million shares initially reduced from our outstanding common shares. The terms of the ASR restrict us from declaring a dividend prior to its completion, which is currently scheduled to be no later than January 26, 2011. The remaining $250 million will be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the 2010 Repurchase Program will be available to meet obligations under equity compensation plans and for general corporate purposes. The 2010 Repurchase Program will continue until exhausted and will be funded with cash and cash equivalents, cash generated during fiscal 2010 or, if needed, by drawing on our $500.0 million unsecured credit facility.

Based on historical and expected financial results, we believe that we have or, if necessary, have the ability to obtain, adequate resources to fund ongoing and seasonal working capital requirements, proposed capital expenditures, new projects, and currently maturing obligations.

**Contractual Obligations**   The following table summarizes payments due under our contractual obligations at January 30, 2010:

| | | Payments Due by Period [1] | | |
|---|---|---|---|---|
| | | Less than | | |
| | Total | 1 year | 1 to 3 years | 3 to 5 years |
| *(In thousands)* | | | | |
| Obligations under bank credit facility [2] | $         - | $         - | $         - | $ |
| Operating lease obligations [3] [4] | 917,454 | 263,782 | 386,664 | 206,795 |
| Capital lease obligations [4] | 3,707 | 2,352 | 1,220 | 135 |
| Purchase obligations [4] [5] | 839,587 | 676,012 | 113,544 | 49,354 |
| Other long-term liabilities [6] | 46,652 | 16,317 | 7,347 | 2,371 |
| Total contractual obligations [7] | $ 1,807,400 | $ 958,463 | $ 508,775 | $ 258,655 |

(1)   The disclosure of contractual obligations in this table is based on assumptions and estimates that we believe to be reasonable as of the date of this report. Those assumptions and estimates may prove to be inaccurate; consequently, the amounts provided in the table may differ materially from those amounts that we ultimately incur. Variables that may cause the stated amounts to vary from the actually incurred include, but are not limited to: the termination of a contractual obligation prior to its stated or anticipated expiration; fees or damages incurred as a result of the premature termination or breach of a contractual obligation; the acquisition of more or less services or goods under a contractual obligation than are anticipated by us as of the date of this report; fluctuations in third party fees, governmental charges, or market rates that we are obligated to pay under contracts we have with certain vendors; and the exercise of renewal options under, or the automatic renewal of, contracts that provide for the same.

32

(2)     Obligations under bank credit facility consist of the borrowings outstanding under the 2009 Credit Agreement. In addition, we had outstanding letters of credit totaling $50.1 million at January 30, 2010. Approximately $46.8 million of the outstanding letters of credit represent stand-by letters of credit and we do not expect to meet conditions requiring significant cash payments on these letters of credit; accordingly, they have been excluded from this table. The remaining outstanding letters of credit represent commercial letters of credit whereby the related obligation is included in Purchase Obligations. For a further discussion, see note 3 to the accompanying consolidated financial statements.

(3)     Operating lease obligations include, among other items, leases for retail stores, warehouse space, data center, offices, and certain computer and other business equipment. The future minimum commitments for retail store, data center, office, and warehouse space operating leases are $687.6 million. For a further discussion of leases, see note 5 to the accompanying consolidated financial statements. Many of the store lease obligations require us to pay for our applicable portion of CAM, real estate taxes, and property insurance. In connection with our store lease obligations, we estimated that future obligations for CAM, real estate taxes, and property insurance were $221.9 million at January 30, 2010. We have made certain assumptions and estimates in order to account for our contractual obligations relative to CAM, real estate taxes, and property insurance. Those assumptions and estimates include, but are not limited to: use of historical data to estimate our future obligations; calculation of our obligations based on comparable store averages where no historical data is available for a particular leasehold; and assumptions related to average expected increases over historical data. The remaining lease obligation of $8.0 million relates primarily to operating leases for computer and other business equipment.

(4)     For purposes of the lease and purchase obligation disclosures, we have assumed that we will make all payments scheduled or reasonably estimated to be made under those obligations that have a determinable expiration date, and we disregarded the possibility that such obligations may be prematurely terminated or extended, whether automatically by the terms of the obligation or by agreement between us and the counterparty, due to the speculative nature of premature termination or extension. Where an operating lease or purchase obligation is subject to a month-to-month term or another automatically renewing term, we disclosed in the table our minimum commitment under such obligation, such as one month in the case of a month-to-month obligation and the then-current term in the case of another automatically renewing term, due to the uncertainty of future decisions to exercise options to extend or terminate any existing leases.

(5)     Purchase obligations include outstanding purchase orders for merchandise issued in the ordinary course of our business that are valued at $478.5 million, the entirety of which represents obligations due within one year of January 31, 2010. In addition, we have a purchase commitment for future inventory purchases totaling $138.5 million at January 31, 2010. While we are not required to meet any periodic minimum purchase requirements under this commitment, we have included, for purposes of this tabular disclosure, we have included the value of the purchases that we anticipate making during each of the reported periods, as purchases that will count toward our fulfillment of the aggregate obligation. The remaining $222.6 million of purchase obligations is primarily related to distribution and transportation, information technology, print advertising, energy procurement, and other store security, supply, and maintenance commitments.

(6)     Other long-term liabilities include $15.4 million for expected contributions to the Pension Plan and our nonqualified, unfunded supplemental defined benefit pension plan ("Supplemental Pension Plan"), $17.1 million for obligations related to our nonqualified deferred compensation plan, $13.4 million for unrecognized tax benefits, and $0.8 million for closed store lease termination costs. Pension contributions are equal to expected benefit payments for the nonqualified plan plus expected contributions to the qualified plan using actuarial estimates and assuming that we only make the minimum required contributions (see note 8 to the accompanying consolidated financial statements for additional information about our employee benefit plans). We have estimated the payments due by period for the nonqualified deferred compensation plan based on an average of historical distributions. We have included unrecognized tax benefits of $2.6 million for payments expected in 2010 and $10.8 million of timing-related income tax uncertainties anticipated to reverse in 2010. Unrecognized tax benefits in the amount of $20.9 million have been excluded from the table because we are unable to make a reasonably reliable estimate of the timing of future payments. Our closed store lease termination cost payments are based on contractual terms.

(7)     The obligations disclosed in this table are exclusive of the contingent liabilities, guarantees, and indemnities related to the KB Toys business. For further discussion, see note 11 to the accompanying consolidated financial statements.

33

**OFF-BALANCE SHEET ARRANGEMENTS**     For a discussion of the KB Bankruptcy Lease Obligations, see note 11 to the accompanying consolidated financial statements. Because the KB Toys business filed for bankruptcy again in December 2008 and liquidated all of its store operations, we accrued a contingent liability on our balance sheet at January 30, 2010, in the amount of $4.8 million for 31 KB Toys store leases for which we may have an indemnification or guarantee obligation and a former KB Toys corporate office lease for which we took an assignment in 2009. Because of uncertainty inherent in the assumptions used to estimate this liability, our estimated liability could ultimately prove to be understated and could result in a material adverse impact on our financial condition, results of operations, and liquidity.

**CRITICAL ACCOUNTING POLICIES AND ESTIMATES**     The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America ("GAAP") requires management to make estimates, judgments, and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period, as well as the related disclosure of contingent assets and liabilities at the date of the financial statements. The use of estimates, judgments, and assumptions creates a level of uncertainty with respect to reported or disclosed amounts in our consolidated financial statements or accompanying notes. On an on-going basis, management evaluates its estimates, judgments, and assumptions, including those that management considers critical to the accurate presentation and disclosure of our consolidated financial statements and accompanying notes. Management bases its estimates, judgments, and assumptions on historical experience, current trends, and various other factors that management believes are reasonable under the circumstances.Because of the inherent uncertainty in using estimates, judgments, and assumptions, actual results may differ from these estimates.

Our significant accounting policies, including the recently adopted accounting standards and recent accounting standards – future adoptions, are described in note 1 to the accompanying consolidated financial statements. We believe the following assumptions and estimates are the

WD-BL BN000001316

most critical to understanding and evaluating our reported financial results. Management has reviewed these critical accounting estimates and related disclosures with the Audit Committee of our Board of Directors.

**Merchandise Inventories**    Merchandise inventories are valued at the lower of cost or market using the average cost retail inventory method. Market is determined based on the estimated net realizable value, which generally is the merchandise selling price at or near the end of the reporting period. The average cost retail inventory method requires management to make judgments and contains estimates, such as the amount and timing of markdowns to clear slow-moving inventory, the estimated allowance for shrinkage, and the estimated amount of excess or obsolete inventory, which may impact the ending inventory valuation and prior or future gross margin. These estimates are based on historical experience and current information.

When management determines the salability of merchandise inventories is diminished, markdowns for clearance activity and the related cost impact are recorded at the time the price change decision is made. Factors considered in the determination of markdowns include current and anticipated demand, customer preferences, the age of merchandise, and seasonal trends. Timing of holidays within fiscal periods, weather, and customer preferences could cause material changes in the amount and timing of markdowns from year to year.

The inventory allowance for shrinkage is recorded as a reduction to inventories, charged to cost of sales, and calculated as a percentage of sales for the period from the last physical inventory date to the end of the reporting period. Such estimates are based on our historical and current year inventory results. Independent physical inventory counts are taken at each store once a year. During 2010, the majority of these counts occur between January and September. As physical inventories are completed, actual results are recorded and new go-forward shrink accrual rates are established based on individual store historical results. Thus, the shrink accrual rate will be adjusted throughout the January through September inventory cycle based on actual results. At January 30, 2010, a 10% difference in our shrink reserve would have affected gross margin, operating profit and income from continuing operations before income taxes by approximately $4 million. While it is not possible to quantify the impact from each cause of shrinkage, we have loss prevention programs and policies aimed at minimizing shrinkage.

34

**Long-Lived Assets**    Our long-lived assets primarily consist of property and equipment. We perform annual impairment reviews of our long-lived assets at the store level. When we perform the annual impairment reviews, we first determine which stores had impairment indicators present. We use actual historical cash flows to determine which stores had negative cash flows in each of the past two years (on a rolling basis). For each store with two years of negative cash flows, we obtain future cash flow estimates based on operating performance estimates specific to each store's operations that are based on assumptions currently being used to develop our company level operating plans. If the net book value of a store's long-lived assets is not recoverable by the expected future cash flows of the store, we estimate the fair value of the store's assets and recognize an impairment charge for the excess net book value of the store's long-lived assets over their fair value. The fair value of store assets is estimated based on information available in the marketplace for similar assets.

We recognized impairment charges of $0.4 million, $0.1 million, and $0.8 million in 2009, 2008, and 2007, respectively. We believe that our impairment charges are trending lower because we closed a number of underperforming stores at the end of 2005, and continued to close (primarily through non-renewal of leases) underperforming stores in 2007, 2008, and 2009. We only identified four stores with impairment indicators as a result of our annual store impairment tests in 2009 and we recognized impairment charges on those stores. Therefore, we do not believe that varying the assumptions used to test for recoverability to estimate fair value of our long-lived assets would have a material impact on the impairment charges we incurred in 2009. However, if our future operating results decline significantly, we may be exposed to impairment losses that could be material (for additional discussion of this risk, see "Item 1A. Risk Factors – A significant decline in our operating profit and taxable income may impair our ability to realize the value of our long lived assets and deferred tax assets.").

In addition to our annual store impairment reviews, we evaluate our long-lived assets at each reporting period to determine whether impairment indicators are present. In 2008, we recorded impairment to the assets of one store as a result of a casualty loss due to hurricane damage. The amount of this impairment is included in the $0.1 million impairment charge discussed above.

**Share-Based Compensation**    We grant stock options and performance-based non-vested restricted stock to our employees under shareholder approved incentive plans. Share-based compensation expense was $20.3 million, $15.5 million, and $9.9 million in 2009, 2008, and 2007, respectively. The increase in share-based compensation is primarily due to our acceleration of vesting of restricted stock grants based on our profit performance in 2009, 2008 and 2007. Future share-based compensation expense for performance-based non-vested restricted stock is dependent upon the future number of awards, fair value of our common shares on the grant date, and the estimated vesting period. Future share-based compensation expense for stock options is dependent upon the number and terms of future stock option awards and many estimates, judgments and assumptions used in arriving at the fair value of stock options. Future share-based compensation expense related to performance-based non-vested restricted stock and stock options may vary materially from the currently amortizing awards.

We estimate the fair value of our stock options using a binomial model. The binomial model takes into account estimates, assumptions, and judgments about our stock price volatility, our dividend yield rate, the risk-free rate of return, the contractual term of the option, the probability that the option will be exercised prior to the end of its contractual life, and the probability of retirement of the option holder in computing the value of the option. Expected volatility is based on historical and current implied volatilities from traded options on our common shares. The dividend yield rate on our common shares is assumed to be zero since we have not paid dividends and have no immediate plans to do so. The risk-free rate is based on U.S. Treasury security yields at the time of the grant. The expected life is determined from the application of the binomial model and includes assumptions such as the expected employee exercise behavior and our expected turnover rate, which is based on analysis of historical data.

35

Compensation expense for performance-based non-vested restricted stock awards is recorded over the estimated vesting period based on the estimated achievement date of the performance criteria. An estimated target achievement date is determined at the time of the award based on historical and forecasted performance of similar measures. We monitor the achievement of the performance targets at each reporting period and make adjustments to the estimated vesting period when our internal models indicate that the estimated achievement date differs from the date being used to amortize expense. Any change in the estimated vesting date results in a prospective change to the related expense by charging the remaining unamortized expense over the remaining expected vesting period at the date the estimate was changed.

**Income Taxes**   The determination of our income tax expense, refunds receivable, income taxes payable, deferred tax assets and liabilities and financial statement recognition, de-recognition and/or measurement of uncertain tax benefits (for positions taken or to be taken on income tax returns) requires significant judgment, the use of estimates, and the interpretation and application of complex accounting and multi-jurisdictional income tax laws.

The effective income tax rate in any period may be materially impacted by the overall level of income (loss) before income taxes, the jurisdictional mix and magnitude of income (loss), changes in the income tax laws (which may be retroactive to the beginning of the fiscal year), subsequent recognition, de-recognition and/or measurement of an uncertain tax benefit, changes in deferred tax asset valuation allowances and adjustments of a deferred tax asset or liability for enacted changes in tax laws or rates. Although we believe that our estimates are reasonable, actual results could differ from these estimates resulting in a final tax outcome that may be materially different from that which is reflected in our consolidated financial statements.

We evaluate our ability to recover our deferred tax assets within the jurisdiction from which they arise. We consider all available positive and negative evidence including recent financial results, projected future pretax accounting income from continuing operations and tax planning strategies (when necessary). This evaluation requires us to make assumptions that require significant judgment about the forecasts of future pretax accounting income. The assumptions that we use in this evaluation are consistent with the assumptions and estimates used to develop our consolidated operating financial plans. If we determine that a portion of our deferred tax assets, which principally represent expected future deductions or benefits, are not likely to be realized, we recognize a valuation allowance for our estimate of these benefits which we believe are not likely recoverable. Additionally, changes in tax laws, apportionment of income for state tax purposes, and rates could also affect recorded deferred tax assets.

We evaluate the uncertainty of income tax positions taken or to be taken on income tax returns. When a tax position meets the more-likely-than-not threshold, we recognize economic benefits associated with the position on our consolidated financial statements. The more-likely-than-not recognition threshold is a positive assertion that an enterprise believes it is entitled to economic benefits associated with a tax position. When a tax position does not meet the more-likely-than-not threshold, or in the case of those positions that do meet the threshold but are measured at less than the full benefit taken on the return, we recognize tax liabilities (or de-recognize tax assets, as the case may be). A number of years may elapse before a particular matter, for which we have derecognized a tax benefit, is audited and fully resolved or clarified. We adjust unrecognized tax benefits and income tax provision in the period in which an uncertain tax position is effectively or ultimately settled, the statute of limitations expires for the relevant taxing authority to examine the tax position, or as a result of the evaluation of new information that becomes available.

**Pension**   Actuarial valuations are used to calculate the estimated expenses and obligations for our Pension Plan and Supplemental Pension Plan. Inherent in the actuarial valuations are several assumptions including discount rate and expected return on plan assets. We review external data and historical trends to help determine the discount rate and expected long-term rate of return. Our objective in selecting a discount rate is to identify the best estimate of the rate at which the benefit obligations would be settled on the measurement date. In making this estimate, we review rates of return on high-quality, fixed-income investments available at the measurement date and expected to be available during the period to maturity of the benefits. This process includes a review of the bonds available on the measurement date with a quality rating of Aa or better. The expected long-term rate of return on assets is derived from detailed periodic studies, which include a review of asset allocation strategies, anticipated future long-term performance of individual asset classes, risks (standard deviations) and correlations of returns among the asset classes that comprise the plan's asset mix. While the studies give appropriate consideration to recent plan performance and historical returns, the assumption is primarily a long-term, prospective rate of return. The weighted average discount rate used to determine the net periodic pension cost for 2009 was 7.3%. A 1.0% decrease in the discount rate would increase net periodic pension cost by $0.2 million. The long-term rate of return on assets used to determine net periodic pension cost in 2009 was 8.0%. A 1.0% decrease in the expected long-term rate of return on plan assets would increase the net periodic pension cost by $0.6 million.

During 2009, we reclassified $1.7 million, net of tax, from other comprehensive income to expense in our consolidated statement of operations. We recognized a benefit of $0.4 million, net of tax, to other comprehensive income in 2009, principally as a result of the increase in value of investments held by the pension trust. As of January 30, 2010, the accumulated other comprehensive income amount, which was principally unrealized actuarial loss, was $13.1 million loss, net of tax. During 2010, and in future periods, we expect to reclassify approximately $2.0 million from other comprehensive income to expense, assuming we achieve our estimated rate of return on pension plan investments in future periods. Additionally, in the event that we have future settlement events, as occurred in 2009 and 2007, we would expect that the expense related to future settlements would be greater than the $0.2 million and $1.3 million charges in 2009 and 2007, respectively.

**Insurance and Insurance-related Reserves**   We are self-insured for certain losses relating to property, general liability, workers' compensation, and employee medical and dental benefit claims, a portion of which is funded by employees. We purchase stop-loss coverage from third party insurance carriers to limit individual or aggregate loss exposure in these areas. Accrued insurance liabilities and related expenses are based on actual claims reported and estimates of claims incurred but not reported. The estimated loss accruals for claims incurred but not paid are determined by applying actuarially-based calculations taking into account historical claims payment results and known trends such as claims frequency and claims severity. Management makes estimates, judgments, and assumptions with respect to the use of these actuarially-based calculations, including but not limited to, estimated health care cost trends, estimated lag time to report and pay claims, average cost per claim, network utilization rates, network discount rates, and other factors. A 10% change in our self-insured liabilities at

WD-BL BN000001318

January 30, 2010 would have affected selling and administrative expenses, operating profit, and income from continuing operations before income taxes by approximately $8 million.

General liability and workers' compensation liabilities are recorded at our estimate of their net present value, using a 4.0% discount rate, while other liabilities for insurance reserves are not discounted. A 1.0% change in the discount rate on these liabilities would have affected selling and administrative expenses, operating profit, and income from continuing operations before income taxes by approximately $1.5 million.

**Lease Accounting**     In order to recognize rent expense on our leases, we evaluate many factors to identify the lease term such as the contractual term of the lease, our assumed possession date of the property, renewal option periods, and the estimated value of leasehold improvement investments that we are required to make. Based on this evaluation, our lease term is typically the minimum contractually obligated period over which we have control of the property. This term is used because although many of our leases have renewal options, we typically do not incur an economic or contractual penalty in the event of non-renewal. Therefore, we typically use the initial minimum lease term for purposes of calculating straight-line rent, amortizing deferred rent, and recognizing depreciation expense on our leasehold improvements.

**COMMITMENTS**     For a discussion of commitments, refer to note 3, note 5, note 10, and note 11 to the accompanying consolidated financial statements.

37

---

**ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**     We are subject to market risk from exposure to changes in interest rates on investments and on borrowings under the 2009 Credit Agreement that we make from time to time. We had no borrowings at January 30, 2010 under the 2009 Credit Agreement. An increase of 1.0% in our variable interest rate on our investments and expected future borrowings would not have a material effect on our financial condition, results of operations, or liquidity.

38

---

**ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA     REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of Big Lots, Inc.     Columbus, Ohio

We have audited the internal control over financial reporting of Big Lots, Inc. and subsidiaries (the "Company") as of January 30, 2010, based on criteria established in *Internal Control • Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting in Item 9A. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of January 30, 2010, based on the criteria established in *Internal Control • Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements and financial statement schedule as of and for the year ended January 30, 2010, of the Company, and our report dated March 30, 2010, expressed an unqualified opinion on those financial statements and financial statement schedule.

WD-BL BN000001319

*/s/ DELOITTE & TOUCHE LLP*

Dayton, Ohio      March 30, 2010

39

---

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of Big Lots, Inc.      Columbus, Ohio

We have audited the accompanying consolidated balance sheets of Big Lots, Inc. and subsidiaries (the "Company") as of January 30, 2010 and January 31, 2009, and the related consolidated statements of operations, shareholders' equity, and cash flows for each of the three years in the period ended January 30, 2010. Our audits also included the financial statement schedule listed in the Index at Item 15. These consolidated financial statements and financial statement schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements and the financial statement schedule based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of Big Lots, Inc. and subsidiaries at January 30, 2010 and January 31, 2009, and the results of their operations and their cash flows for each of the three years in the period ended January 30, 2010 in conformity with accounting principles generally accepted in the United States of America. Also, in our opinion, such financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects, the information set forth therein.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the Company's internal control over financial reporting as of January 30, 2010, based on criteria established in *Internal Control – Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated March 30, 2010, expressed an unqualified opinion on the Company's internal control over financial reporting.

*/s/ DELOITTE & TOUCHE LLP*

Dayton, Ohio      March 30, 2010

40

---

## BIG LOTS, INC. AND SUBSIDIARIES Consolidated Statements of Operations (In thousands, except per share amounts)

| | | 2009 | | 2008 | | 2007 |
|---|---|---|---|---|---|---|
| Net sales | $ | 4,726,772 | $ | 4,645,283 | $ | 4,656,302 |
| Cost of sales (exclusive of depreciation expense shown separately below) | | 2,807,466 | | 2,787,854 | | 2,815,959 |
| Gross margin | | 1,919,306 | | 1,857,429 | | 1,840,343 |
| Selling and administrative expenses | | 1,532,356 | | 1,523,882 | | 1,515,379 |
| Depreciation expense | | 74,904 | | 78,624 | | 88,484 |
| Gain on sale of real estate | | (12,964) | | - | | - |
| Operating profit | | 325,010 | | 254,923 | | 236,480 |
| Interest expense | | (1,840) | | (5,282) | | (2,513) |
| Interest and investment income | | 175 | | 65 | | 5,236 |
| Income from continuing operations before income taxes | | 323,345 | | 249,706 | | 239,203 |
| Income tax expense | | 121,975 | | 94,908 | | 88,023 |
| Income from continuing operations | | 201,370 | | 154,798 | | 151,180 |
| Income (loss) from discontinued operations, net of tax expense (benefit) of ($656), ($2,116), and $4,726 in fiscal years 2009, 2008, and 2007, respectively | | (1,001) | | (3,251) | | 7,281 |
| Net income | $ | 200,369 | $ | 151,547 | $ | 158,461 |
| | | | | | | |
| Earnings per common share - basic: | | | | | | |
| Continuing operations | $ | 2.47 | $ | 1.91 | $ | 1.49 |
| Discontinued operations | | (0.01) | | (0.04) | | 0.07 |
| | $ | 2.45 | $ | 1.87 | $ | 1.56 |
| | | | | | | |
| Earnings per common share - diluted: | | | | | | |
| Continuing operations | $ | 2.44 | $ | 1.89 | $ | 1.47 |
| Discontinued operations | | (0.01) | | (0.04) | | 0.07 |
| | $ | 2.42 | $ | 1.85 | $ | 1.55 |

The accompanying notes are an integral part of these consolidated financial statements.

41

WD-BL BN000001320

# BIG LOTS, INC. AND SUBSIDIARIES   Consolidated Balance Sheets   (In thousands, except par value)

| | January 30, 2010 | January 31, 2009 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 283,733 | $ 34,773 |
| Inventories | 731,337 | 736,616 |
| Deferred income taxes | 51,012 | 45,275 |
| Other current assets | 56,884 | 54,207 |
| Total current assets | 1,122,966 | 870,871 |
| Property and equipment - net | 491,256 | 490,041 |
| Deferred income taxes | 28,136 | 53,763 |
| Other assets | 27,135 | 17,783 |
| Total assets | $ 1,669,493 | $ 1,432,458 |
| | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Current maturities under bank credit facility | $ - | $ 61,700 |
| Accounts payable | 309,862 | 235,973 |
| Property, payroll, and other taxes | 69,388 | 66,525 |
| Accrued operating expenses | 52,519 | 45,693 |
| Insurance reserves | 39,570 | 38,303 |
| KB bankruptcy lease obligation | 4,786 | 5,043 |
| Accrued salaries and wages | 47,402 | 40,460 |
| Income taxes payable | 18,993 | 21,398 |
| Total current liabilities | 542,520 | 515,095 |
| Deferred rent | 31,490 | 29,192 |
| Insurance reserves | 44,695 | 45,197 |
| Unrecognized tax benefits | 28,577 | 28,852 |
| Other liabilities | 20,799 | 39,277 |
| | | |
| Shareholders' equity: | | |
| Preferred shares - authorized 2,000 shares; $0.01 par value; none issued | - | - |
| Common shares - authorized 298,000 shares; $0.01 par value; issued 117,495 shares; outstanding 81,922 shares and 81,315 shares, respectively | 1,175 | 1,175 |
| Treasury shares - 35,573 shares and 36,180 shares, respectively, at cost | (791,042) | (804,561) |
| Additional paid-in capital | 515,061 | 504,552 |
| Retained earnings | 1,289,353 | 1,088,984 |
| Accumulated other comprehensive loss | (13,135) | (15,305) |
| Total shareholders' equity | 1,001,412 | 774,845 |
| Total liabilities and shareholders' equity | $ 1,669,493 | $ 1,432,458 |

The accompanying notes are an integral part of these consolidated financial statements.

42

# BIG LOTS, INC. AND SUBSIDIARIES   Consolidated Statements of Shareholders' Equity   (In thousands)

| | Common | | Treasury | | Additional Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | |
| Balance - February 3, 2007 | 109,633 | 1,175 | 7,862 | (124,182) | 477,318 | 781,325 | (5,933 |
| Net income | - | - | - | - | - | 158,461 | |
| Other comprehensive income | | | | | | | |
| Amortization of pension, net of tax of $(855) | - | - | - | - | - | - | 1,246 |
| Valuation adjustment of pension, net of tax of $1,245 | - | - | - | - | - | - | (1,814 |
| Comprehensive income | - | - | - | - | - | - | |
| Adoption of guidance under FASB ASC 740 | - | - | - | - | - | (2,215) | |
| Purchases of common shares | (30,059) | - | 30,059 | (714,911) | - | - | |
| Exercise of stock options | 2,742 | - | (2,742) | 46,946 | (11,023) | - | |
| Restricted shares awarded | 286 | - | (286) | 6,662 | (6,662) | - | |
| Net tax benefit from share-based awards | - | - | - | - | 19,821 | - | |
| Sale of treasury shares used for deferred compensation plan | 80 | - | (80) | 767 | 1,598 | - | |
| Share-based employee compensation expense | - | - | - | - | 9,907 | - | |
| Balance - February 2, 2008 | 82,682 | 1,175 | 34,813 | (784,718) | 490,959 | 937,571 | (6,501 |
| Net income | - | - | - | - | - | 151,547 | |
| Other comprehensive income | | | | | | | |
| Amortization of pension, net of tax of $(316) | - | - | - | - | - | - | 487 |
| Valuation adjustment of pension, net of tax of $6,102 | - | - | - | - | - | - | (9,331 |
| Comprehensive income | - | - | - | - | - | - | |

WD-BL BN000001321

Adoption of guidance under FASB ASC 715,

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| net of tax of $88 and $(26), respectively | - | - | - | - | - | (134) | 40 |
| Purchases of common shares | (2,170) | - | 2,170 | (37,508) | - | - | - |
| Exercise of stock options | 788 | - | (788) | 17,530 | (6,670) | - | - |
| Restricted shares awarded | 2 | - | (2) | 40 | (40) | - | - |
| Net tax benefit from share-based awards | - | - | - | - | 4,590 | - | - |
| Sale of treasury shares used for deferred compensation plan | 13 | - | (13) | 95 | 257 | - | - |
| Share-based employee compensation expense | - | - | - | - | 15,456 | - | - |
| Balance - January 31, 2009 | 81,315 | 1,175 | 36,180 | (804,561) | 504,552 | 1,088,984 | (15,305) |
| Net income | - | - | - | - | - | 200,369 | - |
| Other comprehensive income | | | | | | | |
| Amortization of pension, net of tax of $(1,105) | - | - | - | - | - | - | 1,740 |
| Valuation adjustment of pension, net of tax of $(273) | - | - | - | - | - | - | 430 |
| Comprehensive income | | | | | | | |
| Purchases of common shares | (87) | - | 87 | (1,849) | - | - | - |
| Exercise of stock options | 362 | - | (362) | 8,045 | (3,114) | - | - |
| Restricted shares awarded | 328 | - | (328) | 7,291 | (7,291) | - | - |
| Net tax benefit from share-based awards | - | - | - | - | 559 | - | - |
| Sale of treasury shares used for deferred compensation plan | 4 | - | (4) | 32 | 80 | - | - |
| Share-based employee compensation expense | - | - | - | - | 20,275 | - | - |
| Balance - January 30, 2010 | 81,922 | $ 1,175 | 35,573 | $ (791,042) | $ 515,061 | $ 1,289,353 | $ (13,13...) |

The accompanying notes are an integral part of these consolidated financial statements.

43

# BIG LOTS, INC. AND SUBSIDIARIES   Consolidated Statements of Cash Flows   (In thousands)

| | 2009 | 2008 | 2007 |
|---|---|---|---|
| Operating activities: | | | |
| Net income | $ 200,369 | $ 151,547 | $ 158,461 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization expense | 71,501 | 73,787 | 83,103 |
| Deferred income taxes | 18,014 | 13,518 | 457 |
| KB Toys matters | 409 | 3,119 | (6,108) |
| Non-cash share-based compensation expense | 20,275 | 15,456 | 9,907 |
| Non-cash impairment charges | 358 | 137 | 757 |
| Loss on disposition of property and equipment | 1,072 | 1,626 | 2,919 |
| Gain on sale of real estate | (12,964) | - | - |
| Pension | (5,193) | (8,734) | 2,901 |
| Change in assets and liabilities: | | | |
| Inventories | 5,279 | 11,326 | 10,243 |
| Accounts payable | 73,889 | (24,299) | 66,276 |
| Current income taxes | (4,359) | (12,362) | 6,010 |
| Other current assets | (2,177) | (1,258) | (1,653) |
| Other current liabilities | 18,064 | (9,590) | (25,414) |
| Other assets | (5,285) | 1,595 | (2,491) |
| Other liabilities | 12,774 | (4,805) | 2,564 |
| Net cash provided by operating activities | 392,026 | 211,063 | 307,932 |
| Investing activities: | | | |
| Capital expenditures | (78,708) | (88,735) | (60,360) |
| Proceeds from HCC Note | - | - | 235 |
| Purchases of short-term investments | - | - | (436,040) |
| Redemptions of short-term investments | - | - | 436,040 |
| Cash proceeds from sale of property and equipment | 861 | 550 | 1,394 |
| Other | (90) | (7) | (33) |
| Net cash used in investing activities | (77,937) | (88,192) | (58,764) |
| Financing activities: | | | |
| Proceeds from borrowings under bank credit facility | 280,000 | 2,918,600 | 821,100 |
| Payment of borrowings under bank credit facility | (341,700) | (3,020,600) | (657,400) |
| Payment of capital lease obligations | (2,612) | (1,523) | (592) |
| Proceeds from the exercise of stock options | 4,931 | 10,860 | 35,923 |
| Excess tax benefit from share-based awards | 1,568 | 4,590 | 19,821 |
| Payment for treasury shares acquired | (1,849) | (37,508) | (714,911) |
| Deferred bank credit facility fees paid | (5,579) | - | - |
| Treasury shares sold for deferred compensation plan | 112 | 362 | 2,365 |
| Net cash used in financing activities | (65,129) | (125,229) | (493,694) |
| Increase (decrease) in cash and cash equivalents | 248,960 | (2,358) | (244,526) |
| Cash and cash equivalents: | | | |

WD-BL BN000001322

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Beginning of year | | 34,773 | | 37,131 | | 281,657 |
| End of year | $ | 283,733 | $ | 34,773 | $ | 37,131 |
| **Supplemental disclosure of cash flow information:** | | | | | | |
| Cash paid for interest, including capital leases | $ | 277 | $ | 5,568 | $ | 1,732 |
| Cash paid for income taxes, excluding impact of refunds | $ | 105,961 | $ | 92,433 | $ | 65,767 |
| **Non-cash activity:** | | | | | | |
| Assets acquired under capital leases | $ | - | $ | 5,525 | $ | 3,089 |
| Accrued property and equipment | $ | 3,901 | $ | 3,588 | $ | 7,930 |

The accompanying notes are an integral part of these consolidated financial statements.

44

# BIG LOTS, INC. AND SUBSIDIARIES   Notes to Consolidated Financial Statements

**NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES   Description of Business**   We are the nation's largest broadline closeout retailer. At January 30, 2010, we operated a total of 1,361 stores in 47 states. Our goal is to strengthen and build upon our leadership position in broadline closeout retailing by providing our customers with great savings on brand-name closeouts and other value-priced merchandise. You can locate us on the Internet at www.biglots.com. The contents of our websites are not part of this report.

**Basis of Presentation**     The consolidated financial statements include Big Lots, Inc. and all of its subsidiaries, have been prepared in accordance with Generally Accepted Accounting Principles ("GAAP") in the United States of America, and include all of our accounts. We consolidate all majority-owned and controlled subsidiaries. All significant intercompany accounts and transactions have been eliminated.

**Fiscal Year**     We follow the concept of a 52-53 week fiscal year, which ends on the Saturday nearest to January 31. Unless otherwise stated, references to years in this report relate to fiscal years rather than calendar years. 2009 was comprised of the 52 weeks that began on February 1, 2009 and ended on January 30, 2010. 2008 was comprised of the 52 weeks that began on February 3, 2008 and ended on January 31, 2009. 2007 was comprised of the 52 weeks that began on February 4, 2007 and ended on February 2, 2008.

**Segment Reporting**     We manage our business based on one segment, broadline closeout retailing. At the end of 2009, 2008, and 2007, all of our operations were located within the United States of America.

**Management Estimates**     The preparation of financial statements in conformity with GAAP requires management to make estimates, judgments, and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period, as well as the related disclosure of contingent assets and liabilities at the date of the financial statements. The use of estimates, judgments, and assumptions creates a level of uncertainty with respect to reported or disclosed amounts in our consolidated financial statements or accompanying notes. On an ongoing basis, management evaluates its estimates, judgments, and assumptions, including those that management considers critical to the accurate presentation and disclosure of our consolidated financial statements and accompanying notes. Management bases its estimates, judgments, and assumptions on historical experience, current trends, and various other factors that it believes are reasonable under the circumstances. Because of the inherent uncertainty in using estimates, judgments, and assumptions, actual results may differ from these estimates.

**Cash and Cash Equivalents**   Cash and cash equivalents primarily consist of amounts on deposit with financial institutions, outstanding checks, credit and debit card receivables, and highly liquid investments, including money market funds and variable rate demand notes, which are unrestricted to withdrawal or use and which have an original maturity of three months or less. We review cash and cash equivalent balances on a bank by bank basis in order to identify book overdrafts. Book overdrafts occur when the amount of outstanding checks exceed the cash deposited at a given bank. We reclassify book overdrafts, if any, to accounts payable on our consolidated balance sheets. Amounts due from banks for credit and debit card transactions are typically settled in less than seven days. Amounts due from banks for these transactions totaled $24.0 million and $21.5 million at January 30, 2010 and January 31, 2009, respectively.

**Investments**     Investment securities are classified as available-for-sale, held-to-maturity, or trading at the date of purchase. Investments are recorded at fair value as either current assets or non-current assets based on the stated maturity or our plans to either hold or sell the investment. Unrealized holding gains and losses on trading securities are recognized in earnings. Unrealized holding gains and losses on available-for-sale securities are recognized in other comprehensive income, until realized. We did not own any held-to-maturity or available-for-sale securities as of January 30, 2010 or January 31, 2009.

45

**Merchandise Inventories**     Merchandise inventories are valued at the lower of cost or market using the average cost retail inventory method. Cost includes any applicable inbound shipping and handling costs associated with the receipt of merchandise into our distribution centers (See the discussion below under the caption "Selling and Administrative Expenses" for additional information regarding outbound shipping and handling costs to our stores). Market is determined based on the estimated net realizable value, which generally is the merchandise selling price. Under the average cost retail inventory method, inventory is segregated into departments of merchandise having similar characteristics at its current retail selling value. Current retail selling values are converted to a cost basis by applying an average cost factor to each specific merchandise department's retail selling value. Cost factors represent the average cost-to-retail ratio computed using beginning inventory and all fiscal year-to-date purchase activity specific to each merchandise department.

Under the average cost retail inventory method, permanent sales price markdowns result in cost reductions in inventory. Our permanent sales price markdowns are typically related to end of season clearance events and are recorded as a charge to cost of sales in the period of

WD-BL BN000001323

management's decision to initiate sales price reductions with the intent not to return the price to regular retail. Promotional markdowns are recorded as a charge to net sales in the period the merchandise is sold. Promotional markdowns are typically related to specific marketing efforts with respect to products maintained continuously in our stores or products that are only available in limited quantities but represent substantial value to our customers. Promotional markdowns are principally used to drive higher sales volume during a defined promotional period.

We record a reduction to inventories and charge to cost of sales for a shrinkage inventory allowance. The shrinkage allowance is calculated as a percentage of sales for the period from the last physical inventory date to the end of the reporting period. Such estimates are based on our historical and current year experience based on physical inventory results.

We record a reduction to inventories and charge to cost of sales for an excess or obsolete inventory allowance. The excess or obsolete inventory allowance is estimated based on a review of our aged inventory and takes into account any items that have already received a cost reduction as a result of the permanent markdown process discussed above. We estimate an allowance for excess or obsolete inventory based on historical sales trends, age and quantity of product on hand, and anticipated future sales.

**Payments Received from Vendors**
Payments received from vendors relate primarily to rebates and reimbursement for markdowns and are recognized in our consolidated statements of operations as a reduction to cost of inventory purchases in the period that the rebate or reimbursement is earned or realized and, consequently, result in a reduction in cost of sales when the related inventory is sold.

**Store Supplies**   When opening a new store, a portion of the initial shipment of supplies (including primarily display materials, signage, security-related items, and miscellaneous store supplies) is capitalized at the store opening date. These capitalized supplies represent more durable types of items for which we expect to receive future economic benefit. Subsequent replenishments of capitalized store supplies are expensed. The consumable/non-durable type items for which the future economic benefit is less measurable are expensed upon shipment to the store. Capitalized store supplies are adjusted periodically for changes in estimated quantities or costs and are included in other current assets in our consolidated balance sheets.

46

**Property and Equipment - Net**   Depreciation and amortization expense of property and equipment are recorded on a straight-line basis using estimated service lives. The estimated service lives of our property and equipment by major asset category were as follows:

| | |
|---|---|
| Land improvements | 15 years |
| Buildings | 40 years |
| Leasehold improvements | 5 years |
| Store fixtures and equipment | 5 years |
| Distribution and transportation fixtures and equipment | 5 - 15 years |
| Office and computer equipment | 5 years |
| Computer software costs | 3 - 7 years |
| Company vehicles | 3 years |

Leasehold improvements are amortized on a straight-line basis using the shorter of their estimated service lives or the lease term. Because the majority of our leasehold improvements are placed in service at the time we open a store and our typical initial lease term is five years, we estimate the useful life of leasehold improvements at five years. This amortization period is consistent with the amortization period for any lease incentives that we would typically receive when initially entering into a new lease that are recognized as deferred rent and amortized over the initial lease term.

Depreciation estimates are revised prospectively to reflect the remaining depreciation or amortization of the asset over the shortened estimated service life when a decision is made to dispose of property and equipment prior to the end of its previously estimated service life. The cost of assets sold or retired and the related accumulated depreciation are removed from the accounts with any resulting gain or loss included in selling and administrative expenses. Major repairs that extend service lives are capitalized. Maintenance and repairs are charged to expense as incurred. Capitalized interest was not significant in any period presented.

**Long-Lived Assets**   Our long-lived assets primarily consist of property and equipment, net. In order to determine if impairment indicators are present on store property and equipment, we annually review historical operating results at the store level. Generally, all other property and equipment is reviewed for impairment at the enterprise level. If the net book value of a store's long-lived assets is not recoverable by the expected future cash flows of the store, we estimate the fair value of the store's assets and recognize an impairment charge for the excess net book value of the store's long-lived assets over their fair value. Our assumptions related to estimates of future cash flows are based on historical results of cash flows adjusted for management projections for future periods. We estimate the fair value of our long-lived assets using readily available market information for similar assets.

**Closed Store Accounting**   We recognize an obligation for the fair value of lease termination costs when we cease using the leased property in our operations. In measuring fair value of these lease termination obligations, we consider the remaining minimum lease payments, estimated sublease rentals that could be reasonably obtained, and other potentially mitigating factors. We discount the estimated obligation using the applicable credit adjusted interest rate, resulting in accretion expense in periods subsequent to the period of initial measurement. We monitor the estimated obligation for lease termination liabilities in subsequent periods and revise any estimated liabilities, if necessary. Severance and benefits associated with terminating employees from employment are recognized ratably from the communication date through the estimated future service period, unless the estimated future service period is less than 60 days, in which case we recognize the impact at the communication date. Generally all other store closing costs are recognized when incurred.

47

WD-BL BN000001324

We classify the results of operations of closed stores to discontinued operations when the operations and cash flows of the stores have been (or will be) eliminated from ongoing operations and we no longer have any significant continuing involvement in the operations associated with the stores after closure. We generally meet the second criteria on all closed stores as, upon closure, operations cease and we have no continuing involvement. To determine if cash flows have been (or will be) eliminated from ongoing operations, we evaluate a number of qualitative and quantitative factors, including, but not limited to, proximity of a closing store to any remaining open stores and the estimated sales migration from the closed store to any stores remaining open. The estimated sales migration is based on historical estimates of our sales migration upon opening or closing a store in a similar market. For purposes of reporting closed stores as discontinued operations, we report net sales, gross margin, and related operating costs that are directly related to and specifically identifiable with respect to the stores' operations identified as discontinued operations. Certain corporate-level charges, such as general office cost, field operations, national advertising, fixed distribution costs, and interest cost are not allocated to closed stores discontinued operations because we believe that these costs are not specific to the stores' operations.

**Share-Based Compensation**     Share-based compensation expense is recognized in selling and administrative expense in our consolidated statements of operations for all options that we expect to vest. We estimate forfeitures based on historical information. We value and expense stock options with graded vesting as a single award with an average estimated life over the entire term of the award. The expense for options with graded vesting is recorded straight-line over the vesting period. We estimate the fair value of stock options using a binomial model. The binomial model takes into account variables such as volatility, dividend yield rate, risk-free rate, contractual term of the option, the probability that the option will be exercised prior to the end of its contractual life, and the probability of retirement of the option holder in computing the value of the option. Expected volatility is based on historical and current implied volatilities from traded options on our common shares. The dividend yield on our common shares is assumed to be zero since we have not paid dividends and have no current plans to do so in the future. The risk-free rate is based on U.S. Treasury security yields at the time of the grant. The expected life is determined from the binomial model, which incorporates exercise and post-vesting forfeiture assumptions based on analysis of historical data.

Compensation expense for performance-based non-vested restricted stock awards is recorded based on fair value of the award on the grant date and the estimated achievement date of the performance criteria. An estimated target achievement date is determined at the time of the award based on historical and forecasted performance of similar measures. We monitor the projected achievement of the performance targets at each reporting period and make prospective adjustments to the estimated vesting period when our internal models indicate that the estimated achievement date differs from the date being used to amortize expense.

**Income Taxes**     We account for income taxes under the asset and liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the financial statements. Under this method, deferred tax assets and liabilities are determined based on the differences between the financial statement basis and tax basis of assets and liabilities using enacted law and tax rates in effect for the year in which the differences are expected to reverse. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in income in the period that includes the enactment date.

We assess the adequacy and need for a valuation allowance for deferred tax assets. In making such determination, we consider all available positive and negative evidence, including scheduled reversals of deferred tax liabilities, projected future taxable income, tax planning strategies and recent financial operations. We have established a valuation allowance to reduce our deferred tax assets to the balance that is more likely than not to be realized.

We recognize interest and penalties related to unrecognized tax benefits within the income tax expense line in the accompanying consolidated statement of operations. Accrued interest and penalties are included within the related tax liability line in the accompanying consolidated balance sheet.

The effective income tax rate in any period may be materially impacted by the overall level of income (loss) before income taxes, the jurisdictional mix and magnitude of income (loss), changes in the income tax laws (which may be retroactive to the beginning of the fiscal year), subsequent recognition, de-recognition and/or measurement of an uncertain tax benefit, changes in a deferred tax valuation allowance, and adjustments of a deferred tax asset or liability for enacted changes in tax laws or rates.

48

In July 2006, the Financial Accounting Standards Board ("FASB") issued guidance under ASC 740, *Income Taxes* (FIN No. 48, Accounting *for Uncertainty in Income Taxes an interpretation of SFAS No. 109)* which was effective at the beginning of 2007, and clarifies the accounting for uncertainty in income tax positions. This guidance requires us to recognize in our financial statements the impact of a tax position, if that position is more likely than not being sustained, based on the technical merits of the position. The recognition and measurement guidelines were applied to all of our material income tax positions as of the beginning of 2007, resulting in an increase in our tax liabilities of $2.2 million with a corresponding decrease to beginning retained earnings for the cumulative effect of a change in accounting principle.

In May 2007, the FASB issued guidance under ASC 740, *Income Taxes* (FASB Staff Position ("FSP") FIN 48-1,*Definition of Settlement in FASB Interpretation No. 48)* which was effective retroactively to February 4, 2007. This guidance provides direction on how to determine whether a tax position is effectively settled for the purpose of recognizing previously unrecognized tax benefits. The implementation of this standard did not have a material impact on our financial condition, results of operations, or liquidity.

**Pension**     Effective in 2008, we adopted guidance under ASC 715, *Compensation – Retirement Benefits* (SFAS No. 158 *Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans*). This guidance requires us to measure defined benefit plan assets and obligations as of the date of our year-end consolidated balance sheet. Previously, our Pension Plan and Supplemental Pension Plan each had a measurement date of December 31. Switching to the new measurement date required one-time adjustments of $0.1 million to retained earnings and less than $0.1 million to accumulated other comprehensive income in 2008 per the transition guidance.

WD-BL BN000001325

Pension assumptions are evaluated each year. Actuarial valuations are used to provide assistance in calculating the estimated obligations related to our pension plans. We review external data and historical trends to help determine the discount rate and expected long-term rate of return. Our objective in selecting a discount rate is to identify the best estimate of the rate at which the benefit obligations would be settled on the measurement date. In making this estimate, we review rates of return on high-quality, fixed-income investments available at the measurement date and expected to be available during the period to maturity of the benefits. This process includes a review of the bonds available on the measurement date with a quality rating of Aa or better. The expected long-term rate of return on assets is derived from detailed periodic studies, which includes a review of asset allocation strategies, anticipated future long-term performance of individual asset classes, risks (standard deviations), and correlations of returns among the asset classes that comprised the plan's asset mix. While the studies give appropriate consideration to recent plan performance and historical returns, the assumption for the expected long-term rate of return is primarily based on our expectation of a long-term, prospective rate of return.

**Insurance and Insurance-Related Reserves**     We are self-insured for certain losses relating to property, general liability, workers' compensation, and employee medical and dental benefit claims, a portion of which is paid by employees. We purchase stop-loss coverage to limit significant exposure in these areas. Accrued insurance-related liabilities and related expenses are based on actual claims filed and estimates of claims incurred but not reported. The estimated accruals are determined by applying actuarially-based calculations. General liability and workers' compensation liabilities are recorded at our estimate of their net present value, using a 4% discount rate, while other liabilities for insurance-related reserves are not discounted.

**Fair Value of Financial Instruments**     The fair value hierarchy prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy, as defined below, gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities and the lowest priority to unobservable inputs.

Level 1, defined as observable inputs such as unadjusted quoted prices in active markets for identical assets or liabilities.

Level 2, defined as observable inputs other than Level 1 inputs. These include quoted prices for similar assets or liabilities in an active market, quoted prices for identical assets and liabilities in markets that are not active, or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities.

Level 3, defined as unobservable inputs in which little or no market data exists, therefore requiring an entity to develop its own assumptions.

49

In connection with our nonqualified deferred compensation plan, we had mutual fund investments of $16.2 million and $10.5 million at January 30, 2010 and January 31, 2009, respectively, which were recorded in other assets. These investments were classified as trading securities and were recorded at their fair value. The fair value of mutual fund investments was a Level 1 valuation under the fair value hierarchy because each fund's quoted market value per share was available in an active market.

Included in cash and cash equivalents were amounts on deposit with financial institutions totaling $123.0 million and $9.2 million at January 30, 2010 and January 31, 2009, respectively, stated at cost, which approximates fair value. At January 30, 2010, cash and cash equivalents carried at fair value was comprised of the following:

| (In thousands) | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Money market funds | $ 76,350 | $ 76,350 | $ - | $ - |
| Variable rate demand notes | 56,152 | - | 56,152 | - |
| Total | $ 132,502 | $ 76,350 | $ 56,152 | $ - |

Variable rate demand note securities are issued by various corporate, non-profit and governmental entities that are of high credit quality with many being secured by direct-pay letters of credit from a major financial institution. Also, variable demand note securities can be tendered for sale upon notice (generally no longer than seven days) to the original issuer.

The carrying value of accounts receivable, accounts payable, and accrued expenses approximates fair value because of the relatively short maturity of these items. The carrying value of our obligations under our bank credit facility at January 31, 2009, approximates fair value because the interest rates were variable and approximated current market rates.

Effective February 3, 2008, we adopted guidance under ASC 820, *Fair Value Measurements and Disclosures* (SFAS No. 157, *Fair Value Measurements* ("SFAS No. 157")), for financial assets and liabilities on a prospective basis. This guidance addresses how companies should approach measuring fair value and expands disclosures about fair value measurements under other accounting pronouncements that require or permit fair value measurements. The guidance provides a single definition of fair value that is to be applied consistently for most accounting applications and also generally describes and prioritizes according to reliability the methods and inputs used in valuations. This guidance prescribes additional disclosures regarding the extent of fair value measurements included in a company's financial statements and the methods and inputs used to arrive at these values. The adoption of this guidance for financial assets and liabilities did not have any impact on our financial condition, results of operations, or liquidity.

Effective February 3, 2008, we adopted guidance under ASC 825, *Financial Instruments* (SFAS No. 159, *The Fair Value Option for Financial Assets and Financial Liabilities*). This guidance permits us to choose to measure certain financial instruments and other items at fair value. We did not elect to measure any additional financial assets or liabilities at fair value. The adoption of this guidance for financial assets and liabilities did not impact our financial condition, results of operations, or liquidity.

**Commitments and Contingencies**     We are subject to various claims and contingencies including legal actions and other claims arising out of the normal course of business. In connection with such claims and contingencies, we estimate the likelihood and amount of any potential

WD-BL BN000001326

obligation, where it is possible to do so, using management's judgment. Management used various internal and external specialists to assist in the estimating process. We accrue, if material, a liability if the likelihood of an adverse outcome is probable and the amount is estimable. If the likelihood of an adverse outcome is only reasonably possible (as opposed to probable), or if it is probable but an estimate is not determinable, disclosure of a material claim or contingency is made in the notes to our consolidated financial statements.

50

**Revenue Recognition**   We recognize sales at the time the customer takes possession of the merchandise. Sales are recorded net of discounts and estimated returns and exclude any sales tax. The reserve for merchandise returns is estimated based on our prior return experience.

We sell gift cards in our stores and issue merchandise credits, typically as a result of customer returns, on store value cards. We do not charge administrative fees on unused gift card or merchandise credit balances and our gift cards and merchandise credits do not expire. We recognize sales revenue from gift cards and merchandise credits when (1) the gift card or merchandise credit is redeemed in a sales transaction by the customer or (2) breakage occurs. We recognize gift card and merchandise credit breakage when we estimate that the likelihood of the card or credit being redeemed by the customer is remote and we determine that we do not have a legal obligation to remit the value of unredeemed cards or credits to the relevant regulatory authority. We estimate breakage based upon historical redemption patterns. For 2009 and 2008, we recognized in net sales on our consolidated statements of operations breakage of $0.6 million and $0.4 million, respectively, related to unredeemed gift card and merchandise credit balances that had aged at least four years beyond the end of their original issuance month. The liability for the unredeemed cash value of gift cards and merchandise credits is recorded in accrued operating expenses.

We offer price hold contracts on merchandise. Revenue for price hold contracts is recognized when the customer makes the final payment and takes possession of the merchandise. Amounts paid by customers under price hold contracts are recorded in accrued operating expenses until a sale is consummated.

**Cost of Sales**   Cost of sales includes the cost of merchandise, net of cash discounts and rebates, markdowns, and inventory shrinkage. Cost of merchandise includes related inbound freight to our distribution centers, duties, and commissions. We classify warehousing and outbound distribution and transportation costs as selling and administrative expenses. Due to this classification, our gross margin rates may not be comparable to those of other retailers that include warehousing and outbound distribution and transportation costs in cost of sales.

**Selling and Administrative Expenses**   We include store expenses (such as payroll and occupancy costs), warehousing, distribution, outbound transportation costs to our stores, advertising, purchasing, insurance, non-income taxes, and overhead costs in selling and administrative expenses. Selling and administrative expense rates may not be comparable to those of other retailers that include distribution and outbound transportation costs in cost of sales. Distribution and outbound transportation costs included in selling and administrative expenses were $158.4 million, $181.2 million, and $198.3 million for 2009, 2008, and 2007, respectively.

**Rent Expense**   Rent expense is recognized over the term of the lease and is included in selling and administrative expenses. We recognize minimum rent starting when possession of the property is taken from the landlord, which normally includes a construction period prior to store opening. When a lease contains a predetermined fixed escalation of the minimum rent, we recognize the related rent expense on a straight-line basis and record the difference between the recognized rental expense and the amounts payable under the lease as deferred incentive rent. We also receive tenant allowances, which are recorded in deferred incentive rent and are amortized as a reduction to rent expense over the term of the lease.

Our leases generally obligate us for our applicable portion of real estate taxes, CAM, and property insurance that has been incurred by the landlord with respect to the leased property. We maintain accruals for our estimated applicable portion of real estate taxes, CAM, and property insurance incurred but not settled at each reporting date. We estimate these accruals based on historical payments made and take into account any known trends. Inherent in these estimates is the risk that actual costs incurred by landlords and the resulting payments by us may be higher or lower than the amounts we have recorded on our books.

Certain of our leases provide for contingent rents that are not measurable at the lease inception date. Contingent rent includes rent based on a percentage of sales that are in excess of a predetermined level. Contingent rent is excluded from minimum rent and is included in the determination of total rent expense when it is probable that the expense has been incurred and the amount is reasonably estimable.

51

**Advertising Expense**   Advertising costs are expensed as incurred, consist primarily of print and television advertisements, and are included in selling and administrative expenses. Advertising expenses were $96.2 million, $102.3 million, and $104.1 million for 2009, 2008, and 2007, respectively.

**Earnings per Share**   Basic earnings per share is based on the weighted-average number of shares outstanding during each period. Diluted earnings per share is based on the weighted-average number of shares outstanding during each period and the additional dilutive effect of stock options and non-vested restricted stock awards, calculated using the treasury stock method.

**Store Pre-opening Costs**   Pre-opening costs incurred during the construction periods for new store openings are expensed as incurred.

**Guarantees**   We have lease guarantees which were issued prior to January 1, 2003. We record a liability for these lease guarantees in the period when it becomes probable that the obligor will fail to perform its obligation and if the amount of our guarantee obligation is estimable.

**Other Comprehensive Income**   Our Other Comprehensive Income includes principally the impact of the amortization of our pension actuarial loss, net of tax, and the revaluation of our pension actuarial loss, net of tax.

WD-BL BN000001327

**Recently Adopted Accounting Standards**

**FASB Codification**   In the third fiscal quarter of 2009, we adopted ASC (SFAS No. 168, *The FASB Accounting Standards Codification and the Hierarchy of Generally Accepted Accounting Principles – a replacement of* SFAS No. 162). This guidance is the source of authoritative GAAP for nongovernmental entities. The ASC does not change GAAP but rather takes the numerous individual pronouncements that previously constituted GAAP and reorganizes them into approximately 90 accounting topics, and displays all topics using a consistent structure. The adoption of the ASC did not have a material effect on our financial condition, results of operations, or liquidity.

**Subsequent Events**   In the second fiscal quarter of 2009, we adopted guidance under ASC 855, *Subsequent Events*, (SFAS No. 165, *Subsequent Events*). This guidance established general standards of accounting for, and disclosure of, events that occur after the balance sheet date but before financial statements are issued or are available to be issued. The guidance prescribes accounting practices that are similar to those previously prescribed in auditing literature. However, under this guidance, we were required to provide in each of our periodic filings with the SEC the date through which we had evaluated subsequent events. The adoption of this guidance did not have a material effect on our financial condition, results of operations, or liquidity.

In February 2010, the FASB issued Accounting Standard Update ("ASU") 2010-09, *Amendments to Certain Recognition and Disclosure Requirements*, which amends ASC 855, *Subsequent Events*. This guidance, effective upon issuance, requires an entity that is an SEC filer to evaluate subsequent events through the date that the financial statements were issued. For an SEC filer, this guidance also eliminates the required disclosure of the date through which subsequent events were evaluated. The adoption of this guidance did not have a material effect on our financial condition, results of operations, or liquidity. See note 14, "Subsequent Events."

**Fair Value**   Effective February 1, 2009, we adopted guidance under ASC 820, *Fair Value Measurements and Disclosures*, (FSP SFAS 157-2, *Effective Date of SFAS No. 157, Fair Value Measurements*). This guidance relates to the fair value of non-financial assets and liabilities that are recognized or disclosed at fair value in the financial statements on a non-recurring basis. This guidance addresses how companies should approach measuring fair value and expands the disclosure requirements applicable to fair value measurements under other accounting pronouncements that require or permit fair value measurements. The guidance establishes a single definition of fair value that is to be applied consistently for all accounting applications and also generally describes, and prioritizes according to reliability, the methods and inputs used in fair value measurements. The guidance prescribes additional disclosures regarding the extent to which a company includes fair value measurements in its financial statements and the methods and inputs used to arrive at these values. The adoption of this guidance relating to fair value of non-financial assets and liabilities did not have a material effect on our financial condition, results of operations, or liquidity.

In the second fiscal quarter of 2009, we adopted guidance under ASC 820-10, *Fair Value Measurements and Disclosures*, (FSP SFAS 157-4, *Determining Fair Value When the Volume and Level of Activity for the Asset or Liability Have Significantly Decreased and Identifying Transactions That Are Not Orderly*). This guidance provides guidelines for making fair value measurements more consistent with the principles presented in the previous standard SFAS No. 157, *Fair Value Measurements*. The adoption of this guidance did not have a material effect on our financial condition, results of operations, or liquidity.

In the second fiscal quarter of 2009, we adopted guidance under ASC 825-10, *Financial Instruments* (FSP FAS 107-1 and Accounting Principles Bulletin (APB) 28-1, *Interim Disclosures about Fair Value of Financial Instruments*). The guidance amended SFAS No. 107, *Disclosures about Fair Value of Financial Instruments* (SFAS 107), to require disclosures about fair value of financial instruments within the scope of SFAS 107 for interim reporting periods of publicly traded companies as well as in annual financial statements. See "Fair Value of Financial Instruments" within note 1 for this disclosure. The adoption of this guidance did not have a material effect on our financial condition, results of operations, or liquidity.

**Other-Than-Temporary Impairments**   In the second fiscal quarter of 2009, we adopted guidance under ASC 320, *Investments – Debt and Equity Securities* (FSP SFAS 115-2 and FSP SFAS 124-2, *Recognition and Presentation of Other-Than-Temporary Impairments*). This guidance is designed to create greater clarity and consistency in accounting for and presentation of impairment losses on debt and equity securities. As of the beginning of the interim period of adoption, this guidance requires a cumulative-effect adjustment to reclassify the non-credit component of previously recognized other-than-temporary impairment losses from retained earnings to the beginning balance of accumulated other comprehensive income. The adoption of this guidance did not have a material effect on our financial condition, results of operations, or liquidity.

**Employee Benefit Plans**   Effective January 30, 2010, we adopted guidance under ASC 715, *Compensation-Retirement Benefits* (FSP SFAS 132(R)-1, *Employers' Disclosures about Postretirement Benefit Plan Assets*). This guidance requires the disclosure of additional information about an employer's defined benefit pension plans. The required disclosures include the major categories of plan assets, fair value measurements for each major category of plan assets segregated by fair value hierarchy level, investment policies and strategies, significant concentrations of credit risk, and the effect of fair value measurements, determined by financial models or using unobservable inputs, on changes in plan assets for the period. The required disclosures under this guidance are included in note 8. The adoption of this guidance did not have a material effect on our financial condition, results of operations, or liquidity.

**Recent Accounting Standards – Future Adoptions**   In January 2010, the FASB issued ASU 2010-06, *Improving Disclosures about Fair Value Measurements*, which amends ASC 820, *Fair Value Measurements and Disclosures*, to add new requirements for disclosures about transfers into and out of Levels 1 and 2 and separate disclosures about purchases, sales, issuances, and settlements relating to Level 3 measurements. The ASU also clarifies existing fair value disclosures about the level of disaggregation and about inputs and valuation techniques used to measure the fair value. Further, the ASU amends guidance on employers' disclosures about postretirement benefit plan assets under ASC 715, *Compensation-Retirement Benefits*, to require that disclosures be provided by classes of assets instead of by major categories of assets. The

WD-BL BN000001328

ASU is effective for us in the first fiscal quarter of 2010 and is not expected to have a material effect on our financial condition, results of operations, or liquidity.

53

## NOTE 2 – PROPERTY AND EQUIPMENT – NET   Property and equipment – net consist of:

| (In thousands) | January 30, 2010 | | January 31, 2009 | |
|---|---|---|---|---|
| Land and land improvements | $ | 44,818 | $ | 44,952 |
| Buildings and leasehold improvements | | 698,988 | | 675,787 |
| Fixtures and equipment | | 635,377 | | 621,617 |
| Computer software costs | | 68,175 | | 67,166 |
| Transportation equipment | | 29,192 | | 22,567 |
| Construction-in-progress | | 28,563 | | 20,860 |
| Property and equipment - cost | | 1,505,113 | | 1,452,949 |
| Less accumulated depreciation and amortization | | 1,013,857 | | 962,908 |
| Property and equipment - net | $ | 491,256 | $ | 490,041 |

In 2008, we acquired, for $8.6 million, two store properties we were previously leasing. The cost of these properties was included in land and land improvements and buildings and leasehold improvements at January 30, 2010 and January 31, 2009. In prior periods, these leased properties were accounted for as operating leases.

Property and equipment - cost includes $7.8 million and $8.3 million at January 30, 2010 and January 31, 2009, respectively, to recognize assets from capital leases. Accumulated depreciation and amortization includes $4.3 million and $2.0 million at January 30, 2010 and January 31, 2009, respectively, related to capital leases.

We incurred $0.4 million, $0.1 million, and $0.8 million in asset impairment charges in 2009, 2008, and 2007, respectively. These charges principally related to the write-down of long-lived assets at four, six, and three stores identified as part of our annual store impairment review in 2009, 2008, and 2007, respectively. Asset impairment charges are included in selling and administrative expenses in our accompanying consolidated statements of operations. We perform annual impairment reviews of our long-lived assets at the store level. When we perform the annual impairment reviews, we first determine which stores had impairment indicators present. We use actual historical cash flows to determine which stores had negative cash flows in each of the past two years (on a rolling basis). For each store with two years of negative cash flows, we obtain future cash flow estimates based on operating performance estimates specific to each store's operations that are based on assumptions currently being used to develop our company level operating plans. If the net book value of a store's long-lived assets is not recoverable by the expected future cash flows of the store, we estimate the fair value of the store's assets and recognize an impairment charge for the excess net book value of the store's long-lived assets over their fair value. The fair value of store assets is estimated based on information available in the marketplace for similar assets.

Upon the successful completion of a pilot program in 32 of our stores in 2006 and the decision to move forward with the implementation of a new point-of-sale register system in all of our stores, we reduced the remaining estimated service life on approximately $6.9 million of certain point-of-sale equipment. This service life reduction resulted in the recognition of depreciation expense of approximately $4.1 million in 2007, and $0.5 million in 2008.

## NOTE 3 - BANK CREDIT FACILITY   On April 28, 2009, we entered into our 2009 Credit Agreement, a $500 million three-year unsecured credit facility. The 2009 Credit Agreement replaced our 2004 Credit Agreement, a $500 million three-year unsecured credit facility we entered into on October 29, 2004. The 2004 Credit Agreement was scheduled to expire on October 28, 2009, but was terminated concurrently with the 2009 Credit Agreement becoming effective on April 28, 2009. We did not incur any material early termination penalties in connection with the termination of the 2004 Credit Agreement.

54

The 2009 Credit Agreement expires on April 28, 2012. In connection with our entry into the 2009 Credit Agreement, we paid bank fees and other expenses in the aggregate amount of $5.6 million, which are being amortized over the term of the agreement. Proceeds from borrowings under the 2009 Credit Agreement are available for general corporate purposes, working capital, and to repay certain of our indebtedness. The 2009 Credit Agreement includes a $150 million letter of credit sublimit and a $30 million swing loan sublimit. The interest rates, pricing and fees under the 2009 Credit Agreement fluctuate based on our debt rating. The 2009 Credit Agreement allows us to select our interest rate for each borrowing from two different interest rate options. The interest rate options are generally derived from the prime rate or LIBOR. We may prepay revolving loans made under the 2009 Credit Agreement. The 2009 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens and investments, as well as the maintenance of two financial ratios – a leverage ratio and a fixed charge coverage ratio. A violation of any of the covenants could result in a default under the 2009 Credit Agreement that would permit the lenders to restrict our ability to further access the 2009 Credit Agreement for loans and letters of credit and require the immediate repayment of any outstanding loans under the 2009 Credit Agreement. As of January 30, 2010, we were in compliance with the covenants of the 2009 Credit Agreement.

## NOTE 4 – SALES OF REAL ESTATE   In September 2006, to avoid litigation under the threat of eminent domain, we sold a company-owned and operated store in California for an approximate gain of $12.8 million. As part of the sale, we entered into a lease which permitted us to occupy and operate the store through January 2009 in exchange for $1 per year rent plus the cost of taxes, insurance, and common area maintenance. Subsequently, this lease was modified to allow us to occupy this space through September 2009 under substantially the same

WD-BL BN000001329

terms. Because of the favorable lease terms, we deferred recognition of the gain until we no longer held a continuing involvement in the property. As a result, the gain on the sale was deferred until the end of the lease and the net sales proceeds of approximately $13.3 million were recorded as a long-term real estate liability included in other liabilities on our consolidated balance sheet as of January 31, 2009. In the third fiscal quarter of 2009, after attempts to further extend the lease term were unsuccessful, we closed the store, ending our continuing involvement with this property, and recognized a pretax gain on sale of real estate of $13.0 million.

**NOTE 5 - LEASES**    Leased property consisted primarily of 1,307 of our retail stores, 0.7 million square feet of warehouse space, and certain transportation equipment, and information technology and other office equipment. Many of the store leases obligate us to pay for our applicable portion of real estate taxes, CAM, and property insurance. Certain store leases provide for contingent rents, have rent escalations, and have tenant allowances or other lease incentives. Many of our leases contain provisions for options to renew or extend the original term for additional periods.

Total rent expense, including real estate taxes, CAM, and property insurance, charged to continuing operations for operating leases consisted of the following:

| | 2009 | | 2008 | | 2007 |
|---|---|---|---|---|---|
| *(In thousands)* | | | | | |
| Minimum leases | $ 254,054 | $ | 236,865 | $ | 234,891 |
| Contingent leases | 313 | | 491 | | 409 |
| Total rent expense | $ 254,367 | $ | 237,356 | $ | 235,300 |

55

Future minimum rental commitments for leases, excluding closed store leases, real estate taxes, CAM, and property insurance, at January 30, 2010, were as follows:

**Fiscal Year**

| *(In thousands)* | |
|---|---|
| 2010 | 195,739 |
| 2011 | 163,908 |
| 2012 | 128,004 |
| 2013 | 96,643 |
| 2014 | 57,861 |
| Thereafter | 45,449 |
| Total leases | 687,604 |

We have obligations for capital leases for office equipment, included in accrued operating expenses and other liabilities on our consolidated balance sheet. Scheduled payments for all capital leases at January 30, 2010, were as follows:

**Fiscal Year**

| *(In thousands)* | |
|---|---|
| 2010 | $2,352 |
| 2011 | 984 |
| 2012 | 236 |
| 2013 | 135 |
| 2014 | - |
| Thereafter | - |
| Total lease payments | $3,707 |
| Less amount to discount to present value | (223) |
| Capital lease obligation per balance sheet | $3,484 |

**NOTE 6 - SHAREHOLDERS' EQUITY    Earnings per Share**    There were no adjustments required to be made to weighted-average common shares outstanding for purposes of computing basic and diluted earnings per share and there were no securities outstanding in any year presented, which were excluded from the computation of earnings per share other than antidilutive employee and director stock options and non-vested restricted stock awards. At the end of 2009, 2008, and 2007, stock options outstanding of 2.9 million, 2.0 million, and 1.4 million, respectively, were excluded from the diluted share calculation because their impact was antidilutive. Antidilutive options are excluded from the calculation because they decrease the number of diluted shares outstanding under the treasury stock method. Antidilutive options are generally outstanding options where the exercise price per share is greater than the weighted-average market price per share for our common shares for each period. The number of shares of non-vested restricted stock that were antidilutive, as determined under the treasury stock method, is immaterial for all years presented.

56

A reconciliation of the number of weighted-average common shares outstanding used in the basic and diluted earnings per share computations is as follows:

| | 2009 | 2008 | 2007 |
|---|---|---|---|
| *(In thousands)* | | | |
| Weighted-average common shares outstanding: | | | |

| | | | |
|---|---|---|---|
| Basic | 81,619 | 81,111 | 101,393 |
| Dilutive effect of stock options and restricted common shares | 1,062 | 965 | 1,149 |
| Diluted | 82,681 | 82,076 | 102,542 |

**Share Repurchase Programs**

On December 4, 2009, we announced that our Board of Directors authorized the repurchase of up to $150.0 million of our common shares, which commenced immediately and will continue until exhausted. The purchases may be made from time to time in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. No shares were repurchased under this program in 2009. See note 14, "Subsequent Events" for a discussion of the March 2, 2010 increase in the 2010 Repurchase Program from $150.0 million to $400.0 million and the March 10, 2010 $150.0 million accelerated share repurchase transaction.

On March 9, 2007, we announced that our Board of Directors authorized a $600.0 million share repurchase program ("March 2007 Repurchase Program"). On November 30, 2007, we announced that our Board of Directors authorized the $150.0 million November 2007 share repurchase program commencing with the completion of the March 2007 Repurchase Program, which we completed on December 3, 2007. As part of the March 2007 Repurchase Program, we received 2.8 million of our outstanding common shares during the first fiscal quarter of 2007, representing the minimum number of shares purchased under a $100.0 million guaranteed share repurchase transaction ("GSR"). Upon receipt, the 2.8 million shares were removed from our basic and diluted weighted-average common shares outstanding. The GSR included a forward contract indexed to the average market price of our common shares that subjected the GSR to a future share settlement based on the average share price between the contractually specified price inception date of the GSR and the final settlement date. The forward contract effectively placed a collar around the minimum and maximum number of our common shares that we purchased under the GSR. We were not required to make any additional payments to the counterparty under the GSR. In the fourth fiscal quarter of 2007, we received 0.4 million additional common shares from the counterparty in settlement of the GSR. In addition to the GSR, we repurchased approximately 26.8 million of our outstanding common shares in 2007 in open market transactions at an aggregate cost of $612.5 million under the March 2007 Repurchase Program and the November 2007 share repurchase program.

In the first fiscal quarter of 2008, we acquired 2.2 million of our outstanding common shares for $37.5 million, which completed the November 2007 Repurchase Program.

Common shares acquired through these repurchase programs are held in treasury, at cost and are available to meet obligations under equity compensation plans and for general corporate purposes.

57

**NOTE 7 – SHARE-BASED PLANS**    Our shareholders initially approved our existing equity compensation plan, the Big Lots 2005 Long-Term Incentive Plan ("2005 Incentive Plan") in May 2005, and approved an amendment in May 2008. The 2005 Incentive Plan authorizes the issuance of incentive and nonqualified stock options, restricted stock, restricted stock units, performance units, and stock appreciation rights. We have not issued incentive stock options, restricted stock units, performance units, or stock appreciation rights under the 2005 Incentive Plan. The number of common shares available for issuance under the 2005 Incentive Plan consists of: 1) an initial allocation of 1,250,000 common shares; 2) 2,001,142 common shares, the number of common shares that were available under the predecessor Big Lots, Inc. 1996 Performance Incentive Plan ("1996 Incentive Plan") upon its expiration; 3) 2,100,000 common shares approved by our shareholders in May 2008; and 4) an annual increase equal to 0.75% of the total number of issued common shares (including treasury shares) as of the start of each of our fiscal years during which the 2005 Incentive Plan is in effect. The Compensation Committee of our Board of Directors ("Committee"), which is charged with administering the 2005 Incentive Plan, has the authority to determine the terms of each award. Nonqualified stock options granted to employees under the 2005 Incentive Plan, the exercise price of which may not be less than the fair market value of the underlying common shares on the grant date, generally expire on the earlier of: 1) the seven year term set by the Committee; or 2) one year following termination of employment, death, or disability. The nonqualified stock options generally vest ratably over a four-year period; however, upon a change in control, all awards outstanding automatically vest.

In addition to the 2005 Incentive Plan, we previously maintained the Big Lots Director Stock Option Plan ("Director Stock Option Plan") for non-employee directors. The Director Stock Option Plan was administered by the Committee pursuant to an established formula. Neither the Board of Directors nor the Committee exercised any discretion in administration of the Director Stock Option Plan. Grants were made annually at an exercise price equal to the fair market value of the underlying common shares on the date of grant. The annual grants to each outside director of an option to acquire 10,000 of our common shares became fully exercisable over a three-year period: 20% of the shares on the first anniversary, 60% on the second anniversary, and 100% on the third anniversary. Stock options granted to non-employee directors expire on the earlier of: 1) 10 years plus one month; 2) one year following death or disability; or 3) at the end of our next trading window one year following termination. In connection with the amendment to the 2005 Incentive Plan in May 2008, our Board of Directors amended the Director Stock Option Plan so that no additional awards may be made under that plan. Our non-employee directors did not receive any stock options in 2008 or 2009, but did, as discussed below, receive restricted stock awards under the 2005 Incentive Plan.

Share-based compensation expense was $20.3 million, $15.5 million, and $9.9 million in 2009, 2008, and 2007, respectively. We use a binomial model to estimate the fair value of stock options on the grant date. The binomial model takes into account variables such as volatility, dividend yield rate, risk-free rate, contractual term of the option, the probability that the option will be exercised prior to the end of its contractual life, and the probability of retirement of the option holder in computing the value of the option. Expected volatility is based on historical and current implied volatilities from traded options on our common shares. The dividend yield on our common shares is assumed to be zero since we have not paid dividends and have no current plans to do so in the future. The risk-free rate is based on U.S. Treasury security yields at the time of the grant. The expected life is determined from the binomial model, which incorporates exercise and post-vesting forfeiture assumptions based on analysis of historical data.

The weighted-average fair value of options granted and assumptions used in the option pricing model for each of the respective periods were as follows:

| | 2009 | 2008 | 2007 |
|---|---|---|---|
| Weighted-average fair value of options granted | $ 7.89 | $ 8.74 | $ 11.59 |
| Risk-free interest rates | 1.7 % | 2.2 % | 4.4 % |
| Expected life (years) | 4.3 | 4.3 | 4.4 |
| Expected volatility | 56.0 % | 48.8 % | 42.6 % |
| Expected annual forfeiture | 1.5 % | 3.0 % | 3.0 % |

58

The following table summarizes information about our stock options outstanding and exercisable at January 30, 2010:

| Range of Prices | | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|---|
| Greater Than | Less Than or Equal to | Options Outstanding | Weighted-Average Remaining Life (Years) | Weighted-Average Exercise Price | Options Exercisable | Weighted-Average Exercise Price |
| $ - | $ 10.00 | 5,000 | 1.7 | $ 10.00 | 5,000 | $ 10. |
| 10.01 | 20.00 | 2,482,258 | 4.5 | 14.82 | 1,308,883 | 13. |
| 20.01 | 30.00 | 1,989,375 | 4.7 | 25.15 | 754,624 | 26. |
| $ 30.01 | $ 40.00 | 20,000 | 5.0 | 31.10 | 7,500 | 31. |
| | | 4,496,633 | 4.6 | $ 19.46 | 2,076,007 | $ 18. |

A summary of the annual stock option activity for fiscal years 2007, 2008, and 2009 is as follows:

| | Options | Price(a) | Weighted Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value (000's) |
|---|---|---|---|---|
| Outstanding at February 3, 2007 | 6,644,990 | $ 15.78 | | |
| Granted | 1,156,000 | 28.69 | | |
| Exercised | (2,742,055) | 13.10 | | |
| Forfeited | (934,465) | 24.52 | | |
| Outstanding at February 2, 2008 | 4,124,470 | 19.20 | | |
| Granted | 985,000 | 21.45 | | |
| Exercised | (787,712) | 13.79 | | |
| Forfeited | (361,190) | 34.77 | | |
| Outstanding at January 31, 2009 | 3,960,568 | 19.42 | | |
| Granted | 967,500 | 17.62 | | |
| Exercised | (361,560) | 13.64 | | |
| Forfeited | (69,875) | 21.80 | | |
| Outstanding at January 30, 2010 | 4,496,633 | $ 19.46 | 4.6 | $ 40,810 |
| Vested and expected to vest at January 30, 2010 | 4,389,716 | $ 19.42 | 4.6 | $ 39,789 |
| Exercisable at January 30, 2010 | 2,076,007 | $ 18.12 | 3.9 | $ 21,531 |

(a) Weighted-average per share exercise price.

The number of stock options expected to vest was based on our annual forfeiture rate assumption.

59

A summary of the non-vested restricted stock activity for fiscal years 2007, 2008, and 2009 is as follows:

| | Number of Shares | Weighted Average Grant Date Fair Value |
|---|---|---|
| Nonvested restricted stock at February 3, 2007 | 408,671 | $ 12.37 |
| Granted | 325,400 | 28.73 |
| Vested | (406,871) | 12.34 |
| Forfeited | (6,300) | 26.45 |
| Nonvested restricted stock at February 2, 2008 | 320,900 | 28.72 |
| Granted | 408,000 | 21.84 |
| Vested | (1,800) | 26.43 |
| Forfeited | (10,825) | 28.76 |
| Nonvested restricted stock at January 31, 2009 | 716,275 | 24.81 |
| Granted | 471,688 | 17.91 |
| Vested | (327,675) | 28.85 |
| Forfeited | (10,800) | 20.50 |
| Nonvested restricted stock at January 30, 2010 | 849,488 | $ 19.48 |

WD-BL BN000001332

The non-vested restricted stock awards granted to employees in 2009, 2008, and 2007 vest if certain financial performance objectives are achieved. If we meet a threshold financial performance objective and the grantee remains employed by us, the restricted stock will vest on the opening of our first trading window five years after the grant date of the award. If we meet a higher financial performance objective and the grantee remains employed by us, the restricted stock will vest on the first trading day after we file our Annual Report on Form 10-K with the SEC for the fiscal year in which the higher objective is met.

On the grant date of the 2007 awards, we estimated a three-year period for vesting based on the assumed achievement of the higher financial performance objective. In the second fiscal quarter of 2007, we changed the estimated achievement date from three years to two years as a result of our performance being better than expected, resulting in $1.6 million and $1.1 million of incremental expense in 2008 and 2007, respectively. We achieved the higher financial performance objective for the 2007 awards based on the 2008 results, and accordingly these awards vested on March 30, 2009, the first trading date following the filing of our Annual Report on Form 10-K for 2008.

On the grant date of the 2008 awards, we estimated a three-year period for vesting based on the assumed achievement of the higher financial performance objective. In the second fiscal quarter of 2008, we changed the estimated achievement date for the higher financial performance objective from three years to two years due to better operating results than initially anticipated, resulting in $0.8 million of incremental expense in 2008. In the fourth fiscal quarter of 2008, we changed the estimated achievement date for the higher financial performance objective from two years to three years due to our declining net sales results which were in part due to the general economic conditions in the United States. In the third fiscal quarter of 2009, we changed the estimated achievement date for the higher financial performance objective for the restricted stock awards granted during 2008 from three years to two years. Based on our 2009 results, we achieved the higher financial performance objective for restricted stock awards granted in 2008, and accordingly these awards will vest on the trading date following the filing of this Form 10-K. As a result of this change, we recorded incremental expense of $0.5 million and $1.3 million in the third and fourth fiscal quarters of 2009, respectively.

On the grant date of the 2009 awards, we estimated a three-year period for vesting based on the assumed achievement of the higher financial performance objective. In the third fiscal quarter of 2009, we changed the estimated achievement date for the higher financial performance objective from three years to two years due to better operating results than initially anticipated, resulting in $0.1 million of incremental expense in the third fiscal quarter of 2009. In the fourth fiscal quarter of 2009, we changed the estimated achievement date for the higher financial performance objective from two years to one year due to better operating results than initially anticipated, and accordingly these awards will vest on the trading date following the filing of this Form 10-K . As a result of this change, we recorded incremental expense of $3.2 million in the fourth fiscal quarter of 2009.

In 2009 and 2008, we granted restricted stock awards having a fair value on the grant date of approximately $75,000 to each of the non-employee members of our Board of Directors. These awards vest on the earlier of 1) the trading day immediately preceding the next annual meeting of our shareholders; 2) the death of the grantee; or 3) the disability of the grantee; provided, however, the director's restricted stock award will be forfeited if he or she ceases to serve on our Board of Directors before the first of such vesting events occurs.

The non-vested restricted stock awarded to Mr. Fishman upon the commencement of his employment as our Chairman, Chief Executive Officer and President in 2005 vested in one-third increments upon the attainment of mutually agreed common share price targets. In 2006, the first common share price target was achieved and one-third of this award vested. During the first fiscal quarter of 2007, the second and third common share price targets of this award were met, resulting in the vesting of the remaining 66,667 common shares underlying this restricted stock award and related expense of $0.7 million.

The non-vested restricted stock awarded in 2004 to certain of our officers as a retention package upon the transition of the former Chief Executive Officer and President to a different position vested equally over three years. The 2004 restricted stock grants were forfeited, in whole or in part, as applicable, if the employee voluntarily terminated his or her employment or if the employee was terminated for cause. Of the 172,000 shares originally underlying these restricted stock awards, 10,000 were forfeited in 2005 and the remaining 162,000 vested equally in January 2006, 2007 and 2008.

During 2009, 2008, and 2007, the following activity occurred under our share-based compensation plans:

| (In thousands) | 2009 | 2008 | 2007 |
|---|---|---|---|
| Total intrinsic value of stock options exercised | $ 5,079 | $ 13,510 | $ 45,987 |
| Total fair value of restricted stock vested | $ 6,954 | $ 37 | $ 11,822 |

The total unearned compensation cost related to share-based awards outstanding at January 30, 2010, is approximately $17.8 million. This compensation cost is expected to be recognized through January 2014 based on existing vesting terms with the weighted average remaining expense recognition period being approximately 1.8 years from January 30, 2010.

## NOTE 8 - EMPLOYEE BENEFIT PLANS    Pension Benefits

We maintain the Pension Plan and Supplemental Pension Plan covering certain employees whose hire date was on or before April 1, 1994. Benefits under each plan are based on credited years of service and the employee's compensation during the last five years of employment. The Supplemental Pension Plan is maintained for certain highly compensated executives whose benefits were frozen in the Pension Plan in 1996. The Supplemental Pension Plan is designed to pay benefits in the same amount as if the participants continued to accrue benefits under the Pension Plan. We have no obligation to fund the Supplemental Pension Plan, and all assets and amounts payable under the Supplemental Pension Plan are subject to the claims of our general creditors.

WD-BL BN000001333

The components of net periodic pension expense were comprised of the following:

| (In thousands) | 2009 | 2008 | 2007 |
|---|---|---|---|
| Service cost - benefits earned in the period | $ 2,261 | $ 2,438 | $ 2,632 |
| Interest cost on projected benefit obligation | 3,726 | 3,332 | 3,150 |
| Expected investment return on plan assets | (3,172) | (3,963) | (4,289) |
| Amortization of prior service cost | (34) | (34) | 135 |
| Amortization of transition obligation | 13 | 13 | 13 |
| Amortization of actuarial loss | 2,691 | 824 | 694 |
| Settlement loss | 175 | | 1,259 |
| Net periodic pension expense | $ 5,660 | $ 2,610 | $ 3,594 |

In 2009 and 2007, we incurred pretax non-cash settlement charges of $0.2 million and $1.3 million, respectively. The settlement charges were caused by lump sum benefit payments made to plan participants in excess of combined annual service cost and interest cost for each year.

Weighted-average assumptions used to determine net periodic pension expense were:

| | 2009 | 2008 | 2007 |
|---|---|---|---|
| Discount rate | 7.3% | 6.5% | 5.9% |
| Rate of increase in compensation levels | 3.5% | 3.5% | 3.5% |
| Expected long-term rate of return | 8.0% | 8.5% | 8.5% |
| Measurement date for plan assets and benefit obligations | 01/31/09 | 12/31/07 | 12/31/06 |

Weighted-average assumptions used to determine benefit obligations were:

| | 2009 | 2008 |
|---|---|---|
| Discount rate | 5.7% | 7.3% |
| Rate of increase in compensation levels | 3.5% | 3.5% |
| Measurement date for plan assets and benefit obligations | 01/30/10 | 01/31/09 |

The following schedule provides a reconciliation of projected benefit obligations, plan assets, funded status, and amounts recognized for the Pension Plan and Supplemental Pension Plan at January 30, 2010 and January 31, 2009:

| (In thousands) | January 30, 2010 | January 31, 2009 |
|---|---|---|
| Change in projected benefit obligation: | | |
| Projected benefit obligation at beginning of year | $ 53,600 | $ 53,459 |
| Service cost | 2,261 | 2,438 |
| Interest cost | 3,726 | 3,332 |
| Service and interest cost during gap period | - | 480 |
| Benefits and settlements paid | (6,165) | (5,614) |
| Actuarial loss (gain) | 6,104 | (495) |
| Projected benefit obligation at end of year | $ 59,526 | $ 53,600 |
| | | |
| Change in plan assets: | | |
| Fair market value at beginning of year | $ 42,297 | $ 48,208 |
| Actual return on plan assets | 9,979 | (11,641) |
| Employer contributions | 10,754 | 11,344 |
| Benefits and settlements paid | (6,165) | (5,614) |
| Fair market value at end of year | $ 56,865 | $ 42,297 |
| | | |
| Under funded and net amount recognized | $ (2,661) | $ (11,303) |
| | | |
| Amounts recognized in the consolidated balance sheets consist of: | | |
| Noncurrent assets | $ 3,383 | $ - |
| Current liabilities | (383) | (384) |
| Noncurrent liabilities | (5,661) | (10,919) |
| Net amount recognized | $ (2,661) | $ (11,303) |

The following are components of accumulated other comprehensive income and, as such, are not yet reflected in net periodic pension expense:

| (In thousands) | 2009 | 2008 |
|---|---|---|
| Unrecognized transition obligation | $ (52) | $ (67) |
| Unrecognized past service credit | 193 | 231 |
| Unrecognized actuarial loss | (21,906) | (25,477) |
| Accumulated other comprehensive loss, pretax | $ (21,765) | $ (25,313) |

WD-BL BN000001334

We expect to reclassify $2.0 million of the actuarial loss along with immaterial amounts of transition obligation and past service credit into net periodic pension expense during 2010.

63

The following table sets forth certain information for the Pension Plan and the Supplemental Pension Plan at January 30, 2010 and January 31, 2009:

| | Pension Plan | | Supplemental Pension Plan | |
|---|---|---|---|---|
| | January 30, 2010 | January 31, 2009 | January 30, 2010 | January 31, 2009 |
| (In thousands) | | | | |
| Projected benefit obligation | $ 53,482 | $ 48,549 | $ 6,044 | $ 5,051 |
| Accumulated benefit obligation | 47,851 | 43,170 | 4,622 | 4,058 |
| Fair market value of plan assets | $ 56,865 | $ 42,297 | $ - | $ - |

We elected to make $10.0 million and $11.0 million of discretionary contributions to the Pension Plan in 2009 and 2008, respectively, to increase the funded level. Our funding policy of the Pension Plan is to make annual contributions based on advice from our actuaries and the evaluation of our cash position, but not less than the minimum required by applicable regulations. Currently, we expect no required contributions to the Pension Plan during 2010, however discretionary contributions could be made depending upon further analysis.

Using the same assumptions as those used to measure our benefit obligations, the Pension Plan and the Supplemental Pension Plan benefits expected to be paid in each of the following fiscal years are as follows:

**Fiscal Year**

| (In thousands) | |
|---|---|
| 2010 | $4,647 |
| 2011 | 4,911 |
| 2012 | 5,117 |
| 2013 | 5,179 |
| 2014 | 5,475 |
| 2015 - 2019 | 28,420 |

The company's overall investment strategy is to maximize income and capital appreciation while also protecting the funded status of the Pension Plan. In order to determine the appropriate asset allocation and investment strategy, an annual actuarial review of the plan's expected future distributions is completed. Based upon this review, an allocation to cash and fixed income is determined based upon the present value of near and mid-term estimated distributions. The remainder of the assets are allocated toward longer term growth and invested primarily in the equity markets. Changing market cycles require flexibility in asset allocation to allow movement of capital within the asset classes for purposes of increasing investment return and/or reducing risk. Accordingly, the targeted allocation ranges for plan assets are 39% - 64% equity securities, 23% - 61% fixed income securities, and up to 38% cash and cash equivalents. The actual portfolio weightings may differ from targeted ranges due to market appreciation or depreciation but will be re-balanced annually at a minimum. All assets must have readily ascertainable market values and be easily marketable.

Equity securities primarily include investments in companies of various sizes from diverse industries. Investments in mutual funds are managed under and in tandem with the same investment objectives as individual equity securities and consist of diverse funds focused on sub-categories including, but not limited to, company size, investment strategies such as value, growth and blends, international versus domestic and specific industry exposures. As permitted by our pension investment policy, equity securities may include our common shares. At January 30, 2010 and January 31, 2009, the Pension Plan owned 961 and 1,101 of our common shares, respectively.

Fixed income securities include investments in corporate bonds of companies from diversified industries, mortgage-backed securities, and obligations of the U.S. Treasury or agencies. Fixed income investments of a single issuer (with the exception of the U.S. Government or agencies) must not exceed 10% of the total fixed income portfolio. The aggregate credit quality of the fixed income portfolio must always be at a rating of Aa or higher. Cash reserves must be invested in interest bearing securities and must be instantly saleable.

64

The investment managers have the discretion to invest within sub-classes of assets, such as those noted above as well as manage duration exposure as they feel appropriate given current or expected market conditions. They additionally have the authority to invest in financial futures contracts and financial options contracts for the purposes of implementing hedging strategies. There were no futures contracts owned by the Pension Plan at January 30, 2010 or January 31, 2009. The return expectation is to outperform a benchmark constructed in a manner that reflects the portfolio's risk and return objectives. Currently that benchmark is made up of the Morningstar Average Asset Allocation Fund and the following indices: Lehman Intermediate Aggregate, S&P 500 Index, Russell 1000, Russell 2000, MSCI EAFE, and Wilshire REIT. Investment results are compared to market performance metrics on a quarterly basis.

The fair value of our Pension Plan assets at January 30, 2010 by asset category was comprised of the following:

| (In thousands) | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| Cash and Cash Equivalents | $ 6,620 | $ 6,620 | $ - | $ - |
| **Equity Securities** | | | | |
| Consumer Discretionary | 703 | 703 | - | - |

WD-BL BN000001335

| | | | |
|---|--:|--:|--:|--:|
| Consumer Staples | 115 | 115 | - | - |
| Energy | 104 | 104 | - | - |
| Financial | 380 | 380 | - | - |
| Health Care | 139 | 139 | - | - |
| Industrials | 264 | 264 | - | - |
| Information Technology | 421 | 421 | - | - |
| Materials | 313 | 313 | - | - |
| Telecommunication Services | 75 | 75 | - | - |
| Utilities | 214 | 214 | - | - |
| | | | | |
| **Mutual Funds (a)** | | | | |
| Diversified Emerging Markets | 1,214 | 1,214 | - | - |
| Inflation-Protected Bond | 51 | 51 | - | - |
| Intermediate-Term Bond | 307 | 307 | - | - |
| International Large Blend | 2,494 | 2,494 | - | - |
| International Large Value | 1 | 1 | - | - |
| Large Blend | 10,290 | 10,290 | - | - |
| Large Growth | 2,189 | 2,189 | - | - |
| Large Value | 3,643 | 3,643 | - | - |
| Long-Term Bond | 187 | 187 | - | - |
| Mid-Cap Blend | 2,456 | 2,456 | - | - |
| Mid-Cap Value | 1,629 | 1,629 | - | - |
| Real Estate | 2,521 | 2,521 | - | - |
| Short-Term Bond | 301 | 301 | - | - |
| Short-Term Government | 151 | 151 | - | - |
| Small Blend | 2,495 | 2,495 | - | - |
| Small Value | 864 | 864 | - | - |
| Small-Cap Blend | 949 | 949 | - | - |
| World Allocation | 985 | 985 | - | - |
| | | | | |
| **Fixed Income Securities** | | | | |
| U.S. Government | 7,744 | 1,602 | 6,142 | - |
| Corporate (b) | 7,046 | - | 7,046 | - |
| **Total** | $ 56,865 | $ 43,677 | $ 13,188 | $ - |

(a)   Mutual funds are listed by their respective investment strategy as classified by Morningstar Inc.

(b)   This category represents investment grade bonds of corporate issuers from diverse industries

65

**Savings Plans**

We have a savings plan with a 401(k) deferral feature and a nonqualified deferred compensation plan with a similar deferral feature for eligible employees. We contribute a matching percentage of employee contributions. Our matching contributions are subject to Internal Revenue Service ("IRS") regulations. For 2009, 2008, and 2007, we expensed $5.6 million, $5.4 million, and $5.3 million, respectively, related to our matching contributions. In connection with our nonqualified deferred compensation plan, we had liabilities of $17.1 million and $11.0 million at January 30, 2010 and January 31, 2009, respectively.

**NOTE 9 - INCOME TAXES**

The provision for income taxes from continuing operations was comprised of the following:

| | 2009 | 2008 | 2007 |
|---|--:|--:|--:|
| *(In thousands)* | | | |
| Federal - current | $ 91,083 | $ 71,619 | $ 80,215 |
| State and local - current | 11,890 | 9,771 | 7,783 |
| Federal - deferred | 15,176 | 10,189 | (4,249) |
| State and local - deferred | 3,826 | 3,329 | 4,274 |
| Income tax provision | $ 121,975 | $ 94,908 | $ 88,023 |

Net deferred tax assets fluctuated by items that are not reflected in deferred expense above. The fluctuations in net deferred tax assets related to discontinued operations deferred income tax expense were $0.5 million increase, $2.0 million increase and $4.3 million decrease for 2009, 2008, and 2007, respectively. Fluctuations related principally to pension–related charges recorded in accumulated other comprehensive income were $1.4 million decrease, $5.8 million increase, and $0.4 million decrease for 2009, 2008, and 2007, respectively. Net deferred tax assets also increased by a net $3.3 million in 2007 due to the adoption of guidance under ASC740, *Income Taxes* (FIN No.48, *Accounting for Uncertainty in Income Taxes an interpretation of SFAS No. 109*)

Reconciliation between the statutory federal income tax rate and the effective income tax rate was as follows:

| | 2009 | 2008 | 2007 |
|---|--:|--:|--:|
| Statutory federal income tax rate | 35.0 % | 35.0 % | 35.0 % |

WD-BL BN000001336

Effect of:

| | | | |
|---|---|---|---|
| State and local income taxes, net of federal tax benefit | 3.2 | 3.4 | 3.3 |
| Work opportunity tax and other employment tax credits | (0.5) | (0.6) | (0.4) |
| Net benefit recognized for prior year tax uncertainties | 0.0 | (0.2) | (0.4) |
| Valuation allowance | (0.4) | 0.4 | (0.5) |
| Municipal interest | - | - | (0.5) |
| Other, net | 0.4 | - | 0.3 |
| Effective income tax rate | 37.7 % | 38.0 % | 36.8 % |

66

Income tax payments and refunds were as follows:

| | 2009 | 2008 | 2007 |
|---|---|---|---|
| *(In thousands)* | | | |
| Income taxes paid | $ 105,961 | $ 92,433 | $ 65,767 |
| Income taxes refunded | (694) | (3,324) | (4,241) |
| Net income taxes paid | $ 105,267 | $ 89,109 | $ 61,526 |

Deferred taxes reflect the net tax effects of temporary differences between carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax, including income tax uncertainties. Significant components of our deferred tax assets and liabilities were as follows:

| | January 30, 2010 | January 31, 2009 |
|---|---|---|
| *(In thousands)* | | |
| Deferred tax assets: | | |
| Compensation related | $ 29,770 | $ 21,003 |
| Workers' compensation and other insurance reserves | 27,903 | 27,951 |
| Depreciation and fixed asset basis differences | 21,552 | 38,020 |
| Uniform inventory capitalization | 20,989 | 21,502 |
| Accrued rent | 11,549 | 11,475 |
| Accrued state taxes | 8,374 | 8,443 |
| Accrued operating liabilities | 2,684 | 1,828 |
| Pension plans | 1,034 | 4,490 |
| State tax net operating losses, net of federal tax benefit | 1,046 | 2,507 |
| KB store lease and other discontinued operations contingencies | 1,899 | 1,995 |
| Other | 21,739 | 21,260 |
| Valuation allowances - primarily unrealized capital losses | - | (1,269) |
| Total deferred tax assets | 148,539 | 159,205 |
| Deferred tax liabilities: | | |
| Accelerated depreciation and fixed asset basis differences | 39,567 | 31,017 |
| Lease construction reimbursements | 11,339 | 11,512 |
| Prepaid expenses | 5,409 | 5,316 |
| Other | 13,076 | 12,322 |
| Total deferred tax liabilities | 69,391 | 60,167 |
| Net deferred tax assets | $ 79,148 | $ 99,038 |

Net deferred tax assets are shown separately on our consolidated balance sheets as current and noncurrent deferred income taxes. The following table summarizes net deferred income tax assets from the balance sheet:

| | **January 30, 2010** | January 31, 2009 |
|---|---|---|
| *(In thousands)* | | |
| Current deferred income taxes | $ 51,012 | $ 45,275 |
| Noncurrent deferred income taxes | 28,136 | 53,763 |
| Net deferred tax assets | $ 79,148 | $ 99,038 |

67

We have the following income tax loss and credit carryforwards at January 30, 2010 (amounts are shown net of tax excluding the federal income tax effect of the state and local items):

| | | |
|---|---|---|
| *(In thousands)* | | |
| State and local: | | |
| State net operating loss carryforwards | $ 1,704 | Expires fiscal years 2014 through 2025 |
| California enterprise zone credits | 485 | No expiration date |
| Texas business loss credits | 292 | Expires fiscal years through 2025 |

WD-BL BN000001337

| New Jersey alternative minimum tax credits | | 35 | No expiration date |
| --- | --- | --- | --- |
| Total income tax loss and credit carryforwards | $ | 2,516 | |

Income taxes payable on our consolidated balance sheets have been reduced by the tax benefits primarily associated with share-based compensation. We receive an income tax deduction upon the exercise of non-qualified stock options and the vesting of restricted stock. Tax benefits of $0.6 million in 2009, $4.6 million in 2008, and $19.8 million in 2007 were credited directly to shareholders' equity related to share-based compensation deductions in excess of expense recognized for these awards.

The following is a tabular reconciliation of the total amounts of unrecognized tax benefits for 2009 and 2008:

| (In thousands) | | 2009 | | 2008 | | 2007 |
| --- | --- | --- | --- | --- | --- | --- |
| Unrecognized tax benefits - opening balance | $ | 34,729 | $ | 37,158 | $ | 38,326 |
| Gross increases - tax positions in current year | | 11,757 | | 9,094 | | 9,346 |
| Gross increases - tax positions in prior period | | 5,556 | | 1,611 | | 2,762 |
| Gross decreases - tax positions in prior period | | (4,101) | | (4,617) | | (3,301) |
| Settlements | | (11,944) | | (7,147) | | (9,284) |
| Lapse of statute of limitations | | (173) | | (1,370) | | (691) |
| Unrecognized tax benefits - end of year | $ | 35,824 | $ | 34,729 | $ | 37,158 |

At the end of 2009 and 2008, the total amount of unrecognized tax benefits that, if recognized, would affect the effective income tax rate is $19.8 million and $21.0 million, respectively, after considering the federal tax benefit of state income taxes of $5.2 million and $5.8 million respectively. Unrecognized tax benefits of $10.8 million and $7.9 million, respectively, relates to tax positions for which the ultimate deductibility is highly certain but for which there is uncertainty about the timing of such deductibility. The uncertain timing items could result in the acceleration of the payment of cash to the taxing authority to an earlier period. Included in the $35.8 million for 2009 and $34.7 million for 2008 is $9.1 million and $9.3 million, respectively, of unrecognized tax benefits primarily related to our claims for welfare to work and work opportunity tax credits. If we prevail with respect to the welfare to work and work opportunity tax credit claims, we would owe approximately $1.9 million of fees, which have not been accrued, to an outside service provider who assists us with the administration of these refund claims.

We recognized interest and penalties on unrecognized tax benefits of approximately $(0.5) million, $0.8 million, and $0.9 million during 2009, 2008, and 2007 respectively, as a component of income tax expense. The amount of accrued interest and penalties recorded in the accompanying consolidated balance sheets at the end of 2009 and 2008 was $8.3 million and $9.0 million, respectively.

We are subject to U.S. federal income tax as well as income tax of multiple state and local jurisdictions. The examination of our 2005 federal income tax return concluded during 2009. The statute of limitations for assessments on our federal income tax returns for periods prior to 2005 has lapsed. In addition, the state income tax returns filed by us are subject to examination generally for periods beginning with 2006, although state income tax carryforward attributes generated prior to 2006 may still be adjusted upon examination. We have various state returns in the process of examination or administrative appeal.

We have estimated the reasonably possible expected net change in unrecognized tax benefits through January 29, 2011 based on 1) anticipated positions to be taken in the next 12 months, 2) expected cash and non-cash settlements, and 3) lapses of the applicable statutes of limitations of unrecognized tax benefits. The estimated reasonably possible net decrease in unrecognized tax benefits for the next 12 months is approximately $22 million. Actual results may differ materially from this estimate.

68

**NOTE 10 – COMMITMENTS, CONTINGENCIES AND LEGAL PROCEEDINGS**

In November 2004, a civil collective action complaint was filed against us in the United States District Court for the Eastern District of Louisiana ("District Court in Louisiana"), alleging that we violated the Fair Labor Standards Act by misclassifying assistant store managers as exempt employees ("Louisiana matter"). The plaintiffs sought to recover, on behalf of themselves and all other individuals who are similarly situated, alleged unpaid overtime compensation, as well as liquidated damages, attorneys' fees and costs. On July 5, 2005, the District Court in Louisiana issued an order conditionally certifying a class of all then-current and former assistant store managers who worked for us since November 23, 2001. As a result of that order, notice of the lawsuit was sent to approximately 5,500 individuals who had the right to opt-in to the Louisiana matter. Approximately 1,100 individuals opted to join the Louisiana matter. We filed a motion to decertify the class and the motion was denied on August 24, 2007. The trial began on May 7, 2008 and concluded on May 15, 2008. On June 20, 2008, the District Court in Louisiana issued an order decertifying the action and dismissed, without prejudice, the claims of the opt-in plaintiffs. After this ruling, four plaintiffs remained before the District Court in Louisiana. On January 26, 2009, three of the plaintiffs presented their respective cases before the District Court in Louisiana. Since then, the claims of one of the plaintiffs in the January 2009 action and the fourth plaintiff (who did not participate in the January 2009 action) were dismissed with prejudice. On April 2, 2009, the District Court in Louisiana awarded the two remaining plaintiffs an aggregate amount of approximately $0.1 million plus attorneys' fees and costs, which, on June 25, 2009, were determined to be $0.4 million. We appealed both of these decisions. Subsequent to the District Court in Louisiana's April 2, 2009 decision, approximately 172 of the opt-in plaintiffs filed individual actions in the District Court in Louisiana. On August 13, 2009, we filed a writ of mandamus challenging the District Court in Louisiana's jurisdiction to hear these cases. This writ was denied on October 20, 2009. On January 12, 2010, the Louisiana matter was settled for $4.0 million.

In April 2009, a civil collective action complaint was filed against us in the United States District Court for the Western District of New York, alleging that we violated the Fair Labor Standards Act by misclassifying assistant store managers as exempt employees ("New York matter"). In addition, the plaintiff seeks class action treatment under New York law relating to those assistant store managers working in the State of New York. The plaintiff seeks to recover, on behalf of himself and all other individuals who are similarly situated, alleged unpaid overtime compensation, as well as liquidated damages, attorneys' fees and costs. On January 21, 2010, a stipulation was filed and Order rendered limiting this action to current and former assistant store managers working in our New York stores. We intend to vigorously defend ourselves against the allegations levied in this lawsuit. We cannot make a determination as to the probability of a loss contingency resulting from this

WD-BL BN000001338

lawsuit or the estimated range of possible loss, if any; however, we currently believe that such claims asserted in the New York Matter, both individually and in the aggregate, will be resolved without a material adverse effect on our financial condition, results of operations, or liquidity.

In September 2006, a class action complaint was filed against us in the Superior Court of California, Los Angeles County, alleging that we violated certain California wage and hour laws by misclassifying California store managers as exempt employees ("Seals matter"). The plaintiffs seek to recover, on their own behalf and on behalf of all other individuals who are similarly situated, damages for alleged unpaid overtime, unpaid minimum wages, wages not paid upon termination, improper wage statements, missed rest breaks, missed meal periods, reimbursement of expenses, loss of unused vacation time, and attorneys' fees and costs. On October 29, 2009, the Court denied plaintiffs' class certification motion, with prejudice. On January 21, 2010, the plaintiffs filed a Notice of Appeal. We cannot make a determination as to the probability of a loss contingency resulting from this lawsuit or the estimated range of possible loss, if any. We intend to vigorously defend ourselves against the allegations levied in this lawsuit; however, the ultimate resolution of this matter could have a material adverse effect on our financial condition, results of operations, and liquidity.

69

In February 2008, three alleged class action complaints were filed against us by a California resident (the "Caron matters"). The first was filed in the Superior Court of California, Orange County. This action is similar in nature to the Seals matter, which enabled us to successfully coordinate this matter with the Seals matter in the Superior Court of California, Los Angeles County. The second and third matters, filed in the United States District Court, Central District of California, and the Superior Court of California, Riverside County, respectively, allege that we violated certain California wage and hour laws for missed meal and rest periods and other wage and hour claims. The plaintiffs seek to recover, on their own behalf and on behalf of a California statewide class consisting of all other individuals who are similarly situated, damages resulting from improper wage statements, missed rest breaks, missed meal periods, non-payment of wages at termination, reimbursement of expenses, loss of unused vacation time, and attorneys' fees and costs. We believed these two matters overlapped and we successfully consolidated the two cases before the United States District Court, Central District of California. We believe the remaining allegations also overlap some portion of the claims released through the class action settlement in the Espinosa matter (for further discussion of the Espinosa matter see note 10 to our consolidated financial statements contained in our 2008 Form 10-K). On August 25, 2009, the Court denied plaintiffs' class certification motion, without prejudice. We cannot make a determination as to the probability of a loss contingency resulting from the Caron matters or the estimated range of possible loss, if any. We intend to vigorously defend ourselves against the allegations levied in these lawsuits; however, the ultimate resolution of these matters could have a material adverse effect on our financial condition, results of operations, and liquidity.

In 1998, an action was filed against us in the District Court, 224th Judicial District, in Bexar County, Texas ("State Court") by a plaintiff claiming she was injured when she fell in one of our stores ("Rivera matter"). The Rivera matter was removed to the United States District Court for the Western District of Texas ("Federal Court") and the claim was fully litigated. Ultimately, the Federal Court granted summary judgment in our favor in January 2000. The plaintiff re-filed the same complaint in April 2000 in the State Court and then obtained a default judgment against us on June 20, 2000 in the amount of approximately $1.5 million plus post-judgment interest, which brings the total claim against us to approximately $3.4 million. No effort was made to collect on this judgment by the plaintiff until February 2009, when we were served with a writ of execution of judgment. We have filed a petition for a bill of review with the State Court. Since that time, the Federal Court issued an order reflecting that the January 2000 order was a summary judgment with prejudice in our favor. Notwithstanding the Federal Court's order, the State Court rendered a summary judgment decision in the plaintiff's favor. We have appealed the State Court's decision and asked the Federal Court to issue an injunction against the State Court's proceedings. We cannot make a determination as to the probability of a loss contingency resulting from the Rivera matter; however, we currently believe that the Rivera matter will be resolved without a material adverse effect on our financial condition, results of operations, or liquidity.

We are involved in other legal actions and claims, including various additional employment-related matters, arising in the ordinary course of business. We currently believe that such actions and claims, both individually and in the aggregate, will be resolved without a material adverse effect on our financial condition, results of operations, or liquidity. However, litigation involves an element of uncertainty. Future developments could cause these actions or claims to have a material adverse effect on our financial condition, results of operations, and liquidity.

For a discussion of discontinued operations, including KB Toys matters, see note 11 to our accompanying consolidated financial statements.

We are self-insured for certain losses relating to property, general liability, workers' compensation, and employee medical and dental benefit claims, a portion of which is paid by employees, and we have purchased stop-loss coverage in order to limit significant exposure in these areas. Accrued insurance liabilities are actuarially determined based on claims filed and estimates of claims incurred but not reported.

We have purchase obligations for outstanding purchase orders for merchandise issued in the ordinary course of our business that are valued at $478.5 million, the entirety of which represents obligations due within one year of January 30, 2010. In addition, we have a purchase commitment for future inventory purchases totaling $138.5 million at January 30, 2010. We paid $28.9 million, $31.5 million, and $28.3 million related to this commitment during 2009, 2008, and 2007, respectively. We are not required to meet any periodic minimum purchase requirements under this commitment. The term of the commitment extends until the purchase requirement is satisfied. We have additional purchase obligations in the amount of $222.6 million primarily related to distribution and transportation, information technology, print advertising, energy procurement, and other store security, supply, and maintenance commitments.

70

**NOTE 11 – DISCONTINUED OPERATIONS**    Our discontinued operations for 2009, 2008, and 2007, were comprised of the following:

|  | 2009 | 2008 | 2007 |
|---|---|---|---|

*(In thousands)*

WD-BL BN000001339

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Closed stores | $ | (48) | $ | (439) | $ | (905) |
| KB Toys matters | | (1,609) | | (4,928) | | 12,912 |
| **Total income (loss) from discontinued operations, pretax** | $ | (1,657) | $ | (5,367) | $ | 12,007 |

**Closed Stores**    In 2005, we determined that the results of 130 stores closed in 2005 should be reported as discontinued operations for all periods presented. For 2009, 2008, and 2007, the closed stores' operating loss is comprised of exit-related costs, utilities, and security expenses on leased properties with remaining terms and accretion on the lease termination obligations of $0.1 million, $0.1 million, and $0.2 million, respectively. At fiscal year end 2009, 2008, and 2007, we had accrued exit-related liabilities of $0.5 million, $0.9 million, and $2.5 million, respectively, as a result of the 130 store closures in 2005. The decrease in liabilities is due to payments of the exit-related amounts. Included in payments is sublease income of $0.2 million in 2009 and $0.3 million in 2008 and 2007. As of January 30, 2010, we had three closed stores with leases that had not yet been terminated or subleased. Future cash outlays under these store closure obligations are anticipated to be $0.4 million in 2010 and $0.1 million in 2011.

**KB Toys Matters**    We acquired the KB Toys business from Melville Corporation (now known as CVS New York, Inc., and together with its subsidiaries "CVS") in May 1996. As part of that acquisition, we provided, among other things, an indemnity to CVS with respect to any losses resulting from KB Toys' failure to pay all monies due and owing under any KB Toys lease or mortgage obligation. While we controlled the KB Toys business, we provided guarantees with respect to a limited number of additional KB Toys store leases. We sold the KB Toys business to KB Acquisition Corp. ("KBAC"), an affiliate of Bain Capital, pursuant to a Stock Purchase Agreement. KBAC similarly agreed to indemnify us with respect to all lease and mortgage obligations. These guarantee and lease obligations are collectively referred to as the "KB Lease Obligations."

On January 14, 2004, KBAC and certain affiliated entities (collectively referred to as "KB-I") filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. In connection with the 2004 bankruptcy, KB-I rejected 226 store leases and two distribution center leases for which we believed we may have guarantee or indemnification obligations (collectively referred to as the "KB-I Bankruptcy Lease Obligations"). We recorded pretax charges for estimated KB-I Bankruptcy Lease Obligations in loss from discontinued operations of $18.1 million in years prior to 2007. We based this amount on the number of demand notices that we had received from landlords and used information received from KB-I, the bankruptcy trust, and our own lease records which date back to when we owned the KB Toys business.

In the second fiscal quarter of 2007, we recorded $2.0 million, pretax in income (loss) from discontinued operations to reflect favorable settlements related to the KB-I Bankruptcy Lease Obligations. In the fourth fiscal quarter of 2007, we recorded approximately $8.8 million income of the KB-I Bankruptcy Lease Obligations to reduce the amount on our consolidated balance sheet to zero as of February 2, 2008. We based this reversal on the following factors: 1) we had not received any new demand letters from landlords during 2007, 2) all prior demands against us by landlords had been settled or paid or the landlords had stopped pursuing their demands, 3) the KB-I bankruptcy occurred more than four years prior to the end of 2007 and most of the lease rejections occurred more than three years prior to the end of 2007, and 4) we believed that the likelihood of new claims against us was remote, and, if incurred, the amount would be immaterial.

71

On August 30, 2005, in connection with the acquisition by an affiliate of Prentice Capital Management of majority ownership of KB-I, KB-I emerged from its 2004 bankruptcy (the KB Toys business that emerged from bankruptcy is hereinafter referred to as "KB-II"). In 2007, we entered into an agreement with KB-II and various Prentice Capital entities which we believe provides a cap on our liability under the existing KB Lease Obligations and an indemnity from the Prentice Capital entities with respect to any renewals, extensions, modifications or amendments of the KB Lease Obligations which otherwise could potentially expose us to additional incremental liability beyond the date of the agreement, September 24, 2007. Under the agreement, KB-II is required to update us periodically with respect to the status of any remaining leases for which they believe we have a guarantee or indemnification obligation. In addition, we have the right to request a statement of the net asset value of Prentice Capital Offshore in order to monitor the sufficiency of the indemnity.

On December 11, 2008, KB-II filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. Based on information provided to us by KB-II, we believe that we continue to have KB Lease Obligations with respect to 31 KB Toys stores ("KB-II Bankruptcy Lease Obligations"). In the fourth fiscal quarter of 2008, we recorded a charge in the amount of $5.0 million, pretax, in income (loss) from discontinued operations to reflect the estimated amount that we expect to pay for KB-II Bankruptcy Lease Obligations. We continue to believe that additional payments by us under the KB-I Bankruptcy Lease Obligations are remote and, therefore we have not recognized any charge or liability in 2008 related to these earlier lease rejections.

In the fourth fiscal quarter of 2009, we obtained assignment of a lease for the former KB corporate office. We believe that our ability to find a subtenant for this location is remote. We recorded a charge of $1.2 million, pretax in income (loss) from discontinued operations primarily related to our remaining liability for the former KB corporate office. At fiscal year end 2009 and 2008, we had accrued in total for the KB-II Bankruptcy Lease Obligations and the KB corporate office lease obligation $4.8 million and $5.0 million, respectively.

*HCC Note*
As partial consideration for our sale of the KB Toys business in 2000, we received a 10-year note from Havens Corners Corporation, a subsidiary of KBAC and a party to the KB-I bankruptcy proceedings, in the aggregate principal amount of $45.0 million (principal and interest together known as the "HCC Note"). Upon receipt, we recorded the HCC Note at its estimated fair value. The HCC Note became immediately due and payable to us at the time of KB Toys' bankruptcy filing in January 2004. From 2004 through 2006 we recorded $16.0 million of impairments in continuing operations and received $0.7 million as a result of our legal settlement with the former principals of the KB Toys business and applied these proceeds against the carrying value of the HCC Note recorded.

In the fourth fiscal quarter of 2007, we reached agreement with the KB-I bankruptcy trust with respect to all of our pending claims against the bankruptcy trust. As a result, we received approximately $7.2 million from the KB-I bankruptcy trust representing payment of our claims. Approximately $5.4 million of these proceeds related to our HCC Note claim and $1.8 million related principally to our lease indemnification and mortgage guarantee claims. The HCC Note proceeds were recorded as a $0.2 million payment against the outstanding note balance and the

WD-BL BN000001340

remaining $5.2 million was recorded as a reduction of selling and administrative expenses for recovery of the prior partial charge-offs. As of February 2, 2008, we no longer carried a balance on our consolidated balance sheet for the HCC Note. The lease indemnification and mortgage guarantee proceeds of $1.8 million were recorded as income from discontinued operations in 2007.

The following table summarizes these charges and reversals during the years 2007, 2008 and 2009:

| (In thousands) | 2009 | 2008 | 2007 |
|---|---|---|---|
| **Continuing Operations** | | | |
| HCC Note - Partial recovery of prior charges | $ - | $ - | $ 5,172 |
| **Discontinued Operations** | | | |
| Lease indemnifications | (1,609) | (4,928) | 12,787 |
| Tax indemnifications and other - Partial recovery of prior charges | - | - | 125 |
| KB matters pretax income (loss) from discontinued operations | $ (1,609) | $ (4,928) | $ 12,912 |

72

**NOTE 12 – BUSINESS SEGMENT DATA**   We manage our business based on one segment, broadline closeout retailing. We use the following six merchandise categories, which match our internal management and reporting of merchandise net sales results: Consumables, Home, Furniture, Hardlines, Seasonal, and Other.

| (In thousands) | 2009 | 2008 | 2007 |
|---|---|---|---|
| Consumables | $ 1,456,370 | $ 1,410,383 | $ 1,339,433 |
| Home | 717,766 | 713,103 | 783,047 |
| Furniture | 716,785 | 698,276 | 687,292 |
| Hardlines | 677,790 | 646,563 | 629,119 |
| Seasonal | 591,321 | 585,025 | 597,933 |
| Other | 566,762 | 591,933 | 619,478 |
| Net sales | $ 4,726,772 | $ 4,645,283 | $ 4,656,302 |

The Consumables category includes the food, health and beauty, plastics, paper, chemical, and pet departments. The Home category includes the domestics, stationery, and home decorative departments. The Furniture category includes the upholstery, mattresses, ready-to-assemble, and case goods departments. Case goods consist of bedroom, dining room, and occasional furniture. The Hardlines category includes the electronics, appliances, tools, and home maintenance departments. The Seasonal category includes the lawn & garden, Christmas, summer, and other holiday departments. The Other category includes the toy, jewelry, infant accessories, and apparel departments. Other also includes the results of certain large closeout deals that are typically acquired through our alternate product sourcing operations.

**NOTE 13 - SELECTED QUARTERLY FINANCIAL DATA (UNAUDITED)**   Summarized fiscal quarterly financial data for 2009 and 2008 is as follows:

| Fiscal Year 2009 | First | Second | Third | Fourth | Year |
|---|---|---|---|---|---|
| (In thousands, except per share amounts) (a) | | | | | |
| Net sales | $ 1,141,656 | $ 1,086,567 | $ 1,035,269 | $ 1,463,280 | $ 4,726,772 |
| Gross margin | 462,180 | 434,383 | 417,991 | 604,752 | 1,919,306 |
| Income from continuing operations | 36,310 | 28,616 | 30,256 | 106,188 | 201,370 |
| Income (loss) from discontinued operations | (79) | (173) | 73 | (822) | (1,001) |
| Net income | 36,231 | 28,443 | 30,329 | 105,366 | 200,369 |
| **Earnings per share - basic:** | | | | | |
| Continuing operations | 0.45 | 0.35 | 0.37 | 1.30 | 2.47 |
| Discontinued operations | - | - | - | (0.01) | (0.01) |
| | 0.45 | 0.35 | 0.37 | 1.29 | 2.45 |
| **Earnings per share - diluted:** | | | | | |
| Continuing operations | 0.44 | 0.35 | 0.37 | 1.28 | 2.44 |
| Discontinued operations | - | - | - | (0.01) | (0.01) |
| | $ 0.44 | $ 0.34 | $ 0.37 | $ 1.27 | $ 2.42 |

73

| Fiscal Year 2008 | First | Second | Third | Fourth | Year |
|---|---|---|---|---|---|
| (In thousands, except per share amounts) (a) | | | | | |
| Net sales | $ 1,151,589 | $ 1,105,189 | $ 1,021,580 | $ 1,366,925 | $ 4,645,283 |
| Gross margin | 463,791 | 434,804 | 406,262 | 552,572 | 1,857,429 |
| Income from continuing operations | 34,486 | 26,147 | 12,358 | 81,807 | 154,798 |
| Income (loss) from discontinued operations | 23 | (122) | (110) | (3,042) | (3,251) |
| Net income | 34,509 | 26,025 | 12,248 | 78,765 | 151,547 |

WD-BL BN000001341

| Earnings per share - basic: | | | | | |
|---|---|---|---|---|---|
| Continuing operations | 0.43 | 0.32 | 0.15 | 1.01 | 1.91 |
| Discontinued operations | - | - | - | (0.04) | (0.04) |
| | 0.43 | 0.32 | 0.15 | 0.97 | 1.87 |
| Earnings per share - diluted: | | | | | |
| Continuing operations | 0.42 | 0.32 | 0.15 | 1.00 | 1.89 |
| Discontinued operations | - | - | - | (0.04) | (0.04) |
| | $ 0.42 | $ 0.32 | $ 0.15 | $ 0.96 | $ 1.85 |

(a) Earnings per share calculations for each fiscal quarter are based on the applicable weighted-average shares outstanding for each period and the sum of the earnings per share for the four fiscal quarters may not necessarily be equal to the full year earnings per share amount.

**NOTE 14 – SUBSEQUENT EVENTS**    On March 2, 2010, our Board of Directors authorized a $250.0 million increase to our $150.0 million program bringing the total authorization of the 2010 Repurchase Program to $400.0 million. On March 10, 2010, we utilized $150.0 million of the authorization to execute an accelerated share repurchase transaction which reduced our common shares outstanding by 3.6 million. The total number of shares repurchased under the ASR will be based upon the volume weighted average price of our stock over a predetermined period and will not be known until that period ends and a final settlement occurs. The final settlement could increase or decrease the 3.6 million shares initially reduced from our outstanding common shares. The terms of the ASR restrict us from declaring a dividend prior to its completion, which is currently scheduled to be no later than January 26, 2011. The remaining $250 million will be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the 2010 Repurchase Program will be available to meet obligations under equity compensation plans and for general corporate purposes. The 2010 Repurchase Program will continue until exhausted.

**ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE**   Not applicable.

**ITEM 9A. CONTROLS AND PROCEDURES    Evaluation of Disclosure Controls and Procedures**   Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of our disclosure controls and procedures, as that term is defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended ("Exchange Act"), as of the end of the period covered by this report. Based on that evaluation, our Chief Executive Officer and Chief Financial Officer have each concluded that such disclosure controls and procedures were effective as of the end of the period covered by this report.

**Management's Report on Internal Control over Financial Reporting**   Management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) for us. Our internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with accounting principles generally accepted in the United States of America.

74

Internal control systems, no matter how well designed and operated, have inherent limitations, including the possibility of the circumvention or overriding of controls. Due to these inherent limitations, our internal control over financial reporting may not prevent or detect misstatements. As a result, projections of effectiveness to future periods are subject to risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Management assessed the effectiveness of our internal control over financial reporting as of January 30, 2010. In making its assessment, management used the criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission in *Internal Control – Integrated Framework*. Based on this assessment, management, including the Chief Executive Officer and Chief Financial Officer, concluded that we maintained effective internal control over financial reporting as of January 30, 2010.

Our independent registered public accounting firm, Deloitte & Touche LLP, has issued an attestation report on our internal control over financial reporting. The report appears in the Financial Statements and Supplementary Data section of this Form 10-K.

**Changes in Internal Control over Financial Reporting**    There were no changes in our internal control over financial reporting that occurred during our most recent fiscal quarter that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**ITEM 9B. OTHER INFORMATION**    Not applicable.

# PART III

**ITEM 10. DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE**   The information contained under the captions "Proposal One: Election of Directors," "Governance," and "Stock Ownership" in the 2010 Proxy Statement, with respect to directors, shareholder nomination procedures, the code of ethics, the Audit Committee, our audit committee financial experts, and Section 16(a) beneficial ownership reporting compliance, is incorporated herein by reference in response to this item. The information contained in Part I under the caption "Supplemental Item. Executive Officers of the Registrant," with respect to executive officers, is incorporated herein by reference in response to this item.

**ITEM 11. EXECUTIVE COMPENSATION**    The information contained under the captions "Governance," "Director Compensation," and "Executive Compensation" in the 2010 Proxy Statement, with respect to corporate Compensation Committee interlocks and insider participation, director compensation, the Compensation Committee Report, and executive compensation, is incorporated herein by reference in response to this item.

**UNITED STATES**

## SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

☑ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended January 29, 2011

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 1-8897

# BIG LOTS, INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| Ohio | 06-1119097 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 300 Phillipi Road, P.O. Box 28512, Columbus, Ohio | 43228-5311 |
| (Address of principal executive offices) | (Zip Code) |

(614) 278-6800
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Shares $0.01 par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None.

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☑   No ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes ☐   No ☑

WD-BL 000000002

WD-BL BN000001355

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

Yes ☐   No ☑

The aggregate market value of the Common Shares held by non-affiliates of the Registrant (assuming for these purposes that all executive officers and directors are "affiliates" of the Registrant) was $2,707,259,542 on July 31, 2010, the last business day of the Registrant's most recently completed second fiscal quarter (based on the closing price of the Registrant's Common Shares on such date as reported on the New York Stock Exchange).

The number of the Registrant's Common Shares outstanding as of March 23, 2011 was 75,188,531.

Documents Incorporated by Reference

Portions of the Registrant's Proxy Statement for its 2011 Annual Meeting of Shareholders are incorporated by reference into Part III of this Annual Report on Form 10-K.

WD-BL 000000003

WD-BL BN000001356

**BIG LOTS, INC.**    **FORM 10-K**    FOR THE FISCAL YEAR ENDED JANUARY 29, 2011    TABLE OF CONTENTS

## PART I

| | | Page |
|---|---|---|
| It | Business | 1 |
| It | Risk Factors | 6 |
| It | Unresolved Staff Comments | 12 |
| It | Properties | 12 |
| It | Legal Proceedings | 14 |
| It | (Removed and Reserved) | 14 |
| | Supplemental Item. Executive Officers of the Registrant | 14 |

## PART II

| It | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 16 |
|---|---|---|
| It | Selected Financial Data | 19 |
| It | Management's Discussion and Analysis of Financial Condition and Results of Operations | 20 |
| It | Quantitative and Qualitative Disclosures About Market Risk | 39 |
| It | Financial Statements and Supplementary Data | 40 |
| It | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 76 |
| It | Controls and Procedures | 76 |
| It | Other Information | 76 |

## PART III

| It | Directors, Executive Officers and Corporate Governance | 76 |
|---|---|---|
| It | Executive Compensation | 77 |
| It | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 77 |
| It | Certain Relationships and Related Transactions, and Director Independence | 78 |
| It | Principal Accounting Fees and Services | 78 |

## PART IV

| It | Exhibits, Financial Statement Schedules | 78 |
|---|---|---|
| | Signatures | 82 |

WD-BL 000000004

WD-BL BN000001357

# PART I

**Item 1. Business**

**The Company**

Big Lots, Inc., an Ohio corporation, through its wholly owned subsidiaries (collectively referred to herein as "we," "us," and "our" except as used in the reports of our independent registered public accounting firm included in Item 8 of this Annual Report for Form 10-K ("Form 10-K")), is the nation's largest broadline closeout retailer (see the discussion below under the caption "Closeout Retailing"). At January 29, 2011, we operated a total of 1,398 stores in 48 states. Our goal is to strengthen and build upon our leadership position in broadline closeout retailing by providing our customers with great savings on brand-name closeouts and other value-priced merchandise. You can locate us on the Internet at www.biglots.com. The contents of our websites are not part of this report.

Similar to many other retailers, our fiscal year ends on the Saturday nearest to January 31, which results in some fiscal years comprised of 52 weeks and some comprised of 53 weeks. Unless otherwise stated, references to years in this report relate to fiscal years rather than calendar years. The following table provides a summary of our fiscal year calendar and the associated number of weeks in the fiscal year:

| Fiscal Year | Number of Weeks | Year Begin Date | Year End Date |
|---|---|---|---|
| 2011 | 52 | January 30, 2011 | January 28, 2012 |
| 2010 | 52 | January 31, 2010 | January 29, 2011 |
| 2009 | 52 | February 1, 2009 | January 30, 2010 |
| 2008 | 52 | February 3, 2008 | January 31, 2009 |
| 2007 | 52 | February 4, 2007 | February 2, 2008 |
| 2006 | 53 | January 29, 2006 | February 3, 2007 |

We manage our business on the basis of one segment: broadline closeout retailing. Please refer to the consolidated financial statements and related notes in this Form 10-K for our financial information. We evaluate and report overall sales and merchandise performance based on the following key merchandising categories: Consumables, Furniture, Home, Hardlines, Seasonal, and Other. The Consumables category includes the food, health and beauty, plastics, paper, chemical, and pet departments. The Furniture category includes the upholstery, mattresses, ready-to-assemble, and case goods departments. Case goods consist of bedroom, dining room, and occasional furniture. The Home category includes the domestics, stationery, and home decorative departments. The Hardlines category includes the electronics, appliances, tools, and home maintenance departments. The Seasonal category includes the lawn & garden, Christmas, summer, and other holiday departments. The Other category includes the toy, jewelry, infant accessories, and apparel departments and also includes the results of certain large closeout deals that we typically acquire through our alternate product sourcing operations. See note 13 to the accompanying consolidated financial statements for the net sales results of these categories for 2010, 2009, and 2008.

In May 2001, Big Lots, Inc. was incorporated in Ohio and was the surviving entity in a merger with Consolidated Stores Corporation, a Delaware corporation. By virtue of the merger, Big Lots, Inc. succeeded to all the business, properties, assets, and liabilities of Consolidated Stores Corporation.

Our principal executive offices are located at 300 Phillipi Road, Columbus, Ohio 43228, and our telephone number is (614) 278-6800. All of our operations were located within the United States of America at the end of each of the last three years.

1

WD-BL 000000005

WD-BL BN000001358

**Closeout Retailing**

Closeout merchandise generally results from production overruns, packaging changes, discontinued products, liquidations, returns, and other disruptions in the supply chain of manufacturers. As a result, we can generally purchase closeout merchandise at lower costs than would be paid by traditional discount retailers, and offer closeout merchandise at lower prices than those offered by traditional discount retailers. We attempt to maximize the amount of closeout merchandise available in our stores. We work closely with our vendors to obtain name brand merchandise that is easily recognizable by our customers. In addition to closeout merchandise, we stock many products on a consistent basis at our stores that we believe provide great value to our customers. This merchandise may not always be the same brand or may be off-brand because we attempt to provide our customers with merchandise at a price that we believe represents a great value. For net sales by merchandise category and as a percent of total net sales, see the discussion below under the captions "2010 Compared To 2009" and "2009 Compared To 2008" in "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations" ("MD&A") of this Form 10-K.

**Real Estate**

The following table compares the number of our stores in operation at the beginning and end of each of the last five fiscal years:

|  | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|
| Stores open at the beginning of the year | 1,361 | 1,339 | 1,353 | 1,375 | 1,401 |
| Stores opened during the year | 80 | 52 | 21 | 7 | 11 |
| Stores closed during the year | (43) | (30) | (35) | (29) | (37) |
| Stores open at the end of the year | 1,398 | 1,361 | 1,339 | 1,353 | 1,375 |

From 2006 through 2008, we focused on improving profitability through managing our existing store base as the commercial real estate market demanded higher rent charges than our store operating model enabled us to pay. During 2009, the commercial real estate market softened and, as a result, we have been able to favorably negotiate renewals for certain store leases which, prior to 2009, may have resulted in store closures. In addition, during 2009 and 2010, we successfully negotiated a number of new store leases as the availability of space improved, rental rates eased, and our sales and profitability improved at the store level. For additional information about our real estate strategy, see the discussion under the caption "Operating Strategy - Real Estate" in the accompanying MD&A in this Form 10-K.

2

WD-BL 000000006

WD-BL BN000001359

The following table details our stores by state at January 29, 2011:

| | | | | | |
|---|---|---|---|---|---|
| Alabama | 27 | Maine | 7 | Ohio | 103 |
| Arizona | 36 | Maryland | 17 | Oklahoma | 17 |
| Arkansas | 11 | Massachusetts | 18 | Oregon | 13 |
| California | 172 | Michigan | 43 | Pennsylvania | 68 |
| Colorado | 20 | Minnesota | 4 | Rhode Island | 1 |
| Connecticut | 11 | Mississippi | 14 | South Carolina | 34 |
| Delaware | 4 | Missouri | 25 | South Dakota | 1 |
| Florida | 107 | Montana | 1 | Tennessee | 47 |
| Georgia | 59 | Nebraska | 4 | Texas | 114 |
| Idaho | 6 | Nevada | 13 | Utah | 10 |
| Illinois | 35 | New Hampshire | 6 | Vermont | 4 |
| Indiana | 45 | New Jersey | 14 | Virginia | 35 |
| Iowa | 3 | New Mexico | 12 | Washington | 21 |
| Kansas | 9 | New York | 48 | West Virginia | 18 |
| Kentucky | 40 | North Carolina | 65 | Wisconsin | 10 |
| Louisiana | 22 | North Dakota | 2 | Wyoming | 2 |
| | | | | **Total stores** | **1,398** |
| | | | | **Number of states** | **48** |

Of our 1,398 stores, 35% operate in four states: California, Texas, Ohio, and Florida, and net sales from stores in these states represented 37% of our 2010 net sales.

**Associates**

At January 29, 2011, we had approximately 35,600 active associates comprised of 13,000 full-time and 22,600 part-time associates. Temporary associates hired during the fall and winter holiday selling season increased the number of associates to a peak of 39,700 in 2010. Approximately 64% of the associates employed throughout the year are employed on a part-time basis. We consider our relationship with our associates to be good, and we are not a party to any labor agreements.

**Competition**

We operate in the highly competitive retail industry and face strong sales competition from other general merchandise, discount, food, furniture, arts and crafts, and dollar store retailers. Additionally, we compete with a number of companies for retail site locations, to attract and retain quality employees, and to acquire our broad assortment of closeout merchandise from vendors.

**Purchasing**

An integral part of our business is the sourcing and purchasing of quality brand-name merchandise directly from manufacturers and other vendors typically at prices below those paid by traditional retailers. We believe that we have built strong relationships with many brand-name vendors and we have capitalized on our purchasing power in the closeout marketplace, including our ability to pay timely and source merchandise that provides exceptional value to our customers. We have the ability to source and purchase significant quantities of a vendor's closeout merchandise in specific product categories and to control distribution in accordance with vendor instructions. We believe this ability provides a high level of service and convenience to our vendors. Our sourcing channels also include bankruptcies, liquidations, and insurance claims. We supplement our traditional brand-name closeout purchases with various direct import and domestically-sourced merchandise, which represents merchandise that our customers consistently expect us to have in our stores or merchandise that we believe offers our customers a significant value. We expect that the unpredictability of the retail and manufacturing environments coupled with what we believe is our dominant purchasing power position will continue to support our ability to source quality closeout merchandise at competitive prices.

3

WD-BL 000000007

WD-BL BN000001360

We have a buying team with extensive closeout purchasing experience, which we believe has enabled us to develop successful long-term relationships with many of the largest and most recognized vendors in the United States. We believe that, as a result of these relationships and our experience and reputation in the closeout industry, many vendors offer buying opportunities to us prior to attempting to dispose of their merchandise through other channels.

Our merchandise is purchased from domestic and foreign vendors that provide us with multiple sources for each product category. In 2010, our top ten vendors accounted for approximately 16% of total purchases (at cost) while the largest vendor accounted for approximately 4% of total purchases (at cost).

During 2010, we purchased approximately 25% of our merchandise directly from overseas vendors, including approximately 21% from vendors located in China. Additionally, a significant amount of our domestically-purchased merchandise is manufactured abroad. As a result, a significant portion of our merchandise supply is subject to certain risks as described further in "Item 1A. Risk Factors" of this Form 10-K.

**Warehouse and Distribution**

The majority of the merchandise sold by us is received and processed for retail sale and distributed to the retail locations from our five regional distribution centers located in Pennsylvania, Ohio, Alabama, Oklahoma and California. Some of our vendors deliver merchandise directly to our stores. We previously operated two furniture distribution centers located in Redlands, California and Columbus, Ohio. During 2009, we integrated the distribution of furniture from our Redlands, California furniture distribution center into our regional distribution center in California. During 2008, we integrated the distribution of furniture from our Columbus, Ohio furniture distribution center into our regional distribution centers in Pennsylvania, Ohio, Alabama and Oklahoma. We believe these integrations allow us to distribute furniture to our stores more efficiently, primarily by reducing the transportation cost to the stores because the regional distribution centers are generally located closer to the stores they service. We manage the inventory levels of merchandise in our distribution centers to facilitate the prompt and efficient distribution of merchandise to our stores in order to maximize sales and our inventory turnover rate. We selected the locations of our distribution centers in an effort to minimize transportation costs and the distance from distribution centers to our stores.

In addition to the regional distribution centers that handle merchandise, we operate a warehouse in Ohio that distributes store fixtures and supplies. During 2009, we integrated the distribution of store fixtures and supplies out of our Redlands, California furniture distribution center into our Ohio warehouse. We believe this integration reduces our fixed overhead and operating costs and allows us to more effectively manage store fixtures and supplies inventory.

During the past three years, we implemented several warehouse, distribution, and outbound transportation initiatives, including but not limited to the integration in 2008 and 2009 of our former furniture distribution centers into all of our regional distribution centers, and other transportation initiatives aimed at lowering our inbound and outbound transportation costs.

For additional information regarding our warehouses and distribution facilities and related initiatives, see the discussion under the caption "Warehouse and Distribution" in "Item 2. Properties" of this Form 10-K and the discussion under the caption "Operating Strategy – Cost Structure" in the accompanying MD&A in this Form 10-K.

**Advertising and Promotion**

Our brand image is an important part of our marketing program. Our principal trademarks, including the Big Lots® family of trademarks, have been registered with the U.S. Patent and Trademark Office. We use a variety of marketing approaches to promote our brand and retail position through television, internet, in-store point of purchase, and print media. The centerpiece of our marketing efforts is our television campaign which combines elements of strategic branding and promotion. These same elements are then used in most other marketing media. Our highly targeted media placement strategy uses national cable as the foundation of our television buys which is then supplemented with commercials placed with broadcasters in key markets. Our marketing program utilizes printed advertising circulars, through a combination of newspaper insertions and mailings, which we design and distribute in all markets that are served by our stores. In 2010, we distributed multi-page circulars covering 27 weeks which was consistent with our approach in 2009 and 2008 and is consistent with our plans for 2011. We create regional versions of these circulars to take advantage of market differences caused by product availability, climate, and customer preferences. In addition, we use in-store promotional materials, including in-store signage, to emphasize special bargains and significant values offered to our customers. Our customer list, which we refer to as the Buzz Club®, is an important marketing tool which allows us to communicate in a cost effective manner with our customers, including e-mail delivery of our circulars. In addition to the Buzz Club®, in August of 2009, we started the Buzz Club Rewards® program ("Rewards"), which has grown rapidly from 1.2 million members at the end of 2009 to 7.3 million members at the end of 2010. Members of the Buzz Club Rewards program use a membership card when making purchases and earn discounts on future purchases when they meet certain thresholds. Buzz Club Rewards members may also receive other targeted promotions. We continue to use our website (www.biglots.com) as a key avenue to communicate to our customers through special catalogs and online advertising, attracting approximately 1.1 million unique visitors each week. Total advertising expense as a percentage of total net sales was 1.9% in 2010, 2.0% in 2009, and 2.2% in 2008.

4

WD-BL 000000008

WD-BL BN000001361

**Seasonality**

We have historically experienced, and expect to continue to experience, seasonal fluctuations, with a larger percentage of our net sales and operating profit realized in the fourth fiscal quarter. In addition, our quarterly net sales and operating profits can be affected by the timing of new store openings and store closings, the timing of television and circular advertising, and the timing of certain holidays. We historically receive a higher proportion of merchandise, carry higher inventory levels, and incur higher outbound shipping and payroll expenses as a percentage of sales in the third fiscal quarter in anticipation of increased sales activity during the fourth fiscal quarter. The fourth fiscal quarter typically includes a leveraging effect on operating results because net sales are higher and certain of our costs are fixed such as rent and depreciation.

The seasonality of our net sales and related merchandise inventory requirements influences our availability of and demand for cash or access to credit. We historically have drawn upon our credit facility to assist in funding our working capital requirements, which typically peak near the end of our third fiscal quarter. We historically have higher net sales, operating profits, and cash flow provided by operations in the fourth fiscal quarter which allows us to substantially repay our seasonal borrowings. In 2010, our total indebtedness (outstanding borrowings and letters of credit) peaked at approximately $200 million in November 2010 under our $500.0 million unsecured credit facility entered into in April 2009 ("2009 Credit Agreement"). As of January 29, 2011, we had no borrowings under the 2009 Credit Agreement. We expect that borrowings will vary throughout 2011 depending on various factors, including our seasonal need to acquire merchandise inventory prior to peak selling seasons, the timing and amount of sales to our customers and the potential impact of shares repurchased under our authorized share repurchase program. For additional information on our current share repurchase program, the 2009 Credit Agreement, and a discussion of our sources and uses of funds, see "Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities" and the discussion under the caption "Capital Resources and Liquidity" in the accompanying MD&A, in this Form 10-K.

**Available Information**

We make available, free of charge, through the "Investor Relations" section of our website (www.biglots.com) under the "SEC Filings" caption, our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended ("Exchange Act"), as soon as reasonably practicable after we file such material with, or furnish it to, the Securities and Exchange Commission ("SEC").

In this Form 10-K, we incorporate by reference certain information from parts of our Proxy Statement for our 2011 Annual Meeting of Shareholders ("2011 Proxy Statement").

In the "Investor Relations" section of our website (www.biglots.com) under the "Corporate Governance" and "SEC Filings" captions, the following information relating to our corporate governance may be found: Corporate Governance Guidelines; charters of our Board of Directors' Audit, Compensation, Nominating/Corporate Governance, Strategic Planning, and Public Policy and Environmental Affairs Committees; Code of Business Conduct and Ethics; Code of Ethics for Financial Professionals; Chief Executive Officer and Chief Financial Officer certifications related to our SEC filings; the means by which shareholders may communicate with our Board of Directors; and transactions in our securities by our directors and executive officers. The Code of Business Conduct and Ethics applies to all of our associates, including our directors and our principal executive officer, principal financial officer, and principal accounting officer. The Code of Ethics for Financial Professionals applies to our Chief Executive Officer and all other Senior Financial Officers (as that term is defined therein) and contains provisions specifically applicable to the individuals serving in those positions. We intend to post amendments to and waivers from, if any, our Code of Business Conduct and Ethics (to the extent applicable to our directors and executive officers) and our Code of Ethics for Financial Professionals in the "Investor Relations" section of our website (www.biglots.com) under the "Corporate Governance" caption. We will provide any of the foregoing information without charge upon written request to our Corporate Secretary. The contents of our websites are not part of this report.

5

WD-BL 000000009

WD-BL BN000001362

**Item 1A. Risk Factors**

The statements in this section describe the material risks to our business and should be considered carefully. In addition, these statements constitute cautionary statements under the Private Securities Litigation Reform Act of 1995.

Our disclosure and analysis in this Form 10-K and in our 2010 Annual Report to Shareholders contain some forward-looking statements that set forth anticipated results based on management's plans and assumptions. From time to time, we also provide forward-looking statements in other materials we release to the public as well as oral forward-looking statements. Such statements give our current expectations or forecasts of future events; they do not relate strictly to historical or current facts. We have tried, wherever possible, to identify such statements by using words such as "anticipate," "estimate," "expect," "objective," "goal," "project," "intend," "plan," "believe," "will," "should," "may," "target," "forecast," "guidance," "outlook," and similar expressions in connection with any discussion of future operating or financial performance. In particular, forward-looking statements include statements relating to future actions, future performance, or results of current and anticipated products, sales efforts, expenses, interest rates, the outcome of contingencies, such as legal proceedings, and financial results.

We cannot guarantee that any forward-looking statement will be realized. Achievement of future results is subject to risks, uncertainties, and potential inaccurate assumptions. Should known or unknown risks or uncertainties materialize, or should underlying assumptions prove inaccurate, actual results could differ materially from past results and those anticipated, estimated, or projected results set forth in the forward-looking statements. You should bear this in mind as you consider forward-looking statements.

You are cautioned not to place undue reliance on forward-looking statements, which speak only as of the date thereof. We undertake no obligation to publicly update forward-looking statements, whether as a result of new information, future events, or otherwise. You are advised, however, to consult any further disclosures we make on related subjects in our Quarterly Reports on Form 10-Q and Current Reports on Form 8-K filed with the SEC.

Also note that we provide the following cautionary discussion of risks, uncertainties, and assumptions relevant to our businesses. There can be no assurances that we have correctly and completely identified, assessed, and accounted for all factors that do or may affect our business, financial condition, results of operations, and liquidity. These are factors that, individually or in the aggregate, we think could cause our actual results to differ materially from expected and historical results. Additional risks not presently known to us or that we presently believe to be immaterial also may adversely impact us. Should any risks or uncertainties develop into actual events, these developments could have material adverse effects on our business, financial condition, results of operations, and liquidity. Consequently, all of the forward-looking statements are qualified by these cautionary statements, and there can be no assurance that the results or developments we anticipate will be realized or that they will have the expected effects on our business or operations. We note these factors for investors as permitted by the Private Securities Litigation Reform Act of 1995. You should understand that it is not possible to predict or identify all such factors. Consequently, you should not consider the following to be a complete discussion of all potential risks or uncertainties.

6

WD-BL 000000010

WD-BL BN000001363

Our ability to achieve the results contemplated by forward-looking statements is subject to a number of factors, any one, or a combination, of which could materially affect our business, financial condition, results of operations, or liquidity. These factors may include, but are not limited to:

*The current economic conditions (including commodity price fluctuations, bankruptcies, and reduced access to credit) give rise to risks and uncertainties that may adversely affect our capital resources, financial condition, results of operations, and liquidity including, but not limited to the following:*

- Fluctuating commodity prices, including but not limited to diesel fuel and other fuels used to generate power by utilities, may affect our gross profit and operating profit margins.
- Our vendors may be negatively impacted by current economic conditions due to insufficient availability of credit to fund their operations or insufficient demand for their products, which may affect their ability to fulfill their obligations to us.
- Our expectations regarding the demand for our merchandise may be inaccurate, which could cause us to under buy or over buy certain categories or departments of merchandise, which could result in customer dissatisfaction or require excessive markdowns to sell through the merchandise.
- The reaction of our competitors to the marketplace, including the level of liquidations occurring at bankrupt retailers, may drive our competitors, some of whom are better capitalized than us, to offer significant discounts or promotions on their merchandise, which could negatively affect our sales and profit margins.
- A downgrade in our credit rating could negatively affect our ability to access capital or increase the borrowing rates we pay.
- A significant decline in the market value of our qualified defined benefit pension plan's ("Pension Plan") investment portfolios may affect our financial condition, results of operations, and liquidity.

*If we are unable to continue to successfully execute our operating strategies, our operating performance could be significantly impacted.*

There is a risk that we will be unable to continue to meet or exceed our operating performance targets and goals in the future if our strategies and initiatives are unsuccessful. In 2010, we announced operating performance targets and goals as part of an updated strategic plan that we intend to continue to use as our roadmap for the near future. The updated plan includes a growth phase and a continued focus on merchandising, real estate, and cost structure. Overall, both our actual 2010 operating performance and our 2011 operating performance outlook are consistent with the operating performance targets outlined in the updated strategic plan. See the accompanying MD&A in this Form 10-K for additional information concerning our operating strategy.

*If we are unable to compete effectively in the highly competitive discount retail industry, our business and results of operations may be materially adversely affected.*

The discount retail business is highly competitive. As discussed in Item 1 of this Form 10-K, we compete for customers, employees, products, real estate, and other aspects of our business with a number of other companies. Certain of our competitors have greater financial, distribution, marketing, and other resources than us. It is possible that increased competition or improved performance by our competitors may reduce our market share, gross margin, and operating margin, and may materially adversely affect our business and results of operations in other ways.

*Changes by vendors related to the management of their inventories may reduce the quantity and quality of brand-name closeout merchandise available to us or may increase our cost to acquire brand-name closeout merchandise, either of which may materially adversely affect our revenues and gross margin.*

The products we sell are sourced from a variety of vendors. The portion of our assortment that is pre-planned and made for us consists of imported merchandise (primarily furniture, seasonal, and portions of our home categories along with certain other classifications like toys) or merchandise that we can re-order upon demand. However, for the closeout component of our business, we do not control the supply, design, function, availability, or cost of many of the products that we offer for sale. Our ability to meet or exceed our operating performance targets for gross margin depends upon the sufficient availability of closeout merchandise that we can acquire and offer at prices that represent a value to our customers. In addition, we rely on our vendors to provide us with quality merchandise. To the extent that certain of our vendors are better able to manage their inventory levels and reduce the amount of their excess inventory, the amount of closeout merchandise available to us could be materially reduced. Shortages or disruptions in the availability of closeout merchandise of a quality acceptable to our customers and us would likely have a material adverse effect on our sales and gross margin and may result in customer dissatisfaction.

7

WD-BL 000000011

WD-BL BN000001364

*We rely on vendors located in foreign countries for significant amounts of merchandise and a significant amount of our domestically-purchased merchandise is manufactured abroad. Our business may be materially adversely affected by risks associated with international trade.*

Global sourcing of many of the products we sell is an important factor in driving higher gross margin. During 2010, we purchased approximately 25% of our products directly from overseas vendors including 21% from vendors located in China. Our ability to identify qualified vendors and to access products in a timely and efficient manner is a significant challenge, especially with respect to goods sourced outside of the United States. Global sourcing and foreign trade involve numerous factors and uncertainties beyond our control including increased shipping costs, increased import duties, more restrictive quotas, loss of "most favored nation" trading status, currency and exchange rate fluctuations, work stoppages, transportation delays, economic uncertainties such as inflation, foreign government regulations, political unrest, natural disasters, war, terrorism, trade restrictions (including retaliation by the United States against foreign practices), political instability, the financial stability of vendors, merchandise quality issues, and tariffs. These and other issues affecting our international vendors could materially adversely affect our business and financial performance.

*Disruption to our distribution network, the capacity of our distribution centers, and the timely receipt of merchandise inventory could adversely affect our operating performance.*

We rely on the ability to replenish depleted merchandise inventory through deliveries to our distribution centers and from the distribution centers to our stores by various means of transportation, including shipments by sea, rail and truck carriers. A decrease in the capacity of carriers and/or labor strikes or shortages in the transportation industry could negatively affect our distribution network, the timely receipt of merchandise and transportation costs. In addition, long-term disruptions to the national and international transportation infrastructure from wars, political unrest, terrorism, natural disasters and other significant events that lead to delays or interruptions of service could adversely affect our business. Also, a fire, earthquake, or other disaster at one of our distribution centers could disrupt our timely receiving, processing and shipment of merchandise to our stores which could adversely affect our business. As we continue to grow, we may face increased or unexpected demands on distribution center operations, as well as unexpected demands on our distribution network. In addition, new store locations receiving shipments that are increasingly further away from our distribution centers will increase transportation costs and may create transportation scheduling strains.

*Our inability to properly manage our inventory levels and offer merchandise that our customers want may materially adversely impact our business and financial performance.*

We must maintain sufficient inventory levels to operate our business successfully. However, we also must seek to avoid accumulating excess inventory in order to maintain appropriate in-stock levels. As stated above, we obtain approximately one quarter of our merchandise from vendors outside of the United States. These foreign vendors often require lengthy advance notice of our requirements in order to be able to supply products in the quantities that we request. This usually requires us to order merchandise and enter into purchase order contracts for the purchase and manufacture of such merchandise well in advance of the time these products are offered for sale. As a result, we may experience difficulty in responding to a changing retail environment, which makes us vulnerable to changes in price and in consumer preferences. In addition, we attempt to maximize our gross margin and operating efficiency by delivering proper quantities of merchandise to our stores in a timely manner. If we do not accurately anticipate future demand for a particular product or the time it will take to replenish inventory levels, our inventory levels may not be appropriate and our results of operations may be negatively impacted.

8

WD-BL 000000012

WD-BL BN000001365

*Declines in general economic condition, consumer spending levels, and other conditions could lead to reduced consumer demand for our merchandise thereby materially adversely affecting our revenues and gross margin.*

Our results of operations can be directly impacted by the health of the United States' economy. Our business and financial performance may be adversely impacted by current and future economic conditions, including factors that may restrict or otherwise negatively impact consumer financing, disposable income levels, unemployment levels, energy costs, interest rates, recession, inflation, the impact of natural disasters and terrorist activities, and other matters that influence consumer spending. The economies of four states (Ohio, Texas, California, and Florida) are particularly important as approximately 35% of our current stores operate in these states and 37% of our 2010 net sales occurred in these states.

*Changes in federal or state legislation and regulations, including the effects of legislation and regulations on product safety, could increase our cost of doing business and adversely affect our operating performance.*

We are exposed to the risk that new federal or state legislation, including new product safety laws and regulations, may negatively impact our operations and adversely affect our operating performance. Additional changes in product safety legislation or regulations may lead to product recalls and the disposal or write-off of merchandise, as well as fines or penalties and reputational damage. If our merchandise, including food and consumable products, do not meet applicable governmental safety standards or our customers' expectations regarding quality or safety, we could experience lost sales, increased costs and be exposed to legal and reputational risk. Our inability to comply on a timely basis with regulatory requirements, or execute product recalls in a timely manner, could result in fines or penalties which could have a material adverse effect on our financial results. In addition, negative customer perceptions regarding the safety of the products we sell could cause us to lose market share to our competitors. If this occurs, it may be difficult for us to regain lost sales.

*We may be subject to periodic litigation and regulatory proceedings, including Fair Labor Standards Act and state wage and hour class action lawsuits, which may adversely affect our business and financial performance.*

From time to time, we may be involved in lawsuits and regulatory actions, including various collective or class action lawsuits that are brought against us for alleged violations of the Fair Labor Standards Act and state wage and hour laws. Due to the inherent uncertainties of litigation, we may not be able to accurately determine the impact on us of any future adverse outcome of such proceedings. The ultimate resolution of these matters could have a material adverse impact on our financial condition, results of operations, and liquidity. In addition, regardless of the outcome, these proceedings could result in substantial cost to us and may require us to devote substantial resources to defend ourselves. For a description of certain current legal proceedings, see note 10 to the accompanying consolidated financial statements.

*Our current insurance program may expose us to unexpected costs and negatively affect our financial performance.*

Our insurance coverage reflects deductibles, self-insured retentions, limits of liability and similar provisions that we believe are prudent based on the dispersion of our operations. However, there are types of losses we may incur but against which we cannot be insured or which we believe are not economically reasonable to insure, such as losses due to acts of war, employee and certain other crime and some natural disasters. If we incur these losses and they are material, our business could suffer. Certain material events may result in sizable losses for the insurance industry and adversely impact the availability of adequate insurance coverage or result in excessive premium increases. To offset negative insurance market trends, we may elect to self-insure, accept higher deductibles or reduce the amount of coverage in response to these market changes. In addition, we self-insure a significant portion of expected losses under our workers' compensation, automobile liability, general liability and group health insurance programs. Unanticipated changes in any applicable actuarial assumptions and management estimates underlying our recorded liabilities for these losses, including expected increases in medical and indemnity costs, could result in materially different amounts of expense than expected under these programs, which could have a material adverse effect on our financial condition and results of operations. Although we continue to maintain property insurance for catastrophic events, we are effectively self-insured for losses up to the amount of our deductibles. If we experience a greater number of these losses than we anticipate, our financial performance could be adversely affected.

9

WD-BL 000000013

WD-BL BN000001366

*A significant decline in our operating profit and taxable income may impair our ability to realize the value of our long-lived assets and deferred tax assets.*

We are required by accounting rules to periodically assess our property and equipment and deferred tax assets for impairment and recognize an impairment loss or valuation charge, if necessary. In performing these assessments, we use our historical financial performance to determine whether we have potential impairments or valuation concerns and as evidence to support our assumptions about future financial performance. If our financial performance significantly declines, it could negatively affect the results of our assessments of the recoverability of our property and equipment and our deferred tax assets. There is a risk that if our future operating results significantly decline, it could impair our ability to recover the value of our property and equipment and deferred tax assets. Impairment or valuation charges taken against property and equipment and deferred tax assets could be material and could have a material adverse impact on our capital resources, financial condition, results of operations, and liquidity (see the discussion under the caption "Critical Accounting Policies and Estimates" in the accompanying MD&A in this Form 10-K for additional information regarding our accounting policies for long-lived assets and income taxes).

*Our inability, if any, to comply with the terms of the 2009 Credit Agreement may have a material adverse effect on our capital resources, financial condition, results of operations, and liquidity.*

We have the ability to borrow funds under the 2009 Credit Agreement and we utilize this ability at various times depending on operating or other cash flow requirements. The 2009 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens, and investments, as well as the maintenance of two financial ratios – a leverage ratio and a fixed charge coverage ratio. A violation of these covenants may permit the lenders to restrict our ability to further access loans and letters of credit and may require the immediate repayment of any outstanding loans. If we do not comply with these covenants, it may have a material adverse effect on our capital resources, financial condition, results of operations, and liquidity.

*If we are unable to maintain or upgrade our information systems and software programs or if we are unable to convert to alternate systems in an efficient and timely manner, our operations may be disrupted or become less efficient.*

We depend on a variety of information systems for the efficient functioning of our business. We rely on certain software vendors to maintain and periodically upgrade many of these systems so that we can continue to support our business. The software programs supporting many of our systems were licensed to us by independent software developers. Costs and potential interruptions associated with the implementation of new or upgraded systems and technology or with maintenance or adequate support of our existing systems could disrupt or reduce the efficiency of our business.

*If we are unable to successfully execute our SAP® for Retail system implementation, our operations may be disrupted or become less efficient.*

In January 2008, we announced our plans to implement SAP® for Retail solutions over the next few years. New financial systems, including general ledger, accounts payable and fixed assets, were developed and tested during 2008 and 2009. The new financial systems were placed in service in 2010. A new core merchandising system has been under development and we began testing it in the fourth quarter of 2010, with plans to place the new core merchandising system in service in 2012, when we complete testing. The implementation of these systems is expected to have a pervasive impact on our information systems and across a significant portion of our general office operations, including merchandising, technology, and finance. If we are unable to successfully implement SAP® for Retail, it may have an adverse effect on our capital resources, financial condition, results of operations, and liquidity.

10

WD-BL 000000014

WD-BL BN000001367

*If we are unable to retain existing and secure suitable new store locations under favorable lease terms, our financial performance may be negatively affected.*

We lease almost all of our stores and a significant number of these leases expire or are up for renewal each year, as noted below in "Item 2. Properties" to this Form 10-K. Our strategy to improve our financial performance includes sales growth while managing the occupancy cost of each of our stores. A significant component of our sales growth strategy is to open new store locations. If the commercial real estate market tightens and we are not able to negotiate favorable new store leases and lease renewals, our financial position, results of operations, and liquidity may be negatively affected.

*Changes in accounting guidance could significantly affect our results of operations and the presentation of those results.*

Changes in accounting standards, including new interpretations and applications of accounting standards, may have adverse effects on our financial condition, results of operations, and liquidity. The governing accounting bodies, specifically the Financial Accounting Standards Board ("FASB") and the International Accounting Standards Board ("IASB"), have proposed numerous significant changes to current accounting standards. This proposed new guidance could significantly change the presentation of financial information and results of operations. Additionally, the new guidance may require us to make systems and other changes that could increase our operating costs. Specifically, implementing future accounting guidance related to leases and other areas impacted by the current convergence project between the FASB and IASB could require us to make significant changes to our lease management system or other accounting systems.

*If we are unable to secure customer, employee, and company data, our reputation could be damaged and we could be subject to penalties or lawsuits.*

The protection of our customer, employee, and company data is critical to us. The regulatory environment surrounding information security and privacy is increasingly demanding, with frequent imposition of new and constantly changing requirements across our business. In addition, our customers have a high expectation that we will adequately protect their personal information. A significant breach of customer, employee, or company data could damage our reputation and result in lost sales, fines, and/or lawsuits.

*If we lose key personnel, it may have a material adverse impact on our future results of operations.*

We believe that we benefit substantially from the leadership and experience of our senior executives. The loss of services of any of these individuals could have a material adverse impact on our business. Competition for key personnel in the retail industry is intense and our future success will also depend on our ability to recruit, train, and retain our senior executives and other qualified personnel.

*The price of our common shares as traded on the New York Stock Exchange may be volatile.*

Our stock price may fluctuate substantially as a result of factors beyond our control, including but not limited to, general economic and stock market conditions, risks relating to our business and industry as discussed above, strategic actions by us or our competitors, variations in our quarterly operating performance, our future sales or purchases of our common shares, and investor perceptions of the investment opportunity associated with our common shares relative to other investment alternatives.

11

WD-BL 000000015

WD-BL BN000001368

*The bankruptcy of our formerly owned KB Toys business may adversely affect our business and financial performance.*

In December 2000, we sold the KB Toys business to KB Acquisition Corporation. On January 14, 2004, KB Acquisition Corporation and certain affiliated entities (collectively "KB-I") filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. On August 30, 2005, in connection with the acquisition by an affiliate of Prentice Capital Management of majority ownership of KB-I, KB-I emerged from their January 14, 2004 bankruptcy (the KB Toys business that emerged from bankruptcy is hereinafter referred to as "KB-II"). On December 11, 2008, KB-II filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. Based on information we have received subsequent to the December 11, 2008 bankruptcy filing, we believe we may have indemnification and guarantee obligations ("KB-II Bankruptcy Lease Obligations") with respect to 29 KB Toys store leases and a lease for a former KB corporate office. Because of uncertainty inherent in the assumptions used to estimate this liability, our estimated liability could ultimately prove to be understated and could result in a material adverse impact on our financial condition, results of operations, and liquidity. For additional information regarding the KB Toys bankruptcies, see note 11 to the accompanying consolidated financial statements.

*We also may be subject to a number of other factors which may, individually or in the aggregate, materially or adversely affect our business. These factors include, but are not limited to:*

- Changes in governmental laws and regulations;
- Events or circumstances could occur which could create bad publicity for us or for types of merchandise offered in our stores which may negatively impact our business results including sales;
- Infringement of our intellectual property, including the Big Lots trademarks, could dilute our value;
- Our ability to attract and retain suitable employees;
- Our ability to establish effective advertising, marketing, and promotional programs; and
- Other risks described from time to time in our filings with the SEC.

**Item 1B. Unresolved Staff Comments**     None.

**Item 2. Properties**

**Retail Operations**   All of our stores are located in the United States, predominantly in strip shopping centers, and have an average store size of approximately 30,100 square feet, of which an average of 21,600 square feet is selling square feet. The average cost to open a new store in a leased facility during 2010 was approximately $1.1 million, including cost of inventory. Except for 54 owned sites, all of our stores are leased. In 2008, we acquired, for $8.6 million, two store properties we were previously leasing. The 54 owned stores are located in the following states:

12

WD-BL 000000016

WD-BL BN000001369

| State | Stores Owned |
|---|---|
| Arizona | 3 |
| California | 39 |
| Colorado | 3 |
| Florida | 2 |
| Louisiana | 1 |
| New Mexico | 2 |
| Ohio | 1 |
| Texas | 3 |
| Total | 54 |

Store leases generally obligate us for fixed monthly rental payments plus the payment, in most cases, of our applicable portion of real estate taxes, common area maintenance costs ("CAM"), and property insurance. Some leases require the payment of a percentage of sales in addition to minimum rent. Such payments generally are required only when sales exceed a specified level. Our typical store lease is for an initial minimum term of five to ten years with multiple five-year renewal options. Seventy-two store leases have sales termination clauses which can result in our exiting a location at our option if certain sales volume results are not achieved.

The following table summarizes the number of store lease expirations in each of the next five fiscal years and the total thereafter. In addition, as stated above, many of our store leases have renewal options. The table also includes the number of leases that are scheduled to expire each year that do not have a renewal option. The information includes stores with more than one lease and leases for stores not yet open. It excludes 12 month-to-month leases and 54 owned locations.

| Fiscal Year: | Expiring Leases | Leases Without Options |
|---|---|---|
| 2011 | 245 | 41 |
| 2012 | 239 | 28 |
| 2013 | 289 | 37 |
| 2014 | 258 | 24 |
| 2015 | 223 | 27 |
| Thereafter | 126 | 9 |

**Warehouse and Distribution**    At January 29, 2011, we owned or leased approximately 9.5 million square feet of distribution center and warehouse space. We own and operate five regional distribution centers strategically placed across the United States in Ohio, California, Alabama, Oklahoma, and Pennsylvania. In addition to the regional distribution centers which handle merchandise, we had one warehouse under lease, which expired on January 31, 2011 and had been vacated as of January 29, 2011. The regional distribution centers utilize warehouse management technology, which enables high accuracy and efficient processing of merchandise from vendors to our retail stores. The combined output of our regional distribution centers was approximately 2.5 million cartons per week in 2010. Certain vendors deliver merchandise directly to our stores. We attempt to move merchandise from our vendors to the sales floor in the most efficient manner.

13

WD-BL 000000017

WD-BL BN000001370

The number of owned and leased distribution centers and warehouse space (including the vacated warehouse under lease) and the corresponding square footage of the facilities by state at January 29, 2011, were as follows:

| State | Owned | Leased | Total | | Square Footage | | |
|---|---|---|---|---|---|---|---|
| | | | | | Owned | Leased | Total |
| | | | | | *(Square footage in thousands)* | | |
| Ohio | 1 | 1 | 2 | | 3,559 | 465 | 4,024 |
| California | 1 | - | 1 | | 1,423 | - | 1,423 |
| Alabama | 1 | - | 1 | | 1,411 | - | 1,411 |
| Oklahoma | 1 | - | 1 | | 1,297 | - | 1,297 |
| Pennsylvania | 1 | - | 1 | | 1,295 | - | 1,295 |
| Total | 5 | 1 | 6 | | 8,985 | 465 | 9,450 |

**Corporate Office**    We own the facility in Columbus, Ohio that serves as our general office for corporate associates.

**Item 3. Legal Proceedings**    No response is required under Item 103 of Regulation S-K. For a discussion of certain litigated matters, please refer to note 10 to the accompanying consolidated financial statements.

**Item 4. [Removed and reserved.]**

**Supplemental Item. Executive Officers of the Registrant**    Our executive officers at January 29, 2011 were as follows:

| Name | Age | Offices Held | Officer Since |
|---|---|---|---|
| Steven S. Fishman | 59 | Chairman, Chief Executive Officer and President | 2005 |
| Lisa M. Bachmann | 49 | Executive Vice President, Supply Chain Management and Chief Information Officer | 2002 |
| Joe R. Cooper | 53 | Executive Vice President, Chief Financial Officer | 2000 |
| Charles W. Haubiel II | 45 | Executive Vice President, Legal and Real Estate, General Counsel and Corporate Secretary | 1999 |
| John C. Martin | 60 | Executive Vice President, Merchandising | 2003 |
| Christopher T. Chapin | 47 | Senior Vice President, Store Operations | 2008 |
| Robert C. Claxton | 56 | Senior Vice President, Marketing | 2005 |
| Norman J. Rankin | 54 | Senior Vice President, Big Lots Capital and Wholesale | 1998 |
| Robert S. Segal | 56 | Senior Vice President, General Merchandise Manager | 2005 |
| Steven R. Smart | 51 | Senior Vice President, General Merchandise Manager | 2003 |
| Harold A. Wilson | 62 | Senior Vice President, Distribution and Transportation Services | 1995 |
| Timothy A. Johnson | 43 | Vice President, Strategic Planning and Investor Relations | 2004 |
| Paul A. Schroeder | 45 | Vice President, Controller | 2005 |

14

WD-BL 000000018

WD-BL BN000001371

*Steven S. Fishman* became Chairman, Chief Executive Officer and President in July 2005. Before joining us, Mr. Fishman was President, Chief Executive Officer and Chief Restructuring Officer of Rhodes, Inc., a furniture retailer which filed for bankruptcy on November 4, 2004; Chairman and Chief Executive Officer of Frank's Nursery & Crafts, Inc., a lawn and garden specialty retailer which filed for bankruptcy on September 8, 2004; and President and Founder of SSF Resources, Inc., an investment and consulting firm.

*Lisa M. Bachmann* is responsible for information technology, merchandise planning and allocation, and distribution and transportation services. Ms. Bachmann was promoted to Executive Vice President in March 2010, and assumed responsibility for distribution and transportation services. Ms. Bachman assumed the responsibility for information technology in August 2005. Ms. Bachman joined us as Senior Vice President of Merchandise Planning, Allocation and Presentation in March 2002. Prior to joining us, Ms. Bachmann was Senior Vice President of Planning and Allocation of Ames Department Stores, Inc., a discount retailer which filed for bankruptcy on August 20, 2001.

*Joe R. Cooper* is responsible for treasury, tax, investor relations, loss prevention and risk management, as well as the reporting, planning, and control functions of the business. Mr. Cooper was promoted to Executive Vice President in March 2010, and assumed responsibility for loss prevention and risk management. Prior to that Mr. Cooper was promoted to Senior Vice President and Chief Financial Officer in February 2004. Mr. Cooper joined us as Vice President of Strategic Planning and Investor Relations in May 2000. In July 2000, he assumed responsibility for the treasury department and was appointed Vice President, Treasurer.

*Charles W. Haubiel II* is responsible for legal affairs and real estate. Mr. Haubiel was promoted to Executive Vice President in March 2010 and assumed responsibility for real estate in January 2008. Prior to that, he was promoted to Senior Vice President, General Counsel and Corporate Secretary in November 2004. Mr. Haubiel joined us in 1997 as Senior Staff Counsel and was promoted to Director, Corporate Counsel and Assistant Secretary in 1999, and to Vice President, General Counsel and Corporate Secretary in 2000.

*John C. Martin* is responsible for merchandising. Prior to joining us in 2003, Mr. Martin was President of Garden Ridge Corporation, an arts and crafts retailer which filed for bankruptcy on February 2, 2004. Mr. Martin also served as President and Chief Operating Officer of Michaels Stores, Inc., an arts and crafts retailer, and President, Retail Stores Division of OfficeMax Incorporated, an office supply retailer.

*Christopher T. Chapin* is responsible for store operations, including store standards, customer service, personnel development, program implementation, and execution. Prior to joining us in May 2008, Mr. Chapin was President and Chief Executive Officer of Facility Source Inc., a retail facility maintenance and management provider, and Vice President and Director of Store Operations of Limited Brands, Inc., a retailer.

*Robert C. Claxton* is responsible for marketing, merchandise presentation, and sales promotion. Prior to joining us in 2005, Mr. Claxton served as General Manager and Executive Vice President of Initiative Media, an advertising and communications company, and Chief Marketing Officer and Senior Vice President of Montgomery Ward, a retailer.

*Norman J. Rankin* is responsible for alternative product sourcing and wholesale operations. He assumed his current role in January 2008, after serving as Senior Vice President, General Merchandise Manager with responsibility for consumables and hardware. Mr. Rankin joined us in 1998 as Vice President, Consumables upon our merger with Mac Frugal's Bargains Close-outs, Inc., a discount retailer. In 1999, Mr. Rankin was promoted to Senior Vice President.

*Robert S. Segal* is responsible for merchandising in the furniture, home, and seasonal categories. Mr. Segal joined us in 2004 as Vice President, Divisional Merchandise Manager, Furniture, and was promoted to Senior Vice President, General Merchandise Manager for the furniture and home categories in January 2008. He assumed responsibility for the seasonal category in March 2010. Prior to joining us, Mr. Segal served as Divisional Vice President, Housewares and Home of Shopko, a discount retailer, from 1995 to 2004.

15

WD-BL 000000019

WD-BL BN000001372

*Steven R. Smart* is responsible for merchandising in the consumables and hardlines categories, as well as our play & wear department within the other category. Mr. Smart joined us in May 2003 as Vice President, Divisional Merchandise Manager, Consumables and was promoted to his current role in March 2010. Prior to joining us, Mr. Smart served as Senior Vice President, Retail of Fleming, a wholesaler, which filed for bankruptcy in 2003.

*Harold A. Wilson* is responsible for warehousing, distributing, and transporting merchandise. Mr. Wilson joined us in 1995. Prior to joining us, Mr. Wilson was Vice President of Distribution of Limited Brands, Inc., a retailer, and held a senior position in the distribution department with Neiman-Marcus, Inc., a luxury retailer.

*Timothy A. Johnson* is responsible for strategic planning and investor relations. He was promoted to Vice President, Strategic Planning and Investor Relations in February 2004. He joined us in 2000 as Director of Strategic Planning.

*Paul A. Schroeder* is responsible for internal and external financial reporting and accounting operations including payroll, accounts payable, and inventory control. Mr. Schroeder joined us as Director, Accounting Operations in April 2005, and was promoted to Vice President, Controller in September 2005. Prior to joining us, Mr. Schroeder was Director of Finance of American Signature, Inc., a furniture retailer, and held various finance positions with Limited Brands, Inc., a retailer.

# PART II

**Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities**

Our common shares are listed on the New York Stock Exchange ("NYSE") under the symbol "BIG." The following table reflects the high and low sales prices per common share for our common shares as reported on the NYSE composite tape for the fiscal periods indicated:

|  | 2010 | | 2009 | |
|---|---|---|---|---|
|  | High | Low | High | Low |
| First Quarter | $ 41.42 | $ 28.51 | $ 28.36 | $ 12.62 |
| Second Quarter | 38.92 | 31.27 | 28.50 | 19.49 |
| Third Quarter | 35.25 | 30.02 | 28.18 | 22.47 |
| Fourth Quarter | $ 32.78 | $ 27.82 | $ 31.39 | $ 23.04 |

Our Board of Directors historically has authorized reinvesting available cash in capital expenditures for various maintenance and growth opportunities and in share repurchase programs. We historically have not paid dividends and our Board of Directors is not currently considering any change in this policy. In the event that we change our policy, any future cash dividend payments would be determined by our Board of Directors taking into account business conditions then existing, including our earnings, financial requirements and condition, opportunities for reinvesting cash, and other factors.

On December 4, 2009, our Board of Directors authorized a share repurchase program providing for the repurchase of up to $150.0 million of our common shares. On March 2, 2010, our Board of Directors authorized a $250.0 million increase to our repurchase program bringing the total authorization to $400.0 million (collectively the "2010 Repurchase Program").

16

WD-BL 000000020

WD-BL BN000001373

On March 10, 2010, we utilized $150.0 million of the authorization under the 2010 Repurchase Program to execute an accelerated share repurchase transaction ("ASR") which reduced our common shares outstanding by 4.5 million. The total number of shares repurchased under the ASR was based upon the volume weighted average price per share of our stock from the inception of the transaction through December 30, 2010, when our counterparty exercised its option to settle the transaction. The counterparty provided us with 3.6 million shares at the inception of the transaction and then an additional 0.9 million shares at the final settlement. In addition to the ASR, we acquired approximately 6.0 million shares for $192.2 million of the remaining $250.0 million authorized under the 2010 Repurchase Program.

Our remaining repurchase authorization under the 2010 Repurchase Program was approximately $57.8 million at January 29, 2011, and is available to be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors.

The repurchased common shares were placed into treasury and may be used for general corporate purposes including the issuance of shares related to equity compensation plans.

The following table sets forth information regarding our repurchase of our common shares during the fourth fiscal quarter of 2010:

*(In thousands, except price per share data)*

| Period | (a) Total Number of Shares Purchased | (b) Average Price Paid per Share | (c) Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | (d) Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 31, 2010 - November 27, 2010 | - | $ - | - | $ 57,832 |
| November 28, 2010 - December 25, 2010 | - | | - | 57,832 |
| December 26, 2010 - January 29, 2011 | 922 (1) | | 922 | 57,832 |
| Total | 922 | $ - | 922 | $ 57,832 |

(1) The ASR was scheduled to be completed no later than January 26, 2011, but the counterparty had the option to accelerate the completion date. The counterparty exercised its acceleration option and the ASR settled on December 30, 2010. On settlement, we received approximately 0.9 million additional common shares from the counterparty.

At the close of trading on the NYSE on March 23, 2011, there were approximately 960 registered holders of record of our common shares.

17

WD-BL 000000021

WD-BL BN000001374

The following graph and table compares, for the five fiscal years ended January 29, 2011, the cumulative total shareholder return for our common shares, the S&P 500 Index, and the S&P 500 Retailing Index. Measurement points are the last trading day of each of our fiscal years ended February 3, 2007, February 2, 2008, January 31, 2009, January 30, 2010, and January 29, 2011. The graph and table assume that $100 was invested on January 28, 2006, in each of our common shares, the S&P 500 Index, and the S&P 500 Retailing Index and reinvestment of any dividends. The stock price performance on the following graph and table is not necessarily indicative of future stock price performance.



| Company / Index | Base Period January 2006 | Indexed Returns Years Ended | | | | |
|---|---|---|---|---|---|---|
| | | January 2007 | January 2008 | January 2009 | January 2010 | January 2011 |
| Big Lots, Inc. | $ 100.00 | $ 189.23 | $ 127.44 | $ 97.89 | $ 206.77 | $ 231.59 |
| S&P 500 Index | 100.00 | 114.99 | 112.92 | 68.47 | 91.16 | 110.53 |
| S&P 500 Retailing Index | $ 100.00 | $ 115.11 | $ 93.95 | $ 58.52 | $ 91.02 | $ 115.75 |

18

WD-BL 000000022

WD-BL BN000001375

**Item 6. Selected Financial Data** The following statements of operations and balance sheet data have been derived from our consolidated financial statements and should be read in conjunction with MD&A and the consolidated financial statements and related notes included herein.

| | Fiscal Year (a) | | | |
|---|---|---|---|---|
| (In thousands, except per share amounts and store counts) | 2010 | 2009 | 2008 (b) | 2007 (c) |
| Net sales | $ 4,952,244 | $ 4,726,772 | $ 4,645,283 | $ 4,656, |
| Cost of sales (exclusive of depreciation expense shown separately below) | 2,939,793 | 2,807,466 | 2,787,854 | 2,815 |
| Gross margin | 2,012,451 | 1,919,306 | 1,857,429 | 1,840, |
| Selling and administrative expenses | 1,576,500 | 1,532,356 | 1,523,882 | 1,515 |
| Depreciation expense | 78,606 | 74,904 | 78,624 | 88,4 |
| Gain on sale of real estate | - | (12,964) | - | - |
| Operating profit | 357,345 | 325,010 | 254,923 | 236,4 |
| Interest expense | (2,573) | (1,840) | (5,282) | (2 |
| Interest and investment income | 612 | 175 | 65 | 5 |
| Income from continuing operations before income taxes | 355,384 | 323,345 | 249,706 | 239 |
| Income tax expense | 132,837 | 121,975 | 94,908 | 88 |
| Income from continuing operations | 222,547 | 201,370 | 154,798 | 151 |
| Income (loss) from discontinued operations, net of tax | (23) | (1,001) | (3,251) | 7 |
| Net income | $ 222,524 | $ 200,369 | $ 151,547 | $ 158 |
| **Earnings per common share - basic:** | | | | |
| Continuing operations | $ 2.87 | $ 2.47 | $ 1.91 | $ |
| Discontinued operations | - | (0.01) | (0.04) | |
| | $ 2.87 | $ 2.45 | $ 1.87 | $ |
| **Earnings per common share - diluted:** | | | | |
| Continuing operations | $ 2.83 | $ 2.44 | $ 1.89 | $ |
| Discontinued operations | - | (0.01) | (0.04) | |
| | $ 2.83 | $ 2.42 | $ 1.85 | $ |
| Weighted-average common shares outstanding | | | | |
| Basic | 77,596 | 81,619 | 81,111 | 101 |
| Diluted | 78,581 | 82,681 | 82,076 | 102, |
| **Balance sheet data:** | | | | |
| Total assets | $ 1,619,599 | $ 1,669,493 | $ 1,432,458 | $ 1,443,8 |
| Working capital (e) | 509,788 | 580,446 | 355,776 | 390 |
| Cash and cash equivalents | 177,539 | 283,733 | 34,773 | 37, |
| Long-term obligations under bank credit facility | - | - | - | 163 |
| Shareholders' equity | $ 946,793 | $ 1,001,412 | $ 774,845 | $ 638,4 |
| **Cash flow data:** | | | | |
| Cash provided by operating activities | $ 315,257 | $ 392,026 | $ 211,063 | $ 307,9 |
| Cash used in investing activities | (114,552) | (77,937) | (88,192) | (58 |
| **Store data:** | | | | |
| Total gross square footage | 42,037 | 40,591 | 39,888 | 40 |
| Total selling square footage | 30,210 | 29,176 | 28,674 | 28,9 |
| Stores opened during the fiscal year | 80 | 52 | 21 | |
| Stores closed during the fiscal year | (43) | (30) | (35) | |
| Stores open at end of the fiscal year | 1,398 | 1,361 | 1,339 | 1 |

19

WD-BL 000000023

WD-BL BN000001376

(a)    2006 is comprised of 53 weeks. All other periods presented are comprised of 52 weeks.

(b)    We adopted the funding recognition provisions of guidance under Financial Accounting Standards Board Accounting Standards Codification ("ASC") 715-30-25, Defined Benefit Plans-Pension (Statement of Financial Accounting Standard ("SFAS") No. 158, Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans (SFAS No. 158)) in 2006 which resulted in accumulated other comprehensive loss of $5,933 ($3,859 net of tax). We adopted the measurement date provisions of the guidance under ASC 715-30-35 (SFAS No. 158) in 2008, the impacts of which are more fully described in notes 1 and 8 to the accompanying consolidated financial statements.

(c)    We adopted guidance under ASC 740, Income Taxes (FIN No. 48, Accounting for Uncertainty in Income Taxes an interpretation of SFAS No. 109), in the first fiscal quarter of 2007, on a prospective basis.

(d)    We adopted guidance under ASC 718, Compensation – Stock Compensation and ASC 505-50, Equity-Based Payments to Non Employees (SFAS No. 123(R), Share-Based Payment), in the first fiscal quarter of 2006, under the modified prospective adoption method. Share-based compensation expense was $6.6 million in 2006. For years 2010, 2009 and 2008, the impact is more fully described in notes 1 and 7 to the accompanying consolidated financial statements.

(e)    For 2008, working capital included $61.7 million for current maturities under bank credit facility because the 2004 Credit Agreement terminated in 2009.

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Overview**      The discussion and analysis presented below should be read in conjunction with the accompanying consolidated financial statements and related notes. Please refer to "Item 1A. Risk Factors" of this Form 10-K for a discussion of forward-looking statements and certain risk factors that may have a material adverse effect on our business, financial condition, results of operations, and/or liquidity.

Our fiscal year ends on the Saturday nearest to January 31, which results in some fiscal years with 52 weeks and some with 53 weeks. Fiscal years 2010, 2009 and 2008 each were comprised of 52 weeks.

**Operating Results Summary**      The following are the results from 2010 that we believe are key indicators of our operating performance when compared to our operating performance in 2009.

- Comparable store sales for stores open at least two years at the beginning of 2010 increased 2.5%. We operated an average of 1,380 stores throughout 2010 compared to an average of 1,354 stores throughout 2009. Sales per selling square foot were $166 in 2010 and $162 in 2009.

- Gross margin dollars increased $93.1 million, while gross margin as a percent of sales was flat at 40.6% in 2010 and 2009.

- Selling and administrative expenses as a percent of sales improved 60 basis points to 31.8% of sales from 32.4% of sales in 2009.

- Depreciation expense as a percent of sales was flat at 1.6% of sales in 2010 and 2009.
- Operating profit rate increased 30 basis points to 7.2% in 2010.
- Diluted earnings per share from continuing operations improved to $2.83 per share in 2010 compared to $2.44 per share in 2009.

- Under the 2010 Repurchase Program, we acquired 10.5 million common shares for $342.2 million.
- Capital expenditures during 2010 were $107.6 million, which included opening 80 new stores.

20

WD-BL 000000024

WD-BL BN000001377

The following table compares components of our consolidated statements of operations as a percentage of net sales:

| | 2010 | | 2009 | | 2008 | |
|---|---|---|---|---|---|---|
| Net sales | 100.0 | % | 100.0 | % | 100.0 | % |
| Cost of sales (exclusive of depreciation expense shown separately below) | 59.4 | | 59.4 | | 60.0 | |
| Gross margin | 40.6 | | 40.6 | | 40.0 | |
| Selling and administrative expenses | 31.8 | | 32.4 | | 32.8 | |
| Depreciation expense | 1.6 | | 1.6 | | 1.7 | |
| Gain on sale of real estate | 0.0 | | (0.3) | | 0.0 | |
| Operating profit | 7.2 | | 6.9 | | 5.5 | |
| Interest expense | (0.1) | | (0.0) | | (0.1) | |
| Interest and investment income | 0.0 | | 0.0 | | 0.0 | |
| Income from continuing operations before income taxes | 7.2 | | 6.8 | | 5.4 | |
| Income tax expense | 2.7 | | 2.6 | | 2.0 | |
| Income from continuing operations | 4.5 | | 4.3 | | 3.3 | |
| Loss from discontinued operations, net of tax | (0.0) | | (0.0) | | (0.1) | |
| Net income | 4.5 | % | 4.2 | % | 3.3 | % |

See the discussion below under the captions "2010 Compared To 2009" and "2009 Compared To 2008" for additional details regarding the specific components of our operating results.

Selling and administrative expenses in 2009 were increased by $4.0 million (10 basis points), pretax, due to a legal settlement agreement (see note 10 to the accompanying consolidated financial statements for additional information on this matter). In addition, the sale in 2009 of a company-owned and operated store in California resulted in a pretax gain of $13.0 million (30 basis points).

**Seasonality** As discussed in "Item 1. Business - Seasonality" of this Form 10-K, our financial results fluctuate from quarter to quarter depending on various factors such as timing of new or closed stores, timing and extent of advertisements and promotions, and timing of holidays. We expect the Christmas holiday selling season to continue to produce a significant portion of our sales and operating profits. If our sales performance is significantly better or worse during the Christmas holiday selling season, we would expect a more pronounced impact on our annual financial results than if our sales performance is significantly better or worse in a different season.

WD-BL 000000025

WD-BL BN000001378

The following table sets forth the seasonality of net sales and operating profit for 2010, 2009, and 2008 by fiscal quarter:

| | First | | Second | | Third | | Fourth | |
|---|---|---|---|---|---|---|---|---|
| **Fiscal Year 2010** | | | | | | | | |
| Net sales as a percentage of full year | 24.9 | % | 23.1 | % | 21.3 | % | 30.7 | % |
| Operating profit as a percentage of full year | 25.2 | | 17.7 | | 7.5 | | 49.6 | |
| **Fiscal Year 2009** | | | | | | | | |
| Net sales as a percentage of full year | 24.1 | % | 23.0 | % | 21.9 | % | 31.0 | % |
| Operating profit as a percentage of full year | 18.5 | | 14.7 | | 14.6 | | 52.2 | |
| **Fiscal Year 2008** | | | | | | | | |
| Net sales as a percentage of full year | 24.8 | % | 23.8 | % | 22.0 | % | 29.4 | % |
| Operating profit as a percentage of full year | 22.8 | | 17.1 | | 7.9 | | 52.2 | |

**Operating Strategy**

Over the past five fiscal years (2006 through 2010), we have successfully repositioned our business by implementing a strategy we refer to as the What's Important Now Strategy ("WIN Strategy"). The WIN Strategy focuses on three key elements of our business: merchandising, real estate, and cost structure. The WIN Strategy was designed to increase the operating profit rate of our existing store base. In 2009, driven by both the improvements in our store productivity and the softening of the commercial real estate market, we expanded our WIN Strategy to also include the pursuit of net new store growth. Due to the continued focus on the WIN Strategy, our operating profit rate has steadily expanded from 5.5% in 2008 to 7.2% in 2010 and our operating profit dollars grew from $254.9 million to $357.3 million in 2010. The growth in operating profit, coupled with our share repurchase activities, has translated to significant growth in earnings per share from continuing operations, which has increased from $1.89 per diluted share in 2008 to $2.83 per diluted share in 2010. Over the past three years, we have generated approximately $900 million of cash of which approximately $275 million was reinvested in our business through capital expenditures and $380 million was returned to shareholders through aggregate share repurchases under publicly announced share repurchase programs.

In 2011, we anticipate the key elements of the WIN Strategy will remain consistent, including the growth phase that we entered in 2010. We anticipate that the commercial real estate market will continue to provide us with real estate opportunities at prices that are appropriate for our financial model and return on capital requirements. Given the strength of our financial performance, we believe we will continue to open new stores and take advantage of the current real estate market conditions.

In 2011, we anticipate:

- An operating profit rate of 7.3% to 7.5% based on a total sales increase of 5% to 6%, flat gross margin rate, and continued expense leverage (expenses as a percent of net sales) compared to last year.
- Earnings per diluted share from continuing operations to be $3.05 to $3.15.

- Opening 90 new stores and closing 45 stores, for net growth of 45 stores or 3%.
- Cash provided by operating activities of approximately $330 million to $335 million less capital expenditures of approximately $125 million to $130 million resulting in approximately $205 million of cash available for investment or redeployment.

22

WD-BL 000000026

WD-BL BN000001379

- The remaining $57.8 million of share purchase authorization under the 2010 Repurchase Program may be utilized in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors.

The following sections provide additional discussion and analysis of our WIN Strategy with respect to merchandising, real estate, and cost structure. The "2010 Compared To 2009" section below provides additional discussion and analysis of the impact of these strategies on our financial performance and the assumptions and expectations upon which we are basing our guidance for our future results.

*Merchandising*    From a merchandising perspective, our competitive positioning as the nation's largest broadline closeout retailer affords us a strategic advantage when sourcing merchandise for our stores. We source our merchandise in three key ways:

- Manufacturers and vendors have closeout merchandise for a number of different reasons including other retailers canceling orders, other retailers going out of business, marketing or packaging changes, a new product launch that has failed, or for various other reasons. In these situations, we are able to source product at a discounted cost and offer significant value to our customers. We currently have thousands of vendor relationships for closeout inventory that have been developed over many years. These relationships and the size and financial strength of our company are a key barrier to entry and minimize the opportunities for other competitors to enter our retail segment.
- For certain merchandise categories, there is not always an abundant supply of closeout inventory. In these situations, we may work with vendors to develop product, some of which is imported. Imports total approximately 25% to 30% of our merchandise sales annually. Categories with the highest concentration of imports include Seasonal, Furniture, and to a lesser extent the Home category and the toys department.
- Our merchandise mix also includes replenishable and private label products. This type of merchandise has a consistent flow and availability so that it can be offered in our stores day in and day out. It has many of the same characteristics as our closeout business but is replenishable upon demand. Our prices on this merchandise are still generally positioned below our competition, but to a lesser extent than the closeout component of our business.

We offer six major merchandising categories in our store: Consumables, Furniture, Home, Seasonal, Hardlines, and Other. Consumables is the largest category at 29.3% of sales in 2010 and Other is the smallest category at 11.0% of sales in 2010.

In recent years, our merchandising strategies to increase sales have been predominantly focused on growing the size of the basket, or average transaction value. We have employed two primary methods to accomplishing this goal: (1) drive more units per transaction, and (2) grow the average item retail by offering our customers better quality merchandise, better values, and more prominent brand name products. This approach is consistent with our customer research that suggests that our core customer recognizes quality and brands and is willing to pay a higher retail price, so long as the value or cost savings is significant compared to what other retailers are offering. This strategy has resulted in fewer cartons processed by our distribution centers and stores and has achieved positive comparable store sales.

While executing our WIN Strategy, we have made measurable progress towards our goals of growing sales per selling square foot (which increased from $146 per square foot in 2005 to $166 per square foot in 2010) and increasing gross margin dollars (which increased from $1,732 million in 2005 to $2,012 million in 2010).

From a merchandising perspective in 2011, our goal is to continue to provide extreme value, improved quality, and expand the presence of recognizable brand name merchandise in our stores. We expect that our major merchandise categories will remain the same as prior years but the percentage of business by category may fluctuate based on customer demand and the availability of compelling deals that we are able to acquire. Strategically, we anticipate that opportunities exist to continue to grow the basket through the same successful initiatives that benefitted results over the last few years.

23

WD-BL 000000027

WD-BL BN000001380

Our marketing efforts involve a mix of printed circulars, in-store marketing, television, email and online advertising. Much of our marketing is based on information that we have learned about our customers, principally through customer surveys. Based on this information, we believe over 70% of our core customers come to our stores without a shopping list or without a specific item or brand in mind to purchase. Value dominates top of mind awareness as our customers look to us for savings. Nearly one half of the customers surveyed said their shopping trips to our stores last over 30 minutes, which we believe indicates that they come to shop our stores looking to find those closeout deals with exceptional value. We have improved, and expect to continue to develop, our in-store signage and merchandising displays. We continue to market to our Buzz Club members, by offering a free online membership and alerting them to new merchandise and offerings in our stores. In 2009, we launched our Buzz Club Rewards program, which is our first true loyalty card program. After enrolling in the Buzz Club Rewards program, the customer receives a loyalty card which may be presented and scanned at the register at time of purchase. After making the required qualifying purchases, the Buzz Club Rewards member earns a coupon on their account for a discount in our stores. Additionally, members may receive marketing information and other targeted promotional materials.

From a marketing perspective in 2011, there are two primary programs designed to continue to grow sales:

- First, expanding the use of our Buzz Club Rewards program is a key driver to furthering our focus on our core customers. From March 1, 2010 through February 26, 2011, we expanded our Buzz Club Rewards membership by 6.2 million, or over 400%, from 1.4 million to 7.6 million members. During 2010, we implemented technology that enables us to offer our members targeted messages and promotional offers based on each member's preferences and buying patterns. By the end of 2010, we began testing promotional offers, based on past purchasing behaviors collected by this technology. During 2011, we believe we will gain further insight on how these targeted messages and promotional offers drive a member's purchasing behaviors, so that we create marketing campaigns with more predictable results.
- Second, using our printed advertising circulars and promotional pricing to create excitement surrounding the deals that we offer. The excitement created by such deals is predominantly achieved through price but the uniqueness of an item may also be a factor.

From a store operations perspective, we began the company-wide rollout of our "Ready for Business" program in 2009. The program has certain performance criteria and standards focused on improving the consistency of visual presentation, merchandise recovery efforts, and overall store cleanliness. "Ready for Business" also focuses on improvements in our employee training programs and hiring practices. This higher level of expectation and accountability within our store operations team increased the turnover rate of our district managers, store managers, and assistant store managers in 2009 and required us to recruit new talent into the organization in 2010. We believe the continued focus on "Ready for Business" standards and investments made in talent has improved our sales on an average basket basis.

In 2011, we will continue to emphasize the "Ready for Business" standards with focuses on management development, customer service, and checkout efficiency. As we continue to pursue our store growth strategy, we will focus on developing our internal talent so that we have the ability to fill new management positions created by store openings with qualified internal candidates who have a strong understanding of our business model. Our focus on customer service and checkout efficiency supports our goals to enhance the customer shopping experience and improve sales.

*Real Estate*     From 2006 through 2008, we slowed our rate of new store openings based on our belief that many of the real estate locations available to us in the marketplace were too expensive and as such the return on investment would not be satisfactory to our shareholders. During that three-year period, we opened 39 new stores, while we closed 101 existing stores for various reasons including lack of profitability, proposed new lease terms where rents were escalating and landlords were unwilling to renegotiate terms, or relocating the store to a potentially more productive location. These decisions resulted in a net decrease of 62 stores during this time period.

24

WD-BL 000000028

WD-BL BN000001381

As a result of improvements in our store productivity, increased profitability as a result of the WIN Strategy and the softening of the real estate market, we strategically chose to enter a store growth phase in 2009. Since the beginning of 2009, we have opened 132 new stores (80 in 2010 and 52 in 2009) while closing 73 stores (43 in 2010 and 30 in 2009), which has resulted in a net increase of 59 stores. In 2009, the majority of our new store openings (40 stores) were what we refer to as traditional stores, meaning stores in secondary locations and primarily in retail strip centers. Additionally, in 2009 we tested two new store initiatives: "A" locations (8 stores), which are stores with a higher occupancy cost, but the locations are generally in the best retail center within a given market with either a better co-tenant mix, better demographics, or both, and a smaller store concept (4 stores). In general, new store openings performed very well in 2009 with "A" locations exceeding our expectations, traditional stores meeting our overall expectations and our small store test producing mixed results. Based on the results of the 2009 new store initiatives, we chose to open 33 "A" locations in 2010. We did not open any new smaller store concepts, as we continued to test and adjust the format to learn what needs to be included in the reduced assortment to have this format meet our expectations.

As discussed in "Item 2. Properties," of this Form 10-K, in 2011, we have 245 store leases which will expire. During 2011, we anticipate closing approximately 45 of those locations. The majority of these closings will be the result of our choice to relocate the store to an improved location nearby. The balance of the closings will be the result of either a lack of renewal options or our belief that we can no longer generate an acceptable financial return in the location. For our remaining store locations with fiscal 2011 lease expirations, we expect to exercise our renewal option or negotiate more favorable lease renewal terms sufficient enough to enable us to achieve an acceptable return on our investment.

Our real estate strategy has also involved testing a new store layout for our existing fleet of stores in an effort to improve our operating efficiency. In 2009, we tested the new store layout in approximately 20 locations. The layout test was designed to improve the ease of shopping our stores, improve the sight lines within the store, and feature Consumables more prominently in our stores. Surveyed customers indicated that these stores appeared to be better organized, cleaner, brighter, more open, and generally presented merchandise more effectively. Based on our evaluation of the test results, we expanded this program to an additional 105 stores in 2010. The results of this expanded program were positive overall, but the results were somewhat mixed depending on the attributes of the store (i.e., store management, extent of merchandise movement, or population density). In 2011, we anticipate continuing this program in up to 75 stores, while incorporating what we have learned in the last two years.

In 2011, we plan to continue our store growth efforts by again increasing the level of new store openings to approximately 90 new stores and closing approximately 45 stores resulting in net store growth of 45 locations, or a 3% increase of the current store base. Based on the market for these types of stores, we anticipate approximately 60 to 65 of our store openings this year will be traditional stores and approximately 25 to 30 of our store openings this year will be "A" location stores. Based on the positive results of our current "A" location stores, we are confident that we can be successful with this new customer base, as we continue to improve the quality of the shopping experience by offering our customers a stronger product assortment and raising our store standards and customer service.

*Cost Structure*

Our goal each year is to continue to generate expense leverage (lower expenses as a percent of net sales). We believe that several operational changes we have made, which we continue to refine, have significantly contributed to the achievement of our leverage goals. Some of the operational changes made include:

- Controlled or reduced inventory levels at our stores and regional distribution centers.

25

WD-BL 000000029

WD-BL BN000001382

- Purchased and distributed merchandise to our stores in optimal quantities and pack sizes to minimize handling in our distribution centers and stores.
- Timed receipt of merchandise in stores closer to the expected display dates in order to avoid excessive handling of merchandise.
- Increased the percentage of merchandise that arrives in our stores pre-ticketed and pre-packaged for efficient display and sale.
- Refined our staffing and payroll scheduling models in our stores.
- Invested in energy management systems to actively control utility costs and reduce energy consumption.
- Implemented several initiatives which lowered our distribution and outbound transportation expenses, including the integration of furniture warehouses and fixture warehouse into the regional distribution centers and re-negotiating carrier contracts.

As a result of these operational changes and certain other initiatives in the business, our overall expenses as a percent of sales have declined by 510 basis points since 2005 (2010 expense rate of 33.4% versus 2005 expense rate of 38.5%).

For 2011, we are forecasting an expense rate of 33.0% to 33.3%. Expense dollars are expected to decline, on a per store basis, in the areas of advertising and utilities. Store expenses and distribution and transportation expenses are expected to leverage as dollar growth in these areas is forecasted to be at a slower rate than our anticipated sales growth. Partially offsetting this leverage, we believe costs will increase and deleverage in areas such as occupancy, depreciation, and share-based compensation expense.

**Discontinued Operations**   We continue to incur an insignificant amount of costs on the 130 stores we closed in 2005 that we have classified as discontinued operations. We also report certain activity related to our prior ownership of the KB Toys business in discontinued operations. See note 11 to the accompanying consolidated financial statements for a more detailed discussion of all of our discontinued operations.

**Share Repurchase Program**   In December 2009, our Board of Directors authorized a share repurchase program providing for the repurchase of up to $150.0 million of our common shares. On March 2, 2010, our Board of Directors authorized a $250.0 million increase to our repurchase program bringing the total authorization to $400.0 million.

On March 10, 2010, we utilized $150.0 million of the authorization under the 2010 Repurchase Program to execute the ASR which reduced our common shares outstanding by 3.6 million shares upon consummation of the transaction. The total number of shares repurchased under the ASR was based upon the volume weighted average price per common share of our stock over a predetermined period. The ASR was scheduled to be completed no later than January 26, 2011, but the counterparty had the option to accelerate the completion date. The counterparty exercised its acceleration option and the ASR settled on December 30, 2010, at which time, we received approximately 0.9 million additional common shares from the counterparty. In total, we received 4.5 million common shares at a weighted average cost of $33.51 per share. Additionally, with the completion of the ASR, the contractual restriction preventing us from declaring a dividend lapsed.

In addition to the ASR, during 2010, we opportunistically acquired in the open market approximately 6.0 million of our outstanding common shares for $192.2 million, at a volume weighted average price of $32.16, under the 2010 Repurchase Program.

26

WD-BL 000000030

WD-BL BN000001383

Our total share repurchases under the 2010 Repurchase Program, including both the ASR and opportunistic repurchases, were 10.5 million of our outstanding common shares for $342.2 million in 2010, at an average purchase price of $32.74.

Our remaining repurchase authorization under the 2010 Repurchase Program was approximately $57.8 million at January 29, 2011, and is available to be used to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the 2010 Repurchase Program are held in treasury at cost and are available to meet obligations under equity compensation plans and for general corporate purposes. The 2010 Repurchase Program has no scheduled termination date and will be funded with cash and cash equivalents, cash generated from operations or, if needed, by drawing on our 2009 Credit Agreement.

**2010 COMPARED TO 2009    Net Sales**

As previously discussed, we manage our business on the basis of one segment: broadline closeout retailing. We report net sales information for six merchandise categories. Net sales by merchandise category, in dollars and as a percentage of total net sales, and net sales change in dollars and percentage in 2010 compared to 2009 were as follows:

| ($ in thousands) | 2010 | | 2009 | | Change | |
|---|---|---|---|---|---|---|
| Consumables | $ 1,452,783 | 29.3% | $ 1,456,370 | 30.8% | $ (3,587) | (0.2)% |
| Furniture | 829,725 | 16.8 | 716,785 | 15.2 | 112,940 | 15.8 |
| Home | 783,860 | 15.8 | 717,744 | 15.2 | 66,116 | 9.2 |
| Hardlines | 699,678 | 14.1 | 677,790 | 14.3 | 21,888 | 3.2 |
| Seasonal | 642,220 | 13.0 | 591,321 | 12.5 | 50,899 | 8.6 |
| Other | 543,978 | 11.0 | 566,762 | 12.0 | (22,784) | (4.0) |
| Net sales | $ 4,952,244 | 100.0% | $ 4,726,772 | 100.0% | $ 225,472 | 4.8% |

Net sales increased $225.5 million or 4.8% to $4,952.2 million in 2010 compared to $4,726.8 million in 2009. The increase in net sales was principally driven by the increase in net stores in 2010, which increased net sales by $114.3 million, and a 2.5% increase in comparable store sales, which increased net sales by $111.1 million. Our comparable store sales are calculated by using all stores that were open for at least two fiscal years as of the beginning of the current fiscal year. This calculation may not be comparable to other retailers who calculate comparable store sales based on other methods or criteria. The average number of stores in operation throughout 2010 and 2009 was approximately 1,380 stores and 1,354 stores, respectively. The Furniture, Home, and Seasonal categories had the largest sales gains in 2010. Sales increased in all departments of the Furniture category driven by sales of new styles introduced during the year, improvement in the quality of goods, and successful promotional events targeted around certain holiday selling periods. The Home category continued its trend of increasing sales across most of its departments with the largest gain in domestics, as we have improved the value proposition and quality of our product offerings. The Seasonal category increase was due to higher sales of Christmas, lawn & garden, and summer merchandise as customers responded to both our updated Christmas assortment and the value and newness offered in certain of our lawn & garden and summer items. The Hardlines category sales improvement was primarily driven by the electronics department in the first half of 2010 through the sales of video games, which we began selling in the third fiscal quarter of 2009. The Consumables category decrease was primarily due to lower food sales, as customers did not respond as expected to our offerings and assortment during the second half of 2010. The decrease in the Other category was primarily driven by the absence of certain drugstore closeout deals in 2010 that occurred in 2009 and lower sales in the toys, infant, and apparel departments.

For 2011, we expect total sales to increase 5% to 6%, driven by net store growth of approximately 3% and comparable store sales growth of 1% to 2%.

27

WD-BL 000000031

WD-BL BN000001384

**Gross Margin**     Gross margin dollars increased $93.2 million, or 4.9%, to $2,012.5 million in 2010 compared to $1,919.3 million in 2009. Gross margin as a percentage of net sales was 40.6% in both 2010 and 2009. The primary contributor to the increased gross margin dollars was higher net sales of $225.5 million, which increased gross margin dollars by approximately $91.6 million. The gross margin rate remained flat at 40.6% in 2010 as compared to 2009. In 2010, we experienced positive trends with lower markdowns, lower shrink costs, and the impact of favorable merchandise mix, which were offset by higher inbound freight costs and lower initial markups on certain items sold during the Christmas selling season. Lower markdowns and favorable merchandise mix impact were the result of strong sales in our higher margin Seasonal and Home categories. Our lower shrink rates were driven by positive results in our annual physical inventories. The increase in inbound freight costs was primarily driven by higher diesel fuel costs and higher domestic carrier costs.

For 2011, we expect our gross margin rate to be approximately 40.6%, or flat compared to 2010, as an anticipated benefit from a favorable merchandise mix and a slightly lower markdown rate are expected to be offset by rising fuel costs and the corresponding impact on freight expense as well as potential price pressures on commodities and potential increases in vendor labor costs.

**Selling and Administrative Expenses**     Selling and administrative expenses increased $44.1 million, or 2.9%, to $1,576.5 million in 2010 compared to $1,532.4 million in 2009. The increase was primarily due to higher sales and a net increase of 37 stores in 2010. Compared to 2009, the largest increases were store payroll costs of $24.5 million, credit card/bank fees of $10.3 million, store rent expense of $9.1 million, and store facility and operation costs of $8.0 million. Partially offsetting these items was a decrease in advertising expenses of $4.2 million. The increase in store payroll was principally due to the incremental number of stores, store pre-opening costs, and higher sales. The increase in credit card/bank fees was the result of higher rates charged by debit card network providers, which were increased at the end of the first quarter of 2010, and from increased sales. Store rents increased primarily due to the incremental number of stores. Store facility and operation costs increased due to the incremental number of stores, increased store pre-opening costs (resulting from 80 store openings in 2010 as compared to 52 store openings in 2009), and increased repair costs primarily associated with our store refresh program. Advertising expense decreased primarily due to lower printing and distribution costs along with more efficient spending on our broadcast promotions.

Selling and administrative expenses as a percentage of net sales were 31.8% in 2010 compared to 32.4% in 2009. The decrease of 0.6% was primarily due to the effect of the increase in sales of 4.8% as selling and administrative expense dollars only increased 2.9% as discussed above. Our future selling and administrative expense as a percentage of net sales rate is dependent upon many factors including our level of net sales, our ability to implement additional efficiencies, principally in our store and distribution center operations, and fluctuating commodity prices, such as diesel fuel, which directly affects our outbound transportation cost. In 2011, we expect expense leverage based on company-specific initiatives to lower costs and the leveraging impact of our estimated comparable store sales increase of 1% to 2%. We expect expense dollars to decrease, on a per store basis, in the areas of advertising, based on certain program changes, and utilities, based on our recent investments in energy management systems. We estimate dollars will increase in store payroll and distribution and transportation; however, the increase is forecasted to be at a lower rate than our estimated total sales growth of 5% to 6%. Additionally, we are forecasting slight deleverage in the areas of occupancy and share-based compensation expenses.

**Depreciation Expense**     Depreciation expense increased $3.7 million, or 4.9%, to $78.6 million in 2010 compared to $74.9 million for 2009. Depreciation expense as a percentage of sales was flat compared to 2009 at 160 basis points. The increase in depreciation expense was primarily related to our stores and was principally due to new store openings. During 2010, the Company opened 80 new stores, including relocations.

For 2011, we expect capital expenditures of approximately $125 million to $130 million, which includes opening 90 new stores. Using this assumption and the run rate of depreciation on our existing property and equipment, we expect 2011 depreciation expense to be $90 million to $95 million, which would represent an increase from the $78.6 million of depreciation expense in 2010.

28

WD-BL 000000032

WD-BL BN000001385

**Interest Expense**    Interest expense increased $0.8 million to $2.6 million in 2010 compared to $1.8 million in 2009. The increase in interest expense was principally due to higher average borrowings (including capital leases) of $24.0 million in 2010 compared to average borrowings of $8.6 million in 2009. The higher average borrowings was primarily driven by the timing of share repurchases under the 2010 Repurchase Program.

**Interest and Investment Income**    Interest and investment income increased $0.4 million in 2010 to $0.6 million compared to $0.2 million in 2009. The increase in interest and investment income was caused by the increase in funds available to invest in 2010 compared to 2009, partly offset by a decrease in investment yield. Our average invested amount in 2010 was $132.9 million compared to $68.9 million in 2009. In 2010, we invested primarily in deposits with financial institutions and highly liquid investments, including money market funds and variable rate demand notes. We held $126.1 million of investments at the end of 2010.

**Income Taxes**    Our effective income tax rate on income from continuing operations was 37.4% for 2010 compared to 37.7% for 2009. The lower rate in 2010 was principally due to the recognition of benefits resulting primarily from the recording of a deferred tax asset for net state credits, principally obtained during the third quarter of 2010, partially offset by (1) lower year-over-year tax benefits related to the settlement of uncertain tax positions and (2) the release of a valuation allowance on unrealized capital losses in 2009.

We anticipate our 2011 effective income tax rate to be within a range of 38.0% to 39.0%.

**Discontinued Operations**    There was minimal activity in discontinued operations in 2010 compared to a loss of $1.0 million, net of tax, in 2009. The 2009 loss from discontinued operations was primarily due to the KB-II Bankruptcy Lease Obligations (see note 11 to the accompanying consolidated financial statements). In the fourth fiscal quarter of 2009, we obtained assignment of a lease for the former KB-II corporate office and recorded a charge of $0.7 million, net of tax, in loss from discontinued operations. The remaining $0.3 million loss from discontinued operations, net of tax, in 2009 pertained to other KB-II Bankruptcy Lease Obligations.

**2009 COMPARED TO 2008    Net Sales**    Net sales by merchandise category, in dollars and as a percentage of total net sales, and net sales change in dollars and percentage in 2009 compared to 2008 were as follows:

| | 2009 | | | 2008 | | | Change | | |
|---|---|---|---|---|---|---|---|---|---|
| *($ in thousands)* | | | | | | | | | |
| Consumables | $ | 1,456,370 | 30.8 % | $ | 1,410,383 | 30.4 % | $ | 45,987 | 3.3 % |
| Home | | 717,744 | 15.2 | | 713,103 | 15.4 | | 4,641 | 0.7 |
| Furniture | | 716,785 | 15.2 | | 698,276 | 15.0 | | 18,509 | 2.7 |
| Hardlines | | 677,790 | 14.3 | | 646,563 | 13.9 | | 31,227 | 4.8 |
| Seasonal | | 591,321 | 12.5 | | 585,025 | 12.6 | | 6,296 | 1.1 |
| Other | | 566,762 | 12.0 | | 591,933 | 12.7 | | (25,171) | (4.3) |
| Net sales | $ | 4,726,772 | 100.0 % | $ | 4,645,283 | 100.0 % | $ | 81,489 | 1.8 % |

29

WD-BL 000000033

WD-BL BN000001386

Net sales increased $81.5 million, or 1.8%, to $4,726.8 million in 2009 compared to $4,645.3 million in 2008. The increase in net sales was principally due to our comparable store sales increase of 0.7%, or approximately $32 million, and non-comparable store sales, which increased by approximately $37 million. Our comparable store sales were calculated by using all stores that were open for at least two fiscal years as of the beginning of the current fiscal year. This calculation may not be comparable to other retailers who calculate comparable store sales based on other methods or criteria. The average number of stores in operation throughout 2009 and 2008 was approximately 1,354 stores and 1,356 stores, respectively. Following a comparable store sales decrease of 1.5% through the first half of 2009, sales trends improved resulting in a comparable store sales increase of 2.8% in the second half of 2009 thereby producing an annual comparable store sales increase of 0.7%. Comparable store sales increased in the low to mid-single digits from September through January due to improvements in our merchandise offering, and improved discretionary spending trends as we met the first anniversary of the significant economic turmoil that began to impact us in our fourth fiscal quarter of 2008. Specifically, comparable store sales increased 5.1% in the fourth fiscal quarter of 2009.

From a merchandise perspective, sales in most major merchandise categories increased in 2009 compared to 2008. Consumables continued its consistent sales growth throughout the year. Consumers continued to seek out value when shopping for the everyday household use items that we offer in our Consumables business. The Home category net sales consistently underperformed through the second fiscal quarter. However, accelerating sales trends in the second half of 2009 due to certain merchandise assortment changes and the improvement experienced in consumer discretionary spending trends led to a total sales increase for fiscal 2009. The Furniture category also underperformed through the third fiscal quarter principally due to lower sales in our mattress department. However, new key items in upholstery and case goods along with a sales rebound in our mattress department led to a fourth fiscal quarter comparable store sales increase in the high single digits leading to our overall sales increase of 2.7% for 2009. The Hardlines category continued its increase in net sales driven by sales of electronics, particularly DVDs, cameras and televisions. The Seasonal category net sales produced positive results in the second half of the year due to a comparable sales increase of our Christmas merchandise in the fourth fiscal quarter. The Other category sales decline was primarily due to three large closeout deals (drugstore merchandise, furniture, and apparel) that occurred in 2008; fewer closeout deals were sold in the Other category in 2009. Partly offsetting the closeout deals decline was an increase in toy department sales.

**Gross Margin**     Gross margin dollars increased $61.9 million, or 3.3%, to $1,919.3 million in 2009 compared to $1,857.4 million in 2008. Gross margin as a percentage of net sales was 40.6% in 2009 compared to 40.0% in 2008. The increase in gross margin dollars was due to the higher gross margin rate and the increase in sales. The increase in gross margin rate increased gross margin dollars by approximately $29 million. Also contributing to the increased gross margin dollars was higher net sales of $81.5 million, which increased gross margin dollars by approximately $33 million. The gross margin rate increase was principally due to higher initial mark up on merchandise sold, lower inbound freight costs and a lower shrink accrual rate. We achieved lower inbound freight costs in 2009 because of lower diesel fuel costs, lower ocean freight rates, renegotiated carrier rates, and careful review of the mode of transportation to find the most efficient method to ship goods to our distribution centers. The gross margin rate also benefitted from favorable adjustments to the shrink accrual as physical inventories were completed at our stores. Our inventory turnover improved to 3.7 turns in 2009 compared to 3.6 turns in 2008.

**Selling and Administrative Expenses** Selling and administrative expenses increased $8.5 million, or 0.6%, to $1,532.4 million in 2009 compared to $1,523.9 million in 2008. The increase in selling and administrative expenses was principally caused by an increase in store occupancy expenses of $15.5 million, higher employee benefit expenses of $7.7 million, higher share-based compensation expense of $4.8 million, litigation-related expenses of $4.6 million, and bonuses of $4.4 million. These items were partially offset by a $23.4 million decrease in distribution and outbound transportation costs and a $6.1 million decrease in advertising expenses. The increase in store occupancy expenses is primarily due to higher rents and real estate taxes related to the leases of the 73 new stores opened in 2009 and 2008. The increase in employee benefits is principally due to higher paid health insurance claims and pension expense. The increase in share-based compensation is primarily due to our acceleration of vesting of restricted stock grants based on our profit performance in 2009. In 2009, we accrued $4.0 million for a certain legal settlement agreement (see note 10 to the accompanying consolidated financial statements). The $4.4 million increase of bonuses was directly related to our performance. The decline in distribution and outbound transportation costs is a result of lower inventory levels, the integration of our Ohio and California furniture distribution operations into our regional distribution centers in July 2008 and 2009, respectively, the renegotiation of dedicated carrier contracts with more favorable rates starting in August 2009, more efficient operations due to increased volume of cartons, and the impact of decreased diesel fuel costs. Advertising expenses decreased due to renegotiated printing contracts with more favorable terms, reduced local advertising, and reduced newspaper distributions.

30

WD-BL 000000034

WD-BL BN000001387

Selling and administrative expenses as a percentage of net sales were 32.4% in 2009 compared to 32.8% in 2008. The decrease of 0.4% is primarily due to the effect of the increase in sales of 1.8% as selling and administrative expense dollars increased 0.6% as discussed above.

**Depreciation Expense**     Depreciation expense decreased $3.7 million, or 4.7%, to $74.9 million in 2009 compared to $78.6 million for 2008. The decrease in depreciation expense was principally related to our stores and was due to assets becoming fully depreciated since the prior year. Many of these fully depreciated assets were placed in service in 2003 or 2004 and had five-year estimated service lives. Compared to more recent years, capital expenditures were significantly higher in 2003 and 2004, principally due to store remodels and a higher number of store openings in 2003 and 2004.

**Interest Expense**     Interest expense decreased $3.5 million to $1.8 million in 2009 compared to $5.3 million in 2008. The decrease in interest expense was principally due to lower average borrowings (including capital leases) of $8.6 million in 2009 compared to average borrowings of $151.8 million in 2008. The higher average borrowings in 2008 were driven principally by the acquisition of our common shares under our publicly announced share repurchase programs which were completed in 2008. In 2009, cash flow provided by operations was sufficient to repay the borrowings under the 2009 Credit Agreement in the fourth fiscal quarter. Our average effective interest rate of 1.8% in 2009 was lower than our average effective interest rate of 3.5% in 2008. The decrease in the average effective interest rate, which resulted from generally lower rates in the overall short-term interest rate markets, decreased our interest expense by approximately $0.1 million in 2009.

**Interest and Investment Income**     Interest and investment income increased $0.1 million in 2009 to $0.2 million compared to $0.1 million in 2008. The increase in interest and investment income was caused by the increase in funds available to invest in 2009 compared to 2008, partly offset by a decrease in investment yield. Our average invested amount in 2009 was $68.9 million compared to $3.6 million in 2008. In 2009, we invested primarily in deposits with financial institutions and highly liquid investments, including money market funds and variable rate demand notes. We held $245.0 million of investments at the end of 2009.

**Income Taxes**     Our effective income tax rate on income from continuing operations was 37.7% for 2009 compared to 38.0% for 2008. The net decrease in 2009 was primarily driven by the release of the valuation allowance on unrealized capital losses in contrast to an increase in the valuation allowance in 2008.

**Discontinued Operations**     Loss from discontinued operations was $1.0 million, net of tax, in 2009 compared to $3.3 million, net of tax, in 2008. The 2009 loss from discontinued operations was primarily due to the KB-II Bankruptcy Lease Obligations (see note 11 to the accompanying consolidated financial statements). In the fourth fiscal quarter of 2009, we obtained assignment of a lease for the former KB-II corporate office and recorded a charge of $0.7 million, net of tax, in loss from discontinued operations. The remaining $0.3 million loss from discontinued operations, net of tax, in 2009 pertained to other KB-II Bankruptcy Lease Obligations. KB-II declared bankruptcy again in December 2008. As a result of this bankruptcy filing, KB-II rejected 31 store leases for which we believe we have an indemnification obligation. The 2008 loss from discontinued operations of $3.3 million, net of tax, was comprised of $3.0 million, net of tax, for the KB-II Bankruptcy Lease Obligations and $0.3 million, net of tax, for exit-related costs on the remaining 2005 closed stores which met the criteria for classification as discontinued operations.

31

WD-BL 000000035

WD-BL BN000001388

**CAPITAL RESOURCES AND LIQUIDITY**   On April 28, 2009, we entered into the 2009 Credit Agreement. The 2009 Credit Agreement is scheduled to expire on April 28, 2012. In connection with our entry into the 2009 Credit Agreement, we paid bank fees and other expenses in the aggregate amount of $5.6 million, which are being amortized over the term of the agreement. Proceeds from borrowings under the 2009 Credit Agreement are available for general corporate purposes, working capital, and to repay certain of our indebtedness. The 2009 Credit Agreement includes a $150.0 million letter of credit sublimit and a $30.0 million swing loan sublimit. The interest rates, pricing and fees under the 2009 Credit Agreement fluctuate based on our debt rating. The 2009 Credit Agreement allows us to select our interest rate for each borrowing from two different interest rate options. The interest rate options are generally derived from the prime rate or LIBOR. We may prepay revolving loans made under the 2009 Credit Agreement. The 2009 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens and investments, as well as the maintenance of two financial ratios – a leverage ratio and a fixed charge coverage ratio. A violation of any of the covenants could result in a default under the 2009 Credit Agreement that would permit the lenders to restrict our ability to further access the 2009 Credit Agreement for loans and letters of credit and require the immediate repayment of any outstanding loans under the 2009 Credit Agreement. At January 29, 2011, we were in compliance with the covenants of the 2009 Credit Agreement.

The primary sources of our liquidity are cash flows from operations and, as necessary, borrowings under the 2009 Credit Agreement. Our net income and cash provided by operations are impacted by net sales volume, seasonal sales patterns, and operating profit margins. Our net sales are typically highest during the Christmas selling season (during our fourth fiscal quarter). Generally, our working capital requirements peak late in our third fiscal quarter or early in our fourth fiscal quarter. We have typically funded those requirements with borrowings under our credit facility. At January 29, 2011, we had no borrowings outstanding under the 2009 Credit Agreement and, after taking into account the reduction in availability resulting from outstanding letters of credit totaling $49.8 million, the borrowings available under the 2009 Credit Agreement were $450.2 million. We anticipate total indebtedness under the facility will be less than $75.0 million through the end of June 2011, all of which will be comprised of letters of credit, including any impact from the execution of the 2010 Repurchase Program. In 2010, our total indebtedness (outstanding borrowings and letters of credit) peaked at approximately $200 million in November. Working capital was $509.8 million at January 29, 2011.

Whenever our liquidity position requires us to borrow funds under the 2009 Credit Agreement, we typically repay and/or borrow on a daily basis. The daily activity is a net result of our liquidity position, which is generally driven by the following components of our operations: 1) cash inflows such as cash or credit card receipts collected from stores for merchandise sales and other miscellaneous deposits; and 2) cash outflows such as check clearings for the acquisition of merchandise, wire and other electronic transactions for the acquisition of merchandise, payroll and other operating expenses, income and other taxes, employee benefits, and other miscellaneous disbursements.

We use the 2009 Credit Agreement, as necessary, to provide funds for ongoing and seasonal working capital, capital expenditures, share repurchase programs, and other expenditures. In addition, we use the 2009 Credit Agreement to provide letters of credit for various operating and regulatory requirements, a significant portion of which consists of letters of credit required as a result of our self-funded insurance programs. Given the seasonality of our business, the amount of borrowings under the 2009 Credit Agreement may fluctuate materially depending on various factors, including our operating financial performance, the time of year, and our need to increase merchandise inventory levels prior to the peak selling season.

Cash provided by operating activities was $315.3 million, $392.0 million, and $211.1 million in 2010, 2009, and 2008, respectively. The 2010 decrease in cash provided by operating activities of $76.7 million was primarily the result of reduced accounts payable leverage (accounts payable divided by inventories), partially offset by higher net income. The decline in accounts payable leverage was the result of receiving merchandise in the third and fourth fiscal quarters of 2010 earlier as compared to 2009, which resulted in more payments during the fourth quarter reducing our accounts payable balance at January 29, 2011. The 2009 increase in cash provided by operating activities of $180.9 was principally due to higher net income and improved accounts payable leverage. Accounts payable leverage improved due to the lower amount of inventories and our efforts to continue to work with our import and domestic vendors to further extend payment terms. Our cash paid for income taxes was $101.0, $106.0 million, and $92.4 million during 2010, 2009, and 2008, respectively. The increases in income taxes paid were a direct result of higher operating profits and partly impacted by the timing of required tax payments relative to the fiscal years in which these profits were earned. Our total contributions to the Pension Plan were $1.1 million, $10.8 million, and $11.3 million in 2010, 2009, and 2008 respectively. The 2009 and 2008 contributions were made to increase the funded level of the Pension Plan. Based on assumptions about our 2011 operating performance that we have discussed above in MD&A, we expect cash provided by operating activities to be approximately $330 million to $335 million in 2011.

32

WD-BL 000000036

WD-BL BN000001389

Cash used in investing activities was $114.6 million, $77.9 million, and $88.2 million in 2010, 2009, and 2008, respectively. The 2010 increase in cash used in investing activities of $36.7 million and the 2009 decrease in cash used in investing activities of $10.3 million was principally due to fluctuations in capital expenditures year from year. The 2010 capital expenditures were driven by the investments in 80 new store openings, the installation of energy management systems in approximately 700 stores, and the continued development of our SAP® for Retail system. The 2009 capital expenditures were driven by the investments in 52 new store openings and the continued development of our SAP for Retail system. The 2008 capital expenditures were driven by the investments in 21 new store openings, our SAP for Retail system, which included development costs and additional payments for hardware and licensing fees, the completion of the installation of a new point of sale system in all of our stores, and the acquisition of two store properties that were previously leased. We expect capital expenditures to be approximately $125 million to $130 million in 2011, comprised principally of maintenance capital of approximately $40 million, real estate capital of approximately $50 million driven by our plan to open 90 new stores, and other investments of approximately $35 million to $40 million which include, among other things, capital to refresh stores, our continued software development of the SAP for Retail system, and certain investment designed to improve expense leverage.

Cash used in financing activities was $306.9 million, $65.1 million, and $125.2 million in 2010, 2009, and 2008, respectively. In 2010, cash used in financing activities was principally due to share repurchases associated with 2010 Repurchase Program, including the ASR, totaling $342.2 million, partially offset by proceeds from the exercise of stock options and the related tax benefits totaling $46.3 million. In 2009, cash used in financing activities was principally due to the repayment of borrowings outstanding under our bank credit facility of $61.7 million and the payment of bank fees of $5.6 million associated with our entry into the 2009 Credit Agreement, partially offset by the proceeds from the exercise of stock options of $4.9 million. In 2008, cash used in financing activities was principally due to net payments on our prior bank credit facility of $102.0 million and $37.5 million of payments for treasury shares acquired under our November 2007 Repurchase Program, partially offset by proceeds from the exercise of stock options of $10.9 million.

Based on historical and expected financial results, we believe that we have or, if necessary, have the ability to obtain, adequate resources to fund ongoing and seasonal working capital requirements, proposed capital expenditures, new projects, and currently maturing obligations.

WD-BL 000000037

WD-BL BN000001390

**Contractual Obligations**     The following table summarizes payments due under our contractual obligations at January 29, 2011:

| (In thousands) | Total | Less than 1 year | 1 to 3 ye... |
|---|---|---|---|
| Obligations under bank credit facility (2) | $ - | $ - | $ |
| Operating lease obligations (3) (4) | 1,003,071 | 274,500 | 425... |
| Capital lease obligations (4) | 2,272 | 1,377 | |
| Purchase obligations (4) (5) | 870,660 | 704,319 | 139... |
| Other long-term liabilities (6) | 56,418 | 11,180 | 15... |
| Total contractual obligations (7) | $ 1,932,421 | $ 991,376 | $ 580... |

(1)   The disclosure of contractual obligations in this table is based on assumptions and estimates that we believe to be reasonable as of the date of this report. Those assumptions and estimates may prove to be inaccurate; consequently, the amounts provided in the table may differ materially from those amounts that we ultimately incur. Variables that may cause the stated amounts to vary from the amounts actually incurred include, but are not limited to: the termination of a contractual obligation prior to its stated or anticipated expiration; fees or damages incurred as a result of the premature termination or breach of a contractual obligation; the acquisition of more or less services or goods under a contractual obligation than are anticipated by us as of the date of this report; fluctuations in third party fees, governmental charges, or market rates that we are obligated to pay under contracts we have with certain vendors; and the exercise of renewal options under, or the automatic renewal of, contracts that provide for the same.

(2)   Obligations under the bank credit facility consist of the borrowings outstanding under the 2009 Credit Agreement. In addition, we had outstanding letters of credit totaling $49.8 million at January 29, 2011. Approximately $48.4 million of the outstanding letters of credit represent stand-by letters of credit and we do not expect to meet the conditions requiring significant cash payments on these letters of credit; accordingly, they have been excluded from this table. The remaining outstanding letters of credit represent commercial letters of credit whereby the related obligation is included in the purchase obligations. For a further discussion, see note 3 to the accompanying consolidated financial statements.

(3)   Operating lease obligations include, among other items, leases for retail stores, warehouse space, offices, and certain computer and other business equipment. The future minimum commitments for retail store, office, and warehouse space operating leases are $751.7 million. For a further discussion of leases, see note 5 to the accompanying consolidated financial statements. Many of the store lease obligations require us to pay for our applicable portion of CAM, real estate taxes, and property insurance. In connection with our store lease obligations, we estimated that future obligations for CAM, real estate taxes, and property insurance were $238.8 million at January 29, 2011. We have made certain assumptions and estimates in order to account for our contractual obligations relative to CAM, real estate taxes, and property insurance. Those assumptions and estimates include, but are not limited to: use of historical data to estimate our future obligations; calculation of our obligations based on comparable store averages where no historical data is available for a particular leasehold; and assumptions related to average expected increases over historical data. The remaining lease obligation of $12.6 million relates primarily to operating leases for computer and other business equipment, including data center related costs.

(4)   For purposes of the lease and purchase obligation disclosures, we have assumed that we will make all payments scheduled or reasonably estimated to be made under those obligations that have a determinable expiration date, and we disregarded the possibility that such obligations may be prematurely terminated or extended, whether automatically by the terms of the obligation or by agreement between us and the counterparty, due to the speculative nature of premature termination or extension. Where an operating lease or purchase obligation is subject to a month-to-month term or another automatically renewing term, we included in the table our minimum commitment under such obligation, such as one month in the case of a month-to-month obligation and the then-current term in the case of another automatically renewing term, due to the uncertainty of future decisions to exercise options to extend or terminate any existing leases.

34

WD-BL 000000038

WD-BL BN000001391

(5)    Purchase obligations include outstanding purchase orders for merchandise issued in the ordinary course of our business that are valued at $470.3 million, the entirety of which represents obligations due within one year of January 29, 2011. In addition, we have a purchase commitment for future inventory purchases totaling $108.8 million at January 29, 2011. While we are not required to meet any periodic minimum purchase requirements under this commitment, we have included, for purposes of this tabular disclosure, the value of the purchases that we anticipate making during each of the reported periods as purchases that will count toward our fulfillment of the aggregate obligation. The remaining $291.6 million of purchase obligations is primarily related to distribution and transportation, information technology, print advertising, energy procurement, and other store security, supply, and maintenance commitments.

(6)    Other long-term liabilities include $30.3 million for expected contributions to the Pension Plan and our nonqualified, unfunded supplemental defined benefit pension plan ("Supplemental Pension Plan"), $20.2 million for obligations related to our nonqualified deferred compensation plan, $5.5 million for unrecognized tax benefits, and $0.5 million for closed store lease termination costs related to stores closed in 2009 and 2010. Pension contributions are equal to expected benefit payments for the nonqualified plan plus expected contributions to the qualified plan using actuarial estimates and assuming that we only make the minimum required contributions (see note 8 to the accompanying consolidated financial statements for additional information about our employee benefit plans). We have estimated the payments due by period for the nonqualified deferred compensation plan based on an average of historical distributions. We have included unrecognized tax benefits of $3.6 million for payments expected in 2011 and $1.9 million of timing-related income tax uncertainties anticipated to reverse in 2011. Unrecognized tax benefits in the amount of $18.9 million have been excluded from the table because we are unable to make a reasonably reliable estimate of the timing of future payments. Our closed store lease termination cost payments are based on contractual terms.

(7)    The obligations disclosed in this table are exclusive of the contingent liabilities, guarantees, and indemnities related to the KB Toys business. For further discussion, see note 11 to the accompanying consolidated financial statements.

**OFF-BALANCE SHEET ARRANGEMENTS**    For a discussion of the KB Bankruptcy Lease Obligations, see note 11 to the accompanying consolidated financial statements. Because the KB Toys business filed for bankruptcy again in December 2008 and liquidated all of its store operations, we accrued a contingent liability on our balance sheet at January 30, 2010, in the amount of $4.8 million for 31 KB Toys store leases for which we may have an indemnification or guarantee obligation and a former KB Toys corporate office lease for which we took an assignment in 2009. At January 29, 2011, our contingent liability related to this matter was $3.6 million. Because of uncertainty inherent in the assumptions used to estimate this liability, our estimated liability could ultimately prove to be understated and could result in a material adverse impact on our financial condition, results of operations, and liquidity.

**CRITICAL ACCOUNTING POLICIES AND ESTIMATES**    The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America ("GAAP") requires management to make estimates, judgments, and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period, as well as the related disclosure of contingent assets and liabilities at the date of the financial statements. The use of estimates, judgments, and assumptions creates a level of uncertainty with respect to reported or disclosed amounts in our consolidated financial statements or accompanying notes. On an ongoing basis, management evaluates its estimates, judgments, and assumptions, including those that management considers critical to the accurate presentation and disclosure of our consolidated financial statements and accompanying notes. Management bases its estimates, judgments, and assumptions on historical experience, current trends, and various other factors that management believes are reasonable under the circumstances. Because of the inherent uncertainty in using estimates, judgments, and assumptions, actual results may differ from these estimates.

WD-BL 000000039

WD-BL BN000001392

Our significant accounting policies, including the recently adopted accounting standards and recent accounting standards – future adoptions, if any, are described in note 1 to the accompanying consolidated financial statements. We believe the following assumptions and estimates are the most critical to understanding and evaluating our reported financial results. Management has reviewed these critical accounting estimates and related disclosures with the Audit Committee of our Board of Directors.

**Merchandise Inventories**     Merchandise inventories are valued at the lower of cost or market using the average cost retail inventory method. Market is determined based on the estimated net realizable value, which generally is the merchandise selling price at or near the end of the reporting period. The average cost retail inventory method requires management to make judgments and contains estimates, such as the amount and timing of markdowns to clear slow-moving inventory, the estimated allowance for shrinkage, and the estimated amount of excess or obsolete inventory, which may impact the ending inventory valuation and prior or future gross margin. These estimates are based on historical experience and current information.

When management determines the salability of merchandise inventories is diminished, markdowns for clearance activity and the related cost impact are recorded at the time the price change decision is made. Factors considered in the determination of markdowns include current and anticipated demand, customer preferences, the age of merchandise, and seasonal trends. Timing of holidays within fiscal periods, weather, and customer preferences could cause material changes in the amount and timing of markdowns from year to year.

The inventory allowance for shrinkage is recorded as a reduction to inventories, charged to cost of sales, and calculated as a percentage of sales for the period from the last physical inventory date to the end of the reporting period. Such estimates are based on our historical and current year inventory results. Independent physical inventory counts are taken at each store once a year. During 2011, the majority of these counts will occur between January and June. As physical inventories are completed, actual results are recorded and new go-forward shrink accrual rates are established based on individual store historical results. Thus, the shrink accrual rates will be adjusted throughout the January through June inventory cycle based on actual results. At January 29, 2011, a 10% difference in our shrink reserve would have affected gross margin, operating profit and income from continuing operations before income taxes by approximately $3 million. While it is not possible to quantify the impact from each cause of shrinkage, we have loss prevention programs and policies aimed at minimizing shrinkage.

**Long-Lived Assets**     Our long-lived assets primarily consist of property and equipment. We perform annual impairment reviews of our long-lived assets at the store level. When we perform the annual impairment reviews, we first determine which stores had impairment indicators present. We use actual historical cash flows to determine which stores had negative cash flows in each of the past two years (on a rolling basis). For each store with two years of negative cash flows, we obtain future cash flow estimates based on operating performance estimates specific to each store's operations that are based on assumptions currently being used to develop our company level operating plans. If the net book value of a store's long-lived assets is not recoverable through the expected future cash flows of the store, we estimate the fair value of the store's assets and recognize an impairment charge for the excess net book value of the store's long-lived assets over their fair value. The fair value of store assets is estimated based on information available in the marketplace for similar assets.

We recognized impairment charges of less than $0.1 million, $0.4 million, and $0.1 million in 2010, 2009, and 2008, respectively. We believe that our impairment charges are trending lower because we closed a number of underperforming stores at the end of 2005, we have continued to close (primarily through non-renewal of leases) underperforming stores since that time, and our store productivity continues to improve. We only identified one store with impairment indicators as a result of our annual store impairment tests in 2010 and we recognized impairment charges on that store. Therefore, we do not believe that varying the assumptions used to test for recoverability or estimate fair value of our long-lived assets would have a material impact on the impairment charges we incurred in 2010. However, if our future operating results decline significantly, we may be exposed to impairment losses that could be material (for additional discussion of this risk, see "Item 1A. Risk Factors – A significant decline in our operating profit and taxable income may impair our ability to realize the value of our long lived assets and deferred tax assets.").

WD-BL 000000040

WD-BL BN000001393

In addition to our annual store impairment reviews, we evaluate our long-lived assets at each reporting period to determine whether impairment indicators are present. In 2008, we recorded impairment to the assets of one store as a result of a casualty loss due to hurricane damage. The amount of this impairment is included in the $0.1 million 2008 impairment charge discussed above.

**Share-Based Compensation**    We grant stock options and performance-based non-vested restricted stock to our employees under shareholder approved incentive plans. Share-based compensation expense was $24.6 million, $20.3 million, and $15.5 million in 2010, 2009, and 2008, respectively. Share-based compensation expense was higher principally due to 2010 restricted stock awards having a higher fair value than prior year awards, based on our higher stock price in March 2010 as compared to March 2009 and 2008. Future share-based compensation expense for performance-based non-vested restricted stock is dependent upon the future number of awards, fair value of our common shares on the grant date, and the estimated vesting period. Future share-based compensation expense for stock options is dependent upon the number and terms of future stock option awards and many estimates, judgments and assumptions used in arriving at the fair value of stock options. Future share-based compensation expense related to performance-based non-vested restricted stock and stock options may vary materially from the currently amortizing awards.

We estimate the fair value of our stock options using a binomial model. The binomial model takes into account estimates, assumptions, and judgments about our stock price volatility, our dividend yield rate, the risk-free rate of return, the contractual term of the option, the probability that the option will be exercised prior to the end of its contractual life, and the probability of retirement of the option holder in computing the value of the option. Expected volatility is based on historical and current implied volatilities from traded options on our common shares. The dividend yield rate on our common shares is assumed to be zero since we have not paid dividends and have no current plans to do so. The risk-free rate is based on U.S. Treasury security yields at the time of the grant. The expected life is determined from the application of the binomial model and includes assumptions such as the expected employee exercise behavior and our expected turnover rate, which is based on analysis of historical data.

Compensation expense for performance-based non-vested restricted stock awards is recorded over the estimated vesting period based on the estimated achievement date of the performance criteria. An estimated target achievement date is determined at the time of the award based on historical and forecasted performance of similar measures. We monitor the achievement of the performance targets at each reporting period and make adjustments to the estimated vesting period when our models indicate that the estimated achievement date differs from the date being used to amortize expense. Any change in the estimated vesting date results in a prospective change to the related expense by charging the remaining unamortized expense over the remaining expected vesting period at the date the estimate was changed.

**Income Taxes**    The determination of our income tax expense, refunds receivable, income taxes payable, deferred tax assets and liabilities and financial statement recognition, de-recognition and/or measurement of uncertain tax benefits (for positions taken or to be taken on income tax returns) requires significant judgment, the use of estimates, and the interpretation and application of complex accounting and multi-jurisdictional income tax laws.

WD-BL 000000041

WD-BL BN000001394

The effective income tax rate in any period may be materially impacted by the overall level of income (loss) before income taxes, the jurisdictional mix and magnitude of income (loss), changes in the income tax laws (which may be retroactive to the beginning of the fiscal year), subsequent recognition, de-recognition and/or measurement of an uncertain tax benefit, changes in deferred tax asset valuation allowances and adjustments of a deferred tax asset or liability for enacted changes in tax laws or rates. Although we believe that our estimates are reasonable, actual results could differ from these estimates resulting in a final tax outcome that may be materially different from that which is reflected in our consolidated financial statements.

We evaluate our ability to recover our deferred tax assets within the jurisdiction from which they arise. We consider all available positive and negative evidence including recent financial results, projected future pretax accounting income from continuing operations and tax planning strategies (when necessary). This evaluation requires us to make assumptions that require significant judgment about the forecasts of future pretax accounting income. The assumptions that we use in this evaluation are consistent with the assumptions and estimates used to develop our consolidated operating financial plans. If we determine that a portion of our deferred tax assets, which principally represent expected future deductions or benefits, are not likely to be realized, we recognize a valuation allowance for our estimate of these benefits which we believe are not likely recoverable. Additionally, changes in tax laws, apportionment of income for state tax purposes, and rates could also affect recorded deferred tax assets.

We evaluate the uncertainty of income tax positions taken or to be taken on income tax returns. When a tax position meets the more-likely-than-not threshold, we recognize economic benefits associated with the position on our consolidated financial statements. The more-likely-than-not recognition threshold is a positive assertion that an enterprise believes it is entitled to economic benefits associated with a tax position. When a tax position does not meet the more-likely-than-not threshold, or in the case of those positions that do meet the threshold but are measured at less than the full benefit taken on the return, we recognize tax liabilities (or de-recognize tax assets, as the case may be). A number of years may elapse before a particular matter, for which we have derecognized a tax benefit, is audited and fully resolved or clarified. We adjust unrecognized tax benefits and income tax provision in the period in which an uncertain tax position is effectively or ultimately settled, the statute of limitations expires for the relevant taxing authority to examine the tax position, or as a result of the evaluation of new information that becomes available.

**Pension**   Actuarial valuations are used to calculate the estimated expenses and obligations for our Pension Plan and Supplemental Pension Plan. Inherent in the actuarial valuations are several assumptions including discount rate and expected return on plan assets. We review external data and historical trends to help determine the discount rate and expected long-term rate of return. Our objective in selecting a discount rate is to identify the best estimate of the rate at which the benefit obligations would be settled on the measurement date. In making this estimate, we review rates of return on high-quality, fixed-income investments available at the measurement date and expected to be available during the period to maturity of the benefits. This process includes a review of the bonds available on the measurement date with a quality rating of Aa or better. The expected long-term rate of return on assets is derived from detailed periodic studies, which include a review of asset allocation strategies, anticipated future long-term performance of individual asset classes, risks (standard deviations) and correlations of returns among the asset classes that comprise the plan's asset mix. While the studies give appropriate consideration to recent plan performance and historical returns, the assumption is primarily a long-term, prospective rate of return. The weighted average discount rate used to determine the net periodic pension cost for 2010 was 5.7%. A 1.0% decrease in the discount rate would increase net periodic pension cost by $0.3 million. The long-term rate of return on assets used to determine net periodic pension cost in 2010 was 8.0%. A 1.0% decrease in the expected long-term rate of return on plan assets would increase the net periodic pension cost by $0.6 million.

During 2010, we reclassified $1.3 million, net of tax, from other comprehensive income to expense in our consolidated statement of operations. We recognized a benefit of $1.3 million, net of tax, to other comprehensive income in 2010, which was principally driven by the recognition of $1.8 million in settlement charges as participants elected more lump sum payments than originally estimated. At January 29, 2011, the accumulated other comprehensive income amount, which was principally unrealized actuarial loss, was $10.5 million loss, net of tax. During 2011, and in future periods, we expect to reclassify approximately $1.4 million from other comprehensive income to expense, assuming we achieve our estimated rate of return on pension plan investments in future periods. Additionally, in the event that we have future settlements, as occurred in 2010 and 2009, we would expect that the expense related to future settlements would be between the $0.2 million and $1.8 million charges in 2009 and 2010, respectively.

WD-BL 000000042

WD-BL BN000001395

**Insurance and Insurance-Related Reserves**     We are self-insured for certain losses relating to property, general liability, workers' compensation, and employee medical and dental benefit claims, a portion of which is funded by employees. We purchase stop-loss coverage from third party insurance carriers to limit individual or aggregate loss exposure in these areas. Accrued insurance liabilities and related expenses are based on actual claims reported and estimates of claims incurred but not reported. The estimated loss accruals for claims incurred but not paid are determined by applying actuarially-based calculations taking into account historical claims payment results and known trends such as claims frequency and claims severity. Management makes estimates, judgments, and assumptions with respect to the use of these actuarially-based calculations, including but not limited to, estimated health care cost trends, estimated lag time to report and pay claims, average cost per claim, network utilization rates, network discount rates, and other factors. A 10% change in our self-insured liabilities at January 29, 2011 would have affected selling and administrative expenses, operating profit, and income from continuing operations before income taxes by approximately $8 million.

General liability and workers' compensation liabilities are recorded at our estimate of their net present value, using a 4.0% discount rate, while other liabilities for insurance reserves are not discounted. A 1.0% change in the discount rate on these liabilities would have affected selling and administrative expenses, operating profit, and income from continuing operations before income taxes by approximately $1.5 million.

**Lease Accounting**     In order to recognize rent expense on our leases, we evaluate many factors to identify the lease term such as the contractual term of the lease, our assumed possession date of the property, renewal option periods, and the estimated value of leasehold improvement investments that we are required to make. Based on this evaluation, our lease term is typically the minimum contractually obligated period over which we have control of the property. This term is used because although many of our leases have renewal options, we typically do not incur an economic or contractual penalty in the event of non-renewal. Therefore, we typically use the initial minimum lease term for purposes of calculating straight-line rent, amortizing deferred rent, and recognizing depreciation expense on our leasehold improvements.

**COMMITMENTS**     For a discussion on certain of our commitments, refer to note 3, note 5, note 10, and note 11 to the accompanying consolidated financial statements.

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk**     We are subject to market risk from exposure to changes in interest rates on investments and on borrowings under the 2009 Credit Agreement that we make from time to time. We had no borrowings under the 2009 Credit Agreement at January 29, 2011. An increase of 1.0% in our variable interest rate on our investments and expected future borrowings would not have a material effect on our financial condition, results of operations, or liquidity.

WD-BL 000000043

WD-BL BN000001396

**Item 8. Financial Statements and Supplementary data**     REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Shareholders of Big Lots, Inc.     Columbus, Ohio

We have audited the internal control over financial reporting of Big Lots, Inc. and subsidiaries (the "Company") as of January 29, 2011, based on criteria established in *Internal Control • Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission. The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting in Item 9A. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed by, or under the supervision of, the company's principal executive and principal financial officers, or persons performing similar functions, and effected by the company's board of directors, management, and other personnel to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of the inherent limitations of internal control over financial reporting, including the possibility of collusion or improper management override of controls, material misstatements due to error or fraud may not be prevented or detected on a timely basis. Also, projections of any evaluation of the effectiveness of the internal control over financial reporting to future periods are subject to the risk that the controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of January 29, 2011, based on the criteria established in *Internal Control • Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated financial statements as of and for the year ended January 29, 2011, of the Company, and our report dated March 30, 2011, expressed an unqualified opinion on those financial statements.

*/s/ DELOITTE & TOUCHE LLP*

Dayton, Ohio     March 30, 2011

WD-BL 000000044

WD-BL BN000001397

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Board of Directors and Shareholders of Big Lots, Inc.      Columbus, Ohio

We have audited the accompanying consolidated balance sheets of Big Lots, Inc. and subsidiaries (the "Company") as of January 29, 2011 and January 30, 2010, and the related consolidated statements of operations, shareholders' equity, and cash flows for each of the three years in the period ended January 29, 2011. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such consolidated financial statements present fairly, in all material respects, the financial position of Big Lots, Inc. and subsidiaries at January 29, 2011 and January 30, 2010, and the results of their operations and their cash flows for each of the three years in the period ended January 29, 2011, in conformity with accounting principles generally accepted in the United States of America.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the Company's internal control over financial reporting as of January 29, 2011, based on criteria established in *Internal Control – Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated March 30, 2011, expressed an unqualified opinion on the Company's internal control over financial reporting.

*/s/ DELOITTE & TOUCHE LLP*

Dayton, Ohio      March 30, 2011

41

WD-BL 000000045

WD-BL BN000001398

**BIG LOTS, INC. AND SUBSIDIARIES**   Consolidated Statements of Operations   (In thousands, except per share amounts)

| | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|
| Net sales | $ 4,952,244 | $ | 4,726,772 | $ | 4,645,283 |
| Cost of sales (exclusive of depreciation expense shown separately below) | 2,939,793 | | 2,807,466 | | 2,787,854 |
| Gross margin | 2,012,451 | | 1,919,306 | | 1,857,429 |
| Selling and administrative expenses | 1,576,500 | | 1,532,356 | | 1,523,882 |
| Depreciation expense | 78,606 | | 74,904 | | 78,624 |
| Gain on sale of real estate | - | | (12,964) | | - |
| Operating profit | 357,345 | | 325,010 | | 254,923 |
| Interest expense | (2,573) | | (1,840) | | (5,282) |
| Interest and investment income | 612 | | 175 | | 65 |
| Income from continuing operations before income taxes | 355,384 | | 323,345 | | 249,706 |
| Income tax expense | 132,837 | | 121,975 | | 94,908 |
| Income from continuing operations | 222,547 | | 201,370 | | 154,798 |
| Loss from discontinued operations, net of tax benefit of $14, $656, and $2,116 in fiscal years 2010, 2009, and 2008, respectively | (23) | | (1,001) | | (3,251) |
| Net income | $ 222,524 | $ | 200,369 | $ | 151,547 |
| | | | | | |
| Earnings per common share - basic: | | | | | |
| Continuing operations | $ 2.87 | $ | 2.47 | $ | 1.91 |
| Discontinued operations | - | | (0.01) | | (0.04) |
| | $ 2.87 | $ | 2.45 | $ | 1.87 |
| | | | | | |
| Earnings per common share - diluted: | | | | | |
| Continuing operations | $ 2.83 | $ | 2.44 | $ | 1.89 |
| Discontinued operations | - | | (0.01) | | (0.04) |
| | $ 2.83 | $ | 2.42 | $ | 1.85 |

The accompanying notes are an integral part of these consolidated financial statements.

42

WD-BL 000000046

WD-BL BN000001399

**BIG LOTS, INC. AND SUBSIDIARIES**   Consolidated Balance Sheets   (In thousands, except par value)

| | | January 29, 2011 | | January 30, 2010 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 177,539 | $ | 283,733 |
| Inventories | | 762,146 | | 731,337 |
| Deferred income taxes | | 50,252 | | 51,012 |
| Other current assets | | 61,782 | | 56,884 |
| Total current assets | | 1,051,719 | | 1,122,966 |
| Property and equipment - net | | 524,906 | | 491,256 |
| Deferred income taxes | | 6,666 | | 28,136 |
| Restricted cash | | 8,000 | | - |
| Other assets | | 28,308 | | 27,135 |
| Total assets | $ | 1,619,599 | $ | 1,669,493 |
| | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 302,818 | $ | 309,862 |
| Property, payroll, and other taxes | | 75,401 | | 69,388 |
| Accrued operating expenses | | 53,771 | | 52,519 |
| Insurance reserves | | 37,741 | | 39,570 |
| KB bankruptcy lease obligation | | 3,552 | | 4,786 |
| Accrued salaries and wages | | 43,433 | | 47,402 |
| Income taxes payable | | 25,215 | | 18,993 |
| Total current liabilities | | 541,931 | | 542,520 |
| Deferred rent | | 42,037 | | 31,490 |
| Insurance reserves | | 46,145 | | 44,695 |
| Unrecognized tax benefits | | 19,142 | | 28,577 |
| Other liabilities | | 23,551 | | 20,799 |
| Shareholders' equity: | | | | |
| Preferred shares - authorized 2,000 shares; $0.01 par value; none issued | | - | | - |
| Common shares - authorized 298,000 shares; $0.01 par value; issued 117,495 shares, outstanding 73,894 shares and 81,922 shares, respectively | | 1,175 | | 1,175 |
| Treasury shares - 43,601 shares and 35,573 shares, respectively, at cost | | (1,079,130) | | (791,042) |
| Additional paid-in capital | | 523,341 | | 515,061 |
| Retained earnings | | 1,511,877 | | 1,289,353 |
| Accumulated other comprehensive loss | | (10,470) | | (13,135) |
| Total shareholders' equity | | 946,793 | | 1,001,412 |
| Total liabilities and shareholders' equity | $ | 1,619,599 | $ | 1,669,493 |

The accompanying notes are an integral part of these consolidated financial statements.

43

WD-BL 000000047

WD-BL BN000001400

**BIG LOTS, INC. AND SUBSIDIARIES**  Consolidated Statements of Shareholders' Equity  (In thousands)

| | Common | | Treasury | | Additional Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| Balance - February 2, 2008 | 82,682 $ | 1,175 | 34,813 $ | (784,718) $ | 490,959 $ | 937,571 $ | (6,501) $ | 638,486 |
| Net income | - | - | - | - | - | 151,547 | | 151,547 |
| Other comprehensive income | | | | | | | | |
| Amortization of pension, net of tax of $(316) | - | - | - | - | - | - | 487 | 487 |
| Valuation adjustment of pension, net of tax of $6,102 | - | - | - | - | - | - | (9,331) | (9,331) |
| Comprehensive income | - | - | - | - | - | - | - | 142,703 |
| Adoption of guidance under FASB ASC 715, net of tax of $88 and $(26), respectively | - | - | - | - | - | (134) | 40 | (94) |
| Purchases of common shares | (2,170) | - | 2,170 | (37,508) | - | - | - | (37,508) |
| Exercise of stock options | 788 | - | (788) | 17,530 | (6,670) | - | - | 10,860 |
| Restricted shares vested | 2 | - | (2) | 40 | (40) | - | - | - |
| Net tax benefit from share-based awards | | | | | 4,590 | - | - | 4,590 |
| Share activity related to deferred compensation plan | 13 | - | (13) | 95 | 257 | - | - | 352 |
| Share-based employee compensation expense | | | | | 15,456 | | | 15,456 |
| Balance - January 31, 2009 | 81,315 | 1,175 | 36,180 | (804,561) | 504,552 | 1,088,984 | (15,305) | 774,845 |
| Net income | - | - | - | - | - | 200,369 | - | 200,369 |
| Other comprehensive income | | | | | | | | |
| Amortization of pension, net of tax of $(1,105) | - | - | - | - | - | - | 1,740 | 1,740 |
| Valuation adjustment of pension, net of tax of $(273) | - | - | - | - | - | - | 430 | 430 |
| Comprehensive income | - | - | - | - | - | - | - | 202,539 |
| Purchases of common shares | (87) | - | 87 | (1,849) | - | - | - | (1,849) |
| Exercise of stock options | 362 | - | (362) | 8,045 | (3,114) | - | - | 4,931 |
| Restricted shares vested | 328 | - | (328) | 7,291 | (7,291) | - | - | - |
| Net tax benefit from share-based awards | | | | | 559 | - | - | 559 |
| Share activity related to deferred compensation plan | 4 | - | (4) | 32 | 80 | - | - | 112 |
| Share-based employee compensation expense | | | | | 20,275 | | | 20,275 |
| Balance - January 30, 2010 | 81,922 | 1,175 | 35,573 | (791,042) | 515,061 | 1,289,353 | (13,135) | 1,001,412 |
| Net income | - | - | - | - | - | 222,524 | - | 222,524 |
| Other comprehensive income | | | | | | | | |
| Amortization of pension, net of tax of $(869) | - | - | - | - | - | - | 1,328 | 1,328 |
| Valuation adjustment of pension, net of tax of $(876) | - | - | - | - | - | - | 1,337 | 1,337 |
| Comprehensive income | - | - | - | - | - | - | - | 225,189 |
| Purchases of common shares | (10,686) | - | 10,686 | (350,823) | - | - | - | (350,823) |
| Exercise of stock options | 1,808 | - | (1,808) | 42,285 | (9,773) | - | - | 32,512 |
| Restricted shares vested | 847 | - | (847) | 20,437 | (20,437) | - | - | - |
| Net tax benefit from share-based awards | | | | | 13,779 | - | - | 13,779 |
| Share activity related to deferred compensation plan | 3 | - | (3) | 13 | 83 | - | - | 96 |
| Share-based employee compensation expense | | | | | 24,628 | | | 24,628 |
| Balance - January 29, 2011 | 73,894 $ | 1,175 | 43,601 $ | (1,079,130) $ | 523,341 $ | 1,511,877 $ | (10,470) $ | 946,793 |

The accompanying notes are an integral part of these consolidated financial statements.

44

WD-BL 000000048

WD-BL BN000001401

**BIG LOTS, INC. AND SUBSIDIARIES**   Consolidated Statements of Cash Flows   (In thousands)

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| **Operating activities:** | | | |
| Net income | $ 222,524 | $ 200,369 | $ 151,547 |
| **Adjustments to reconcile net income to net cash provided by operating activities:** | | | |
| Depreciation and amortization expense | 74,041 | 71,501 | 73,787 |
| Deferred income taxes | 20,485 | 18,014 | 13,518 |
| KB Toys matters | - | 409 | 3,119 |
| Non-cash share-based compensation expense | 24,628 | 20,275 | 15,456 |
| Non-cash impairment charges | 18 | 358 | 137 |
| Loss on disposition of property and equipment | 639 | 1,072 | 1,626 |
| Gain on sale of real estate | - | (12,964) | - |
| Pension | 4,479 | (5,193) | (8,734) |
| Change in assets and liabilities: | | | |
| Inventories | (30,809) | 5,279 | 11,326 |
| Accounts payable | (7,045) | 73,889 | (24,299) |
| Current income taxes | (1,736) | (4,359) | (12,362) |
| Other current assets | (5,250) | (2,177) | (1,258) |
| Other current liabilities | (5,816) | 18,064 | (9,590) |
| Other assets | (2,988) | (5,285) | 1,595 |
| Other liabilities | 22,087 | 12,774 | (4,805) |
| Net cash provided by operating activities | 315,257 | 392,026 | 211,063 |
| **Investing activities:** | | | |
| Capital expenditures | (107,563) | (78,708) | (88,735) |
| Cash proceeds from sale of property and equipment | 1,301 | 861 | 550 |
| Deposit in restricted account | (8,000) | - | - |
| Other | (290) | (90) | (7) |
| Net cash used in investing activities | (114,552) | (77,937) | (88,192) |
| **Financing activities:** | | | |
| Net payments of borrowings under bank credit facility | - | (61,700) | (102,000) |
| Payment of capital lease obligations | (2,463) | (2,612) | (1,523) |
| Proceeds from the exercise of stock options | 32,512 | 4,931 | 10,860 |
| Excess tax benefit from share-based awards | 13,779 | 1,568 | 4,590 |
| Payment for treasury shares acquired | (350,823) | (1,849) | (37,508) |
| Deferred bank credit facility fees paid | - | (5,579) | - |
| Other | 96 | 112 | 352 |
| Net cash used in financing activities | (306,899) | (65,129) | (125,229) |
| Increase (decrease) in cash and cash equivalents | (106,194) | 248,960 | (2,358) |
| **Cash and cash equivalents:** | | | |
| Beginning of year | 283,733 | 34,773 | 37,131 |
| End of year | $ 177,539 | $ 283,733 | $ 34,773 |
| | | | |
| Supplemental disclosure of cash flow information: | | | |
| Cash paid for interest, including capital leases | $ 830 | $ 277 | $ 5,568 |
| Cash paid for income taxes, excluding impact of refunds | $ 100,973 | $ 105,961 | $ 92,433 |
| Non-cash activity: | | | |
| Assets acquired under capital leases | $ - | $ - | $ 5,525 |
| Accrued property and equipment | $ 9,449 | $ 3,901 | $ 3,588 |

The accompanying notes are an integral part of these consolidated financial statements.

45

WD-BL 000000049

WD-BL BN000001402

**BIG LOTS, INC. AND SUBSIDIARIES**   Notes to Consolidated Financial Statements

**NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES   Description of Business**
We are the nation's largest broadline closeout retailer. At January 29, 2011, we operated a total of 1,398 stores in 48 states. Our goal is to strengthen and build upon our leadership position in broadline closeout retailing by providing our customers with great savings on brand-name closeouts and other value-priced merchandise. You can locate us on the Internet at www.biglots.com. The contents of our websites are not part of this report.

**Basis of Presentation**   The consolidated financial statements include Big Lots, Inc. and all of its subsidiaries, have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP"), and include all of our accounts. We consolidate all majority-owned and controlled subsidiaries. All significant intercompany accounts and transactions have been eliminated.

**Management Estimates**   The preparation of financial statements in conformity with GAAP requires management to make estimates, judgments, and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period, as well as the related disclosure of contingent assets and liabilities at the date of the financial statements. The use of estimates, judgments, and assumptions creates a level of uncertainty with respect to reported or disclosed amounts in our consolidated financial statements or accompanying notes. On an ongoing basis, management evaluates its estimates, judgments, and assumptions, including those that management considers critical to the accurate presentation and disclosure of our consolidated financial statements and accompanying notes. Management bases its estimates, judgments, and assumptions on historical experience, current trends, and various other factors that it believes are reasonable under the circumstances. Because of the inherent uncertainty in using estimates, judgments, and assumptions, actual results may differ from these estimates.

**Fiscal Year**   We follow the concept of a 52-53 week fiscal year, which ends on the Saturday nearest to January 31. Unless otherwise stated, references to years in this report relate to fiscal years rather than calendar years. 2010 was comprised of the 52 weeks that began on January 31, 2010 and ended January 29, 2011. 2009 was comprised of the 52 weeks that began on February 1, 2009 and ended on January 30, 2010. 2008 was comprised of the 52 weeks that began on February 3, 2008 and ended on January 31, 2009.

**Segment Reporting**   We manage our business based on one segment, broadline closeout retailing. At the end of 2010, 2009, and 2008, all of our operations were located within the United States of America.

**Cash and Cash Equivalents**   Cash and cash equivalents primarily consist of amounts on deposit with financial institutions, outstanding checks, credit and debit card receivables, and highly liquid investments, including money market funds and variable rate demand notes, which are unrestricted to withdrawal or use and which have an original maturity of three months or less. We review cash and cash equivalent balances on a bank by bank basis in order to identify book overdrafts. Book overdrafts occur when the amount of outstanding checks exceed the cash deposited at a given bank. We reclassify book overdrafts, if any, to accounts payable on our consolidated balance sheets. Amounts due from banks for credit and debit card transactions are typically settled in less than seven days, and at January 29, 2011 and January 30, 2010, totaled $29.4 million and $24.0 million, respectively.

WD-BL 000000050

WD-BL BN000001403

**Restricted Cash**   On July 1, 2010, we deposited $8.0 million in a restricted cash account. The restricted cash serves as collateral, in place of an irrevocable stand-by letter of credit, to provide financial assurance that we will fulfill our obligations with respect to cash requirements associated with self-insurance, as discussed in note 10. The cash is on deposit with our insurance carrier. At January 29, 2011, the $8.0 million in the restricted account is classified as noncurrent in other assets.

**Investments**   Investment securities are classified as available-for-sale, held-to-maturity, or trading at the date of purchase. Investments are recorded at fair value as either current assets or non-current assets based on the stated maturity or our plans to either hold or sell the investment. Unrealized holding gains and losses on trading securities are recognized in earnings. Unrealized holding gains and losses on available-for-sale securities are recognized in other comprehensive income, until realized. We did not own any held-to-maturity or available-for-sale securities as of January 29, 2011 or January 30, 2010.

**Merchandise Inventories**   Merchandise inventories are valued at the lower of cost or market using the average cost retail inventory method. Cost includes any applicable inbound shipping and handling costs associated with the receipt of merchandise into our distribution centers (See the discussion below under the caption "Selling and Administrative Expenses" for additional information regarding outbound shipping and handling costs to our stores). Market is determined based on the estimated net realizable value, which generally is the merchandise selling price. Under the average cost retail inventory method, inventory is segregated into departments of merchandise having similar characteristics at its current retail selling value. Current retail selling values are converted to a cost basis by applying an average cost factor to each specific merchandise department's retail selling value. Cost factors represent the average cost-to-retail ratio computed using beginning inventory and all fiscal year-to-date purchase activity specific to each merchandise department.

Under the average cost retail inventory method, permanent sales price markdowns result in cost reductions in inventory. Our permanent sales price markdowns are typically related to end of season clearance events and are recorded as a charge to cost of sales in the period of management's decision to initiate sales price reductions with the intent not to return the price to regular retail. Promotional markdowns are recorded as a charge to net sales in the period the merchandise is sold. Promotional markdowns are typically related to specific marketing efforts with respect to products maintained continuously in our stores or products that are only available in limited quantities but represent substantial value to our customers. Promotional markdowns are principally used to drive higher sales volume during a defined promotional period.

We record a reduction to inventories and charge to cost of sales for a shrinkage inventory allowance. The shrinkage allowance is calculated as a percentage of sales for the period from the last physical inventory date to the end of the reporting period. Such estimates are based on our historical and current year experience based on physical inventory results.

We record a reduction to inventories and charge to cost of sales for any excess or obsolete inventory. The excess or obsolete inventory is estimated based on a review of our aged inventory and takes into account any items that have already received a cost reduction as a result of the permanent markdown process discussed above. We estimate the reduction for excess or obsolete inventory based on historical sales trends, age and quantity of product on hand, and anticipated future sales.

**Payments Received from Vendors**   Payments received from vendors relate primarily to rebates and reimbursement for markdowns and are recognized in our consolidated statements of operations as a reduction to cost of inventory purchases in the period that the rebate or reimbursement is earned or realized and, consequently, result in a reduction in cost of sales when the related inventory is sold.

**Store Supplies**   When opening a new store, a portion of the initial shipment of supplies (including primarily display materials, signage, security-related items, and miscellaneous store supplies) is capitalized at the store opening date. These capitalized supplies represent more durable types of items for which we expect to receive future economic benefit. Subsequent replenishments of capitalized store supplies are expensed. The consumable/non-durable type items for which the future economic benefit is less measurable are expensed upon shipment to the store. Capitalized store supplies are adjusted periodically for changes in estimated quantities or costs and are included in other current assets in our consolidated balance sheets.

WD-BL 000000051

WD-BL BN000001404

**Property and Equipment - Net**   Depreciation and amortization expense of property and equipment are recorded on a straight-line basis using estimated service lives. The estimated service lives of our property and equipment by major asset category were as follows:

| | |
|---|---|
| Land improvements | 15 years |
| Buildings | 40 years |
| Leasehold improvements | 5 years |
| Store fixtures and equipment | 5 years |
| Distribution and transportation fixtures and equipment | 5 - 15 years |
| Office and computer equipment | 5 years |
| Computer software costs | 5 - 8 years |
| Company vehicles | 3 years |

Leasehold improvements are amortized on a straight-line basis using the shorter of their estimated service lives or the lease term. Because the majority of our leasehold improvements are placed in service at the time we open a store and the majority of our leases have an initial term of five years, we estimate the useful life of leasehold improvements at five years. This amortization period is consistent with the amortization period for any lease incentives that we would typically receive when initially entering into a new lease that are recognized as deferred rent and amortized over the initial lease term.

Depreciation estimates are revised prospectively to reflect the remaining depreciation or amortization of the asset over the shortened estimated service life when a decision is made to dispose of property and equipment prior to the end of its previously estimated service life. The cost of assets sold or retired and the related accumulated depreciation are removed from the accounts with any resulting gain or loss included in selling and administrative expenses. Major repairs that extend service lives are capitalized. Maintenance and repairs are charged to expense as incurred. Capitalized interest was not significant in any period presented.

**Long-Lived Assets**   Our long-lived assets primarily consist of property and equipment - net. In order to determine if impairment indicators are present for store property and equipment, we review historical operating results at the store level on an annual basis, or when other impairment indicators are present. Generally, all other property and equipment is reviewed for impairment at the enterprise level. If the net book value of a store's long-lived assets is not recoverable by the expected future cash flows of the store, we estimate the fair value of the store's assets and recognize an impairment charge for the excess net book value of the store's long-lived assets over their fair value. Our assumptions related to estimates of future cash flows are based on historical results of cash flows adjusted for management projections for future periods. We estimate the fair value of our long-lived assets using readily available market information for similar assets.

**Closed Store Accounting**   We recognize an obligation for the fair value of lease termination costs when we cease using the leased property in our operations. In measuring fair value of these lease termination obligations, we consider the remaining minimum lease payments, estimated sublease rentals that could be reasonably obtained, and other potentially mitigating factors. We discount the estimated obligation using the applicable credit adjusted interest rate, resulting in accretion expense in periods subsequent to the period of initial measurement. We monitor the estimated obligation for lease termination liabilities in subsequent periods and revise any estimated liabilities, if necessary. Severance and benefits associated with terminating employees from employment are recognized ratably from the communication date through the estimated future service period, unless the estimated future service period is less than 60 days, in which case we recognize the impact at the communication date. Generally all other store closing costs are recognized when incurred.

48

WD-BL 000000052

WD-BL BN000001405

We classify the results of operations of closed stores to discontinued operations when the operations and cash flows of the stores have been (or will be) eliminated from ongoing operations and we no longer have any significant continuing involvement in the operations associated with the stores after closure. We generally meet the second criteria on all closed stores as, upon closure, operations cease and we have no continuing involvement. To determine if cash flows have been (or will be) eliminated from ongoing operations, we evaluate a number of qualitative and quantitative factors, including, but not limited to, proximity of a closing store to any remaining open stores and the estimated sales migration from the closed store to any stores remaining open. The estimated sales migration is based on historical estimates of our sales migration upon opening or closing a store in a similar market. For purposes of reporting closed stores as discontinued operations, we report net sales, gross margin, and related operating costs that are directly related to and specifically identifiable with respect to the stores' operations identified as discontinued operations. Certain corporate-level charges, such as general office cost, field operations, national advertising, fixed distribution costs, and interest cost are not allocated to closed stores discontinued operations because we believe that these costs are not specific to the stores' operations.

**Income Taxes**    We account for income taxes under the asset and liability method, which requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been included in the financial statements. Under this method, deferred tax assets and liabilities are determined based on the differences between the financial statement basis and tax basis of assets and liabilities using enacted law and tax rates in effect for the year in which the differences are expected to reverse. The effect of a change in tax rates on deferred tax assets and liabilities is recognized in income in the period that includes the enactment date.

We assess the adequacy and need for a valuation allowance for deferred tax assets. In making such determination, we consider all available positive and negative evidence, including scheduled reversals of deferred tax liabilities, projected future taxable income, tax planning strategies and recent financial operations. We have established a valuation allowance to reduce our deferred tax assets to the balance that is more likely than not to be realized.

We recognize interest and penalties related to unrecognized tax benefits within the income tax expense line in the accompanying consolidated statements of operations. Accrued interest and penalties are included within the related tax liability line in the accompanying consolidated balance sheets.

The effective income tax rate in any period may be materially impacted by the overall level of income (loss) before income taxes, the jurisdictional mix and magnitude of income (loss), changes in the income tax laws (which may be retroactive to the beginning of the fiscal year), subsequent recognition, de-recognition and/or measurement of an uncertain tax benefit, changes in a deferred tax valuation allowance, and adjustments of a deferred tax asset or liability for enacted changes in tax laws or rates.

**Pension**    Effective in 2008, we adopted guidance under ASC 715, *Compensation – Retirement Benefits* (which replaced SFAS No. 158 *Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans*). This guidance requires us to measure defined benefit plan assets and obligations as of the date of our year-end consolidated balance sheet. Previously, our Pension Plan and Supplemental Pension Plan each had a measurement date of December 31. Switching to the new measurement date required one-time adjustments of $0.1 million to retained earnings and less than $0.1 million to accumulated other comprehensive income in 2008 per the transition guidance.

49

WD-BL 000000053

WD-BL BN000001406

Pension assumptions are evaluated each year. Actuarial valuations are used to calculate the estimated expenses and obligations related to our pension plans. We review external data and historical trends to help determine the discount rate and expected long-term rate of return. Our objective in selecting a discount rate is to identify the best estimate of the rate at which the benefit obligations would be settled on the measurement date. In making this estimate, we review rates of return on high-quality, fixed-income investments available at the measurement date and expected to be available during the period to maturity of the benefits. This process includes a review of the bonds available on the measurement date with a quality rating of Aa or better. The expected long-term rate of return on assets is derived from detailed periodic studies, which include a review of asset allocation strategies, anticipated future long-term performance of individual asset classes, risks (standard deviations), and correlations of returns among the asset classes that comprise the plan's asset mix. While the studies give appropriate consideration to recent plan performance and historical returns, the assumption for the expected long-term rate of return is primarily based on our expectation of a long-term, prospective rate of return.

**Insurance and Insurance-Related Reserves**     We are self-insured for certain losses relating to property, general liability, workers' compensation, and employee medical and dental benefit claims, a portion of which is paid by employees. We purchase stop-loss coverage to limit significant exposure in these areas. Accrued insurance-related liabilities and related expenses are based on actual claims filed and estimates of claims incurred but not reported. The estimated accruals are determined by applying actuarially-based calculations. General liability and workers' compensation liabilities are recorded at our estimate of their net present value, using a 4% discount rate, while other liabilities for insurance-related reserves are not discounted.

**Fair Value of Financial Instruments**     The fair value hierarchy prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy, as defined below, gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities and the lowest priority to unobservable inputs.

Level 1, defined as observable inputs such as unadjusted quoted prices in active markets for identical assets or liabilities.

Level 2, defined as observable inputs other than Level 1 inputs. These include quoted prices for similar assets or liabilities in an active market, quoted prices for identical assets and liabilities in markets that are not active, or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities.

Level 3, defined as unobservable inputs in which little or no market data exists, therefore requiring an entity to develop its own assumptions.

The carrying value of cash equivalents, accounts receivable, accounts payable, and accrued expenses approximates fair value because of the relatively short maturity of these items.

**Commitments and Contingencies**     We are subject to various claims and contingencies including legal actions and other claims arising out of the normal course of business. In connection with such claims and contingencies, we estimate the likelihood and amount of any potential obligation, where it is possible to do so, using management's judgment. Management used various internal and external specialists to assist in the estimating process. We accrue, if material, a liability if the likelihood of an adverse outcome is probable and the amount is estimable. If the likelihood of an adverse outcome is only reasonably possible (as opposed to probable), or if it is probable but an estimate is not determinable, disclosure of a material claim or contingency is made in the notes to our consolidated financial statements and no accrual is made.

**Revenue Recognition**     We recognize sales at the time the customer takes possession of the merchandise. Sales are recorded net of discounts and estimated returns and exclude any sales tax. The reserve for merchandise returns is estimated based on our prior return experience.

50

WD-BL 000000054

WD-BL BN000001407

We sell gift cards in our stores and issue merchandise credits, typically as a result of customer returns, on stored value cards. We do not charge administrative fees on unused gift card or merchandise credit balances and our gift cards and merchandise credits do not expire. We recognize sales revenue from gift cards and merchandise credits when (1) the gift card or merchandise credit is redeemed in a sales transaction by the customer or (2) breakage occurs. We recognize gift card and merchandise credit breakage when we estimate that the likelihood of the card or credit being redeemed by the customer is remote and we determine that we do not have a legal obligation to remit the value of unredeemed cards or credits to the relevant regulatory authority. We estimate breakage based upon historical redemption patterns. For 2010, 2009, and 2008, we recognized in net sales on our consolidated statements of operations breakage of $0.7 million, $0.6 million, and $0.4 million, respectively, related to unredeemed gift card and merchandise credit balances that had aged at least four years beyond the end of their original issuance month. The liability for the unredeemed cash value of gift cards and merchandise credits is recorded in accrued operating expenses.

We offer price hold contracts on merchandise. Revenue for price hold contracts is recognized when the customer makes the final payment and takes possession of the merchandise. Amounts paid by customers under price hold contracts are recorded in accrued operating expenses until a sale is consummated.

**Cost of Sales**    Cost of sales includes the cost of merchandise, net of cash discounts and rebates, markdowns, and inventory shrinkage. Cost of merchandise includes related inbound freight to our distribution centers, duties, and commissions. We classify warehousing and outbound distribution and transportation costs as selling and administrative expenses. Due to this classification, our gross margin rates may not be comparable to those of other retailers that include warehousing and outbound distribution and transportation costs in cost of sales.

**Selling and Administrative Expenses**    Selling and administrative expenses include store expenses (such as payroll and occupancy costs) and costs related to warehousing, distribution, outbound transportation to our stores, advertising, purchasing, insurance, non-income taxes, and overhead. Selling and administrative expense rates may not be comparable to those of other retailers that include warehousing, distribution, and outbound transportation costs in cost of sales. Distribution and outbound transportation costs included in selling and administrative expenses were $154.3 million, $158.4 million, and $181.2 million for 2010, 2009, and 2008, respectively.

**Rent Expense**    Rent expense is recognized over the term of the lease and is included in selling and administrative expenses. We recognize minimum rent starting when possession of the property is taken from the landlord, which normally includes a construction or set-up period prior to store opening. When a lease contains a predetermined fixed escalation of the minimum rent, we recognize the related rent expense on a straight-line basis and record the difference between the recognized rental expense and the amounts payable under the lease as deferred incentive rent. We also receive tenant allowances, which are recorded in deferred incentive rent and are amortized as a reduction to rent expense over the term of the lease.

Our leases generally obligate us for our applicable portion of real estate taxes, common area maintenance ("CAM"), and property insurance that has been incurred by the landlord with respect to the leased property. We maintain accruals for our estimated applicable portion of real estate taxes, CAM, and property insurance incurred but not settled at each reporting date. We estimate these accruals based on historical payments made and take into account any known trends. Inherent in these estimates is the risk that actual costs incurred by landlords and the resulting payments by us may be higher or lower than the amounts we have recorded on our books.

Certain of our leases provide for contingent rents that are not measurable at the lease inception date. Contingent rent includes rent based on a percentage of sales that are in excess of a predetermined level. Contingent rent is excluded from minimum rent and is included in the determination of total rent expense when it is probable that the expense has been incurred and the amount is reasonably estimable.

51

WD-BL 000000055

WD-BL BN000001408

**Advertising Expense**     Advertising costs, which are expensed as incurred, consist primarily of print, television, internet, and in-store point-of-purchase materials, and are included in selling and administrative expenses. Advertising expenses were $92.0 million, $96.2 million, and $102.3 million for 2010, 2009, and 2008, respectively.

**Store Pre-opening Costs**     Pre-opening costs incurred during the construction periods for new store openings are expensed as incurred.

**Share-Based Compensation**     Share-based compensation expense is recognized in selling and administrative expense in our consolidated statements of operations for all options that we expect to vest. We estimate forfeitures based on historical information. We value and expense stock options with graded vesting as a single award with an average estimated life over the entire term of the award. The expense for options with graded vesting is recorded straight-line over the vesting period. We estimate the fair value of stock options using a binomial model. The binomial model takes into account variables such as volatility, dividend yield rate, risk-free rate, contractual term of the option, the probability that the option will be exercised prior to the end of its contractual life, and the probability of retirement of the option holder in computing the value of the option. Expected volatility is based on historical and current implied volatilities from traded options on our common shares. The dividend yield on our common shares is assumed to be zero since we have not paid dividends and have no current plans to do so in the future. The risk-free rate is based on U.S. Treasury security yields at the time of the grant. The expected life is determined from the binomial model, which incorporates exercise and post-vesting forfeiture assumptions based on analysis of historical data.

Compensation expense for performance-based non-vested restricted stock awards is recorded based on fair value of the award on the grant date and the estimated achievement date of the performance criteria. An estimated target achievement date is determined at the time of the award based on historical and forecasted performance of similar measures. We monitor the projected achievement of the performance targets at each reporting period and make prospective adjustments to the estimated vesting period when our internal models indicate that the estimated achievement date differs from the date being used to amortize expense.

**Earnings per Share**     Basic earnings per share is based on the weighted-average number of shares outstanding during each period. Diluted earnings per share is based on the weighted-average number of shares outstanding during each period and the additional dilutive effect of stock options and non-vested restricted stock awards, calculated using the treasury stock method.

**Guarantees**     We have lease guarantees which were issued prior to January 1, 2003. We record a liability for these lease guarantees in the period when it becomes probable that the obligor will fail to perform its obligation and if the amount of our guarantee obligation is estimable.

**Other Comprehensive Income**     Our other comprehensive income includes principally the impact of the amortization of our pension actuarial loss, net of tax, and the revaluation of our pension actuarial loss, net of tax.

**Recently Adopted Accounting Standards**

**Fair Value**     In January 2010, the FASB issued ASU 2010-06, *Improving Disclosures about Fair Value Measurements*, which amended ASC 820, *Fair Value Measurements and Disclosures*, to add new requirements for disclosures about transfers into and out of Levels 1 and 2 and separate disclosures about purchases, sales, issuances, and settlements relating to Level 3 measurements. The ASU also clarifies existing fair value disclosures about the level of disaggregation and about inputs and valuation techniques used to measure the fair value. Further, the ASU amends guidance on employers' disclosures about postretirement benefit plan assets under ASC 715, *Compensation-Retirement Benefits*, to require that disclosures be provided by classes of assets instead of by major categories of assets. The ASU was effective for us in the first fiscal quarter of 2010 and did not have a material effect on our financial condition, results of operations, or liquidity.

52

WD-BL 000000056

WD-BL BN000001409

**Subsequent Events** We have evaluated events and transactions subsequent to the balance sheet date. Based on this evaluation, we are not aware of any events or transactions (other than those disclosed elsewhere) that occurred subsequent to the balance sheet date but prior to filing that would require recognition or disclosure in our consolidated financial statements.

## NOTE 2 – PROPERTY AND EQUIPMENT – NET

Property and equipment – net consist of:

| *(In thousands)* | | January 29, 2011 | | January 30, 2010 |
|---|---|---|---|---|
| Land and land improvements | $ | 45,104 | $ | 44,818 |
| Buildings and leasehold improvements | | 734,578 | | 698,988 |
| Fixtures and equipment | | 605,492 | | 635,377 |
| Computer software costs | | 84,738 | | 68,175 |
| Transportation equipment | | 21,652 | | 29,192 |
| Construction-in-progress | | 20,592 | | 28,563 |
| Property and equipment - cost | | 1,512,156 | | 1,505,113 |
| Less accumulated depreciation and amortization | | 987,250 | | 1,013,857 |
| Property and equipment - net | $ | 524,906 | $ | 491,256 |

Property and equipment - cost includes $7.3 million and $7.8 million at January 29, 2011 and January 30, 2010, respectively, to recognize assets from capital leases. Accumulated depreciation and amortization includes $5.2 million and $4.3 million at January 29, 2011 and January 30, 2010, respectively, related to capital leases.

During 2010, we invested $107.6 million of cash in capital expenditures and we recorded $78.6 million of depreciation expense. Additionally, in the fourth quarter of 2010, we completed a review of assets located in our stores, which resulted in the retirement of fixtures and equipment that were no longer in-use and had a net book value of less than $0.1 million. The assets that were retired had a gross cost and accumulated depreciation of $80.8 million.

We incurred less than $0.1 million, $0.4 million, and $0.1 million in asset impairment charges in 2010, 2009, and 2008, respectively. These charges principally related to the write-down of long-lived assets at one, four, and six stores identified as part of our annual store impairment review in 2010, 2009, and 2008, respectively. Asset impairment charges are included in selling and administrative expenses in our accompanying consolidated statements of operations. We perform annual impairment reviews of our long-lived assets at the store level. When we perform the annual impairment reviews, we first determine which stores had impairment indicators present. We use actual historical cash flows to determine which stores had negative cash flows in each of the past two years (on a rolling basis). For each store with two years of negative cash flows, we obtain future cash flow estimates based on operating performance estimates specific to each store's operations that are based on assumptions currently being used to develop our company level operating plans. If the net book value of a store's long-lived assets is not recoverable by the expected future cash flows of the store, we estimate the fair value of the store's assets and recognize an impairment charge for the excess net book value of the store's long-lived assets over their fair value. The fair value of store assets is estimated based on information available in the marketplace for similar assets.

WD-BL 000000057

WD-BL BN000001410

**NOTE 3 - BANK CREDIT FACILITY**   On April 28, 2009, we entered into the 2009 Credit Agreement, a $500 million three-year unsecured credit facility. The 2009 Credit Agreement replaced our 2004 Credit Agreement, a $500 million five-year unsecured credit facility we entered into on October 29, 2004. The 2004 Credit Agreement was scheduled to expire on October 28, 2009, but was terminated concurrently with the 2009 Credit Agreement becoming effective on April 28, 2009. We did not incur any material early termination penalties in connection with the termination of the 2004 Credit Agreement.

The 2009 Credit Agreement expires on April 28, 2012. In connection with our entry into the 2009 Credit Agreement, we paid bank fees and other expenses in the aggregate amount of $5.6 million, which are being amortized over the term of the agreement. Proceeds from borrowings under the 2009 Credit Agreement are available for general corporate purposes, working capital, and to repay certain of our indebtedness. The 2009 Credit Agreement includes a $150 million letter of credit sublimit and a $30 million swing loan sublimit. At January 29, 2011, $49.8 million was committed to outstanding letters of credit. The interest rates, pricing and fees under the 2009 Credit Agreement fluctuate based on our debt rating. The 2009 Credit Agreement allows us to select our interest rate for each borrowing from two different interest rate options. The interest rate options are generally derived from the prime rate or LIBOR. We may prepay revolving loans made under the 2009 Credit Agreement. The 2009 Credit Agreement contains financial and other covenants, including, but not limited to, limitations on indebtedness, liens and investments, as well as the maintenance of two financial ratios – a leverage ratio and a fixed charge coverage ratio. A violation of any of the covenants could result in a default under the 2009 Credit Agreement that would permit the lenders to restrict our ability to further access the 2009 Credit Agreement for loans and letters of credit and require the immediate repayment of any outstanding loans under the 2009 Credit Agreement. At January 29, 2011, we were in compliance with the covenants of the 2009 Credit Agreement.

**NOTE 4 – FAIR VALUE OF FINANCIAL INSTRUMENTS**   In connection with our nonqualified deferred compensation plan, we had mutual fund investments of $19.2 million and $16.2 million at January 29, 2011 and January 30, 2010, respectively, which were recorded in other assets. These investments were classified as trading securities and were recorded at their fair value. The fair values of mutual fund investments were Level 1 valuations under the fair value hierarchy because each fund's quoted market value per share was available in an active market.

Included in cash and cash equivalents were amounts on deposit with financial institutions totaling $60.3 million and $123.0 million at January 29, 2011 and January 30, 2010, respectively, stated at cost, which approximates fair value.

At January 29, 2011 and January 30, 2010, cash and cash equivalents carried at fair value was comprised of the following:

| (In thousands) | January 29, 2011 | | |
| --- | --- | --- | --- |
| | Total | Level 1 | Level 2 |
| Money market funds | $ 40,800 | $ 40,800 | $ |
| Variable rate demand notes | 25,000 | - | 25,00 |
| Total | $ 65,800 | $ 40,800 | $ 25,00 |

| (In thousands) | January 30, 2010 | | |
| --- | --- | --- | --- |
| | Total | Level 1 | Level 2 |
| Money market funds | $ 76,350 | $ 76,350 | $ |
| Variable rate demand notes | 56,152 | - | 56,15 |
| Total | $ 132,502 | $ 76,350 | $ 56,15 |

54

WD-BL 000000058

WD-BL BN000001411

Variable rate demand notes are issued by various corporate, non-profit and governmental entities that are of high credit quality with many being secured by direct-pay letters of credit from a major financial institution. Also, variable rate demand notes can be tendered for sale upon notice (generally no longer than seven days) to the original issuer, at par plus accrued interest.

**NOTE 5 - LEASES**    Leased property consisted primarily of 1,344 of our retail stores, 0.5 million square feet of warehouse space, and certain transportation equipment, and information technology and other office equipment. Many of the store leases obligate us to pay for our applicable portion of real estate taxes, CAM, and property insurance. Certain store leases provide for contingent rents, have rent escalations, and have tenant allowances or other lease incentives. Many of our leases contain provisions for options to renew or extend the original term for additional periods.

Total rent expense, including real estate taxes, CAM, and property insurance, charged to continuing operations for operating leases consisted of the following:

| (In thousands) | | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|---|
| Minimum leases | $ | 261,197 | $ | 254,054 | $ | 236,865 |
| Contingent leases | | 587 | | 313 | | 491 |
| Total rent expense | $ | 261,784 | $ | 254,367 | $ | 237,356 |

Future minimum rental commitments for leases, excluding closed store leases, real estate taxes, CAM, and property insurance, at January 29, 2011, were as follows:

**Fiscal Year**

| (In thousands) | |
|---|---|
| 2011 | $ 205,552 |
| 2012 | 175,142 |
| 2013 | 142,798 |
| 2014 | 100,466 |
| 2015 | 59,168 |
| Thereafter | 68,585 |
| Total leases | $ 751,711 |

We have obligations for capital leases for office equipment, included in accrued operating expenses and other liabilities on our consolidated balance sheet. Scheduled payments for all capital leases at January 29, 2011, were as follows:

55

WD-BL 000000059

WD-BL BN000001412

**Fiscal Year**

(In thousands)

| | | |
|---|---|---|
| 2011 | $ | 1,377 |
| 2012 | | 629 |
| 2013 | | 266 |
| 2014 | | - |
| 2015 | | - |
| Thereafter | | - |
| Total lease payments | $ | 2,272 |
| Less amount to discount to present value | | (149) |
| Capital lease obligation per balance sheet | $ | 2,123 |

**NOTE 6 - SHAREHOLDERS' EQUITY**    **Earnings per Share**    There were no adjustments required to be made to weighted-average common shares outstanding for purposes of computing basic and diluted earnings per share and there were no securities outstanding in any year presented, which were excluded from the computation of earnings per share other than antidilutive employee and director stock options and non-vested restricted stock awards. At the end of 2010, 2009, and 2008, stock options outstanding of 0.9 million, 2.9 million, and 2.0 million, respectively, were excluded from the diluted share calculation because their impact was antidilutive. Antidilutive options are excluded from the calculation because they decrease the number of diluted shares outstanding under the treasury stock method. Antidilutive options are generally outstanding options where the exercise price per share is greater than the weighted-average market price per share for our common shares for each period. The number of shares of non-vested restricted stock that were antidilutive, as determined under the treasury stock method, is immaterial for all years presented.

A reconciliation of the number of weighted-average common shares outstanding used in the basic and diluted earnings per share computations is as follows:

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| *(In thousands)* | | | |
| Weighted-average common shares outstanding: | | | |
| Basic | 77,596 | 81,619 | 81,111 |
| Dilutive effect of stock options and restricted common shares | 985 | 1,062 | 965 |
| Diluted | 78,581 | 82,681 | 82,076 |

**Share Repurchase Program**

In December 2009, our Board of Directors authorized a share repurchase program providing for the repurchase of up to $150.0 million of our common shares. On March 2, 2010, our Board of Directors authorized a $250.0 million increase to our repurchase program bringing the total authorization to $400.0 million (collectively the "2010 Repurchase Program").

On March 10, 2010, we used $150.0 million of the authorization under the 2010 Repurchase Program to execute the ASR which reduced our common shares outstanding by 3.6 million. The ASR called for the total number of shares repurchased thereunder to be determined at final settlement of the transaction based upon the volume-weighted average price of our common shares over a predetermined period. The ASR was scheduled to be completed no later than January 26, 2011, but the counterparty had the option to accelerate the completion date. The counterparty exercised its acceleration option and the ASR settled on December 30, 2010. On settlement, we received approximately 0.9 million additional common shares from the counterparty, bringing the total shares acquired as a result of the ASR to 4.5 million common shares at a weighted average cost of $33.51 per share. Additionally, with the completion of the ASR, the contractual restriction preventing us from declaring a dividend lapsed.

56

WD-BL 000000060

WD-BL BN000001413

In addition to the ASR, during 2010, we acquired approximately 6.0 million of our outstanding common shares for $192.2 million through opportunistic repurchases under the 2010 Repurchase Program. Our total share repurchases under the 2010 Repurchase Program, including both the ASR and opportunistic repurchases, were 10.5 million of our outstanding common shares for $342.2 million in 2010, at an average purchase price of $32.74.

Our remaining repurchase authorization under the 2010 Repurchase Program was approximately $57.8 million at January 29, 2011, and is available to be utilized to repurchase shares in the open market and/or in privately negotiated transactions at our discretion, subject to market conditions and other factors. Common shares acquired through the 2010 Repurchase Program are held in treasury at cost and are available to meet obligations under equity compensation plans and for general corporate purposes. The 2010 Repurchase Program has no scheduled termination date and will be funded with cash and cash equivalents, cash generated from operations or, if needed, by drawing on our 2009 Credit Agreement.

**NOTE 7 – SHARE-BASED PLANS**    Our shareholders initially approved our existing equity compensation plan, the Big Lots 2005 Long-Term Incentive Plan ("2005 Incentive Plan") in May 2005, approved an amendment in May 2008, and amended and restated the 2005 Incentive Plan effective May 27, 2010. The 2005 Incentive Plan authorizes the issuance of incentive and nonqualified stock options, restricted stock, restricted stock units, performance units, and stock appreciation rights. We have not issued incentive stock options, restricted stock units, performance units, or stock appreciation rights under the 2005 Incentive Plan. The number of common shares available for issuance under the 2005 Incentive Plan consists of: 1) an initial allocation of 1,250,000 common shares; 2) 2,001,142 common shares, the number of common shares that were available under the predecessor Big Lots, Inc. 1996 Performance Incentive Plan ("1996 Incentive Plan") upon its expiration; 3) 2,100,000 common shares approved by our shareholders in May 2008; and 4) an annual increase equal to 0.75% of the total number of issued common shares (including treasury shares) as of the start of each of our fiscal years during which the 2005 Incentive Plan is in effect. The Compensation Committee of our Board of Directors ("Committee"), which is charged with administering the 2005 Incentive Plan, has the authority to determine the terms of each award. Nonqualified stock options granted to employees under the 2005 Incentive Plan, the exercise price of which may not be less than the fair market value of the underlying common shares on the grant date, generally expire on the earlier of: 1) the seven year term set by the Committee; or 2) one year following termination of employment, death, or disability. The nonqualified stock options generally vest ratably over a four-year period; however, upon a change in control, all awards outstanding automatically vest.

In addition to the 2005 Incentive Plan, we previously maintained the Big Lots Director Stock Option Plan ("Director Stock Option Plan") for non-employee directors. The Director Stock Option Plan was administered by the Committee pursuant to an established formula. Neither the Board of Directors nor the Committee exercised any discretion in administration of the Director Stock Option Plan. Grants were made annually at an exercise price equal to the fair market value of the underlying common shares on the date of grant. The annual grants to each non-employee director of an option to acquire 10,000 of our common shares became fully exercisable over a three-year period: 20% of the shares on the first anniversary, 60% on the second anniversary, and 100% on the third anniversary. Stock options granted to non-employee directors expire on the earlier of: 1) 10 years plus one month; 2) one year following death or disability; or 3) at the end of our next trading window one year following termination. In connection with the amendment to the 2005 Incentive Plan in May 2008, our Board of Directors amended the Director Stock Option Plan so that no additional awards may be made under that plan. Our non-employee directors did not receive any stock options in 2008 or 2009, but did, as discussed below, receive restricted stock awards under the 2005 Incentive Plan.

WD-BL 000000061

WD-BL BN000001414

Share-based compensation expense was $24.6 million, $20.3 million, and $15.5 million in 2010, 2009, and 2008, respectively. We use a binomial model to estimate the fair value of stock options on the grant date. The binomial model takes into account variables such as volatility, dividend yield rate, risk-free rate, contractual term of the option, the probability that the option will be exercised prior to the end of its contractual life, and the probability of retirement of the option holder in computing the value of the option. Expected volatility is based on historical and current implied volatilities from traded options on our common shares. The dividend yield on our common shares is assumed to be zero since we have not paid dividends and have no current plans to do so in the future. The risk-free rate is based on U.S. Treasury security yields at the time of the grant. The expected life is determined from the binomial model, which incorporates exercise and post-vesting forfeiture assumptions based on analysis of historical data.

The weighted-average fair value of options granted and assumptions used in the option pricing model for each of the respective periods were as follows:

|  | 2010 | 2009 | 2008 |
|---|---|---|---|
| Weighted-average fair value of options granted | $ 13.64 | $ 7.89 | $ 8.74 |
| Risk-free interest rates | 2.2 % | 1.7 % | 2.2 % |
| Expected life (years) | 4.2 | 4.3 | 4.3 |
| Expected volatility | 45.6 % | 56.0 % | 48.8 % |
| Expected annual forfeiture | 1.5 % | 1.5 % | 3.0 % |

The following table summarizes information about our stock options outstanding and exercisable at January 29, 2011:

| Range of Prices | | Options Outstanding | | | Options Exercisable | |
|---|---|---|---|---|---|---|
| Greater Than | Less Than or Equal to | Options Outstanding | Weighted-Average Remaining Life (Years) | Weighted-Average Exercise Price | Options Exercisable | Weighted-Average Exercise Price |
| $ - | $ 10.00 | 5,000 | 0.7 | $ 10.00 | 5,000 | $ 10.00 |
| 10.01 | 20.00 | 1,371,633 | 4.2 | 16.11 | 704,132 | 14.83 |
| 20.01 | 30.00 | 1,229,550 | 3.8 | 25.18 | 553,800 | 26.85 |
| 30.01 | 40.00 | 962,500 | 6.1 | 35.82 | 7,500 | 31.05 |
| $ 40.01 | $ 50.00 | 10,000 | 6.2 | 41.14 | - | |
|  |  | 3,578,683 | 4.6 | $ 24.59 | 1,270,432 | $ 20.14 |

58

WD-BL 000000062

WD-BL BN000001415

A summary of the annual stock option activity for fiscal years 2008, 2009, and 2010 is as follows:

| | Number of Options | Weighted Average Exercise Price Per Share | Weighted Average Remaining Contractual Term (Years) | Aggregate Intrinsic Value (000's) |
|---|---|---|---|---|
| Outstanding at February 2, 2008 | 4,124,470 | $ 19.20 | | |
| Granted | 985,000 | 21.45 | | |
| Exercised | (787,712) | 13.79 | | |
| Forfeited | (361,190) | 34.77 | | |
| Outstanding at January 31, 2009 | 3,960,568 | 19.42 | | |
| Granted | 967,500 | 17.62 | | |
| Exercised | (361,560) | 13.64 | | |
| Forfeited | (69,875) | 21.80 | | |
| Outstanding at January 30, 2010 | 4,496,633 | 19.46 | | |
| Granted | 997,500 | 35.92 | | |
| Exercised | (1,807,850) | 17.98 | | |
| Forfeited | (107,600) | 26.10 | | |
| Outstanding at January 29, 2011 | 3,578,683 | $ 21.59 | 4.6 | $ 29,827 |
| Vested and expected to vest at January 29, 2011 | 3,477,441 | 24.54 | 4.6 | $ 29,121 |
| Exercisable at January 29, 2011 | 1,270,432 | $ 20.14 | 3.5 | $ 14,834 |

The number of stock options expected to vest was based on our annual forfeiture rate assumption.

A summary of the nonvested restricted stock activity for fiscal years 2008, 2009, and 2010 is as follows:

| | Number of Shares | Weighted Average Grant Date Fair Value Per Share |
|---|---|---|
| Outstanding restricted stock awards at February 2, 2008 | 320,900 | $ 28.72 |
| Granted | 408,000 | 21.84 |
| Vested | (1,800) | 26.43 |
| Forfeited | (10,825) | 28.76 |
| Outstanding restricted stock awards at January 31, 2009 | 716,275 | 24.81 |
| Granted | 471,688 | 17.91 |
| Vested | (327,675) | 28.85 |
| Forfeited | (10,800) | 20.50 |
| Outstanding restricted stock awards at January 30, 2010 | 849,488 | 19.48 |
| Granted | 507,684 | 35.88 |
| Vested | (847,688) | 19.46 |
| Forfeited | (5,700) | 33.44 |
| Outstanding restricted stock awards at January 29, 2011 | 503,784 | $ 35.88 |

The nonvested restricted stock awards granted to employees in 2010 (other than to Mr. Fishman), 2009, and 2008 vest if certain financial performance objectives are achieved. If we meet a threshold financial performance objective and the grantee remains employed by us, the restricted stock will vest on the opening of our first trading window five years after the grant date of the award. If we meet a higher financial performance objective and the grantee remains employed by us, the restricted stock will vest on the first trading day after we file our Annual Report on Form 10-K with the SEC for the fiscal year in which the higher objective is met. The nonvested restricted stock award granted to Mr. Fishman in 2010 vests if we achieve a corporate financial goal for 2010 and he is employed by us on the anniversary of the grant date of the award. If either of the conditions is not achieved, the restricted stock award is forfeited. If both of the conditions are achieved, Mr. Fishman's 2010 restricted stock will vest after we file this Form 10-K with the SEC.

WD-BL 000000063

WD-BL BN000001416

On the grant date of the 2008 awards, we estimated a three-year period for vesting based on the assumed achievement of the higher financial performance objective. In the second fiscal quarter of 2008, we changed the estimated achievement date for the higher financial performance objective from three years to two years due to better operating results than initially anticipated, resulting in $0.8 million of incremental expense in 2008. In the fourth fiscal quarter of 2008, we changed the estimated achievement date for the higher financial performance objective from two years to three years due to our declining net sales results which were in part due to the general economic conditions in the United States. In the third fiscal quarter of 2009, we changed the estimated achievement date for the higher financial performance objective for the restricted stock awards granted during 2008 from three years to two years. Based on our 2009 results, we achieved the higher financial performance objective for restricted stock awards granted in 2008, and accordingly these awards vested on the trading date following the filing of the 2009 Form 10-K. As a result of this change, we recorded incremental expense of $0.5 million and $1.3 million in the third and fourth fiscal quarters of 2009, respectively, and $0.7 million in the first fiscal quarter of 2010.

On the grant date of the 2009 awards, we estimated a three-year period for vesting based on the assumed achievement of the higher financial performance objective. In the third fiscal quarter of 2009, we changed the estimated achievement date for the higher financial performance objective from three years to two years due to better operating results than initially anticipated, resulting in $0.1 million of incremental expense in the third fiscal quarter of 2009. In the fourth fiscal quarter of 2009, we changed the estimated achievement date for the higher financial performance objective from two years to one year due to better operating results than initially anticipated, and accordingly these awards vested on the trading date following the filing of the 2009 Form 10-K. As a result of this change, we recorded incremental expense of $3.2 million in the fourth fiscal quarter of 2009 and $1.8 million in the first fiscal quarter of 2010.

On the grant date of the 2010 awards, we estimated a two-year period for vesting based on the assumed achievement of the higher financial performance objective. Based on projected results, we continue to utilize our original estimate of a two-year period for vesting.

In 2010, we granted to each of the non-employee members of our Board of Directors restricted stock awards having a fair value on the grant date of approximately $95,000. In 2009 and 2008, we granted to each of the non-employee members of our Board of Directors restricted stock awards having a fair value on the grant date of approximately $75,000. These awards vest on the earlier of 1) the trading day immediately preceding the next annual meeting of our shareholders; or 2) the death or disability of the grantee. However, the restricted stock award will not vest if the non-employee director ceases to serve on our Board of Directors before either vesting event occurs.

During 2010, 2009, and 2008, the following activity occurred under our share-based compensation plans:

| | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|
| *(In thousands)* | | | | | |
| Total intrinsic value of stock options exercised | $ | 32,537 | $ | 5,079 | $ | 13,510 |
| Total fair value of restricted stock vested | $ | 31,150 | $ | 6,954 | $ | 37 |

The total unearned compensation cost related to share-based awards outstanding at January 29, 2011, was approximately $22.1 million. This compensation cost is expected to be recognized through December 2014 based on existing vesting terms with the weighted average remaining expense recognition period being approximately 1.5 years from January 29, 2011.

60

WD-BL 000000064

WD-BL BN000001417

**NOTE 8 - EMPLOYEE BENEFIT PLANS   Pension Benefits** We maintain the Pension Plan and Supplemental Pension Plan covering certain employees whose hire date was on or before April 1, 1994. Benefits under each plan are based on credited years of service and the employee's compensation during the last five years of employment. The Supplemental Pension Plan is maintained for certain highly compensated executives whose benefits were frozen in the Pension Plan in 1996. The Supplemental Pension Plan is designed to pay benefits in the same amount as if the participants continued to accrue benefits under the Pension Plan. We have no obligation to fund the Supplemental Pension Plan, and all assets and amounts payable under the Supplemental Pension Plan are subject to the claims of our general creditors.

The components of net periodic pension expense were comprised of the following:

| | | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|---|
| *(In thousands)* | | | | | | |
| Service cost - benefits earned in the period | $ | 2,433 | $ | 2,261 | $ | 2,438 |
| Interest cost on projected benefit obligation | | 3,254 | | 3,726 | | 3,332 |
| Expected investment return on plan assets | | (4,249) | | (3,172) | | (3,963) |
| Amortization of prior service cost | | (34) | | (34) | | (34) |
| Amortization of transition obligation | | 13 | | 13 | | 13 |
| Amortization of actuarial loss | | 2,217 | | 2,691 | | 824 |
| Settlement loss | | 1,785 | | 175 | | - |
| Net periodic pension expense | $ | 5,419 | $ | 5,660 | $ | 2,610 |

In 2010 and 2009, we incurred pretax non-cash settlement charges of $1.8 million and $0.2 million, respectively. The settlement charges were caused by lump sum benefit payments made to plan participants in excess of combined annual service cost and interest cost for each year.

Weighted-average assumptions used to determine net periodic pension expense were:

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Discount rate | 5.7% | 7.3% | 6.5% |
| Rate of increase in compensation levels | 3.5% | 3.5% | 3.5% |
| Expected long-term rate of return | 8.0% | 8.0% | 8.5% |
| Measurement date for plan assets and benefit obligations | 01/30/10 | 01/31/09 | 12/31/07 |

Weighted-average assumptions used to determine benefit obligations were:

| | 2010 | 2009 |
|---|---|---|
| Discount rate | 5.7% | 5.7% |
| Rate of increase in compensation levels | 3.9% | 3.5% |
| Measurement date for plan assets and benefit obligations | 01/29/11 | 01/30/10 |

61

WD-BL 000000065

WD-BL BN000001418

The following schedule provides a reconciliation of projected benefit obligations, plan assets, funded status, and amounts recognized for the Pension Plan and Supplemental Pension Plan at January 29, 2011 and January 30, 2010:

| (In thousands) | | January 29, 2011 | | January 30, 2010 |
|---|---|---|---|---|
| Change in projected benefit obligation: | | | | |
| Projected benefit obligation at beginning of year | $ | 59,526 | $ | 53,600 |
| Service cost | | 2,433 | | 2,261 |
| Interest cost | | 3,254 | | 3,726 |
| Benefits and settlements paid | | (7,135) | | (6,165) |
| Actuarial loss (gain) | | 4,476 | | 6,104 |
| Projected benefit obligation at end of year | $ | 62,554 | $ | 59,526 |
| | | | | |
| Change in plan assets: | | | | |
| Fair market value at beginning of year | $ | 56,865 | $ | 42,297 |
| Actual return on plan assets | | 9,153 | | 9,979 |
| Employer contributions | | 1,093 | | 10,754 |
| Benefits and settlements paid | | (7,135) | | (6,165) |
| Fair market value at end of year | $ | 59,976 | $ | 56,865 |
| | | | | |
| Under funded and net amount recognized | $ | (2,578) | $ | (2,661) |
| | | | | |
| Amounts recognized in the consolidated balance sheets consist of: | | | | |
| Noncurrent assets | $ | 3,884 | $ | 3,383 |
| Current liabilities | | (623) | | (383) |
| Noncurrent liabilities | | (5,839) | | (5,661) |
| Net amount recognized | $ | (2,578) | $ | (2,661) |

The following are components of accumulated other comprehensive income and, as such, are not yet reflected in net periodic pension expense:

| (In thousands) | | 2010 | | 2009 |
|---|---|---|---|---|
| Unrecognized transition obligation | $ | (39) | $ | (52) |
| Unrecognized past service credit | | 159 | | 193 |
| Unrecognized actuarial loss | | (17,476) | | (21,906) |
| Accumulated other comprehensive loss, pretax | $ | (17,356) | $ | (21,765) |

We expect to reclassify $1.4 million of the actuarial loss along with immaterial amounts of transition obligation and past service credit into net periodic pension expense during 2011.

WD-BL 000000066

WD-BL BN000001419

The following table sets forth certain information for the Pension Plan and the Supplemental Pension Plan at January 29, 2011 and January 30, 2010:

| | Pension Plan | | Supplemental Pension Plan | |
| --- | --- | --- | --- | --- |
| | January 29, 2011 | January 30, 2010 | January 29, 2011 | January 30, 2010 |
| *(In thousands)* | | | | |
| Projected benefit obligation | $ 56,092 | $ 53,482 | $ 6,462 | $ 6,044 |
| Accumulated benefit obligation | 49,127 | 47,851 | 4,750 | 4,622 |
| Fair market value of plan assets | $ 59,976 | $ 56,865 | $ - | $ - |

We elected not to make a discretionary contribution to the Pension Plan in 2010, while we elected to make $10.0 million of discretionary contributions to the Pension Plan in 2009 to increase the funded level. Our funding policy of the Pension Plan is to make annual contributions based on advice from our actuaries and the evaluation of our cash position, but not less than the minimum required by applicable regulations. Currently, we expect no required contributions to the Pension Plan during 2011, however discretionary contributions could be made depending upon further analysis.

Using the same assumptions as those used to measure our benefit obligations, the Pension Plan and the Supplemental Pension Plan benefits expected to be paid in each of the following fiscal years are as follows:

| Fiscal Year | |
| --- | --- |
| *(In thousands)* | |
| 2011 | $5,715 |
| 2012 | 6,131 |
| 2013 | 5,877 |
| 2014 | 5,945 |
| 2015 | 6,146 |
| 2016 - 2020 | $29,883 |

Our overall investment strategy is to maximize income and capital appreciation while also protecting the funded status of the Pension Plan. In order to determine the appropriate asset allocation and investment strategy, an actuarial review of the plan's expected future distributions is completed. Based upon this review, an allocation to cash and fixed income is determined based upon the present value of near and mid-term estimated distributions. The remainder of the assets are allocated toward longer term growth and invested primarily in the equity markets. Changing market cycles require flexibility in asset allocation to allow movement of capital within the asset classes for purposes of increasing investment return and/or reducing risk. Accordingly, the targeted allocation ranges for plan assets are 39% - 64% equity securities, 23% - 61% fixed income securities, and up to 38% cash and cash equivalents. The actual portfolio weightings may differ from targeted ranges due to market appreciation or depreciation but will be re-balanced annually at a minimum. All assets must have readily ascertainable market values and be easily marketable.

Equity securities primarily include investments in companies of various sizes from diverse industries. Investments in mutual funds are managed under and in tandem with the same investment objectives as individual equity securities and consist of diverse funds focused on sub-categories including, but not limited to, company size, investment strategies such as value, growth and blends, international versus domestic and specific industry exposures. As permitted by our pension investment policy, equity securities may include our common shares. At January 29, 2011 and January 30, 2010, the Pension Plan owned 1,081 and 961 of our common shares, respectively.

63

WD-BL 000000067

WD-BL BN000001420

Fixed income securities include investments in corporate bonds of companies from diversified industries, mortgage-backed securities, and obligations of the U.S. Treasury or agencies. Fixed income investments of a single issuer (with the exception of the U.S. Government or agencies) must not exceed 10% of the total fixed income portfolio. The aggregate credit quality of the fixed income portfolio must always be at a rating of Aa or higher. Cash reserves must be invested in interest bearing securities and must be instantly saleable.

The investment managers have the discretion to invest within sub-classes of assets, such as those noted above as well as manage duration exposure as they feel appropriate given current or expected market conditions. They additionally have the authority to invest in financial futures contracts and financial options contracts for the purposes of implementing hedging strategies. There were no futures contracts owned by the Pension Plan at January 29, 2011 or January 30, 2010. The return expectation is to outperform a benchmark constructed in a manner that reflects the portfolio's risk and return objectives. Currently that benchmark is made up of the Morningstar Average Asset Allocation Fund and the following indices: Barclay's Intermediate Aggregate, S&P 500 Index, Russell 1000, Russell 2000, MSCI EAFE, and Wilshire REIT. Investment results are compared to market performance metrics on a quarterly basis.

64

WD-BL BN000001468

WD-BL BN000001421

The fair value of our Pension Plan assets at January 29, 2011 and January 30, 2010 by asset category was comprised of the following:

| (In thousands) | January 29, 2011 | | | | January 30, 2010 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | Level 1 | Level 2 | Level 3 | Total | Level 1 | Level 2 | Level 3 |
| Cash and Cash Equivalents | $ 1,328 | $ 1,328 | $ - | $ - | $ 6,620 | $ 6,620 | $ - | $ - |
| **Equity Securities** | | | | | | | | |
| Consumer Discretionary | 645 | 645 | - | - | 703 | 703 | - | - |
| Consumer Staples | 156 | 156 | - | - | 115 | 115 | - | - |
| Energy | 249 | 249 | - | - | 104 | 104 | - | - |
| Financial | 399 | 399 | - | - | 380 | 380 | - | - |
| Health Care | 172 | 172 | - | - | 139 | 139 | - | - |
| Industrials | 550 | 550 | - | - | 264 | 264 | - | - |
| Information Technology | 565 | 565 | - | - | 421 | 421 | - | - |
| Materials | 235 | 235 | - | - | 313 | 313 | - | - |
| Telecommunication Services | 73 | 73 | - | - | 75 | 75 | - | - |
| Utilities | 305 | 305 | - | - | 214 | 214 | - | - |
| **Mutual Funds (a)** | | | | | | | | |
| Diversified Emerging Markets | 2,641 | 2,641 | - | - | 1,214 | 1,214 | - | - |
| Inflation-Protected Bond | - | - | - | - | 51 | 51 | - | - |
| Intermediate-Term Bond | - | - | - | - | 307 | 307 | - | - |
| International Large Blend | 2,824 | 2,824 | - | - | 2,494 | 2,494 | - | - |
| International Large Value | - | - | - | - | 1 | 1 | - | - |
| Large Blend | 7,797 | 7,797 | - | - | 10,290 | 10,290 | - | - |
| Large Growth | 5,857 | 5,857 | - | - | 2,189 | 2,189 | - | - |
| Large Value | 4,731 | 4,731 | - | - | 3,643 | 3,643 | - | - |
| Long-Term Bond | - | - | - | - | 187 | 187 | - | - |
| Mid-Cap Blend | - | - | - | - | 2,456 | 2,456 | - | - |
| Mid-Cap Growth | 2,920 | 2,920 | - | - | - | - | - | - |
| Mid-Cap Value | 1,942 | 1,942 | - | - | 1,629 | 1,629 | - | - |
| Real Estate | 3,410 | 3,410 | - | - | 2,521 | 2,521 | - | - |
| Short-Term Bond | - | - | - | - | 301 | 301 | - | - |
| Short-Term Government | - | - | - | - | 151 | 151 | - | - |
| Small Blend | 5,466 | 5,466 | - | - | 2,495 | 2,495 | - | - |
| Small Value | - | - | - | - | 864 | 864 | - | - |
| Small-Cap Blend | - | - | - | - | 949 | 949 | - | - |
| World Allocation | - | - | - | - | 985 | 985 | - | - |
| **Fixed Income Securities** | | | | | | | | |
| U.S. Government | 8,774 | 3,264 | 5,510 | - | 7,744 | 1,602 | 6,142 | - |
| Corporate (b) | 8,937 | - | 8,937 | - | 7,046 | - | 7,046 | - |
| **Total** | $ 59,976 | $ 45,529 | $ 14,447 | $ - | $ 56,865 | $ 43,677 | $ 13,188 | $ - |

(a)   Mutual funds are listed by their respective investment strategy as classified by Morningstar Inc.

(b)   This category represents investment grade bonds of corporate issuers from diverse industries.

**Savings Plans** We have a savings plan with a 401(k) deferral feature and a nonqualified deferred compensation plan with a similar deferral feature for eligible employees. We contribute a matching percentage of employee contributions. Our matching contributions are subject to Internal Revenue Service ("IRS") regulations. For 2010, 2009, and 2008, we expensed $5.6 million, $5.6 million, and $5.4 million, respectively, related to our matching contributions. In connection with our nonqualified deferred compensation plan, we had liabilities of $20.2 million and $17.1 million at January 29, 2011 and January 30, 2010, respectively.

65

WD-BL 000000069

WD-BL BN000001422

**NOTE 9 - INCOME TAXES**    The provision for income taxes from continuing operations was comprised of the following:

| | | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|---|
| *(In thousands)* | | | | | | |
| Federal - current | $ | 95,124 | $ | 91,083 | $ | 71,619 |
| State and local - current | | 17,326 | | 11,890 | | 9,771 |
| Federal - deferred | | 20,876 | | 15,176 | | 10,189 |
| State and local - deferred | | (489) | | 3,826 | | 3,329 |
| Income tax provision | $ | 132,837 | $ | 121,975 | $ | 94,908 |

Net deferred tax assets fluctuated by items that are not reflected in deferred expense above. The fluctuations in net deferred tax assets related to discontinued operations deferred income tax expense were $0.1 million decrease, $0.5 million increase, and $2.0 million increase for 2010, 2009, and 2008, respectively. Fluctuations related principally to pension–related charges recorded in accumulated other comprehensive income were $1.7 million decrease, $1.4 million decrease, and $5.8 million increase for 2010, 2009, and 2008, respectively.

Reconciliation between the statutory federal income tax rate and the effective income tax rate was as follows:

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Statutory federal income tax rate | 35.0 % | 35.0 % | 35.0 % |
| Effect of: | | | |
| State and local income taxes, net of federal tax benefit | 3.1 | 3.2 | 3.4 |
| Work opportunity tax and other employment tax credits | (0.3) | (0.5) | (0.6) |
| Net benefit recognized for prior year tax uncertainties | (0.3) | 0.0 | (0.2) |
| Valuation allowance | - | (0.4) | 0.4 |
| Other, net | (0.1) | 0.4 | - |
| Effective income tax rate | 37.4 % | 37.7 % | 38.0 % |

Income tax payments and refunds were as follows:

| | | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|---|
| *(In thousands)* | | | | | | |
| Income taxes paid | $ | 100,973 | $ | 105,961 | $ | 92,433 |
| Income taxes refunded | | (837) | | (694) | | (3,324) |
| Net income taxes paid | $ | 100,136 | $ | 105,267 | $ | 89,109 |

WD-BL 000000070

WD-BL BN000001423

Deferred taxes reflect the net tax effects of temporary differences between carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax, including income tax uncertainties. Significant components of our deferred tax assets and liabilities were as follows:

| (In thousands) | | January 29, 2011 | | January 30, 2010 |
|---|---|---|---|---|
| Deferred tax assets: | | | | |
| Compensation related | $ | 29,663 | $ | 29,770 |
| Workers' compensation and other insurance reserves | | 28,437 | | 27,903 |
| Uniform inventory capitalization | | 21,702 | | 20,989 |
| Depreciation and fixed asset basis differences | | 19,862 | | 21,552 |
| Accrued rent | | 17,755 | | 11,549 |
| Accrued state taxes | | 8,327 | | 8,374 |
| State tax credits, net of federal tax benefit | | 2,830 | | 527 |
| Accrued operating liabilities | | 1,721 | | 2,684 |
| State tax net operating losses, net of federal tax benefit | | 1,171 | | 1,046 |
| Pension plans | | 1,049 | | 1,034 |
| KB store lease and other discontinued operations contingencies | | 1,409 | | 1,899 |
| Other | | 23,008 | | 21,212 |
| Valuation allowances - primarily unrealized state tax credits | | (1,382) | | - |
| Total deferred tax assets | | 155,552 | | 148,539 |
| Deferred tax liabilities: | | | | |
| Accelerated depreciation and fixed asset basis differences | | 58,693 | | 39,567 |
| Lease construction reimbursements | | 12,701 | | 11,339 |
| Compensation related | | 8,101 | | - |
| Prepaid expenses | | 5,699 | | 5,409 |
| Other | | 13,440 | | 13,076 |
| Total deferred tax liabilities | | 98,634 | | 69,391 |
| Net deferred tax assets | $ | 56,918 | $ | 79,148 |

Net deferred tax assets are shown separately on our consolidated balance sheets as current and non-current deferred income taxes. The following table summarizes net deferred income tax assets from the consolidated balance sheets:

| (In thousands) | | January 29, 2011 | | January 30, 2010 |
|---|---|---|---|---|
| Current deferred income taxes | $ | 50,252 | $ | 51,012 |
| Noncurrent deferred income taxes | | 6,666 | | 28,136 |
| Net deferred tax assets | $ | 56,918 | $ | 79,148 |

We have the following income tax loss and credit carryforwards at January 29, 2011 (amounts are shown net of tax excluding the federal income tax effect of the state and local items):

| (In thousands) | | | |
|---|---|---|---|
| State and local | | | |
| State net operating loss carryforwards | $ | 1,877 | Expires fiscal years 2014 through 2025 |
| California enterprise zone credits | | 4,063 | No expiration date |
| Texas business loss credits | | 292 | Expires fiscal years through 2025 |
| Total income tax loss and credit carryforwards | $ | 6,232 | |

67

WD-BL 000000071

WD-BL BN000001424

Income taxes payable on our consolidated balance sheets have been reduced by the tax benefits primarily associated with share-based compensation. We receive an income tax deduction upon the exercise of non-qualified stock options and the vesting of restricted stock. Tax benefits of $13.8 million, $0.6 million, and $4.6 million in 2010, 2009, and 2008, respectively, were credited directly to shareholders' equity related to share-based compensation deductions in excess of expense recognized for these awards.

The following is a tabular reconciliation of the total amounts of unrecognized tax benefits for 2010, 2009, and 2008:

| (In thousands) | | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|---|
| Unrecognized tax benefits - opening balance | $ | 35,824 | $ | 34,729 | $ | 37,158 |
| Gross increases - tax positions in current year | | 1,127 | | 11,757 | | 9,094 |
| Gross increases - tax positions in prior period | | 1,237 | | 5,556 | | 1,611 |
| Gross decreases - tax positions in prior period | | (1,190) | | (4,101) | | (4,617) |
| Settlements | | (9,121) | | (11,944) | | (7,147) |
| Lapse of statute of limitations | | (627) | | (173) | | (1,370) |
| Unrecognized tax benefits - end of year | $ | 27,250 | $ | 35,824 | $ | 34,729 |

At the end of 2010 and 2009, the total amount of unrecognized tax benefits that, if recognized, would affect the effective income tax rate is $20.1 million and $19.8 million, respectively, after considering the federal tax benefit of state and local income taxes of $5.3 million and $5.2 million respectively. Unrecognized tax benefits of $1.9 million and $10.8 million, respectively, relate to tax positions for which the ultimate deductibility is highly certain but for which there is uncertainty about the timing of such deductibility. The uncertain timing items could result in the acceleration of the payment of cash to the taxing authority to an earlier period. Included in the $27.3 million in 2010 is $9.1 million of unrecognized tax benefits primarily related to our claims for welfare to work and work opportunity tax credits. Due to a recent unfavorable U.S. Court of Appeals for the Federal Circuit decision against a similarly situated taxpayer, we expect the rights with respect to our claims with the Internal Revenue Service to lapse; however, because these tax benefits were unrecognized, the lapse will have no effect on income tax expense.

We recognized an expense (benefit) associated with interest and penalties on unrecognized tax benefits of approximately $(1.9) million, $(0.5) million, and $0.8 million during 2010, 2009, and 2008, respectively, as a component of income tax expense. The amount of accrued interest and penalties recorded in the accompanying consolidated balance sheets at the end of 2010 and 2009 was $6.4 million and $8.3 million, respectively.

We are subject to U.S. federal income tax as well as income tax of multiple state and local jurisdictions. The statute of limitations for assessments on our federal income tax returns for periods prior to 2007 has lapsed. In addition, the state income tax returns filed by us are subject to examination generally for periods beginning with 2007, although state income tax carryforward attributes generated prior to 2007 may still be adjusted upon examination. We have various state returns in the process of examination or administrative appeal.

We have estimated the reasonably possible expected net change in unrecognized tax benefits through January 29, 2011 based on 1) anticipated positions to be taken in the next 12 months, 2) expected cash and non-cash settlements, and 3) lapses of the applicable statutes of limitations of unrecognized tax benefits. The estimated reasonably possible net decrease in unrecognized tax benefits for the next 12 months is approximately $16 million. Actual results may differ materially from this estimate.

68

WD-BL 000000072

WD-BL BN000001425

**NOTE 10 – COMMITMENTS, CONTINGENCIES AND LEGAL PROCEEDINGS**

In November 2004, a civil collective action complaint was filed against us in the United States District Court for the Eastern District of Louisiana, alleging that we violated the Fair Labor Standards Act by misclassifying assistant store managers as exempt employees ("Louisiana matter"). The plaintiffs sought to recover, on behalf of themselves and all other individuals who are similarly situated, alleged unpaid overtime compensation, as well as liquidated damages, attorneys' fees and costs. On July 5, 2005, the Court issued an order conditionally certifying a class of all then-current and former assistant store managers who worked for us since November 23, 2001. As a result of that order, notice of the lawsuit was sent to approximately 5,500 individuals who had the right to opt-in to the Louisiana matter. Approximately 1,100 individuals opted to join the Louisiana matter. We filed a motion to decertify the class and the motion was denied on August 24, 2007. The trial began on May 7, 2008 and concluded on May 15, 2008. On June 20, 2008, the Court issued an order decertifying the action and dismissed, without prejudice, the claims of the opt-in plaintiffs. After this ruling, four plaintiffs remained before the Court. On January 26, 2009, three of the plaintiffs presented their respective cases before the Court. Since then, the claims of one of the plaintiffs in the January 2009 action and the fourth plaintiff (who did not participate in the January 2009 action) were dismissed with prejudice. On April 2, 2009, the Court awarded the two remaining plaintiffs an aggregate amount of approximately $0.1 million plus attorneys' fees and costs, which, on June 25, 2009, were determined to be $0.4 million. We appealed both of these decisions. Subsequent to the Court's April 2, 2009 decision, approximately 172 of the opt-in plaintiffs filed individual actions in the Court. On August 13, 2009, we filed a writ of mandamus challenging the Court's jurisdiction to hear these cases. This writ was denied on October 20, 2009. On January 12, 2010, the Louisiana matter was preliminarily settled for $4.0 million, and on June 29, 2010, the Court conditionally approved the settlement. Following additional administrative processing, all settled cases will be dismissed with prejudice. As of August 24, 2010, we had received executed releases from all but one of the 172 plaintiffs. Unless and until an executed release is received, that plaintiff's case will not be dismissed and we will not pay a settlement amount to that plaintiff.

In June 2010, a civil collective action complaint was filed against us in the United States District Court for the Northern District of Illinois, alleging that we violated the Fair Labor Standards Act by misclassifying assistant store managers as exempt employees ("Gromek matter"). The plaintiffs sought to recover, on behalf of themselves and all other individuals who were similarly situated, alleged unpaid overtime compensation, as well as liquidated damages, interest, attorneys' fees and costs. We answered the plaintiffs' complaint on August 12, 2010. On October 15, 2010, the plaintiffs filed a motion requesting that the Court 1) conditionally certify a class of then-current and former assistant store managers employed during the prior three years, excluding those employed in California or New York, and 2) authorize the plaintiffs to send a notice of this lawsuit to those putative class members to allow them to join this lawsuit. We have opposed the plaintiffs' motion. On December 17, 2010, the Court denied the plaintiffs' motion. On February 11, 2011, we filed a motion to sever the plaintiffs' claims and transfer those claims to various venues around the country. On February 22, 2011, the Court denied our motion without prejudice and granted limited discovery. We are in the preliminary stages of discovery. The Gromek matter is similar in nature to the Louisiana matter. We cannot make a determination as to the probability of a loss contingency resulting from the Gromek matter or the estimated range of possible loss, if any. We intend to vigorously defend ourselves against the allegations levied in this lawsuit; however, the ultimate resolution of this matter could have a material adverse effect on our financial condition, results of operations, and liquidity.

In April 2009, a civil collective action complaint was filed against us in the United States District Court for the Western District of New York, alleging that we violated the Fair Labor Standards Act by misclassifying assistant store managers as exempt employees ("New York matter"). In addition, the plaintiff seeks class action treatment under New York law relating to those assistant store managers working in the State of New York. The plaintiff seeks to recover, on behalf of himself and all other individuals who are similarly situated, alleged unpaid overtime compensation, as well as liquidated damages, attorneys' fees and costs. On January 21, 2010, a stipulation was filed and order rendered limiting this action to current and former assistant store managers working in our New York stores. On March 2, 2010, plaintiff filed a motion for conditional class certification under federal law, class certification under state law and class notice. On May 14, we filed a memorandum in opposition to plaintiff's motion. On January 20, 2011, the Magistrate Judge issued a recommendation that the Court deny the plaintiff's motion. The plaintiff objected the Magistrate Judge's recommendation, we responded in opposition to the plaintiff's objection, and we await the Court's ruling. We intend to vigorously defend ourselves against the allegations levied in this lawsuit. We cannot make a determination as to the probability of a loss contingency resulting from this lawsuit or the estimated range of possible loss, if any; however, we currently believe that such claims asserted in the New York matter, both individually and in the aggregate, will be resolved without a material adverse effect on our financial condition, results of operations, or liquidity.

69

WD-BL 000000073

WD-BL BN000001426

In September 2006, a class action complaint was filed against us in the Superior Court of California, Los Angeles County, alleging that we violated certain California wage and hour laws by misclassifying California store managers as exempt employees ("Seals matter"). The plaintiffs seek to recover, on their own behalf and on behalf of all other individuals who are similarly situated, damages for alleged unpaid overtime, unpaid minimum wages, wages not paid upon termination, improper wage statements, missed rest breaks, missed meal periods, reimbursement of expenses, loss of unused vacation time, and attorneys' fees and costs. On October 29, 2009, the Court denied, with prejudice, plaintiffs' class certification motion. On January 21, 2010, the plaintiffs filed a Notice of Appeal, and the parties will have an opportunity to brief their respective positions in the coming months. On December 2, 2010, the California Court of Appeals notified the parties that the case was fully briefed and that a hearing for oral argument will be scheduled. We cannot make a determination as to the probability of a loss contingency resulting from this lawsuit or the estimated range of possible loss, if any. We intend to vigorously defend ourselves against the allegations levied in this lawsuit; however, the ultimate resolution of this matter could have a material adverse effect on our financial condition, results of operations, and liquidity.

In April 2010, a class action complaint was filed against us in the Superior Court of California, Los Angeles County, alleging that we violated certain California wage and hour laws by misclassifying California store managers as exempt employees ("Avitia matter"). The plaintiffs seek to recover damages for alleged unpaid wages and overtime, untimely paid wages at separation, improper wage statements, and attorneys' fees and costs. In August 2010, the five plaintiffs named in the original complaint, which sought to recover damages on their own behalf and on behalf of all other individuals who were similarly situated, filed an amended complaint that removed the class and representative allegations and asserted only individual actions. We have answered the amended complaint and are in the preliminary stages of discovery. The Avitia matter is related to and overlaps the Seals matter. We cannot make a determination as to the probability of a loss contingency resulting from the Avitia matter or the estimated range of possible loss, if any. We intend to vigorously defend ourselves against the allegations levied in this lawsuit; however, we currently believe the Avitia matter will be resolved without a material adverse effect on our financial condition, results of operations, and liquidity.

In February 2008, three alleged class action complaints were filed against us by a California resident (the "Caron matters"). The first was filed in the Superior Court of California, Orange County. This action is similar in nature to the Seals matter, which enabled us to successfully coordinate this matter with the Seals matter in the Superior Court of California, Los Angeles County. The second and third matters, filed in the United States District Court, Central District of California, and the Superior Court of California, Riverside County, respectively, allege that we violated certain California wage and hour laws for missed meal and rest periods and other wage and hour claims. The plaintiffs seek to recover, on their own behalf and on behalf of a California statewide class consisting of all other individuals who are similarly situated, damages resulting from improper wage statements, missed rest breaks, missed meal periods, non-payment of wages at termination, reimbursement of expenses, loss of unused vacation time, and attorneys' fees and costs. We believed these two matters overlapped and we successfully consolidated the two cases before the United States District Court, Central District of California. We believe the remaining allegations also overlap some portion of the claims released through the class action settlement in the Espinosa matter, which was settled in 2008. On August 25, 2009, the Court denied, without prejudice, the plaintiffs' class certification motion. On April 21, 2010, the Court granted, with prejudice, our motion to deny class certification. Accordingly, the claims of one plaintiff remain before the Court. We cannot make a determination as to the probability of a loss contingency resulting from the Caron matters or the estimated range of possible loss, if any. We intend to vigorously defend ourselves against the allegations levied in these lawsuits; however, the ultimate resolution of these matters could have a material adverse effect on our financial condition, results of operations, and liquidity.

In June 2010, a representative enforcement action was filed against us in the Superior Court of California, Alameda County, alleging that we violated certain California wage and hour laws for missed meal and rest periods and other wage and hour claims ("Sample matter"). The plaintiff seeks to recover, on her behalf and on behalf of a California statewide class consisting of all other individuals who are similarly situated, damages resulting from allegedly unpaid overtime, unpaid meal period premiums, unpaid rest period premiums, unpaid business expenses, non-payment of wages at termination, untimely payment of wages, noncompliant wage statements, failure to providing seating, and attorneys' fees and costs. In July 2010, we answered the plaintiff's complaint and filed a notice of removal to the United States District Court, Northern District of California. On August 25, 2010, the plaintiff filed a motion requesting that the United States District Court, Northern District of California remand this lawsuit to the Superior Court of California, Alameda County. We have opposed the plaintiff's motion to remand. On November 30, 2010, the United States District Court, Northern District of California granted the plaintiff's motion to remand the Sample matter to the Superior Court of California, Alameda County. We are in the preliminary stages of discovery. The Sample matter is similar in nature to the actions comprising the Caron matters. We cannot make a determination as to the probability of a loss contingency resulting from the Sample matter or the estimated range of possible loss, if any. We intend to vigorously defend ourselves against the allegations levied in this lawsuit; however, the ultimate resolution of this matter could have a material adverse effect on our financial condition, results of operations, and liquidity.

70

WD-BL 000000074

WD-BL BN000001427

In 1998, an action was filed against us in the District Court, 224th Judicial District, in Bexar County, Texas ("State Court") by a plaintiff claiming she was injured when she fell in one of our stores ("Rivera matter"). The Rivera matter was removed to the United States District Court for the Western District of Texas ("Federal Court") and the claim was fully litigated. Ultimately, the Federal Court granted summary judgment in our favor in January 2000. The plaintiff re-filed the same complaint in April 2000 in the State Court and then obtained a default judgment against us on June 20, 2000 in the amount of approximately $1.5 million plus post-judgment interest, which brings the total claim against us to approximately $3.4 million. No effort was made to collect on this judgment by the plaintiff until February 2009, when we were served with a writ of execution of judgment. We have filed a petition for a bill of review with the State Court. Since that time, the Federal Court issued an order reflecting that the January 2000 order was a summary judgment with prejudice in our favor. Notwithstanding the Federal Court's order, the State Court rendered a summary judgment decision in the plaintiff's favor. We appealed the State Court's decision and asked the Federal Court to issue an injunction against the State Court's proceedings. Oral arguments in the appeal of the State Court's decision were heard on June 22, 2010. On November 3, 2010, the Fourth Court of Appeals District of Texas affirmed the state court ruling. On March 25, 2010, the Federal Court denied our motion for an injunction and denied the plaintiff's motion to reconsider the Federal Court's order confirming that it granted summary judgment with prejudice. On April 6, 2010, the plaintiff appealed the Federal Court's ruling to the U.S. Court of Appeals for the Fifth Circuit. Briefing has been completed for the Federal Court appeal and oral arguments have been scheduled for late April 2011. On November 3, 2010, the Texas Court of Appeals affirmed the State Court's decision. On December 17, 2010, we filed a petition for review with the Texas Supreme Court. We cannot make a determination as to the probability of a loss contingency resulting from the Rivera matter; however, we currently believe that the Rivera matter will be resolved without a material adverse effect on our financial condition, results of operations, or liquidity.

We are involved in other legal actions and claims, including various additional employment-related matters, arising in the ordinary course of business. We currently believe that such actions and claims, both individually and in the aggregate, will be resolved without a material adverse effect on our financial condition, results of operations, or liquidity. However, litigation involves an element of uncertainty. Future developments could cause these actions or claims to have a material adverse effect on our financial condition, results of operations, and liquidity.

For a discussion of discontinued operations, including KB Toys matters, see note 11 to our accompanying consolidated financial statements.

We are self-insured for certain losses relating to property, general liability, workers' compensation, and employee medical and dental benefit claims, a portion of which is paid by employees, and we have purchased stop-loss coverage in order to limit significant exposure in these areas. Accrued insurance liabilities are actuarially determined based on claims filed and estimates of claims incurred but not reported.

We have purchase obligations for outstanding purchase orders for merchandise issued in the ordinary course of our business that are valued at $470.3 million, the entirety of which represents obligations due within one year of January 29, 2011. In addition, we have a purchase commitment for future inventory purchases totaling $108.8 million at January 29, 2011. We paid $29.7 million, 28.9 million, and $31.5 million related to this commitment during 2010, 2009, and 2008, respectively. We are not required to meet any periodic minimum purchase requirements under this commitment. The term of the commitment extends until the purchase requirement is satisfied. We have additional purchase obligations in the amount of $291.6 million primarily related to distribution and transportation, information technology, print advertising, energy procurement, and other store security, supply, and maintenance commitments.

WD-BL 000000075

WD-BL BN000001428

**NOTE 11 – DISCONTINUED OPERATIONS**    Our discontinued operations for 2010, 2009, and 2008, were comprised of the following:

| *(In thousands)* | 2010 | | 2009 | | 2008 | |
|---|---|---|---|---|---|---|
| Closed stores | $ | 81 | $ | (48) | $ | (439) |
| KB Toys matters | | (118) | | (1,609) | | (4,928) |
| Total income (loss) from discontinued operations, pretax | $ | (37) | $ | (1,657) | $ | (5,367) |

**Closed Stores**    In 2005, we determined that the results of 130 stores closed in 2005 should be reported as discontinued operations for all periods presented. For 2010, 2009, and 2008, the closed stores' operating income (loss) is comprised of exit-related costs, utilities, and security expenses on leased properties with remaining terms and accretion on the lease termination obligations of less than $0.1 million, $0.1 million, and $0.1 million, respectively. At fiscal yearend 2010, we had no accrued exit-related liabilities, as there were no remaining lease obligations related to the 130 stores. At fiscal yearend 2009 and 2008, we had accrued exit-related liabilities of $0.5 million and $0.9 million, respectively, as a result of the 130 store closures in 2005. The decrease in liabilities is due to payments of the exit-related amounts. Included in payments is sublease income of less than $0.1 million, $0.2 million, and $0.3 million in 2010, 2009, and 2008, respectively.

**KB Toys Matters**    We acquired the KB Toys business from Melville Corporation (now known as CVS New York, Inc., and together with its subsidiaries "CVS") in May 1996. As part of that acquisition, we provided, among other things, an indemnity to CVS with respect to any losses resulting from KB Toys' failure to pay all monies due and owing under any KB Toys lease or mortgage obligation. While we controlled the KB Toys business, we provided guarantees with respect to a limited number of additional KB Toys store leases. We sold the KB Toys business to KB Acquisition Corp. ("KBAC"), an affiliate of Bain Capital, pursuant to a Stock Purchase Agreement. KBAC similarly agreed to indemnify us with respect to all lease and mortgage obligations. These guarantee and lease obligations are collectively referred to as the "KB Lease Obligations."

On January 14, 2004, KBAC and certain affiliated entities (collectively referred to as "KB-I") filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. In connection with the 2004 bankruptcy, KB-I rejected 226 store leases and two distribution center leases for which we believed we may have guarantee or indemnification obligations (collectively referred to as the "KB-I Bankruptcy Lease Obligations"). We recorded pretax charges for estimated KB-I Bankruptcy Lease Obligations in loss from discontinued operations of $18.1 million in years prior to 2007. We based this amount on the number of demand notices that we had received from landlords and used information received from KB-I, the bankruptcy trust, and our own lease records which date back to when we owned the KB Toys business.

In the second fiscal quarter of 2007, we recorded a gain of $2.0 million, pretax in income (loss) from discontinued operations to reflect favorable settlements related to the KB-I Bankruptcy Lease Obligations. In the fourth fiscal quarter of 2007, we recorded approximately $8.8 million in income of the KB-I Bankruptcy Lease Obligations to reduce the amount on our consolidated balance sheet to zero as of February 2, 2008. We based this reversal on the following factors: 1) we had not received any new demand letters from landlords during 2007, 2) all prior demands against us by landlords had been settled or paid or the landlords had stopped pursuing their demands, 3) the KB-I bankruptcy occurred more than four years prior to the end of 2007 and most of the lease rejections occurred more than three years prior to the end of 2007, and 4) we believed that the likelihood of new claims against us was remote, and, if incurred, the amount would be immaterial.

72

WD-BL 000000076

WD-BL BN000001429

On August 30, 2005, in connection with the acquisition by an affiliate of Prentice Capital Management of majority ownership of KB-I, KB-I emerged from its 2004 bankruptcy (the KB Toys business that emerged from bankruptcy is hereinafter referred to as "KB-II"). In 2007, we entered into an agreement with KB-II and various Prentice Capital entities which we believe provides a cap on our liability under the existing KB Lease Obligations and an indemnity from the Prentice Capital entities with respect to any renewals, extensions, modifications or amendments of the KB Lease Obligations which otherwise could potentially expose us to additional incremental liability beyond the date of the agreement, September 24, 2007. Under the agreement, KB-II is required to update us periodically with respect to the status of any remaining leases for which they believe we have a guarantee or indemnification obligation. In addition, we have the right to request a statement of the net asset value of Prentice Capital Offshore in order to monitor the sufficiency of the indemnity.

On December 11, 2008, KB-II filed for bankruptcy protection pursuant to Chapter 11 of title 11 of the United States Code. Based on information provided to us by KB-II, we believe that we continue to have KB Lease Obligations with respect to 29 KB Toys stores ("KB-II Bankruptcy Lease Obligations"). In the fourth fiscal quarter of 2008, we recorded a charge in the amount of $5.0 million, pretax, in income (loss) from discontinued operations to reflect the estimated amount that we expect to pay for KB-II Bankruptcy Lease Obligations. We continue to believe that additional payments by us under the KB-I Bankruptcy Lease Obligations are remote and, therefore we have not recognized any charge or liability in 2008 related to these earlier lease rejections.

In the fourth fiscal quarter of 2009, we obtained an assignment of a lease for the former KB corporate office. We believe that our ability to find a subtenant for this location is remote. We recorded a charge of $1.2 million, pretax in income (loss) from discontinued operations primarily related to our remaining liability for the former KB corporate office. At fiscal year end 2010 and 2009, we had accrued in total for the KB-II Bankruptcy Lease Obligations and the KB corporate office lease obligation $3.6 million and $4.8 million, respectively.

**NOTE 12 – SALES OF REAL ESTATE** In September 2006, to avoid litigation under the threat of eminent domain, we sold a company-owned and operated store in California for an approximate gain of $12.8 million. As part of the sale, we entered into a lease which permitted us to occupy and operate the store through January 2009 in exchange for $1 per year rent plus the cost of taxes, insurance, and common area maintenance. Subsequently, this lease was modified to allow us to occupy this space through September 2009 under substantially the same terms. Because of the favorable lease terms, we deferred recognition of the gain until we no longer held a continuing involvement in the property. As a result, the gain on the sale was deferred until the end of the lease and the net sales proceeds of approximately $13.3 million were recorded as a long-term real estate liability included in other liabilities on our consolidated balance sheet in prior years. In the third fiscal quarter of 2009, after attempts to further extend the lease term were unsuccessful, we closed the store, ending our continuing involvement with this property, and recognized a pretax gain on sale of real estate of $13.0 million.

**NOTE 13 – BUSINESS SEGMENT DATA**      We manage our business based on one segment, broadline closeout retailing. We use the following six merchandise categories, which match our internal management and reporting of merchandise net sales results: Consumables, Furniture, Home, Seasonal, Hardlines, and Other. The Consumables category includes the food, health and beauty, plastics, paper, chemical, and pet departments. The Furniture category includes the upholstery, mattresses, ready-to-assemble, and case goods departments. Case goods consist of bedroom, dining room, and occasional furniture. The Home category includes the domestics, stationery, and home decorative departments. The Seasonal category includes the lawn & garden, Christmas, summer, and other holiday departments. The Hardlines category includes the electronics, appliances, tools, and home maintenance departments. The Other category includes the toy, jewelry, infant accessories, and apparel departments. Other also includes the results of certain large closeout deals that are typically acquired through our alternate product sourcing operations.

73

WD-BL 000000077

WD-BL BN000001430

The following table presents net sales data by category:

| (In thousands) | | 2010 | | 2009 | | 2008 |
|---|---|---|---|---|---|---|
| Consumables | $ | 1,452,783 | $ | 1,456,370 | $ | 1,410,383 |
| Furniture | | 829,725 | | 716,785 | | 698,276 |
| Home | | 783,860 | | 717,744 | | 713,103 |
| Hardlines | | 699,678 | | 677,790 | | 646,563 |
| Seasonal | | 642,220 | | 591,321 | | 585,025 |
| Other | | 543,978 | | 566,762 | | 591,933 |
| Net sales | $ | 4,952,244 | $ | 4,726,772 | $ | 4,645,283 |

**NOTE 14 – SELECTED QUARTERLY FINANCIAL DATA (UNAUDITED)** Summarized fiscal quarterly financial data for 2010 and 2009 is as follows:

| Fiscal Year 2010 | | First | | Second | | Third | | Fourth | | Year |
|---|---|---|---|---|---|---|---|---|---|---|
| (In thousands, except per share amounts) (a) | | | | | | | | | | |
| Net sales | $ | 1,235,162 | $ | 1,142,309 | $ | 1,055,830 | $ | 1,518,943 | $ | 4,952,244 |
| Gross margin | | 501,955 | | 462,425 | | 428,107 | | 619,964 | | 2,012,451 |
| Income from continuing operations | | 55,998 | | 38,779 | | 17,745 | | 110,025 | | 222,547 |
| Income (loss) from discontinued operations | | (100) | | 98 | | (51) | | 30 | | (23) |
| Net income | | 55,898 | | 38,877 | | 17,694 | | 110,055 | | 222,524 |
| | | | | | | | | | | |
| Earnings per share - basic: | | | | | | | | | | |
| Continuing operations | | 0.69 | | 0.49 | | 0.24 | | 1.48 | | 2.87 |
| Discontinued operations | | - | | - | | - | | - | | - |
| | | 0.69 | | 0.49 | | 0.23 | | 1.48 | | 2.87 |
| Earnings per share - diluted: | | | | | | | | | | |
| Continuing operations | | 0.68 | | 0.48 | | 0.23 | | 1.46 | | 2.83 |
| Discontinued operations | | - | | - | | - | | - | | - |
| | $ | 0.68 | $ | 0.48 | $ | 0.23 | $ | 1.46 | $ | 2.83 |

WD-BL 000000078

WD-BL BN000001431

| Fiscal Year 2009 | First | Second | Third | Fourth | Year |
|---|---|---|---|---|---|
| (In thousands, except per share amounts) (a) | | | | | |
| Net sales | $ 1,141,656 | $ 1,086,567 | $ 1,035,269 | $ 1,463,280 | $ 4,726,772 |
| Gross margin | 462,180 | 434,383 | 417,991 | 604,752 | 1,919,306 |
| Income from continuing operations | 36,310 | 28,616 | 30,256 | 106,188 | 201,370 |
| Income (loss) from discontinued operations | (79) | (173) | 73 | (822) | (1,001) |
| Net income | 36,231 | 28,443 | 30,329 | 105,366 | 200,369 |
| | | | | | |
| Earnings per share - basic: | | | | | |
| Continuing operations | 0.45 | 0.35 | 0.37 | 1.30 | 2.47 |
| Discontinued operations | - | - | - | (0.01) | (0.01) |
| | 0.45 | 0.35 | 0.37 | 1.29 | 2.45 |
| Earnings per share - diluted: | | | | | |
| Continuing operations | 0.44 | 0.35 | 0.37 | 1.28 | 2.44 |
| Discontinued operations | - | - | - | (0.01) | (0.01) |
| | $ 0.44 | $ 0.34 | $ 0.37 | $ 1.27 | $ 2.42 |

(a) Earnings per share calculations for each fiscal quarter are based on the applicable weighted-average shares outstanding for each period and the sum of the earnings per share for the four fiscal quarters may not necessarily be equal to the full year earnings per share amount.

WD-BL 000000079

WD-BL BN000001432