UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80641-CIV-DMM

WINN-DIXIE STORES, INC., et al,

    Plaintiffs,

v.

BIG LOTS STORES, INC., an Ohio corporation,

    Defendant/Third Party Plaintiff,

v.

NORTHEAST VENTURE PLAZA I, LLC, et al,

    Third Party Defendants.
_____/

## ORDER DENYING THIRD PARTY DEFENDANT SARRIA HOLDINGS IV, INC.'S MOTION TO SEVER AMENDED THIRD PARTY COMPLAINT, OR IN THE ALTERNATIVE, TO CONTINUE THE DATES IN THE PRETRIAL SCHEDULING ORDER

THIS CAUSE comes before the Court upon Third Party Defendant Sarria Holdings IV ("Sarria"), Inc.'s Motion to Sever Amended Third Party Complaint, or in the Alternative, to Continue the Dates in the Pretrial Scheduling Order ("Motion") (DE 71) filed on December 12, 2011. Defendant filed a Response to the Motion (DE 99) on December 29, 2011, to which Plaintiffs then filed a Reply (DE 112) on January 6, 2012. Third Party Defendants NPI, Inc. and Hudson Bay Trading Company each filed Notices of Adoption of Sarria's Motion (DE 73 and 78). I have reviewed the matter and am advised in the premises.

In their Motion, Sarria asks this Court to sever the Third-Party Complaint filed by Defendant on November 7, 2011, or in the alternative, continue the dates set forth in the pretrial scheduling order. (DE 71 at 4). Sarria states that it has not had time to propound meaningful

discovery since it was added to this action approximately two months before the close of discovery on January 3, 2012. (DE 71 at 3). This Court finds that in the interest of judicial economy, Defendant's Third Party Complaint should not be severed. Accordingly, it is hereby

ORDERED AND ADJUDGED that Sarria's Motion (DE 71) is DENIED. Should Third-Party Defendants need additional time for discovery, they may file a motion requesting such relief.

DONE AND ORDERED at Chambers in West Palm Beach this 2 day of February, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record